# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 02-00383SOM-BMK

CASE NAME:          N. Harwood Street Partners, I, L.P. v. Hiram Fong, aka Hiraml L. Fong, Sr., et al.

ATTYS FOR PLA:      Beveryly Lynne K. Hiramatsu

ATTYS FOR DEFT:     Jeffrey lau

INTERPRETER:

JUDGE:     Barry M. Kurren          REPORTER:    C6 no record

DATE:      08/14/2006               TIME:        9:35 - 9:40

COURT ACTION:  EP:  Status Conference Re Completion of Auction held.  Auction to take place in September 06. Further Status Conference set for 9/14/2006 @ 9:30 a.m., BMK.

Submitted by Richlyn W. Young, courtroom manager