McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN             #1192-0
CHRISTOPHER J. COLE    #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  klein@m4law.com/cole@m4law.com

Attorneys for
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>                    Plaintiff,<br><br>     vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>                    Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF BRADLEY E. SMITH; EXHIBIT "1"; CERTIFICATE OF SERVICE |

56564/146372.2

MOTION BY KAHALA CCM FACTORS, LLC
TO SUBSTITUTE FOR PLAINTIFF N.
HARWOOD STREET PARTNERS I, L.P.

COMES NOW Kahala CCM Factors, LLC, assignee of Plaintiff N. Harwood Street Partners I, L.P., and hereby moves the court pursuant to Rules 7 and 25(c) of the Federal Rules of Civil Procedure and Rules 7.1, et seq., of the Local Rules of Practice for the United States District Court for the District of Hawaii, for an order substituting Kahala CCM Factors, LLC for Plaintiff N. Harwood Street Partners I, L.P. as party plaintiff in this action.

This motion is for good cause shown, and is supported by the attached memorandum, declarations and other papers filed herewith in support.

DATED: Honolulu, Hawaii, _____ SEP 2 8 2006 _____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC

56564/146372.2

2