IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>        Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>        Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>MEMORANDUM IN SUPPORT OF MOTION |

MEMORANDUM IN SUPPORT OF MOTION

Movant Kahala CCM Factors, LLC ("Kahala CCM") recently acquired all of the claims formerly owned and held by Plaintiff N. Harwood Street Partners I, L.P. ("Harwood") that are the subject of this action. See Declaration of Bradley E. Smith, Exhibit 1.

Rule 25(c) of the Federal Rules of Civil Procedure states, "In case of any transfer of interest, the action may be continued by or against the original party, <u>unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party</u> (emphasis added)." Under this rule, when an interest involved in an action is transferred during the

56564/146372.2

pendency of the litigation, the court may "allow the transferee to be substituted for the transferor." 7C Wright Miller & Kane, Federal Practice and Procedure: Civil 2d § 1958, at p. 557 (1986).

Kahala CCM, as the new owner of the subject claims that were transferred after this litigation commenced is the proper party to prosecute this case. See In re Bernal, 207 F.3d 595, 599 (9th Cir. 2000) (substitution under FRCP 25(c) is proper where presence of transferee would "facilitate the conduct of the litigation"). Accordingly, Kahala CCM respectfully requests that the Court grant the subject motion and order that Kahala CCM be substituted for Harwood as the plaintiff.

DATED: Honolulu, Hawaii, SEP 2 8 2006.

ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC