IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>        Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>        Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>DECLARATION OF BRADLEY E. SMITH |

## DECLARATION OF BRADLEY E. SMITH

BRADLEY E. SMITH hereby declares that:

1. I am a member of Kahala CCM Factors, LLC.

2. I make this declaration upon my own personal knowledge and am competent to testify to all matters set forth herein.

3. On or about September 1, 2006 N. Harwood Street Partners I, L.P. transferred its claims that are the subject of this action to Kahala CCM Factors, LLC. Attached as Exhibit "1" and made a part hereof by this reference is a true

and correct copy of the "Evidence of Transfer of Claim" executed by N. Harwood Street Partners I, L.P. as assignor, and Kahala CCM Factors, LLC, as assignee.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Honolulu, Hawaii this __20th__ day of __Sept.__, 2006.

_____
BRADLEY E. SMITH