## EVIDENCE OF TRANSFER OF CLAIM

N. HARWOOD STREET PARTNERS I, L.P., a Texas Limited Partnership, its successors and assigns (collectively, "Assignor"), pursuant to that certain Sale and Assignment Agreement dated September 1, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to CCM KAHALA FACTORS, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal aggregate amount of $3,454,247.68, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the District of Hawaii, with the case nos. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ___ day of September, 2006.

(Assignor)                              (Assignee)

N. HARWOOD STREET PARTNERS I,           KAHALA CCM FACTORS, LLC
L.P.                                    By: Contrarian Funds, LLC, as Manager
By:    Treadstone USA, Inc.             By: Contrarian Capital Management, LLC,
       Its General Partner              as Manager

By: _William H. Downing_                By: _____
    William H. Downing                      Name:
    Its Vice President                      Title: MICHAEL J RESTIFO
                                                   CFO/MEMBER

(Assignor)
WITNESS:

By: _____
Name: GREG P THOMASON
Title: VICE PRESIDENT

KL3244Y113.1                    9

EXHIBIT "___1___"

Schedule A

| Debtor | Case Number | Creditor | Type of Claim | Proof of Claim Amt. |
|---|---|---|---|---|
| Hiram Leong Fong and Ellyn Lo Fong | 03-00674 | N. Harwood Street Partners I, L.P. | Secured | $197,661.89 |
| Hiram Leong Fong and Ellyn Lo Fong | 03-00674 | N. Harwood Street Partners I, L.P. | Secured | $658,135.30 |
| Hiram Leong Fong and Ellyn Lo Fong | 03-00674 | N. Harwood Street Partners I, L.P. | Unsecured | $567,118.02 |
| Hiram Leong Fong and Ellyn Lo Fong | 03-00674 | N. Harwood Street Partners I, L.P. | Unsecured | $1,362,184.87 |
| Rodney Leong Fong and Patsy Nakano Fong | 05-04104 | N. Harwood Street Partners I, L.P. | Secured | $760,243.08 |

Initials:
Seller _NHD_
Buyer _____

10