# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00383SOM-BMK |
| CASE NAME: | N. Harwood Street Partners v. Hiram Fong, et al. |
| ATTYS FOR PLA: | Robert G. Klein |
| ATTYS FOR DEFT: | Jeffrey D. Lau |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/29/2006 | TIME: | 9 - 9:17 |

COURT ACTION:  EP: Further Status Conference Re Completion of Auction - Commissioner Jay Suemori present.

[102] Motion by Kahala CCM Factors, LLC to Substitute Party for Plaintiff N. Harwood Street Partners I, L.P. is set for hearing on 10/10/2006 @ 2:45 p.m. before Magistrate Judge Barry M. Kurren.

Per Commissioner Jay Suemori, notices of the auction will be placed in the newspaper for 3 consecutive weeks, beginning next week.  Auction to take place on 11/1/2006.

Status Conference Following the Auction is set for 11/8/2006 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

cc: Judge Susan Oki Mollway, Toni Fujinaga

Submitted by Richlyn Young, Courtroom Manager