Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**DEFENDANT FINANCE ENTERPRISES, LTD.'S MEMORANDUM IN OPPOSITION TO MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006; DECLARATION OF JEFFREY DANIEL LAU; EXHIBIT "A"; CERTIFICATE OF SERVICE**<br><br>Date:   October 10, 2006<br>Time:   2:30 p.m.<br>Judge:  Hon. Barry M. Kurren |

**DEFENDANT FINANCE ENTERPRISES, LTD.'S
MEMORANDUM IN OPPOSITION TO MOTION BY
KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF
N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006**

Comes now, Defendant FINANCE ENTERPRISES, LTD. (hereinafter "Defendant FE" or "Finance Enterprises"), and hereby submits its Memorandum in Opposition to the MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., filed herein on September 28, 2006.

Defendant FE objects on the basis of the representation of Movant KAHALA CCM FACTORS, LLC (hereinafter "KAHALA CCM") by the law firm of McCorriston Miller Mukai MacKinnon (hereinafter "the McCorriston firm").

Various attorneys in the McCorriston firm have represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders for a number of years.

KAHALA CCM and related entities, including Kahala Capital Advisors, LLC, are actively engaged in attempts to acquire shares of Finance Enterprises. Finance Enterprises is a privately held corporation, with most or all of the stock owned by family members of the founders of the company. Accordingly, Finance Enterprises views the respective interests of the parties to be "adverse" and "in conflict" and correspondingly the McCorriston firm's representation of Kahala CCM as adverse to the interests of Finance Enterprises, with adverse effects on the relationship between Finance Enterprises and the McCorriston

1412-016/37457                              2

firm, in contravention of Rule 1.7 of the Hawaii Rules of Professional Conduct (HRPC).

Rule 1.7 of the HRPC provides:

**Rule 1.7. CONFLICT OF INTEREST: GENERAL RULE.**

**(a)** A lawyer shall not represent a client if the representation of that client will be *directly adverse* to another client, unless:

(1) the lawyer reasonably believes the representation will not *adversely affect* the relationship with the other client; and

(2) *each client consents* after consultation.

**(b)** A lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client or to a third person, or by the lawyer's own interests, unless:

(1) the lawyer reasonably believes the representation will not be adversely affected; and

(2) the client consents after consultation. When representation of multiple clients in a single matter is undertaken, the consultation shall include explanation of the implications of the common representation and the advantages and risks involved.  (Emphasis added).

Counsel for Finance Enterprises sent a letter to the McCorriston firm on September 15, 2006, objecting to the firm's representation of KAHALA CAPITAL ADVISORS, LLC, and requesting that the firm withdraw from representation. (See Exhibit "A").  The letter quoted language from HRPC Rule 1.7 in specifically advising the McCorriston firm that FINANCE ENTERPRISES believed that the law firm's representation of Kahala Capital is *adverse* to the interests of Finance Enterprises, and may *adversely affect* the relationship between Finance Enterprises and the firm.  Finance Enterprises received no response to the letter.

As set forth in the Declaration submitted herewith, several attorneys in the McCorriston firm currently represent and/or formerly represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders. In fact, Finance Factors, Limited, is listed as one of the firm's clients on the firm's website. One of the attorneys in the McCorriston firm is a *former Director* of Finance Enterprises, and is currently a Director/Trustee of the Finance Factors Foundation.[1]

If any of the attorneys in the McCorriston firm are disqualified from representing KAHALA CCM, disqualification is imputed to all attorneys in the firm, pursuant to HRPC Rule 1.10(a) (Imputed Disqualification) ("[w]hile lawyers are associated in a firm, none of them shall knowingly represent a client when any one of them practicing alone would be prohibited from doing so by Rules 1.7, 1.8(c), 1.9 or 2.2.").

In light of the foregoing, FINANCE ENTERPRISES respectfully requests that the Court deny the Motion and enter an Order precluding the McCorriston firm from representing KAHALA CCM and any related entities in this litigation.

Dated:    Honolulu, Hawaii, October 4, 2006.

Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

  /s/ Jeffrey Daniel Lau
JEFFREY DANIEL LAU
KURT K. LEONG
Attorneys for Defendant
FINANCE ENTERPRISES

---

[1]    It is well established that directors have a fiduciary relationship to their corporation. *See, e.g.,* Hawaiian Int'l. Finances, Inc. v. Pablo, 53 Haw. 149, 153 (1971).

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., )<br><br>Defendants. ) | CIVIL NO. CV-02-00383 HG-BMK (Contract)<br><br>**DECLARATION OF JEFFREY DANIEL LAU; EXHIBIT "A"** |

## DECLARATION OF JEFFREY DANIEL LAU

1.    I am an attorney licensed to practice law before all courts in the State of Hawaii, and am one of the attorneys representing Defendant FINANCE ENTERPRISES. I am over 21 years of age and I am competent to give this Declaration. Except where otherwise noted, the facts stated below are based on personal knowledge.

2.    Attached hereto as Exhibit "A" is a true and correct copy of a letter from me addressed to Robert G. Klein, Esq., dated September 15, 2006.

3.    Various attorneys from the law firm of McCorriston Miller Mukai MacKinnon (hereinafter "the McCorriston firm") have represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders for a number of years.

4.	Donald K.O. Wong, Esq., and other attorneys of the McCorriston firm (including David J. Minkin, Esq., and Paul B.K. Wong, Esq.) have represented Finance Enterprises and/or Finance Factors, Limited, for several years in various collection and foreclosure matters.

5.	William C. McCorriston, Esq., and other attorneys of the McCorriston firm represented former Finance Enterprises Chief Executive Officer Wendell Pang in a lawsuit regarding Mahukona Properties.

6.	Stacy C.G. Hee, Esq., an attorney in the McCorriston firm, is a former director of Finance Enterprises.  She is currently a trustee/director of the Finance Factors Foundation.

I declare under penalty of law that the foregoing facts are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii,   October 4, 2006.

　　　　　　　　　　　　　　　　　　/s/ *Jeffrey Daniel Lau*　　　　　
　　　　　　　　　　　　　　　　　JEFFREY DANIEL LAU