# OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
ATTORNEYS AT LAW  ᵥ  A LAW CORPORATION

JEFFREY DANIEL LAU
ROY T. OGAWA
REID A. NAKAMURA
A. DEBBIE JEW
MICHAEL F. O'CONNOR

600 OCEAN VIEW CENTER • 707 RICHARDS STREET
HONOLULU, HAWAII 96813

P.O. BOX 2690
HONOLULU, HI 96803-2690

TELEPHONE (808) 533-3999
FACSIMILE (808) 533-0144

KURT K. LEONG
KEN OHARA

Of Counsel:
JASON F. OLIVER
JAMES H. LAWHN
RICHARD A. ING

September 15, 2006

Robert G. Klein, Esq.
McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, HI 96803

Re: **Finance Enterprises, Ltd./Kahala Capital Advisors, LLC**
**N. Harwood Street Partners I. L.P vs. Hiram L. Fong,**
**Civil No. CV02-00383 HG-BMK**

Dear Mr. Klein:

As you know, we represent Finance Enterprises, Ltd. We must unfortunately object to your representation of Kahala Capital Advisors, LLC, and any of its related entities, with regard to the above-entitled litigation, Kahala Capital's attempts to acquire shares of Finance Enterprises, and any related matters.

My client advises me that various attorneys in your law firm have represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders for a number of years. We believe that your representation of Kahala Capital is adverse to the interests of Finance Enterprises, and may have adverse affects on the relationship between Finance Enterprises and your firm.

We therefore respectfully request that you withdraw from representation of Kahala Capital. Please do not hesitate to call me if you wish to discuss this matter further. Thank you for your attention to this matter.

Very truly yours,

OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law, A Law Corporation

Jeffrey Daniel Lau

1412-016 (36909)
cc: Finance Enterprises, Ltd.