ORIGINAL

LYONS BRANDT COOK & HIRAMATSU

GEORGE W. BRANDT               #1181-0
BEVERLY LYNNE K. HIRAMATSU     #1772-0
Davies Pacific Center
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
Telephone: 524-7030
Facsimile: 533-3011
e-mail: gbrandt@lbchlaw.com

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 03 2006

at 1 o'clock and 40 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. <br><br> Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) <br><br> RATIFICATION OF AND JOINDER IN MOTION |

RATIFICATION OF AND JOINDER IN MOTION

Plaintiff N. Harwood Street Partners I, L.P. ("Harwood") hereby ratifies,

confirms and joins in the subject Motion by Kahala CCM Factors, LLC ("Kahala

56564/147290.1

CCM") to substitute for Harwood as party plaintiff in this action. Harwood confirms that all of the claims formerly owned and held by Harwood that are the subject of this action have been transferred to Kahala CCM.

DATED: Honolulu, Hawaii, _____OCT 3  2006_____.

GEORGE W. BRANDT
BEVERLY LYNNE K. HIRAMATSU

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.