IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**DECLARATION OF JEFFREY DANIEL LAU; EXHIBIT "A"** |

## DECLARATION OF JEFFREY DANIEL LAU

1. I am an attorney licensed to practice law before all courts in the State of Hawaii, and am one of the attorneys representing Defendant FINANCE ENTERPRISES. I am over 21 years of age and I am competent to give this Declaration. Except where otherwise noted, the facts stated below are based on personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of a letter from me addressed to Robert G. Klein, Esq., dated September 15, 2006.

3. Various attorneys from the law firm of McCorriston Miller Mukai MacKinnon (hereinafter "the McCorriston firm") have represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders for a number of years.

4. Donald K.O. Wong, Esq., and other attorneys of the McCorriston firm

**EXHIBIT "1"**

(including David J. Minkin, Esq., and Paul B.K. Wong, Esq.) have represented Finance Enterprises and/or Finance Factors, Limited, for several years in various collection and foreclosure matters.

5. William C. McCorriston, Esq., and other attorneys of the McCorriston firm represented former Finance Enterprises Chief Executive Officer Wendell Pang in a lawsuit regarding Mahukona Properties.

6. Stacy C.G. Hee, Esq., an attorney in the McCorriston firm, is a former director of Finance Enterprises. She is currently a trustee/director of the Finance Factors Foundation.

I declare under penalty of law that the foregoing facts are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, October 4, 2006.

/s/ Jeffrey Daniel Lau
JEFFREY DANIEL LAU

# OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
### ATTORNEYS AT LAW ᐯ A LAW CORPORATION

| | | |
|---|---|---|
| JEFFREY DANIEL LAU<br>ROY T. OGAWA<br>REID A. NAKAMURA<br>A. DEBBIE JEW<br>MICHAEL F. O'CONNOR | 600 OCEAN VIEW CENTER • 707 RICHARDS STREET<br>HONOLULU, HAWAII 96813<br><br>P.O. BOX 2690<br>HONOLULU, HI 96803-2690<br><br>TELEPHONE (808) 533-3999<br>FACSIMILE (808) 533-0144 | KURT K. LEONG<br>KEN OHARA<br><br>Of Counsel:<br>JASON F. OLIVER<br>JAMES H. LAWHN<br>RICHARD A. ING |

September 15, 2006

Robert G. Klein, Esq.
McCorriston Miller Mukai MacKinnon
P.O. Box 2800
Honolulu, HI 96803

Re:  **Finance Enterprises, Ltd./Kahala Capital Advisors, LLC**
     **N. Harwood Street Partners I. L.P vs. Hiram L. Fong,**
     **Civil No. CV02-00383 HG-BMK**

Dear Mr. Klein:

As you know, we represent Finance Enterprises, Ltd. We must unfortunately object to your representation of Kahala Capital Advisors, LLC, and any of its related entities, with regard to the above-entitled litigation, Kahala Capital's attempts to acquire shares of Finance Enterprises, and any related matters.

My client advises me that various attorneys in your law firm have represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders for a number of years. We believe that your representation of Kahala Capital is adverse to the interests of Finance Enterprises, and may have adverse affects on the relationship between Finance Enterprises and your firm.

We therefore respectfully request that you withdraw from representation of Kahala Capital. Please do not hesitate to call me if you wish to discuss this matter further. Thank you for your attention to this matter.

Very truly yours,

OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law, A Law Corporation

Jeffrey Daniel Lau

1412-016 (36909)
cc:   Finance Enterprises, Ltd.

# EXHIBIT "A"