IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>　　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>DECLARATION OF CHRISTOPHER J. COLE |

## DECLARATION OF CHRISTOPHER J. COLE

CHRISTOPHER J. COLE hereby declares that:

1.　I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP and counsel for Kahala CCM Factors, LLC ("Kahala CCM") in the above-captioned matter. This declaration is based on my own personal knowledge, to the best of my recollection and belief.

2.　Attached hereto as Exhibit "2" is a true and accurate copy of the opinion of the court in <u>Brooklyn Navy Yard Cogenration Partners v. Superior Court</u>, 60 Cal.App.4th, 248, 70 Cal.Rptr.2d 419 (1997).

147576.2

3.  Attached hereto as Exhibit "3" is a true and accurate copy of printouts from the Hawaii State Judiciary's "Ho'ohiki" website pertaining to <u>Mahukona Properties, et al. vs. Junetta Deryuen, et al.</u>, Civ. Nos. 90-0-000664 & 90-0-001124 (1st Cir. Court) (consolidated).

4.  Attached hereto as Exhibit "4" is a true and accurate copy of printouts from the State of Hawaii Department of Commerce and Consumer Affairs, Division of Financial Institutions website pertaining to Finance Factors, Limited.

5.  Attached hereto as Exhibit "5" is a true and accurate copy of printouts from the State of Hawaii Department of Commerce and Consumer Affairs, Business Name Search website pertaining to several of the entities apparently involved as parties in the <u>Mahukona</u> lawsuit.

6.  I have never represented Finance Enterprises, Ltd., Finance Factors, Limited, Wendell Pang, or any related entity or person in any matter at any time.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Honolulu, Hawaii this 9TH day of OCTOBER, 2006.

_____
CHRISTOPHER J. COLE

147576.2                           2