Hawai'i State Judiciary Ho'ohiki    Page 1 of 1



# Hawai'i State Judiciary Ho'ohiki
Hawai'i State Judiciary's Public Access to Court Information

Print | Help | New Se

Document Detail

1CC90-
Sequence:

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL
**Doc. ID:**          **Date of Filing:** 04-16-1990             **Time of Filing:** 0812
**Doc. Name:** COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS

**Filing Party Name:** YEE, SAM K
**Volume Number:**
**Case Folder Page Number:** 01-09
**Comments:**

<Previous | Next>   **Page Number:** 0000001 OF

[Party List]   [Document List]   [Case Info.]



EXHIBIT " 3 "



Print | Help | New Se

Document Detail

1CC90-
Sequence:

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL
**Doc. ID:**    **Date of Filing:** 08-23-1993    **Time of Filing:** 1333
**Doc. Name:** WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER


**Filing Party Name:** KOWEN, RICHARD
**Volume Number:**
**Case Folder Page Number:** 223--
**Comments:** (GREELEY WALKER & KOWEN WITHDRAWS FOR DEFT
WENDELL PANG; MCCORRISTON MIHO & MILLER APPEARS)

&lt;Previous | Next&gt;    Page Number: 0000398 OF

[Party List]  [Document List]  [Case Info.]



Print | Help | New Se

Document Detail

1CC90-

Sequence:

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL
**Doc. ID:**      **Date of Filing:** 10-26-1993            **Time of Filing:** 0802
**Doc. Name:** APPEARANCE OF MCCORRISTON MIHO MILLER MUKAI AS CO COUNSEL FOR DEFENDANTS, COUNTERCLAIMANTS & CROSS-CLAIMANTS FINANCE FACTORS ENTERPRISES, LTD; FINANCE REALTY CO, LTD, MAHOLA, INC; KEHENA BEACH
**Filing Party Name:** MEHEULA III, WI
**Volume Number:**
**Case Folder Page Number:** 230--
**Comments:** INC, AHUALOA PROPERTIES, WAIWAI, INC, AHUALOA DEVELOPMENT CORP; PACIFIC LOAN HOLDINGS, LTD, DEFENDANTS & CROSS-CLAIMANTS WELLINGTON B H CHU & MUN ON CHUN; CERTIFICATE OF SERVICE

<Previous | Next>    **Page Number:** PG 0001052 OF

[Party List]  [Document List]  [Case Info.]



Print | Help | New Se

Document Detail

1CC90-

Sequence:

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL
**Doc. ID:** JUDG          **Date of Filing:** 07-12-1994          **Time of Filing:** 0947
**Doc. Name:** JUDGMENT

**Filing Party Name:** SULLIVAN, BARRY
**Volume Number:** 52
**Case Folder Page Number:** 01-02
**Comments:**

<Previous | Next>   **Page Number:** PG 0001102 OF