# Hawaii-Chartered Depository Financial Services Loan Companies

**Finance Factors, Limited**
1164 Bishop Street
(P.O. Box 3979, zip code 96812-3979)
Honolulu, HI 96813
(808) 548-3311





STATE OF HAWAII

DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS

DIVISION OF FINANCIAL INSTITUTIONS

# COMPARATIVE STATEMENTS OF CONDITION

## December 31, 2005, June 30, 2005, and December 31, 2004

The following comparative statements of condition relate to Hawaii state-chartered banks and financial services loan companies. The statements are issued pursuant to Section 412:2-104(f), Hawaii Revised Statutes.

The financial statements shown on the following pages have been summarized from the reports filed by the institutions with the Division of Financial Institutions. The reports are unaudited and have not been examined by the Division for fairness of presentation and should not be considered to be presented in accordance with generally accepted accounting principles.

COMPARATIVE STATEMENT OF CONDITION OF
STATE-LICENSED DEPOSITORY FINANCIAL SERVICES LOAN COMPANIES
As at the Close of Business
DECEMBER 31, 2005, JUNE 30, 2005, and DECEMBER 31, 2004
(000 Omitted)

| ASSETS | Net Loans | Securities | Premises, Furniture, Fixtures & Equipment | Other Real Estate Owned | Cash on Hand & in Banks | Other Assets | Total Assets |
|---|---|---|---|---|---|---|---|
| Finance Factors, Ltd. | $389,690 | $227,371 | $1,933 | $268 | $6,831 | $26,615 | $652,708 |
| TOTALS DEC. 31, 2005 | $389,690 | $227,371 | $1,933 | $268 | $6,831 | $26,615 | $652,708 |
| TOTALS JUNE 30, 2005 | $330,768 | $250,101 | $1,986 | $328 | $13,160 | $25,634 | $621,977 |
| TOTALS DEC. 31, 2004 | $290,950 | $274,968 | $1,610 | $216 | $4,327 | $23,477 | $595,548 |

| LIABILITIES & CAPITAL | Borrowed Money | Deposits | Other Liabilities | | Capital, Surplus & Undivided Profits | | Total Liabilities & Capital |
|---|---|---|---|---|---|---|---|
| Finance Factors, Ltd. | $111,340 | $484,331 | $4,248 | | $52,789 | | $652,708 |
| TOTALS DEC. 31, 2005 | $111,340 | $484,331 | $4,248 | | $52,789 | | $652,708 |
| TOTALS JUNE 30, 2005 | $92,889 | $470,285 | $4,703 | | $54,100 | | $621,977 |
| TOTALS DEC. 31, 2004 | $98,616 | $429,264 | $14,211 | | $53,457 | | $595,548 |

**Comments:**
Information collected from the Call Report for December 31, 2005.
State-Licensed Depository Financial Services Loan Companies: 1    Branch & Agency Offices: 15

State of Hawaii, Department of Commerce and Consumer Affairs, Division of Financial Institutions                February, 2006