

### Certificate of Good Standing
- Login
- Search
- Shopping Cart
- Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

## Business Information

This business is not in good standing.

### General Information

| | |
|---|---|
| Master Name | MAHUKONA PROPERTIES |
| Business Type | Domestic Limited Partnership |
| File Number | 854 L5 |
| Status | Cancelled |
| Purpose | REAL ESTATE INVESTMENT |
| Place Incorporated | Hawaii UNITED STATES |
| Registration Date | Jun 3, 1971 |
| Expiration Date | Jun 3, 2001 |
| Mailing Address | 1164 BISHOP ST STE 810 HONOLULU Hawaii 96813 United States of America |
| Partner Terms | CONTINUE FOR 30 YEARS (SEE 11/19/74 AMENDMENT) |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2000 | Processed |
| 1999 | Processed |
| 1998 | Processed |

### Officers

| Name | Office | Date |
|---|---|---|
| *MAHOLA, INC. | G | Dec 31, 2000 |
| *KEHENA BEACH, INC. | L | Dec 31, 2000 |
| *WAIPIO TERRACE, LTD. | L | Dec 31, 2000 |
| MIYAHARA, HITOE S (TR) | L | Dec 31, 2000 |
| FONG, VICTORIA C | L | Dec 31, 2000 |
| HARA, GILBERT T | L | Dec 31, 2000 |
| BAILEY, MARY JOY | L | Dec 31, 2000 |
| KING, REBECCA | L | Dec 31, 2000 |
| KING, RAE ALLISON | L | Dec 31, 2000 |
| KING, BRUCE | L | Dec 31, 2000 |
| WONG, HOWARD | L | Dec 31, 2000 |
| WONG, CORRINE | L | Dec 31, 2000 |
| BERGMAN, LINDA | L | Dec 31, 2000 |
| CHUN, SCOTT | L | Dec 31, 2000 |
| CHUN, KARL | L | Dec 31, 2000 |
| STONE, LISA | L | Dec 31, 2000 |
| CHUN, MARK | L | Dec 31, 2000 |
| *WAIPONO, INC. | L | Dec 31, 2000 |
| *YVONNE PIILANI PAYNE JOHNSO | L | Dec 31, 2000 |
| *SESNITA A.D. MOEPONO TRUST | L | Dec 31, 2000 |
| *MONITA MOEPONO BROWN TRUST | L | Dec 31, 2000 |

EXHIBIT "J"

| | | |
|---|---|---|
| *FRANICS K FERREIRA TRUST | L | Dec 31, 2000 |
| *LORRAINE E.T. TOKUDA TRUST | L | Dec 31, 2000 |
| *PENELOPO E.Y. CHUN TRUST | L | Dec 31, 2000 |
| JOHNSON,PHYLLIS E O | L | Dec 31, 2000 |
| *RICHARD T MAMIYA TRUST | L | Dec 31, 2000 |
| *FINANCE ENTERPRISES, LTD. | L | Dec 31, 2000 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Jun 7, 2001 | Certificate of Cancellation of Limited Partnership | CERTIFICATE OF CANCELLATION OF LTD PTSHP. (IMAGED) |


h   hbe eh      g    c g   e    h              f



### Certificate of Good Standing
- Login
- Search
- Shopping Cart
- Authenticate a COGS

NOTE

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

## Business Information

This business is not in good standing.

### General Information

| | |
|---|---|
| Master Name | MAHOLA, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 28339 D1 |
| Status | Dissolved |
| Purpose | REAL ESTATE |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Mar 18, 1975 |
| Mailing Address | 1164 BISHOP ST STE 810 HONOLULU Hawaii 96813 United States of America |
| Term | PER |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2000 | Processed |
| 1999 | Processed |
| 1998 | Processed |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 100 | 100 | | |

### Officers

| Name | Office | Date |
|---|---|---|
| MIYASATO,ROBERT | P/COO | Dec 31, 2000 |
| SUEOKA,JED | V/T | Dec 31, 2000 |
| MURAI,HOWARD Y | V | Dec 31, 2000 |
| LAU,DANIEL B T | C/S/D | Dec 31, 2000 |
| CHUN,PATRICK E | VC/CEO/D | Dec 31, 2000 |
| FONG,PATRICK | D | Dec 31, 2000 |
| FONG,HIRAM L | D | Dec 31, 2000 |
| LAU,RUSSELL | D | Dec 31, 2000 |
| SUMIDA,GRANT | V/CO | Dec 31, 2000 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Oct 19, 2001 | Articles of Dissolution | ARTICLES OF DISSOLUTION (IMAGED) |
| Jun 7, 2001 | Statement of Intent to Dissolve | STATEMENT OF INTENT TO DISSOLVE - IMAGED |


Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawai'i Information Consortium, LLC. All rights reserved.

Powered by ehawaii.gov

h    hbe eh    g    c g e    h    f



### Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.


Click Live Help icon to begin chat

## Business Information

This business is not in good standing.

### General Information

| | |
|---|---|
| Master Name | AHUALOA PROPERTIES |
| Business Type | Domestic Limited Partnership |
| File Number | 4388 L5 |
| Status | Cancelled |
| Purpose | REAL ESTATE |
| Place Incorporated | Hawaii UNITED STATES |
| Registration Date | Dec 30, 1986 |
| Expiration Date | Dec 29, 2006 |
| Mailing Address | 1164 BISHOP ST STE 800<br>HONOLULU Hawaii 96813<br>United States of America |
| Partner Terms | SHALL CONTINUE FOR TWENTY (20) YEARS FROM DATE OF FILING, UNLESS EXTENDED OR SOONER TERMINATED. |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2000 | Processed |
| 1999 | Processed |
| 1998 | Processed |

### Officers

| Name | Office | Date |
|---|---|---|
| *WAIWAI, INC. | G | Dec 31, 1993 |
| *AHUALOA DEVELOPMENT, INC. | G | Dec 31, 1993 |
| *MAHUKONA PROPERTIES | L | Dec 31, 1993 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Jun 7, 2001 | Certificate of Cancellation of Limited Partnership | CERTIFICATE OF CANCELLATION OF LTD. PTSHP. (IMAGED) |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawai`i Information Consortium, LLC. All rights reserved.

Powered by 

h    hbe eh        g    c g    e    h            f



## Certificate of Good Standing
- Login
- Search
- Shopping Cart
- Authenticate a COGS

### NOTE
If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

## Business Information

This business is not in good standing.

### General Information

| | |
|---|---|
| Master Name | WAIWAI, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 35761 D1 |
| Status | Dissolved |
| Purpose | REAL ESTATE |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Mar 2, 1978 |
| Mailing Address | 1164 BISHOP ST STE 810 HONOLULU Hawaii 96813 United States of America |
| Term | PER |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2000 | Processed |
| 1999 | Processed |
| 1998 | Processed |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 100 | 100 | | |

### Officers

| Name | Office | Date |
|---|---|---|
| MIYASATO,ROBERT | P/COO | Dec 31, 2000 |
| CHUN,PATRICK E | VC/CEO/D | Dec 31, 2000 |
| SUEOKA,JED | V/T | Dec 31, 2000 |
| MURAI,HOWARD Y | V | Dec 31, 2000 |
| LAU,DANIEL B T | S/C/D | Dec 31, 2000 |
| FONG,HIRAM L | D | Dec 31, 2000 |
| LAU,RUSSELL | D | Dec 31, 2000 |
| SUMIDA,GRANT | V/CO | Dec 31, 2000 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Oct 19, 2001 | Articles of Dissolution | ARTICLES OF DISSOLUTION (IMAGED) |
| Jun 7, 2001 | Statement of Intent to Dissolve | STATEMENT OF INTENT TO DISSOLVE (IMAGED) |

Copyright © 2000 - 2006 Hawai`i Information Consortium, LLC. All rights reserved.

h    hbe eh    g    c g    e    h            f



### Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

## Business Information

> This business is not in good standing.

### General Information

| | |
|---|---|
| Master Name | KEHENA BEACH, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 20535 D1 |
| Status | Dissolved |
| Purpose | REAL ESTATE INVESTMENT |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Jun 2, 1971 |
| Mailing Address | 1164 BISHOP ST STE 810 HONOLULU Hawaii 96813 United States of America |
| Term | PER |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2000 | Processed |
| 1999 | Processed |
| 1998 | Processed |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 50,000 | 9,500 | | |

### Officers

| Name | Office | Date |
|---|---|---|
| CHUN,PATRICK | CEO/VC/D | Dec 31, 2000 |
| MIYASATO,ROBERT | P | Dec 31, 2000 |
| SUEOKA,JED | V/T | Dec 31, 2000 |
| MURAI,HOWARD | V | Dec 31, 2000 |
| LAU,DANIEL B T | C/S/D | Dec 31, 2000 |
| SUMIDA,GRANT | V/CO | Dec 31, 2000 |
| FONG,HIRAM L | D | Dec 31, 2000 |
| LAU,RUSSELL J. | D | Dec 31, 2000 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Oct 19, 2001 | Articles of Dissolution | ARTICLES OF DISSOLUTION (IMAGED) |
| Jun 7, 2001 | Statement of Intent to Dissolve | STATEMENT OF INTENT TO DISSOLVE (IMAGED) |

Copyright © 2000 - 2006 Hawai`i Information Consortium, LLC. All rights reserved.

h    hbe eh    g    c g    e    h    f



### Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

## Business Information

This business is not in good standing.

### General Information

| | |
|---|---|
| Master Name | AHUALOA DEVELOPMENT, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 37949 D1 |
| Status | Dissolved |
| Purpose | REAL ESTATE |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Nov 3, 1978 |
| Mailing Address | 1164 BISHOP ST STE 800 HONOLULU Hawaii 96813 United States of America |
| Term | PER |

### Annual Filings

| Filing Year | Status |
|---|---|
| 2000 | Processed |
| 1999 | Processed |
| 1998 | Processed |

### Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 120 | 100 | | |

### Officers

| Name | Office | Date |
|---|---|---|
| LAU,DANIEL B T | C/S/D | Dec 31, 2000 |
| CHUN,PATRICK E | CEO/VC/D | Dec 31, 2000 |
| MIYASATO,ROBERT | P/COO | Dec 31, 2000 |
| SUMIDA,GRANT | V/CO | Dec 31, 2000 |
| SUEOKA,JED | V/T | Dec 31, 2000 |
| MURAI,HOWARD | V | Dec 31, 2000 |
| FONG,HIRAM L | D | Dec 31, 2000 |
| LAU,RUSSELL J | D | Dec 31, 2000 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Oct 19, 2001 | Articles of Dissolution | ARTICLES OF DISSOLUTION (IMAGED) |
| Jun 7, 2001 | Statement of Intent to Dissolve | STATEMENT OF INTENT TO DISSOLVE (IMAGED) |

Certificate of Good Standing                                                                 Page 1 of 2

Copyright © 2000 - 2006 Hawai`i Information Consortium, LLC. All rights reserved.

h     hbe eh      g    c g    e    h           f