IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>　　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>DECLARATION OF WILLIAM C. McCORRISTON |

### DECLARATION OF WILLIAM C. McCORRISTON

WILLIAM C. McCORRISTON hereby declares that:

1.　I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP. This declaration is based on my own personal knowledge, to the best of my recollection and belief.

2.　The McCorriston firm has represented Finance Factors, Limited in various collection/foreclosure matters unrelated to this action.

3.　I represented Wendell Pang in a lawsuit involving Mahukona Properties many years ago, but I do not recall any of the details of the

matter, except that I am sure that it has no relationship at all to the matter in this case.

4.   I am informed that William K. Meheula, III and Barry Sullivan were the attorneys who actively worked on the case. Neither Mr. Meheula nor Mr. Sullivan have been with this law firm for the past 12 years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this ___6___ day of ___October___, 2006.

_____
WILLIAM C. McCORRISTON