IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>        Plaintiff,<br><br>   vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>        Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>DECLARATION OF STACEY C. G. HEE |

## DECLARATION OF STACEY C. G. HEE

STACEY C. G. HEE hereby declares that:

1.    I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP. This declaration is based on my own personal knowledge, to the best of my recollection and belief.

2.    I am a former director of Finance Enterprises, Ltd. ("Enterprises"). I submitted my letter of resignation on and effective as of September 15, 2003.

3.    I have never performed legal services for Enterprises.

4.	I do not recall ever communicating with Sam K. Yee or any other attorney for Enterprises about this lawsuit while I was a director. I do not believe that this lawsuit was ever discussed at any board meeting that I attended.

5.	The boards of directors of Enterprises' various subsidiaries met separately, and I did not usually attend those meetings.

6.	Finance Factors Foundation ("FF Foundation") is a non-profit corporation whose purpose is to evaluate charitable needs and make grants and distributions to deserving charitable organizations. I have not performed legal services for FF Foundation. FF Foundation's board does not involve itself in legal matters concerning Enterprises or any other corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this ___6th___ day of ___October___, 2006.

_____
STACEY C. G. HEE

147576.1                                                    2