IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>       Plaintiff,<br><br>  vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>       Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>DECLARATION OF DAVID J. MINKIN |

## DECLARATION OF DAVID J. MINKIN

DAVID J. MINKIN hereby declares that:

1.    I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP. This declaration is based on my own personal knowledge, to the best of my recollection and belief.

2.    I represented Finance Factors, Ltd. in various collection matters in which the parent company, Finance Enterprises, Ltd. ("Enterprises") was not involved. I worked through and with Donald K.O. Wong. Such matters involved collection efforts against individual consumer loan debtors.

    3.    I have not performed legal services for Enterprises at any time.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Honolulu, Hawaii this \_\_6th\_\_ day of \_\_October\_\_, 2006.

_____
DAVID J. MINKIN