IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership,<br><br>          Plaintiff,<br><br>  vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>          Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT)<br><br>DECLARATION OF STEWART PRESSMAN |

DECLARATION OF STEWART PRESSMAN

STEWART PRESSMAN hereby declares that:

1.  I am an attorney with the law firm of McCorriston Miller Mukai MacKinnon LLP and counsel for Kahala CCM Factors, LLC ("Kahala CCM") in the above-captioned matter. This declaration is based on my own personal knowledge, to the best of my recollection and belief.

2.  This law firm was requested to cause Kahala CCM to be substituted into this lawsuit in place of existing Plaintiff N. Harwood Street Partners I, L.P.

("N. Harwood"). The attorneys assigned to this matter are Robert G. Klein and Christopher J. Cole.

3.  McCorriston partner Clifford J. Miller and/or I have worked on various real estate loan transactions for the principals and affiliates of Kahala CCM. In addition, I have worked with the principals and affiliates of Kahala CCM on acquisitions of certain bond holdings from Hawaii banks. All of these matters pre-date this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this  6th  day of  October , 2006.

_____
STEWART PRESSMAN