IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| N. HARWOOD STREET PARTNERS I, L.P., a Delaware limited partnership, | ) ) ) ) | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | ) ) | CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | ) ) ) | |
| Defendants. | ) ) ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.                gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.               bhiramatsu@lbchlaw.com

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii  96813

Attorney for Defendants Hiram Leong Fong, aka
Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram Leong
Fong Revocable Trust dated 3/17/93, Ellyn Lo
Fong, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust
Dated 3/24/93, Rodney Leong Fong, aka Rodney
L. Fong and Rodney Fong, Individually and as
Trustee for Chelsea Tree Fong, Forest Wind Fong,
Shama Rain Fong and Ski Hiram Fong, and Patsy
Nakano Fong, aka Patsy N. Fong

JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813

Attorney for Defendants Marvin Allan Fong, as
Trustee for the Marvin Allan Fong Revocable
Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as
Trustee of the Sandra Y.Y. Au Fong Revocable
Trust Agreement Dated 5/9/94, Merie Ellen Fong
Gushi, Emily Mitchell, Leonard K.K. Fong, as
Trustee of the Leonard K.K. Fong Revocable
Living Trust Under Trust Dated 2/19/98, Finance
Enterprises, Ltd., Ellen Lee Fong, as Trustee for
the Ellen Lee Fong Revocable Living Trust Under
Trust Dated 2/19/98, Dale S.N. Fong, Individually
and as Custodian for Adrienne M.L. Fong and
Brandon N.C.K. Fong Under the Hawaii Uniform
Gift to Minors Act, Adrienne M.L. Fong (a Minor,

147576.2                                        2

Guardian ad Litem Dale S.N. Fong), Brandon
N.C.K. Fong (a Minor, Guardian ad Litem Dale
S.N. Fong), Linda L. Fong, Glen S.W. Fong, Keith
S.K. Fong, Rodney S.O. Fong, Pearl L. Fong,
Deborah B.J. Fong Fong, Jonathan Y.C. Fong,
Susan B.L. Fong Takashima, Valerie B.L. Fong
Asari, Individually and as Custodian for David
Y.H. Asari Under the Hawaii Uniform Gift to
Minors Act, David Y.H. Asari (a Minor, Guardian
ad Litem Valerie B.L. Fong Asari), Winton Tong,
as Trustee for the 1994 Winton Tong and Gladys
F. Tong Revocable Trust, Clifford Marshall Tong,
Jonathan Warren Tong, Mark Lex Tong, Jason
Roberto Tong, Kelly Tong, Del Associates, 1570
Alewa Limited Partnership, and Sai Investment
Company

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

Commissioner

DATED:  Honolulu, Hawaii, _____OCT – 9 2006_____.


ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC