ORIGINAL

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG      5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 6 2006

at ____ o'clock and ____ min ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK (Contract)<br><br>**DECLARATION OF JEFFREY DANIEL LAU; EXHIBIT "A"**<br><br>**(re: DEFENDANT FINANCE ENTERPRISES, LTD.'S MEMORANDUM IN OPPOSITION TO MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006)** |

## DECLARATION OF JEFFREY DANIEL LAU

1.     I am an attorney licensed to practice law before all courts in the

State of Hawaii, and am one of the attorneys representing Defendant FINANCE

ENTERPRISES.  I am over 21 years of age and I am competent to give this

Declaration. Except where otherwise noted, the facts stated below are based on personal knowledge.

2.      Attached hereto as Exhibit "A" is a true and correct copy of a letter from me addressed to Robert G. Klein, Esq., dated September 15, 2006.

3.      Various attorneys from the law firm of McCorriston Miller Mukai MacKinnon (hereinafter "the McCorriston firm") have represented Finance Enterprises, its related companies, and their officers, directors, employees and/or shareholders for a number of years.

4.      Donald K.O. Wong, Esq., and other attorneys of the McCorriston firm (including David J. Minkin, Esq., and Paul B.K. Wong, Esq.) have represented Finance Enterprises and/or Finance Factors, Limited, for several years in various collection and foreclosure matters.

5.      William C. McCorriston, Esq., and other attorneys of the McCorriston firm represented former Finance Enterprises Chief Executive Officer Wendell Pang in a lawsuit regarding Mahukona Properties.

6.      Stacy C.G. Hee, Esq., an attorney in the McCorriston firm, is a former director of Finance Enterprises.  She is currently a trustee/director of the Finance Factors Foundation.

I declare under penalty of law that the foregoing facts are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii,   October 6, 2006.

JEFFREY DANIEL LAU