# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 02-00383SOM-BMK |
| CASE NAME: | N. Harwood Street Partners I, L.P. vs. Hiram Fong, aka Hiram L. Fong, Sr., et al. |
| ATTYS FOR PLA: | Robert G. Kelin<br>Christopher J. Cole |
| ATTYS FOR DEFT: | Jeffrey D. Lau |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | FTR-Courtroom 6 |
| DATE: | 10/10/2006 | TIME: | 2:45-3:05 |

COURT ACTION:  EP: Motion by Kahala CCM Factors, LLC to Substitute Party for Plaintiff N. Harwood Street Partners I, L.P. - Arguments heard.

The substitution of parties portion of the motions is Granted.  Klein to prepare Order.

Regarding the issue of disqualification of counsel, etc.

Further briefing to be submitted regarding adversity, prior representation, etc.

Defendant's brief is due 10/16/06.
Plaintiff's brief is due 10/18/06.

Status Conference Re: Continued Representation by Counsel set for 11:00 10/20/06, BMK.

Submitted by: Warren N. Nakamura, Courtroom Manager