ORIGINAL

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
E-mail: jlau@ollon.com
Telephone: 533-3999
Facsimile:  533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**CERTIFICATE OF SERVICE**<br><br>**(RE: DECLARATION OF JEFFREY DANIEL LAU; EXHIBIT "A")** |

1412-016 (37562)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the DECLARATION OF JEFFREY DANIEL LAU; EXHIBIT "A", filed on October 6, 2006, was duly served on the following parties at their last-known address, by U.S. mail, postage prepaid, on or about October 6, 2006:

GEORGE W. BRANDT, ESQ.
BEVERLY LYNNE K. HIRAMATSU, ESQ.
Davies Pacific Center
841 Bishop Street, Suite 1800
Honolulu, HI  96813

Attorneys for Plaintiff
**N. HARWOOD STREET PARTNERS I, L.P.**


CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Flr.
500 Ala Moana Blvd.
Honolulu, HI  96813

Attorney for proposed Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**


HARRISON P. CHUNG, ESQ.
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG,
Individually and as Trustees**

**ROBERT G. KLEIN, ESQ.**
McCorriston Miller Mukai MacKinnon
500 Ala Moana Blvd., 4th Flr.
Five Waterfront Plaza
Honolulu, Hawaii 96813

Attorney for proposed Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**


**JAY T. SUEMORI, ESQ.**
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**


DATED:   Honolulu, Hawaii, October 9, 2006.


Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

JEFFREY DANIEL LAU
KURT K. LEONG
Attorneys for Defendant
FINANCE ENTERPRISES