**Finance Factors, Ltd**
**McCorriston Miller Mukai Mackinnon Invoices**
**January 2005-August 2006**

| Date | Amount | Attorney |
|------|--------|----------|
| Jan-05 | 2,968.17 | Donald Wong |
| Jan-05 | 609.34 | David Minkin |
| Feb-05 | 401.68 | Phillip Miyoshi |
| Mar-05 | 300.00 | Costs Advanced |
| Mar-05 | 36.46 | Donald Wong |
| Mar-05 | 520.80 | Donald Wong |
| Mar-05 | 958.27 | Donald Wong |
| Apr-05 | 36.46 | Donald Wong |
| Apr-05 | 36.46 | Donald Wong |
| May-05 | 300.00 | Costs Advanced |
| May-05 | 36.46 | Donald Wong |
| Jun-05 | 708.26 | Donald Wong |
| Jun-05 | 36.46 | Donald Wong |
| Jun-05 | 36.46 | Donald Wong |
| Jul-05 | 1,172.97 | Donald Wong |
| Jul-05 | 1,156.18 | Donald Wong |
| Jul-05 | 36.46 | Donald Wong |
| Jul-05 | 883.24 | Donald Wong |
| Aug-05 | 36.46 | Donald Wong |
| Aug-05 | 934.98 | Donald Wong |
| Aug-05 | 36.46 | Donald Wong |
| Sep-05 | 651.00 | Donald Wong |
| Sep-05 | 458.30 | Donald Wong |
| Sep-05 | 25.00 | Filing Fees |
| Sep-05 | 208.59 | Donald Wong |
| Oct-05 | 708.41 | Donald Wong |
| Oct-05 | 2,378.05 | Donald Wong |
| Nov-05 | 991.50 | Donald Wong |
| Nov-05 | 570.00 | Donald Wong |
| Dec-05 | 583.80 | Donald Wong |
| Jan-06 | 208.32 | Donald Wong |
| Jan-06 | 124.99 | Donald Wong |
| Jan-06 | 833.28 | Donald Wong |
| Feb-06 | 36.46 | Donald Wong |
| Feb-06 | 3,812.72 | Donald Wong |
| Apr-06 | 749.95 | Donald Wong |
| Apr-06 | 499.97 | Donald Wong |
| Apr-06 | 6,596.26 | Paul Wong, Donald Wong |
| Apr-06 | 36.46 | Donald Wong |
| May-06 | 36.46 | Donald Wong |
| May-06 | 140.00 | Donald Wong |
| May-06 | 36.46 | Donald Wong |

# EXHIBIT "A"

| | | |
|---|---:|---|
| May-06 | 36.46 | Donald Wong |
| May-06 | 611.96 | Donald Wong |
| May-06 | 36.46 | Donald Wong |
| Jun-06 | 541.63 | Donald Wong |
| Jul-06 | 83.33 | Donald Wong |
| Jul-06 | 104.16 | Donald Wong |
| Jul-06 | 36.46 | Donald Wong |
| Aug-06 | 416.64 | Donald Wong |
| Total | 32,795.11 | |