CHECK HISTORY REPORT                                                            FEL / FINANCE ENTERPRISES, LTD.

ACTIVITY FROM: 01/01/03   TO: 12/31/99      *SORTED BY CHECK NUMBER*

BANK CODE:    B  FIRST HAWAIIAN BANK

| CHECK NUMBER | CHECK DATE | VENDOR NUMBER | NAME | | CHECK AMOUNT | |
|---|---|---|---|---|---|---|
| 013933 | 08/13/03 | MC001 | McCorriston Miller Mukai | OREO - Rental | 1,670.00 | |
| 013946 | 08/19/03 | MC001 | McCorriston Miller Mukai | FF - Div. Loan | 156.24 | |
| 014049 | 09/26/03 | MC001 | McCorriston Miller Mukai | | 2,997.28 | (MANUAL) |
| 014079 | 10/14/03 | MC001 | McCorriston Miller Mukai | | 7,040.71 | (MANUAL) |
| 014106 | 10/27/03 | MC001 | McCorriston Miller Mukai | | 4,841.39 | |
| 014121 | 11/04/03 | MC001 | McCorriston Miller Mukai | | 572.88 | |
| 014133 | 11/10/03 | MC001 | McCorriston Miller Mukai | | 129.16 | |
| 014146 | 11/17/03 | MC001 | McCorriston Miller Mukai | | 208.32 | |
| 014211 | 12/08/03 | MC001 | McCorriston Miller Mukai | | 230.92 | (MANUAL) |
| 014361 | 02/23/04 | MC001 | McCorriston Miller Mukai | | 2,749.87 | (MANUAL) |
| 014460 | 03/29/04 | MC001 | McCorriston Miller Mukai | | 299.98 | |
| 014524 | 04/27/04 | MC001 | McCorriston Miller Mukai | FF - Div. loan | 4,151.73 | |
| 014605 | 06/14/04 | MC001 | McCorriston Miller Mukai | | 229.15 | (MANUAL) |
| 014660 | 06/29/04 | MC001 | McCorriston Miller Mukai | | 112.49 | (MANUAL) |
| 014753 | 08/17/04 | MC001 | McCorriston Miller Mukai | | 729.12 | |
| 014838 | 09/24/04 | MC001 | McCorriston Miller Mukai | | 295.59 | |
| 014884 | 10/22/04 | MC001 | McCorriston Miller Mukai | | 270.82 | |
| 015455 | 07/28/05 | MC001 | McCorriston Miller Mukai | | 36.46 | (MANUAL) |
| 016039 | 05/12/06 | MC001 | McCorriston Miller Mukai - | FF. Div. loan | 3,998.66 | |
| 016051 | 05/23/06 | MC001 | McCorriston Miller Mukai | " | 140.00 | |

BANK B TOTAL:    30,860.77

REPORT TOTAL:   30,860.77

**EXHIBIT "B"**