DONALD WONG:

| NO. | ACCT NO. | BALANCE | ATTY FEE | YR. COMPLETED |
|---|---|---|---|---|
| 1 | 90166841 | 1,834,927.79 | 7,196.95 | 2001 |
| 2 | 90177622 | 73,503.30 | 1,183.25 | 2002 |
| 3 | 11305157 | 140,945.05 | 3,252.16 | 2003 |
| 4 | 16020340 | 113,641.22 | 1,877.41 | 2003 |
| 5 | 5300886 | 123,200.07 | 1,670.00 | 2003 |
| 6 | 10041648 | 194,030.53 | 5,117.71 | 2003 |
| 7 | 90171055 | 276,030.38 | 7,489.71 | 2003 |
| 8 | 9301534 | 73,195.95 | 3,989.18 | 2005 |
| | TOTAL BALANCE | 2,829,474.29 | | |

# EXHIBIT "C"