Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**DECLARATION OF KURT K. LEONG; EXHIBITS "1" – "2"**<br><br>(re: DEFENDANT FINANCE ENTERPRISES, LTD.'S FIRST SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006) |

### DECLARATION OF KURT K. LEONG

KURT K. LEONG declares and says:

1. I am an attorney licensed to practice law before all courts in the State of Hawaii, and am one of the attorneys representing Defendant FINANCE ENTERPRISES. I am over 21 years of age and I am competent to give this

Declaration. Except where otherwise noted, the facts stated below are based on personal knowledge.

2.  I have reviewed the on-line court docket (known as the "Ho`ohiki" website) of the Circuit Court of the First Circuit, State of Hawaii, pertaining to <u>Mahukona Properties, et. al. vs. Junetta Deryuen, et. al.</u>, Civil Nos. 90-000664 and 90-001124 (consolidated). The docket indicates that William McCorriston, Esq., appeared at a minimum of ten hearings or conferences before the Circuit Court in the <u>Mahukona</u> litigation on behalf of FINANCE ENTERPRISES and/or related entities. Attached hereto collectively as Exhibit "1" are true and correct copies of selected court minutes printed from the website for hearings or conferences which were attended by Mr. McCorriston.

3.  Attached hereto as Exhibit "2" is a true and correct copy of the Declaration of Russell J. Lau; Exhibits "A" – "B". Mr. Lau has reviewed and approved the contents of the Declaration. Mr. Lau is currently out of town, and is expected to return on Thursday, October 19, 2006. Upon his return, I will ask Mr. Lau to sign the Declaration, and I will then file it with the Court.

I declare under penalty of law that the foregoing facts are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii,  October 17, 2006.

/s/ Kurt K. Leong
KURT K. LEONG

1412-016/37792                    2