


Print | Help | New Se

**COURT MINUTES AGENDA**

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-0-000664

**Div.:** 1C02 **CTRM:** **Cal. Type:** CV **Cal. Date:** 09-01-1993 **PH:**
**TIME:** 0300P **Priority:** 0 **Judge I.D.:** JKCHANG

| | Type | Description | Disposition |
|---|---|---|---|
| 1 | SCF | SETTLEMENT CONFERENCE | RET |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.

**EXHIBIT "1"**






Print | Help | New Se

Court Minutes Text

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C02 CV **DATE:** 09-01-1993 **Time:** 0300P **Priority:** 0 **Judge I.D.:** JK
**Video No.:** **Audio No.:**

**Minutes:** COURT & COUNSELS MET IN CHAMBERS FOR SETTLEMENT CONFERENCE. PRESENT: GARY GRIMMER/THOMAS MITCHELL JOE MALKIN FOR JUNETTA DERYUEN; PETER LEE/RICHARD KOWEN FOR FINANCE FACTORS; WILLIAM MCCORRISTON/ RANDALL SCHMITT/HENRY KLINGEMAN FOR WENDALL PANG; CYNTHIA JOHIRO FOR TRINITY PROPERTIES; GLENN SATO GREGG USHIRODA FOR CHINGS. 4-6 WEEK JURY TRIAL. OUT OF STATE WITNESSES, EXPERT WITNESSES. THE PARTIES ARE STILL FAR APART. THE COURT WILL MAKE HIMSELF AVAILABLE FOR FURTHER SETTLEMENT CON- FERENCE; COUNSEL TO CONTACT THE COURT IF THEY WOULD LIKE A FURTHER SETTLEMENT CONFERENCE. CIVIL

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C02 CV **DATE:** 09-01-1993 **Time:** 0300P **Priority:** 0 **Judge I.D.:** JK

**Video No.:** **Audio No.:**

**Minutes:** NOS. 90-0664 AND 90-1124 ARE CONSOLIDATED.

--------------------------------------------------

LATER (10/8/93) THIS CASE WAS RETURNED FOR TRIAL.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

## COURT MINUTES AGENDA

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-0-001124

**Div.:** 1C10 **CTRM:** **Cal. Type:** CM **Cal. Date:** 10-05-1993 **PH:**
**TIME:** 0930A **Priority:** 0 **Judge I.D.:** JWWATANABE

| | Type | Description | Disposition |
|---|---|---|---|
| 1 | DSM | PLTFS' MOTION TO DISMISS ROBERT W. SMYTHE, JR | DND |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C10 CM **DATE:** 10-05-1993 **Time:** 0930A **Priority:** 0 **Judge I.D.:** JW
**Video No.:** **Audio No.:**

**Minutes:** *****REPORTER: CAROL TAKAKI*****
9:36 AM PRESENT WERE KATHERINE LEONARD AND JOSEP
MALKIN FOR PLAINTIFF, PETER LEE FOR THE FINANC
CORPORATE DEFENDANTS, BURNHAM GREELEY FOR
WELLINGTON CHU AND MUN ON CHUN, WILLIAM MCCOR-
RISTON FOR WENDELL PANG, AND GREGG USHIRODA FO
RUSSELL CHING AND KATHLEEN CHING.
HAVING HEARD THE ARGUMENTS OF COUNSEL,
COURT TOOK THE MATTER UNDER ADVISEMENT.
9:55 AM CONCLUDED.
.
MINUTE ORDER - OCTOBER 12, 1993

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C10 CM **DATE:** 10-05-1993 **Time:** 0930A **Priority:** 0 **Judge I.D.:** JWV

**Video No.:** **Audio No.:**

**Minutes:** COURT DENIED THE MOTION. COUNSEL WERE NOTIFIED O THE COURT'S RULING BY LAW CLERK LILLIAN TAKAKI. MR. LEE TO PREPARE THE ORDER.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**COURT MINUTES AGENDA**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-0-001124

**Div.:** 1C10 **CTRM:** **Cal. Type:** CM **Cal. Date:** 10-13-1993 **PH:**
**TIME:** 0930A **Priority:** 0 **Judge I.D.:** JWWATANABE

| | Type | Description | Disposition |
|---|---|---|---|
| 1 | MSJ | #1 - DEFTS FINANCE ENTERPRISES LTD ETAL'S MOTION | DND |
| 2 | MSJ | #2 - DEFTS WELLINGTON B H CHU ETAL'S JOINDER IN | OTH |
| 3 | MSJ | #3 - DEFT WENDELL K K PANG'S JOINDER IN DEFTS/CTR | OTH |
| 4 | MSJ | #4 - DEFT RUSSELL L CHING & KATHLEEN C CHINGS' | OTH |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C10 CM **DATE:** 10-13-1993 **Time:** 0930A **Priority:** 0 **Judge I.D.:** JW

**Video No.:** **Audio No.:**

**Minutes:*******COURT REPORTER: FELICIA RICARDO*****
TIME: 09:35/10:00 A.M.
PRESENT: JOSEPH MALKIN/KATHERINE LEONARD FOR

PLAINTIFFS IN CIVIL NO. 90-0664
PETER LEE FOR FINANCE FACTORS, LTD., ET AL. (MOVANT #1)
WILLIAM MCCORRISTON/HENRY KLINGEMAN FOR WENDALL PANG (JOINDER #3)
RICHARD KOWEN FOR WELLINGTON CHU, ET AL (JOINDER #2)
GREGG USHIRODA FOR RUSSELL CHING, ET AL (JOINDER #4)

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C10 CM **DATE:** 10-13-1993 **Time:** 0930A **Priority:** 0 **Judge I.D.:** JWW
**Video No.:** **Audio No.:**
**Minutes:** COURT HEARD ARGUMENTS FROM MR. LEE, MR. MCCOR-

SITON, MR. KOWEN AND MR. MALKIN AND TOOK THESE MATTERS UNDER ADVISEMENT.
**************************************************
MINUTE ORDER: OCTOBER 13, 1993
COURT DENIED THE MOTION. COUNSEL WERE NOTIFIED BY LAW CLERK LILLIAN TAKAKI. MR. MALKIN TO PRE-PARE THE ORDER.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Agenda**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-13-199
**Time:** 1045A **Priority:** 0 **Judge I.D.:** JMSOON

| | Type | Description | Dispo |
|---|---|---|---|
| 1 | MOT | 1) PLTFS' MOTION FOR CONTEMPT AND/OR SANCTIONS | DI |
| 2 | MOT | 2) DEPONENT ROBERT H.Y. LEONG & CO'S MOTION FOR | DI |
| 3 | | (CONSOLIDATED W/CIV 90-0664) | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-13-1993 **Time:** 1045A **Priority:** 0 **Judge I.D.:** JM
**Video No.:** **Audio No.:**
**Minutes:******* COURT REPORTER: LILA GRUMLING ******
10:50-11:26AM PRESENT WERE MESSRS. MALKIN, GRIMME CHOW, FERRIGNO, LEE, MCCORRISTON, CLIFTON & USHIRODA; & MS. LEONARD. STIPULATION BY COUNSEL THAT NON-PARTY FILES ARE NOT REQUESTED. COURT SET GUIDELINES FOR REVIEW OF REMAINING FILES; MR. LEONG'S ACCOUNTANT(S) TO BE COMPENSATED FOR

THE PRODUCTION OF DOCUMENTS.
MOTIONS THEREFORE DENIED.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Agenda**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-13-1993
**Time:** 1045A **Priority:** 0 **Judge I.D.:** JMSOONG

| | Type | Description | Disposition |
|---|---|---|---|
| 1 | PTC | PRETRIAL CONFERENCE | CST |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-13-1993A **Time:** 1045A **Priority:** 0 **Judge I.D.:** JM
**Video No.:** **Audio No.:**

**Minutes:** COUNSEL TO MAKE ARRANGEMENTS W/COURT REPORTERS' OFFICE FOR DAILY TRANSCRIPTS.
JURY SELECTION SET FOR WEDNESDAY, 10/20/93 AT 1:30PM.
OTHER MATTERS RE JURY TRIAL (PEREMPTORY CHALLENGES, ALTERNATES, ETC.) TO BE DETERMINED LATER.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Agenda**

**CASE TITLE:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div:** 1CV0 **CTRM:** **Cal. Type:** WK **Cal. Date:** 10-18-199
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JANY

| | Type | Description | Disposition |
|---|---|---|---|
| 1 | JRT | JRT ¦C1¦ (2X) 030-EW-OSW | CST |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.








Court Minutes Agenda

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-18-199

**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOON

| | Type | Description | Disp |
|---|---|---|---|
| 1 | MSJ | #14 JOINDER/WENDELL KK PANG (H. KLINGEMAN) | C |
| 2 | MSJ | #17 DEFTS WELLINGTON BH CHU ETAL'S M/PARTIAL SUM- | G |
| 3 | MSJ | #18 JOINDER/WENDELL K K PANG (H. KLINGEMAN) | G |
| 4 | MSJ | #19 DEFTS WELLINGTON BH CHU & MUN ON CHUN'S M/ | C |
| 5 | | WELLINGTON BH CHU ETAL (R. KOWEN)(TAD FR 11/3/93) | |
| 6 | MSJ | #21 DEFT WELLINGTON BH CHU ETAL'S M/PARTIAL SUM- | G |
| 7 | MSJ | #22 JOINDER/WENDELL KK PANG (H. KLINGEMAN) | G |
| 8 | MSJ | #25 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | C |
| 9 | MSJ | #26 JOINDER/WELLINGTON BH CHU ETAL (R. KOWEN) | C |
| 10 | MSJ | #28 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | C |














Print | Help | New Se

Court Minutes Agenda

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-18-1993
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOONG

| | Type | Description | Disp |
|---|---|---|---|
| 1 | MSJ | #29 JOINDER/RUSSELL L CHING ETAL (G. USHIRODA) | C |
| 2 | MSJ | #30 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | G |
| 3 | MSJ | #31 JOINDER/WELLINGTON BH CHU ETAL (R. KOWEN) | G |
| 4 | MSJ | #33 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | C |
| 5 | MSJ | #34 JOINDER/FINANCE ENTERP ETAL (P. LEE) | C |
| 6 | MSJ | #35 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | C |
| 7 | MSJ | #36 JOINDER/WELLINGTON BH CHU ETAL | C |
| 8 | MSJ | #37 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | G |
| 9 | MSJ | #38 JOINDER/FINANCE ENTERP ETAL (P. LEE) | G |
| 10 | MSJ | #40 DEFT WENDELL KK PANG'S M/PARTIAL SUMMARY JUDGM | C |






Print | Help | New Se

## Court Minutes Agenda

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-18-1993
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOONG

| | Type | Description | Dispo |
|---|---|---|---|
| 1 | MSJ | #38 JOINDER/FINANCE ENT ETAL (P. LEE) | GF |
| 2 | MSJ | #40 DEFT WENDELL K K PANG'S M/PARTIAL SUMMARY | CC |
| 3 | | AUDITED FINANCIAL STATEMENTS (B. SULLIVAN) | |
| 4 | MSJ | #41 JOINDER/WELLINGTON BH CHU ETAL (R. KOWEN) | CC |
| 5 | MSJ | #43 DEFT WENDELL K K PANG'S M/PARTIAL SUMMARY | CC |
| 6 | | FRAUD AGAINST WENDELL K K PANG (H. KLINGEMAN) | |
| 7 | MSJ | #44 JOINDER/FINANCE ENT ETAL (P. LEE) | CC |
| 8 | MSJ | #47 DEFT RUSSELL L CHING'S M/PARTIAL SUMMARY | CC |
| 9 | MSJ | #48 JOINDER/WELLINGTON BH CHU ETAL (R. KOWEN) | CC |
| 10 | MSJ | #51 DEFT KATHLEEN C CHING'S M/SUMMARY JUDGMT | CC |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Agenda

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-18-1993
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOONG

| | Type | Description | Dispo |
|---|---|---|---|
| 1 | MSJ | #52 JOINDER/WELLINGTON B H CHU ETAL (R. KOWEN) | CC |
| 2 | MOT | #55 DEFTS/CC/CROSS-CLMTS FINANCE ENT ETAL'S | GF |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-18-1993P **Time:** 0830A **Priority:** 0 **Judge I.D.:** JM!
**Video No.:** **Audio No.:**

**Minutes:** *** COURT REPORTER: GWEN CORREA ***
9:11AM - 9:58AM; 10:17AM 11:06AM;
11:10AM - 12:02PM; 1:07PM - 2:22PM
PRESENT WERE MESSRS. MALKIN, GRIMMER, MS. LEONARD MESSRS. SATO, MCCORRISTON, MEHEULA, KLINGEMAN, SULLIVAN, SCHMITT, GREELEY, KOWEN, RICHARDSON, LEE AND CLIFTON. PLTFS LEONG, YEE AND DERYUEN ALSO PRESENT. UPON DISCLOSURE MADE BY THE COURT, THERE WERE NO CHALLENGES TO THE COURT SITTING ON THIS CASE. ARGUMENTS HAVING BEEN MADE, COURT RULED AS FOLLOWS:
#1 - RE COUNTERCLAIMS: PARTIALLY GRANTED AS TO

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-18-1993P **Time:** 0830A **Priority:** 0 **Judge I.D.:** JMS

**Video No.:** **Audio No.:**

**Minutes:** BREACH OF FIDUCIARY DUTIES; DENIED AS TO ABUSE OF PROCESS
RE CONSOLIDATED CLAIMS: GRANTED AS TO - INTERFERENCE OF MAHOLA'S MANAGEMENT OF MAHUKONA DEFAMITION; SMYTHE AND YEE FOR BREACH OF CERTAI SETTLEMENT AGREEMENT; PARTIALLY GRANTED AS TO SMYTHE RE BREACH OF THE IMPLIED OBLIGATION OF GOOD FAITH AND FAIR DEALING IN CERTAIN SETTLE-MENT AGREEMENTS. DENIED AS TO - BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING INTERFERENCES W/CONTRACTUAL RELATIONS AND PROS-PECTIVE ECONOMIC ADVANTAGE; ABUSE OF PROCESS;

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** JUNETTA DERYUEN ETAL VS FINANCE FACTORS LTD ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-18-1993P **Time:** 0830A **Priority:** 0 **Judge I.D.:** JMS
**Video No.:** **Audio No.:**

**Minutes:** PUNITIVE DAMAGES
#2, #17, #30 - GRANTED
#4 & #21 - GRANTED
#37 - GRANTED
#55 - GRANTED
ALL REMAINING MOTIONS CONTINUED TO 10/19/93 AT

8:30 AM.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

### Court Minutes Agenda

**CASE TITLE:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-19-19
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOOI

| | Type | Description | Dispo |
|---|---|---|---|
| 1 | HRG | 1) HEARING TO NOTE SETTLEMENT | O |
| 2 | MSJ | 2) MOTIONS FOR SUMMARY JUDGMENT (CONTINUED FROM | C |
| 3 | MOT | 3) MOTIONS IN LIMINE | C |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-19-1993 **Time:** 0830A **Priority:** 0 **Judge I.D.:** JM
**Video No.:** **Audio No.:**

**Minutes:** *** COURT REPORTER: MARYBETH KUNIHIRO ***
1:37 PM - 1:50 PM
PRESENT WERE MR. MALKIN, MS. LEONARD, MESSRS. SATO, USHIRODA, GREELEY, KOWEN, RICHARDSON, MCCORRISTON, MEHEULA, KLINGEMAN, LEE AND CLIFTON. FINANCE FACTORS REPRESENTATION SAM YEE ALSO PRESENT. PURSUANT OT CHAMBER CONFERENCE INFORMING THE COURT THAT A SETTLEMENT

HAD BEEN REACHED AMONG PLAINTIFFS AND FINANCE FACTORS DEFENDANTS, MR.MCCORRISTON RECITED THE TERMS OF THE SETTLEMENT. AS TO DEFENDANTS CHING, MR. SATO REQUESTED AND THE COURT GRANTED TIME TO

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-19-1993 **Time:** 0830A **Priority:** 0 **Judge I.D.:** JM

**Video No.:** **Audio No.:**

**Minutes:** RESOLVE MATTER. MR. MCCORRISTON'S REQUEST THAT 54(B) CERTIFICATION AS TO MR. SMYTHE BECOME FINAL WAS GRANTED. MOTIONS FOR SUMMARY JUDGMENT AND

MOTIONS IN LIMINE PERTAINING TO DEFTS RUSSELL AND KATHLEEN CHING CONTINUED TO 10/25/93 IF CASE IS NOT RESOLVED.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Agenda**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-26-199
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOON

| | Type | Description | Dispo |
|---|---|---|---|
| 1 | MSJ | 1) DEFTS RUSSELL L CHING AND KATHLEEN C CHING'S | C |
| 2 | MSJ | 2) DEFT RUSSELL L CHING'S M/PARTIAL SUMMARY JUDG- | C |
| 3 | | FILED ON 1/25/93 | |
| 4 | MSJ | 3) DEFT RUSSELL L CHING'S M/SUMMARY JUDGMENT ON | C |
| 5 | MSJ | 4) DEFT RUSSELL L CHING'S M/SUMMARY JUDGMENT ON | C |
| 6 | MSJ | 5) DEFT KATHLEEN C CHING'S M/SUMMARY JUDGMENT ON | |
| 7 | MSJ | 6) DEFT KATHLEEN C CHING'S M/PARTIAL SUMMARY JUDG- | C |
| 8 | MSJ | 7) DEFT KAHTLEEN C CHING'S M/SUMMARY JUDGMENT ON | C |
| 9 | MSJ | 8) DEFTS RUSSELL L CHING ET AL'S M/PARTIAL SUMMARY | C |
| 10 | MSJ | 9) DEFTS RUSSELL L CHING ET AL'S M/PARTIAL SUMMARY | C |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Agenda**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-26-1993
**Time:** 0830A **Priority:** 0 **Judge I.D.:** JMSOONG

| | Type | Description | Disp |
|---|---|---|---|
| 1 | MSJ | 10) DEFTS RUSSELL L CHING ET AL'S M/PARTIAL SUMMAR | C |
| 2 | | IN DEFTS FINANCE ENTERPRISES, LTD, ET AL'S AMENDED | |
| 3 | MOT | 11) DEFTS RUSSELL L CHING ET AL'S M/PARTIAL SUMMAR | C |
| 4 | | IN DEFTS WENDELL KK PANG, ET AL'S CROSS-CLAIM | |
| 5 | MOT | 12) DEFTS/COUNTERCLMNTS/CROSS-CLMNTS FINANCE | C |
| 6 | MOT | 13) DEFTS/COUNTERCLMNTS/CROSS-CLMNTS WELLINGTON BH | C |
| 7 | JRT | JURY SELECTION AND TRIAL - 1:30 P.M. | C |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-26-1993A **Time:** 0830A **Priority:** 0 **Judge I.D.:** JM

**Video No.:** **Audio No.:**

**Minutes:**B** COURT REPORTER: GWEN CORREA ***
1:49 PM COURT CONVENED. CASE CALLED. MESSRS. USHIRODA, SATO, MCCORRISTON, MEHEULA, GREELEY, COWAN, LEE, CLIFTON AND PROSPECTIVE JURORS PRESENT. BAILIFF NOTED JURORS WHO FAILED TO APPEAR AND THE ADD-ONS. COURT ADVISED THE PROS-PECTIVE JURORS THAT SOME WAS REQUIRED TO RESOLVE

CERTAIN MATTERS IN THE CASE AND INSTRUCTED THEM T REPORT BACK AT 2:30 P.M.
1:57 PM COURT RECESSED.
2:36 PM COURT RECONVENED. COURT ORDERED BENCH WARRANT TO ISSUE FOR NO-SHOWS WITH BAIL SET AT

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-26-1993A **Time:** 0830A **Priority:** 0 **Judge I.D.:** JM

**Video No.:** **Audio No.:**

**Minutes:**$250, ISSUANCE STAYED PENDING INVESTIGATION. VOI
DIRE OATH WAS ADMINISTERED AND IMPANELLING
COMMENCED.
3:08 PM UPON HIS REQUEST AT THE BENCH,
MR. CLIFTON WAS EXCUSED FROM THE PROCEEDINGS.
IMPANELLING RESUMED.
3:37 PM THE JURY WAS EXCUSED UNTIL 1:30 PM
TOMORROW; HOWEVER, THEY WERE INSTRUCTED TO CALL

JURY POOL AT 11:00 AM FIRST. MR. SATO NOTED THE
PROGRESS OF THE SETTLEMENT AGREEMENT.
3:43 PM PROSPECTIVE JUROR KAILIHIWA WAS
RETURNED TO THE COURTROOM AND THERE BEING NO

More Minutes Text | Next Court Date | Court Minutes List | Case Info.






**Court Minutes Text**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-26-1993A **Time:** 0830A **Priority:** 0 **Judge I.D.:** JM
**Video No.:** **Audio No.:**
**Minutes:** OBJECTIONS BY COUNSEL, WAS EXCUSED FROM THE PANEL
3:46 PM COURT ADJOURNED.
-----------------------------------------------
MOTIONS CONTINUED UNTIL MOVED ON.




Print | Help | New Se

**Court Minutes Agenda**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 10-27-199

**Time:** 0130P **Priority:** 0 **Judge I.D.:** JMSOON

| | Type | Description | Dispositi |
|---|---|---|---|
| 1 | HRG | HEARING TO NOTE SETTLEMENT | OTH |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-27-1993 **Time:** 0130P **Priority:** 0 **Judge I.D.:** JM

**Video No.:** **Audio No.:**

**Minutes:** *** COURT REPORTER: GWEN CORREA ***
1:40PM - 1:57PM
PRESENT WERE MESSRS. SATO, USHIRODA, MCCORRISTON, KLINGEMAN, LEE, MS. YOSHIRO AND MR. JAFFEE.
MR. MCCORRISTON REPRESENTED HE HAD AUTHORITY TO SPEAK FOR ALL PLAINTIFFS. MR. SATO RECITED THE ESSENTIAL TERMS OF THE SETTLEMENT.
MR. MCCORRISTON CONFIRMED THE SETTLEMENT AND ALSO AGREED THAT COURT MAY ACT AS ARBITRATOR SHOULD THERE BE ANY DISPUTES IN DOCUMENTATION.
MR. JAFFEE STATED HIS POSITION IN THE NEGOTIATIONS. COURT NOTED THERE WAS SUFFICIENT ACCORD

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 10-27-1993 **Time:** 0130P **Priority:** 0 **Judge I.D.:** JM

**Video No.:** **Audio No.:**

**Minutes:** THAT AMOUNTS OF MONEY AND OBLIGATIONS OF THE

PARTIES HAVE BEEN COMMITTED. HEARING ON RULE 23.1 SET FOR 11/19/93 AT 2:00 PM.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Agenda**

**CASE TITLE:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div:** 1C11 **CTRM:** **Cal. Type:** CV **Cal. Date:** 11-29-19
**Time:** 0300P **Priority:** 0 **Judge I.D.:** JMSOO

| | Type | Description | Dispositi |
|---|---|---|---|
| 1 | HRG | HEARING TO NOTE SETTLEMENT | OTH |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

Settlement Conf. Rpt. | Court Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

**Court Minutes Text**

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 11-29-1993 **Time:** 0300P **Priority:** 0 **Judge I.D.:** JM
**Video No.:** **Audio No.:**

**Minutes:** *** COURT REPORTER: DAN LAVIELLE ***
3:25PM - 3:31PM
PRESENT WERE MESSRS. GRIMMER, KOWEN, LEE, USHIRODA, MCCORRISTON AND SULLIVAN. MR. KOWEN INDICATED THAT MR. CLIFTON, WHO REPRESENTS TRINIT PROPERTIES, WAS ILL AND ASKED MR. KOWEN TO NOTE HIS SUPPORT OF THE SETTLEMENT. MR. KOWEN FURTHER REPRESENTED THAT MR. CHING HAD NO INTEREST IN THE SETTLEMENT AND THAT UPON REQUEST OF MR. LO AND MS. FARDEN, COPIES OF THE SETTLEMENT AGREEMENT WERE PROVIDED TO THEM. A COPY OF THE SETTLEMENT AGREEMENT WAS SUBMITTED TO THE COURT BY MR. KOWEN

More Minutes Text | Next Court Date | Court Minutes List | Case Info.




Print | Help | New Se

Court Minutes Text

**Case Title:** MAHUKONA PROPERTIES ETAL VS JUNETTA DERYUEN ETAL 1CC90-

**Div.:** 1C11 CV **DATE:** 11-29-1993 **Time:** 0300P **Priority:** 0 **Judge I.D.:** JM

**Video No.:** **Audio No.:**

**Minutes:** MR. KOWEN FURTHER NOTED THAT ALL LIMITED, FORMER AND PRESENT PARTIES WERE GIVEN NOTICE OF THE HEARING. MR. GRIMMER NOTED 3 AMENDMENTS TO THE SETTLEMENT AGREEMENT WHICH MR. KOWEN FOUND ACCEPTABLE. PURSUANT TO RULE 23.1 HRCP, COURT APPROVED THE SETTLEMENT AGREEMENT. AS TO MR. SMYTHE, MR. KOWEN REPRESENTED THAT THERE WAS

ANOTHER LAW SUIT FOR WHICH A MOTION TO CONSOLIDAT HAS BEEN FILED. UPON CONSOLIDATION, THE COUNTER-CLAIM IN CIV 90-0644 AND CLAIM IN CIV 90-1124 WOULD BE DISPOSED.

More Minutes Text | Next Court Date | Court Minutes List | Case Info.