Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG          5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**CERTIFICATE OF SERVICE**<br><br>**(RE: DEFENDANT FINANCE ENTERPRISES, LTD.'S FIRST SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006; DECLARATION OF SAM YEE; EXHIBITS "A" – "C"; DECLARATION OF KURT K. LEONG; EXHIBITS "1" – "2")** |

1412-016/37828

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of DEFENDANT FINANCE ENTERPRISES, LTD.'S FIRST SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006; DECLARATION OF SAM YEE; EXHIBITS "A" – "C"; DECLARATION OF KURT K. LEONG; EXHIBITS "1" – "2", filed on October 17, 2006, were duly served on the following parties by electronic transmission or by hand-delivery at their last known address:

**Via electronic transmission:**

**George W. Brandt:**       gbrandt@lbchlaw.com

   (Attorney for Plaintiff
    **N. HARWOOD STREET PARTNERS I, L.P.**)


**Beverly Lynne K. Hiramatsu**: bhiramatsu@lbchlaw.com,
                                 tkobylanski@lbchlaw.com

   (Attorney for Plaintiff
    **N. HARWOOD STREET PARTNERS I, L.P.**)


**Christopher J. Cole**:       cole@m4law.com, auyoung@m4law.com

   (Attorney for proposed Substitute Plaintiff
    **KAHALA CCM FACTORS, LLC**)

**Via hand delivery:**

**HARRISON P. CHUNG, ESQ.**
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG, Individually and as Trustees**

**ROBERT G. KLEIN, ESQ.**
McCorriston Miller Mukai MacKinnon
500 Ala Moana Blvd., 4th Floor
Five Waterfront Plaza
Honolulu, HI 96803

Attorney for proposed Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**

**JAY T. SUEMORI, ESQ.**
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**

DATED:    Honolulu, Hawaii, October 17, 2006.


Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

　_/s/ Kurt K. Leong_____
JEFFREY DANIEL LAU
KURT K. LEONG
Attorneys for Defendant
FINANCE ENTERPRISES

1412-016/37828

3