IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) DECLARATION OF |
| vs. | ) CHRISTOPHER J. COLE |
| | ) |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF CHRISTOPHER J. COLE

CHRISTOPHER J. COLE hereby declares that:

1. I am an attorney licensed to practice law in the United States District Court for the State of Hawaii, and am a partner of the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys Plaintiff Kahala CCM Factors, LLC ("Kahala CCM").

2. I make this declaration upon my own personal knowledge except as noted and am competent to testify to all matters set forth herein.

3. Attached hereto as Exhibit 6 and made a part hereof by reference is a true and correct copy of Finance Factors, Ltd. Check no. 70-1022169 dated April 24, 2006 in the amount of $6,596.26 and accompanying voucher identifying the payment as pertaining to a matter involving Artemio and Gloria Abad received

56564/147981.2

from this law firm's accounting department. I have been informed by the law firm's controller that photocopies of client checks are routinely made in the ordinary course of business prior to deposit.

4.  Attached hereto as Exhibit 7 and made a part hereof by reference is a true and correct copy obtained from the First Circuit Court's micro-fiche files of the Verified Third Amended Complaint filed on December 30, 1992 in the lawsuit known as <u>Leong, et al. v. Mahukona Properties, et al.</u>, Civ. No. 90-000664 (First Circuit Court, State of Hawaii). We had to obtain files from the state court because all of our law firm's pleadings files from this case were destroyed several years ago, along with correspondence files and virtually all of the files in the matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Honolulu, Hawaii this 19th day of OCTOBER, 2006.

_____
CHRISTOPHER J. COLE

56564/147981.2                                2