THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THE DOCUMENT HAS MICRO-PRINT SIGNATURE LINES. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

# FINANCE FACTORS, LTD.

*Hawaii's Choice for Home Loans*
Member FDIC

16-4220
1220

No.70- 1022169

1164 BISHOP STREET • HONOLULU, HI 96813

PAY

$6,596.26

Date April 24, 2006

$ 6,596.26

TO THE ORDER OF
• McCorriston-Miller Mukai MacKinnon, LLP
P.O. Box 2800
Honolulu, HI 96803-2800

Drawer: Finance Factors, Limited

ISSUED BY: TRAVELERS EXPRESS COMPANY, INC. PO BOX 9476, MINNEAPOLIS, MN 55480  DRAWEE: PREFERRED BANK, LOS ANGELES, CA

COUNTERSIGNATURE NOT REQUIRED ON AMOUNT LESS THAN $10,000.00

⑈1022169⑈ ⑆122042205⑉ 016001091137⑈

Finance Factors, Limited

| ACCOUNT | AUTH. ▶ AS/ds | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | ACC'T. NO. 12881 | |
| 8709807-103 | | Abad, Artemio & Gloria #97-90171055-612 | $6,596.26 |
| | | Professional Services Rendered through 3/31/06 Invoice No 145026 | |

DETACH VOUCHER BEFORE DEPOSITING CHECK

No.70- 1022169

EXHIBIT " 6 "