IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>        Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>DECLARATION OF<br>DONALD K. O. WONG |

### DECLARATION OF DONALD K. O. WONG

DONALD K. O. WONG hereby declares that:

1. I am an attorney licensed to practice law in the United States District Court for the State of Hawaii, and am a partner of the law firm of McCorriston Miller Mukai MacKinnon LLP.

2. I make this declaration upon my own personal knowledge and am competent to testify to all matters set forth herein.

3. I have reviewed Exhibit C to the Declaration of Sam Yee filed in this action on October 17, 2006. Accepting that said Exhibit C lists those foreclosure matters referred to me by Finance Factors, Limited in which loans were assigned to Finance Enterprises, Ltd. (and I believe it to be a complete listing of all such matters), no such loan to the best of my recollection involved Rodney Fong, or any

56564/147981.2

member of the Fong family, nor did any such matter involve loans that were secured by stock in Finance Enterprises, Ltd.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Honolulu, Hawaii this 19th day of October, 2006.

_____
DONALD K. O. WONG