IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) DECLARATION OF |
| vs. | ) BRADLEY E. SMITH |
| | ) |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF BRADLEY E. SMITH

BRADLEY E. SMITH, hereby declares that:

1. I am a member of Kahala CCM Factors, LLC.

2. I make this declaration upon my own personal knowledge and am competent to testify to all matters set forth herein.

3. I have been in the business of buying, selling, and trading securities and other financial products for over twenty years, including in the areas of distressed debt securities, loans and trade claims.

4. Neither I nor any of my affiliated companies, including Kahala Capital Advisors, LLC and Kahala CCM Factors, LLC, has ever engaged in the practice known as "greenmailing," and we have no intention or desire to engage in

56564/147981.2

that practice with respect to Finance Enterprises, Ltd. or any of its affiliated companies.

5. It is my understanding, based upon information told to me by others, that Finance Enterprises does not have the wherewithal to pay any amount to anyone as greenmail because (i) Finance Enterprises does not have sufficient capital to participate in such a transaction, and (ii) under the terms of its loan covenants with its senior lender, Finance Enterprises is prohibited from repurchasing any of its stock from its shareholders.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Honolulu, Hawaii this 19th day of October, 2006.

_____
BRADLEY E. SMITH

56564/147981.2

2