IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM/BMK |
| ) | (CONTRACT) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN AS ) | |
| HIRAM L. FONG, SR., et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I hereby certify that, on October 19, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants Hiram Leong Fong, aka
Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram Leong
Fong Revocable Trust dated 3/17/93, Ellyn Lo
Fong, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust
Dated 3/24/93, Rodney Leong Fong, aka
Rodney L. Fong and Rodney Fong, Individually
and as Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram Fong, and
Patsy Nakano Fong, aka Patsy N. Fong


JEFFREY D. LAU, ESQ.
KURT K. LEONG, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813

Attorneys for Defendants Marvin Allan Fong, as
Trustee for the Marvin Allan Fong Revocable
Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as
Trustee of the Sandra Y.Y. Au Fong Revocable
Trust Agreement Dated 5/9/94, Merie Ellen Fong
Gushi, Emily Mitchell, Leonard K.K. Fong, as
Trustee of the Leonard K.K. Fong Revocable
Living Trust Under Trust Dated 2/19/98, Finance
Enterprises, Ltd., Ellen Lee Fong, as Trustee for
the Ellen Lee Fong Revocable Living Trust Under
Trust Dated 2/19/98, Dale S.N. Fong, Individually
and as Custodian for Adrienne M.L. Fong and

Brandon N.C.K. Fong Under the Hawaii Uniform
Gift to Minors Act, Adrienne M.L. Fong (a Minor,
Guardian ad Litem Dale S.N. Fong),
Brandon N.C.K. Fong (a Minor, Guardian ad
Litem Dale S.N. Fong), Linda L. Fong, Glen S.W.
Fong, Keith S.K. Fong, Rodney S.O. Fong,
Pearl L. Fong, Deborah B.J. Fong Fong,
Jonathan Y.C. Fong, Susan B.L. Fong Takashima,
Valerie B.L. Fong Asari, Individually and as
Custodian for David Y.H. Asari Under the Hawaii
Uniform Gift to Minors Act, David Y.H. Asari (a
Minor, Guardian ad Litem Valerie B.L. Fong
Asari), Winton Tong, as Trustee for the 1994
Winton Tong and Gladys F. Tong Revocable
Trust, Clifford Marshall Tong, Jonathan Warren
Tong, Mark Lex Tong, Jason Roberto Tong, Kelly
Tong, Del Associates, 1570 Alewa Limited
Partnership, and Sai Investment Company

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____OCT 19 2006_____.

      /s/ Christopher J. Cole
    ROBERT G. KLEIN
    CHRISTOPHER J. COLE

    Attorneys for
    Kahala CCM Factors, LLC