# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00383SOM-BMK |
| CASE NAME: | N. Harwood Street Partners I, L.P. v. Hiram Fong, et al. |
| ATTYS FOR PLA: | Robert G. Klein, Christopher J. Cole |
| ATTYS FOR DEFT: | Jeffrey D. Lau |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 10/20/2006 | TIME: | 10:56 - 11:22 |

COURT ACTION:  EP: Status Conference Re Whether Counsel for Kahala CCM Factors, LLC Should be Disqualified - the McCorriston Miller Mukai MacKinnon LLP law firm is not disqualified, but certain lawyers from the firm are not allowed to work on this matter.

Klein to prepare an order.

Submitted by Richlyn Young, Courtroom Manager