

ORIGINAL

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU   2157-0
KURT K. LEONG          5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 19 2006

at 3 o'clock and 30 min. ___M
SUE BEITIA, CLERK

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**DECLARATION OF RUSSELL J. LAU; EXHIBITS "A" – "B"**<br><br>(re: DEFENDANT FINANCE ENTERPRISES, LTD.'S FIRST SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION BY KAHALA CCM FACTORS, LLC TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006) |

### DECLARATION OF RUSSELL J. LAU

RUSSELL J. LAU declares and says:

1.  I am President and Chief Executive Officer for Defendant FINANCE ENTERPRISES.  I am over 21 years of age and I am competent to give this

Declaration. Except where otherwise noted, the facts stated below are based on personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of an e-mail dated June 20, 2006, that I received from Bradley E. Smith. I understand that Mr. Smith is the principal of both KAHALA CCM FACTORS, LLC, and KAHALA CAPITAL ADVISORS, LLC.

3. Attached hereto as Exhibit "B" is a true and correct copy of a letter dated September 9, 2006, that I received via e-mail from Bradley E. Smith on or about October 9, 2006.

I declare under penalty of law that the foregoing facts are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, October 17, 2006.

_____
RUSSELL J. LAU