**Jeffrey D. Lau**

From: Russell Lau [RLau@financefactors.com]
Sent: Wednesday, June 21, 2006 9:05 AM
To: Jeffrey D. Lau
Subject: FW: Finance Enterprises Recap

fyi

-----Original Message-----
From: Brad Smith [mailto:bsmith@kahalacapital.com]
Sent: Tuesday, June 20, 2006 11:25 AM
To: Russell Lau
Subject: Finance Enterprises Recap

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SECURITY ADVISORY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*Please be advised. This is an e-mail from the Internet\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*SECURITY ADVISORY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dear Russell,

I am still in Japan but back in HNL on Fri. I wondered if we could meet for a drink or coffee next week to follow up on our recent talk. We have not done any substantial due diligence so can not pencil in any numbers, but conceptually we think we might be able to work together on an interesting deal whereby we purchase the shares held by the Finance Enterprise shareholders whom wish to monetize their investment (or finance FE to buyback theses share directly). Thereafter we could work together to complete the restructuring you have proposed separating Finance Factors from the real estate assets. We currently view the transaction as collaborative and envisage that current Finance Factor management remains in place.

Let me know re: a meeting.

Warm aloha,

Brad Smith


Kahala Capital Advisors LLC
First Greenwich Kahala, Ltd.
www.kahalacapital.com
www.firstgreenwich.com
+1-808-375-0138(US)
+81-90-2936-1221(Japan)
+1-801-720-4814(E-fax)

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer. Kahala Capital Advisors LLC/First Greenwich Kahala, Ltd. will not be liable for direct, special, indirect or consequential damages arising from the alteration of the contents of this message by a third party.

**EXHIBIT "A"**

10/12/2006

Confidentiality Statement

This message and/or attachments may be a confidential communication or may be privileged, confidential, or otherwise protected. If you are not the intended recipient, you are notified that (i) you have received this message and/or attachments in error, and (ii) any review, dissemination, distribution, or copying of this message and/or attachments is strictly prohibited. If you have received this message and/or attachments in error, please (i) notify sender by e-mail or to report the error by telephone call at (808) 548-4907, and (ii) immediately delete this message and all its attachments. Thank you.

10/12/2006