ORIGINAL

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU   2157-0
KURT K. LEONG          5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
E-mail: jlau@ollon.com
Telephone: 533-3999
Facsimile: 533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 0 2006

at 2 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership, ) ) ) | CIVIL NO. CV-02-00383 HG-BMK (Contract) |
| Plaintiff, ) ) | **CERTIFICATE OF SERVICE** |
| vs. ) ) ) | (RE: DECLARATION OF RUSSELL J. LAU; EXHIBITS "A" – "B") |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., ) ) ) | |
| Defendants. ) ) ) | |

1412-016 (37869)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the DECLARATION OF RUSSELL J. LAU; EXHIBITS "A" - "B", filed on October 19, 2006, was duly served on the following parties at their last-known address, by hand-delivery, on or about October 19, 2006:

**GEORGE W. BRANDT, ESQ.**
**BEVERLY LYNNE K. HIRAMATSU, ESQ.**
Davies Pacific Center
841 Bishop Street, Suite 1800
Honolulu, HI 96813

Attorneys for Plaintiff
**N. HARWOOD STREET PARTNERS I, L.P.**


**CHRISTOPHER J. COLE, ESQ.**
Five Waterfront Plaza, 4th Flr.
500 Ala Moana Blvd.
Honolulu, HI 96813

Attorney for proposed Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**


**HARRISON P. CHUNG, ESQ.**
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG,**
**Individually and as Trustees**

1412-016 (37562)

2

**ROBERT G. KLEIN, ESQ.**
McCorriston Miller Mukai MacKinnon
500 Ala Moana Blvd., 4th Flr.
Five Waterfront Plaza
Honolulu, Hawaii 96813

Attorney for proposed Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**


**JAY T. SUEMORI, ESQ.**
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**


DATED:   Honolulu, Hawaii, October 19, 2006.


Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

JEFFREY DANIEL LAU
KURT K. LEONG
Attorneys for Defendant
FINANCE ENTERPRISES