McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN            #1192-0
CHRISTOPHER J. COLE        #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>　　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER SETTING DEADLINE FOR ANY INTERESTED PARTY TO SHOW CAUSE WHY KAHALA CCM FACTORS, LLC IS ALLEGEDLY NOT ENTITLED TO CREDIT BID ON THE COLLATERAL IN THE AMOUNTS SET BY THE EXPRESS TERMS OF THE FORECLOSURE DECREES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ROBERT G. KLEIN; EXHIBITS "1"-"2"; CERTIFICATE OF SERVICE |

56564/147302.3

PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION
FOR AN ORDER SETTING DEADLINE FOR ANY INTERESTED
PARTY TO SHOW CAUSE WHY KAHALA CCM FACTORS,
LLC IS ALLEGEDLY NOT ENTITLED TO CREDIT BID ON
THE COLLATERAL IN THE AMOUNTS SET BY THE
EXPRESS TERMS OF THE FORECLOSURE DECREES

Plaintiff Kahala CCM Factors, LLC ("Kahala CCM"), pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves the Court for an order setting an appropriate deadline prior to the auction currently scheduled for **November 1, 2006 at 12 noon** for any interested party, including all appearing parties herein, to show cause why Kahala CCM, as successor in interest and substitute party plaintiff herein (order granting substitution pending), is allegedly not entitled to credit bid on the subject collateral, consisting of 1,963 shares of stock in Finance Enterprises, Ltd., in the amounts set by this Court's prior "Plaintiff's Findings of Fact, Conclusions of Law, Order [Etc.]", filed on February 3, 2004 ("2/3/04 Judgment") and "Plaintiff's Findings of Fact, Conclusions of Law, Order [Etc.]", filed on December 1, 2004 ("12/1/04 Judgment") (collectively, the "Judgments").

According to the Judgments, Kahala CCM is entitled to credit bid in a definite and readily calculable amount on the collateral to be auctioned by the Commissioner Jay T. Suemori, Esq. on November 1, 2006 at 12:00 noon, in at least the following amounts:

**2/3/04 Judgment** (Collateral:  1,092 shares of Finance Enterprises, Ltd.)

| | |
|---|---:|
| Judgment amount: | $536,752.83 |
| Add per diem interest @$349.75 x 1,023 days | 357,794.25 |
| Total: | **$894,547.08**, and |

**12/1/04 Judgment** (Collateral:  871 shares of Finance Enterprises, Ltd.)

| | |
|---|---:|
| Judgment amount (1/26 note): | $821,280.33 |
| Add per diem interest @$346.17 x 775 days | 268,281.75 |
| Subtotal (1/26 note): | $1,089,562.08, and |
| | |
| Judgment amount (1/27 note): | $218,185.01 |
| Add per diem interest @$91.03 x 775 days | 70,548.25 |
| Subtotal (1/27 note) | $288,733.26 |
| | |
| Total 12/1/04 Judgment | **$1,378,295.34,** |

and such sums as may be determined by the Court pursuant to the clear and express terms of the Judgments.[1]  This motion is for good cause shown, and is supported by the attached memorandum of law, and other papers submitted herewith, each of which is adopted herein by this reference.

DATED:  Honolulu, Hawaii, October 24, 2006.

/s/ Robert G. Klein
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

---

[1] These figures include the principal amounts, plus per diem interest, set forth in the Judgments through November 1, 2006 and do not include costs, fees, late charges, and other items that are valid liens under the Judgments.  Kahala CCM reserves all rights as to such matters.

56564/147302.3                                             3