IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

56564/147302.3

**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong


JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813

Attorney for Defendants Marvin Allan Fong, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and as Receiver for Nathan Allan Fong, Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94, Merie Ellen Fong Gushi, Emily Mitchell, Leonard K.K. Fong, as Trustee of the Leonard K.K. Fong Revocable Living Trust Under Trust Dated 2/19/98, Finance Enterprises, Ltd., Ellen Lee Fong, as Trustee for the Ellen Lee Fong Revocable Living Trust Under Trust Dated 2/19/98, Dale S.N. Fong, Individually and as Custodian for Adrienne M.L. Fong and Brandon N.C.K. Fong Under the Hawaii Uniform

Gift to Minors Act, Adrienne M.L. Fong (a Minor, Guardian ad Litem Dale S.N. Fong),
Brandon N.C.K. Fong (a Minor, Guardian ad Litem Dale S.N. Fong), Linda L. Fong, Glen S.W. Fong, Keith S.K. Fong, Rodney S.O. Fong, Pearl L. Fong, Deborah B.J. Fong Fong, Jonathan Y.C. Fong, Susan B.L. Fong Takashima, Valerie B.L. Fong Asari, Individually and as Custodian for David Y.H. Asari Under the Hawaii Uniform Gift to Minors Act, David Y.H. Asari (a Minor, Guardian ad Litem Valerie B.L. Fong Asari), Winton Tong, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust, Clifford Marshall Tong, Jonathan Warren Tong, Mark Lex Tong, Jason Roberto Tong, Kelly Tong, Del Associates, 1570 Alewa Limited Partnership, and Sai Investment Company

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, October 24, 2006.

    /s/ Robert G. Klein
    ROBERT G. KLEIN
    CHRISTOPHER J. COLE

    Attorneys for Plaintiff
    Kahala CCM Factors, LLC