# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV 02-00383SOM-BMK

CASE NAME:         N. Harwood Street Partners I, L.P. v. Hiram Fong, et al.

ATTYS FOR PLA:     Robert G. Klein, Christopher J. Cole

ATTYS FOR DEFT:    Jeffrey D. Lau

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 10/27/2006 | TIME: | 2:30 - 2:50 |

COURT ACTION:  EP: Status Conference Re [124] Plaintiff Kahala CCM Factors, LLC's Motion for an Order Setting Deadline for Any Interested Party to Show Cause Why Kahala CCM Factors, LLC is Allegedly Not Entitled to Credit Bid on the Collateral in the Amounts Set by the Express Terms of the Foreclosure Decrees held.  Auction to proceed on 8/1/2006 on three lots.

Motion GRANTED w/o hearing.  Klein to prepare the order.

Commissioner Jay Suemori present.

Submitted by Richlyn Young, Courtroom Manager