Of Counsel:
NING LILLY & JONES

| | |
|---|---|
| KE-CHING NING | 1940 |
| STEPHEN A. JONES | 2957 |
| MICHAEL A. LILLY | 1681 |

707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Fax: 531-2415
E-mail: Stevejones@nljlaw.com
NLJ-APPEARANCE
Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 8 2006

at 8 o'clock and 20 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK<br>) (Contract)<br>) |
| Plaintiff, | ) |
| | ) NOTICE OF APPEARANCE; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | ) |
| Defendants. | ) |

ORIGINAL

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Ning Lilly & Jones hereby enters its appearance as counsel of record for Defendant 1570 ALEWA LIMITED PARTNERSHIP.

DATED: Honolulu, Hawaii, _November 8, 2006_.

_____
KE-CHING NING
STEPHEN A. JONES
MICHAEL A. LILLY
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM LEONG FONG, ALSO | ) |
| KNOWN AS HIRAM L. FONG, SR., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served upon the following at their last known addresses, via hand-delivery on November 8, 2006

GEORGE W. BRANDT, ESQ.
BEVERLY HIRAMATSU, ESQ.
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
Kahala CCM Factors, LLC

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants Hiram Leong Fong aka
Hiram L. Fong and Hiram L. Fong Sr., Individually
And as Trustee of the Hiram Leong Fong Revocable Trust dated
3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93,
Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong,
Individually an as Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano
Fong, aka Patsy N. Fong

JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813

Attorney for Defendants Merrie Ellen Fong Gushi,
Emily Mitchell, Leonard K.K. Fong, as Trustee
of the Leonard K.K. Fong Revocable Living Trust
Under Trust Dated 2/19/98, Finance Enterprises, Ltd.,
Ellen Lee Fong, as Trustee for the Ellen Lee Fong
Revocable Living Trust Under Trust Dated 2/19/98, Dale
S.N. Fong Individually and as Custodian for Adrienne M.L.
Fong and Brandon N.C.K. Fong Under the Hawaii Uniform
Gift to Minors Act, Adrienne M.L. Fong (a Minor, Guardian
Ad Litem Dale S.N. Fong), Brandon N.C.K. Fong (a Minor,

Guardian ad Litem Dale S.N. Fong), Linda L. Fong, Glen
S.W. Fong, Keith S.K. Fong, Rodney S.O. Fong, Pearl
L. Fong, Deborah B.J. Fong, Jonathan Y.C. Fong, Susan B.L.
Fong Takashima, Valerie B.L. Fong Asari, Individually
And as Custodian for David Y.H. Asari Under the Hawaii
Uniform Gift to Minors Act, David Y.H. Asari (a Minor,
Guardian ad Litem Valerie B.L. Fong Asari), Winton Tong,
as Trustee for the 1994 Winton Tong and Gladys F. Tong
Revocable Trust, Clifford Marshall Tong, Jonathan Warren
Tong, Mark Lex Tong, Jason Roberto Tong, Kelly Tong,
Del Associates, and Sai Investment Company

And

Purported Attorney for Defendants Marvin Allan Fong,
as Trustee for the Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as Receiver for Nathan Allan
Fong, Sandra Y.Y. Au Fong, as Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94,
and 1570 Alewa Limited Partnership

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

TERRENCE J. O'TOOLE
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the Marvin Allan Fong
Revocable Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94

DATED:    Honolulu, Hawaii, _____November 8, 2006_____.

_____
KE-CHING NING
STEPHEN A. JONES
MICHAEL A. LILLY
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

4