# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/8/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CV 02-00383SOM-BMK

CASE NAME:           N. Hawood Street Partners I, L.P. v. Hiram Fong, et al.

ATTYS FOR PLA:       Robert G. Klein

ATTYS FOR DEFT:      Jeffrey D. Lau, Stephen A. Jones, Terence J. O'Toole

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7 no record |
| DATE: | 11/8/2006 | TIME: | 9 - 9:25 |

COURT ACTION:  EP: Status Conference Following Auction - the auction was held 11/1/2006.  Commissioner Jay Suemori to file his report next week.  Robert G. Klein will file a Motion for Confirmation of Sale.

If Stephen A. Jones or Terence J. O'Toole file motions re representational issues, the hearings will be set expeditiously.

Submitted by Richlyn W. Young, courtroom manager