## NOTICE TO CLIENTS (PURSUANT TO LR 83.6(b))

Please be advised that each of you is personally responsible for complying with all court orders and time limitations established by any applicable rules.

## ADDITIONAL NOTICE TO 1570 ALEWA LIMITED PARTNERSHIP (PURSUANT TO LR 83.6(b)

Please be advised that as a corporation, partnership, or other legal entity, 1570 ALEWA LIMITED PARTNERSHIP cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed against you.

Dated: Honolulu, Hawaii, NOV 13 2006 .

Of Counsel:
OLIVER, LAU, LAWHN,
OGAWA & NAKAMURA

JEFFREY DANIEL LAU
KURT K. LEONG