ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 15 2006

at _____ o'clock and _____ min. ___M
SUE BEITIA, CLERK

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone: 533-3999
Facsimile:  533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE: MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94; MEMORANDUM IN SUPPORT OF MOTION; NOTICE TO CLIENTS, FILED NOVEMBER 13, 2006) |

1412-016 (39467)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94; MEMORANDUM IN SUPPORT OF MOTION; NOTICE TO CLIENTS, filed herein on November 13, 2006, was duly served on the following parties at their last-known address, by hand-delivery, on or about November 15, 2006:

GEORGE W. BRANDT, ESQ.
BEVERLY LYNNE K. HIRAMATSU, ESQ.
Davies Pacific Center
841 Bishop Street, Suite 1800
Honolulu, HI  96813

Attorneys for Plaintiff
**N. HARWOOD STREET PARTNERS I, L.P.**

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Flr.
500 Ala Moana Blvd.
Honolulu, HI  96813

Attorneys for proposed Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**

HARRISON P. CHUNG, ESQ.
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG,
Individually and as Trustees**


JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**


KE-CHING NING, ESQ.
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.
Ning Lilly & Jones
707 Richards Street, Suite 700
Honolulu, HI 96813

Attorneys for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

1412-016 (39467)

3

TERRENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI 96813

Attorney for Defendants
**MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND AS RECEIVER FOR NATHAN ALLAN FONG, SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**

DATED:   Honolulu, Hawaii, November 15, 2006.

Of Counsel:
OLIVER, LAU, LAWHN,
   OGAWA & NAKAMURA

_/s/ Jeffrey Daniel Lau_
JEFFREY DANIEL LAU
KURT K. LEONG
Attorneys for Defendant
FINANCE ENTERPRISES