DANDAR ◆ SUEMORI,
A Limited Liability Law Company

JAY T. SUEMORI #3340-0
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 532-1711

Commissioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (Contract) |
| Plaintiff, | |
| vs. | COMMISSIONER'S REPORT; EXHIBITS "A" -- "C"; AFFIDAVIT OF JAY T. SUEMORI; EXHIBIT "A"; CERTIFICATE OF SERVICE. |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM S. FONG, SR., et al., | |
| Defendants. | |

COMMISSIONER'S REPORT

Comes now JAY T. SUEMORI, the duly appointed Commissioner in the above-entitled action, and hereby reports as follows:

1.  That your Commissioner was duly appointed by this Court to serve as a Commissioner pursuant to that certain Plaintiff's Findings Of Fact, Conclusions Of Law, Order Granting Plaintiff's Motion For Summary Judgment As To Counts I and III Of The Amended Complaint Filed Herein On February 3, 2003 Filed September 20, 2004, filed on December 1, 2004 (hereinafter referred to as the "December 1, 2004 Judgment"), and that certain Plaintiff's

<u>Findings Of Fact, Conclusions of Law, Order Granting Plaintiff's Motion For Summary Judgment Against Defendants Rodney Leong Fong, Also Known As Rodney L. Fong And Patsy Nakano Fong, Also Known As Patsy N. Fong Filed On October 1, 2003</u>, filed on February 3, 2004 (hereinafter referred to as the "February 3, 2004 Judgment").

   2.   That pursuant to said Judgments, your Commissioner proceeded to acquaint himself with the facts and circumstances of the case to the extent that they were relevant in carrying out his responsibilities to commence and complete the sale of the subject shares of stock of Finance Enterprises, Ltd.

   3.   That your Commissioner established November 1, 2006 at 12:00 o'clock noon in the Davies Pacific Center, Lower Level Conference Room, 841 Bishop Street, Honolulu, Hawaii 96813, as the date, time and place for the auction for the sale of the subject shares of stock.

   4.   That your Commissioner informed the attorneys involved in the subject proceedings as to the date, time and place for the auction.

   5.   That on October 2, 2006, October 9, 2006, and October 16, 2006, your Commissioner caused to be published in the classified section of the Honolulu Star-Bulletin, a newspaper having general circulation in the State of Hawaii, the advertisement concerning the subject shares of stock, setting forth a summary description of the shares of stock, and the date, time and place for the auction. A copy of the advertisement is attached as part of the Affidavit of Publication and made a part hereof as Exhibit "A".

   6.   That upon the scheduled date, time and place your Commissioner conducted the auction with approximately nine (9) persons in attendance.

7.  That pursuant to the status conference/hearing held on October 27, 2006 and the resulting Order Granting Plaintiff Kahala CCM Factors, LLC's Motion For An Order Setting Deadline For Any Interested Party to Show Cause Why Kahala CCM Factors, LLC Is Allegedly Not Entitled To Credit Bid On The Collateral In the Amounts Set By the Express Terms Of The Foreclosure Decrees Filed On October 24, 2006, filed November 3, 2006 (hereinafter referred to as the "Kahala Order"), the subject shares of stock were auctioned in three (3) separate lots as follows:

Lot #1: 1,092 shares pertaining to the December 14, 1993 "Pledge Agreement", as described in the February 3, 2004 Judgment;

Lot #2: 630 shares pertaining to the January 26, 1994 "Fong Jr. Pledge Agreement", as described in the December 1, 2004 Judgment; and

Lot #3: 241 shares pertaining to the January 27, 1994 "Trustee's Pledge Agreement", as described in the December 1, 2004 Judgment.

A copy of the Kahala Order is attached as Exihbit "B" and a copy of a confirming letter, dated October 30, 2006, from the attorney for Defendant Finance Enterprises, Ltd, and copied to other counsel is attached as Exhibit "C".

8.  That prior to the commencement of the auction, all participants intending to bid were notified that any bid may be subject to the rights of first refusal of Finance Enterprises, Ltd. and its shareholders.

9.  That your Commissioner received the high bids for each of the Lots as follows:

| LOT | WINNING BIDDER | AMOUNT OF BID |
|---|---|---|
| Lot #1: 1,092 shares | Kahala CCM Factors, LLC | $1,097,460.00 |
| Lot #2: 630 shares | Kahala CCM Factors, LLC | $1,148,137.60 |
| Lot #3: 241 shares | Kahala CCM Factors, LLC | $307,889.34 |

10. That your Commissioner declared each Lot 1 through 3 of the subject shares of stock sold to Kahala CCM Factors, LLC at the high bid prices for each Lot set forth in paragraph 9, above, subject to confirmation thereof by the Court, and closed the auction.

11. That up until November 15, 2006, your Commissioner has incurred expenses of Four hundred thirty eight and 01/100 ($438.01) and is seeking a Commissioner's fee of Four thousand one hundred thirty-four and 51/100 ($4,134.51), which includes G.E.T. tax and two (2) additional hours which the Commissioner estimates as the time necessary to complete his responsibilities in this case. Your Commissioner is attaching herewith his statement in support for reimbursement of expenses and allowance of his fees.

WHEREFORE, your Commissioner prays as follows:

(1) That the Court approve and accept your Commissioner's Report;

(2) That a hearing be held to confirm the sale of the subject shares of stock to Kahala CCM Factors, LLC in the Lots and at the sums set forth in paragraph 9, above.

(3) That the Court allow your Commissioner reimbursement of expenses incurred in the sum of Four hundred thirty eight and 01/100 ($438.01) and Commissioner's Fees in the sum of Four thousand one hundred thirty-four and 51/100 ($4,134.51);

(4) That upon the conveyance of the subject shares of stock to the party to whom the sale thereof is confirmed, and the filing of a Distribution Statement, your

Commissioner stand discharged from any further responsibilities and liabilities thereof.

Dated: Honolulu, Hawaii, __11-16-06_____.

_____
JAY T. SUEMORI
Commissioner