IN THE MATTER OF )
NOTICE OF AUCTION SALE )
N. Harwood Street Partners I, L.P. )
a Delaware limited partnership vs. ) *AFFIDAVIT OF PUBLICATION*
Hiram L. Fong, also known as Hiram )
L. Fong, Sr., et al. )
Civil No. CV-02-003983 )
)

**STATE OF HAWAII** )
) SS.
**City and County of Honolulu** )

_Carrie Asuncion_ being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of MidWeek Printing, Inc., publisher of MidWeek and the Honolulu Star-Bulletin, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the aforementioned newspapers as follows:

MidWeek _____ times on _____

Honolulu Star-Bulletin __3__ times on _____
10/02/2006, 10/09/2006, 10/16/2006

And that affiant is not a party to or in any way interested in the above entitled matter.

_C. Asuncion_

Subscribed to and sworn before me this _19th_ day of _October_ A.D. 20_06_

_Debra M. Chu_

Notary Public of the First Judicial Circuit
State of Hawaii

My commission expires _2/19/2010_

Ad# 05525058

EXHIBIT A