# OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
ATTORNEYS AT LAW ▿ A LAW CORPORATION

JEFFREY DANIEL LAU
ROY T. OGAWA
REID A. NAKAMURA
A. DEBBIE JEW
MICHAEL F. O'CONNOR

600 OCEAN VIEW CENTER • 707 RICHARDS STREET
HONOLULU, HAWAII 96813

P.O. BOX 2690
HONOLULU, HI 96803-2690

TELEPHONE (808) 533-3999
FACSIMILE (808) 533-0144

KURT K. LEONG
KEN OHARA

Of Counsel:
JASON F. OLIVER
JAMES H. LAWHN
RICHARD A. ING

October 30, 2006

Jay T. Suemori, Esq.
Dandar, Suemori
841 Bishop Street, Suite 801
Honolulu, HI 96813

Re: **N. Harwood Street Partners I v. Hiram L. Fong et al.**
**Civil No. CV 02-003983**

Dear Mr. Suemori:

    This letter shall confirm that at the Status Conference held last week Friday (October 27), the Court clarified that: (a) the stock pledged for each note must be bid separately (i.e., the auction is to be held with the three separate blocks of stock being auctioned separately); and (b) the confirmation of the sale to the highest bidder shall be subject to the respective rights of first refusal of Finance Enterprises and its shareholders.

    Please let us know if you have any questions or comments. Thank you for your cooperation and assistance.

    Very truly yours,

OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law, A Law Corporation

Jeffrey Daniel Lau

cc: George W. Brandt, Esq. and Beverly Lynne K. Hiramatsu, Esq.
Robert G. Klein, Esq. and Christopher J. Cole, Esq.
Harrison Chung, Esq.
Susan Tius, Esq.
Jerrold Guben, Esq.
Finance Enterprises



EXHIBIT C