IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT OF JAY T. SUEMORI |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM S. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JAY T SUEMORI

STATE OF HAWAII              )
                             ) SS.
CITY AND COUNTY OF HONOLULU  )

JAY T. SUEMORI, being first duly sworn on oath, deposes and says that:

1. He was appointed the Commissioner in this foreclosure action by the Honorable Susan Oki Mollway.

2. A total of 27.4 hours have been expended by the Commissioner in relation to the foreclosure sale.

3. The time expended by the Commissioner in the performance of his duties are set forth in Exhibit "A", attached hereto and incorporated herein.

4. He estimated that two (2) more hours will be necessary to conclude this matter.

5. He is requesting a fee in the amount of FOUR THOUSAND ONE

HUNDRED THIRTY-FOUR AND 51/100 DOLLARS ($4,134.51).

      6.    The following costs have been incurred:

| Costs: | |
|---|---|
| Photocopies: | $ 21.75 |
| Facsimile: | 17.50 |
| Publication: | 329.41 |
| Courier: | 65.00 |
| G.E.T. | 4.35 |
| Total Costs: | $438.01 |

FUTHER AFFIANT SAYETH NAUGHT.

                                            JAY T. SUEMORI
                                            Commissioner

Subscribe and sworn to before me this
16th day of November, 2006

Charlotte Nakayama
Notary Public, State of Hawaii

My commission expires: 9/18/2010