IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM S. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on _11-16-06_ as follows:

| | Hand Delivery | U.S. Mail |
|---|---|---|
| BEVERLY HIRAMATSU, ESQ.<br>841 Bishop Street, Ste 1800<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>N. Harwood Street Partners I, L.P. | ( X ) | ( ) |
| JEFFREY D. LAU, ESQ.<br>Ocean View Center<br>707 Richards Street, Ste. 600<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Merrie Ellen Fong Gushi, Emily Mitchell, Leonard<br>K.K. Fong, as Trustee of the Leonard K.K. Fong | ( X ) | ( ) |

Revocable Living Trust Under Trust Dated 2/19/98, Finance Enterprises, Ltd., Ellen Lee Fong, as Trustee for the Ellen Lee Fong Revocable Living Trust Under Trust Dated 2/19/98, Dale S.N. Fong Individually and as Custodian for Adrienne M.L. Fong and Brandon N.C.K. Fong Under the Hawaii Uniform Gift to Minors Act, Adrienne M.L. Fong (a Minor, Guardian ad Litem Dale S.N. Fong), Brandon N.C.K. Fong (a Minor, Guardian ad Litem Dale S.N. Fong), Linda L. Fong, Glen S.W. Fong, Keith S.K. Fong, Rodney S.O. Fong, Pearl L. Fong, Deborah B.J. Fong, Jonathan Y.C. Fong, Susan B.L. Fong Takashima, Valerie B.L. Fong Asari, Individually And as Custodian for David Y.H. Asari Under the Hawaii Uniform Gift to Minors Act, David Y.H. Asari (a Minor, Guardian ad Litem Valerie B.L. Fong Asari), Winton Tong, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust, Clifford Marshall Tong, Jonathan Warren Tong, Mark Lex Tong, Jason Roberto Tong, Kelly Tong, Del Associates, and Sai Investment Company

| | | |
|---|---|---|
| STEPHEN A. JONES, ESQ.<br>707 Richards Street, Suite 700<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>1570 Alewa Limited Partnership | ( X ) | ( ) |
| HARRISON P. CHUNG, ESQ.<br>Law Office of Harrison P. Chung<br>1136 Union Mall, Suite 206<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>Hiram Leong Fong aka Hiram L. Fong<br>And Hiram L. Fong Sr., Individually And<br>As Trustee of the Hiram Leong Fong Revocable<br>Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong,<br>Individually and as Trustee of the Ellyn Lo Fong Revocable<br>Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L.<br>Fong and Rodney Fong, Individually an as Trustee for Chelsea<br>Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram<br>Fong, and Patsy Nakano Fong, aka Patsy N. Fong | ( X ) | ( ) |

| | | |
|---|---|---|
| ROBERT G. KLEIN, ESQ.<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>Kahala CCM Factors, LLC | ( X ) | ( ) |
| TERRANCE J. O'TOOLE, ESQ.<br>Starn O'toole Marcus & Fisher<br>Pacific Guardina Center, Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Marvin Allan Fong, As Trustee<br>for the Marvin Allan Fong<br>Revocable Trust Agreement Dated<br>5/9/94 and As Receiver for Nathan Allan Fong,<br>Sandra Y.Y. Au Fong, As Trustee of the Sandra<br>Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | ( X ) | ( ) |

DATED: Honolulu, Hawaii   11-16-06

_____
JAY T. SUEMORI
Commissioner

3