Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG          5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2006

at 3 o'clock and 10 min  M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., <br><br> Defendants. | CIVIL NO. CV-02-00383-HG-BMK SOM <br> (Contract) <br><br> **CERTIFICATE OF SERVICE** <br><br> (RE: NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94) |

1412-016 (39588)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the NOTICE OF HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94S, filed electronically herein on November 14, 2006, was duly served on the following parties by electronic transmission on November 14, 2006, or by hand-delivery at their last known address on or about November 16, 2006:

**Via electronic transmission:**

George W. Brandt:        gbrandt@lbchlaw.com

   (Attorney for Plaintiff
   **N. HARWOOD STREET PARTNERS I, L.P.**)


Beverly Lynne K. Hiramatsu: bhiramatsu@lbchlaw.com,
                            tkobylanski@lbchlaw.com

   (Attorney for Plaintiff
   **N. HARWOOD STREET PARTNERS I, L.P.**)


Robert G. Klein          klein@m4law.com
Christopher J. Cole:     cole@m4law.com, auyoung@m4law.com

   (Attorneys for Substitute Plaintiff
   **KAHALA CCM FACTORS, LLC**)

1412-016 (39588)

2

| | |
|---|---|
| **Ke-Ching Ning** | ning@nljlaw.com, Katherine@nljlaw.com |

Attorney for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

| | |
|---|---|
| **Michael A. Lilly** | Michael@nljlaw.com, derrick@nljlaw.com |

**Via hand delivery:**

**HARRISON P. CHUNG, ESQ.**
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG,
Individually and as Trustees**

**JAY T. SUEMORI, ESQ.**
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**

**STEPHEN A. JONES, ESQ.**
Ning Lilly & Jones
707 Richards Street, Suite 700
Honolulu, HI 96813

Attorneys for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

1412-016 (39588)

3

TERRENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI 96813

Attorney for Defendants
**MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND AS RECEIVER FOR NATHAN ALLAN FONG, SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**

DATED:   Honolulu, Hawaii, November 16, 2006.

Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

_____
JEFFREY DANIEL LAU
KURT K. LEONG
Attorneys for Defendant
FINANCE ENTERPRISES

1412-016 (39588)

4