McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN            #1192-0
CHRISTOPHER J. COLE        #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (CONTRACT) |
| Plaintiff, | ) | |
| | ) | NOTICE OF SUBMISSION OF |
| vs. | ) | ORDER GRANTING KAHALA |
| | ) | CCM FACTORS, LLC'S MOTION |
| HIRAM L. FONG, ALSO KNOWN AS | ) | TO SUBSTITUTE FOR |
| HIRAM L. FONG, SR., et al. | ) | PLAINTIFF N. HARWOOD |
| | ) | STREET PARTNERS I, L.P. |
| Defendants. | ) | FILED ON SEPTEMBER 28, 2006; |
| | ) | EXHIBIT "A; CERTIFICATE OF |
| | ) | SERVICE |

56564/150337.1

NOTICE OF SUBMISSION OF ORDER GRANTING KAHALA CCM
FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF
N. HARWOOD STREET PARTNERS I, L.P. FILED ON SEPTEMBER 28, 2006

TO:  JEFFREY DANIEL LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813

Attorney for Defendants
Finance Enterprises, Ltd., et al.

Pursuant to the provisions of Rule 58.2 of the Local Rules of Practice for the United States District Court, District of Hawaii,

YOU ARE NOTIFIED that the undersigned has prepared and submitted to the Court an Order Granting Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood Street Partners I, L.P. Filed on September 28, 2006 ("Order"), a copy of which is attached as Exhibit "A". An original of the Order was hand delivered to Jeffrey Daniel Lau, Esq. for his signature and return, but the parties were unable to agree on the form of the Order.

Pursuant to the provisions of Local Rule 58.2, you have five (5) business days from your receipt of this notice to serve upon all parties and to mail or deliver to the Court a statement of your objections to the attached Order; and the reasons for your objections, or a draft of the order which you propose to substitute for the

attached. For the Court's convenience, the original of the Order will also be transmitted via e-copy to the Judge for his further necessary action.

DATED: Honolulu, Hawaii, _____NOV 2 1 2006_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC