McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>ORDER GRANTING KAHALA<br>CCM FACTORS, LLC'S MOTION<br>TO SUBSTITUTE FOR<br>PLAINTIFF N. HARWOOD<br>STREET PARTNERS I, L.P.<br>FILED ON SEPTEMBER 28, 2006<br><br>Date:     October 10, 2006<br>Time:     2:45 p.m.<br>Mag. Judge: Barry M. Kurren |

ORDER GRANTING KAHALA CCM FACTORS, LLC'S
MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD
STREET PARTNERS I, L.P. FILED ON SEPTEMBER 28, 2006

Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood

Street Partners I, L.P. filed on September 28, 2006 came on for hearing before The

56564/147982.2                                                  EXHIBIT "A"

Honorable Magistrate Judge Barry M. Kurren on October 10, 2006 at 2:45 p.m. and at a further status conference held on the record on October 20, 2006 at 11:00 a.m. on the issue of disqualification, with Robert G. Klein, Esq. and Christopher J. Cole, Esq. appearing for the movant Kahala CCM Factors, LLC ("Kahala CCM"), and with Jeffrey D. Lau, Esq. appearing on behalf of Defendant Finance Enterprises, Ltd. ("Enterprises"). The Court, having reviewed the motion and all of the papers filed by the parties in connection therewith, and having heard the comments of counsel at the hearing, and for good cause shown, hereby ORDERS, ADJUDICATES AND DECREES that the motion is GRANTED. Kahala CCM Factors, LLC shall be and hereby is substituted as a party plaintiff in this action for N. Harwood Street Partners I, L.P. The case caption in this case shall hereinafter be amended to reflect that Kahala CCM Factors, LLC is the plaintiff in all future pleadings and papers filed in this case.

With respect to the request by Enterprises to disqualify McCorriston Miller Mukai MacKinnon LLP and its attorneys (the "McCorriston law firm") as Kahala CCM's counsel of record in this action, the Court, having reviewed the papers submitted by the parties on the issue and having heard the statements and arguments of counsel at the hearing and status conference, and being fully advised in the premises, hereby FINDS, CONCLUDES and ORDERS, as follows:

1.  The McCorriston law firm formerly represented Enterprises in certain litigation and collection matters that are not substantially related to its current representation of Kahala CCM.

2.  The McCorriston law firm does not currently represent Enterprises.

3.  Any confidential information that the McCorriston law firm or its attorneys may have had access to in the course of representing Enterprises, its subsidiary Finance Factors, Limited ("Finance Factors"), Wendell Pang, or related parties, or as a director of Enterprises or related entities, is not material to the present matter.

4.  The McCorriston law firm's past and current representation of Finance Factors in various foreclosure and collection matters does not present a disqualifying conflict of interest.

5.  The McCorriston law firm's representation of Kahala CCM is not directly adverse to Finance Factors, and vice-versa.

6.  The circumstances of this case do not warrant an order that would overthrow Kahala CCM's choice of counsel in this matter by disqualifying the entire McCorriston law firm.

7.  Therefore, the Court DENIES Enterprises' request to disqualify the McCorriston law firm from representing Kahala CCM in this matter.

8. As a precautionary measure, the Court orders that the following attorneys shall not participate in the McCorriston law firm's representation of Kahala CCM herein, and shall be hereafter screened off from providing or receiving any information in this matter: William C. McCorriston, Donald K. O. Wong, Paul B. Wong, David J. Minkin, and Stacey C. G. Hee.

DATED: Honolulu, Hawaii, _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
JEFFREY D. LAU

Attorney for Defendants
Finance Enterprises, Ltd., et al.

---

Kahala CCM Factors, LLC v. Hiram L. Fong, et al.; Civil No. CV 02-00383 SOM/BMK; Order Granting Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood Street Partners I, L.P. Filed on September 28, 2006