IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE |
| vs. | |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 21, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.            gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.           bhiramatsu@lbchlaw.com

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

56564/150337.1

**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants Hiram Leong Fong, aka
Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram Leong
Fong Revocable Trust dated 3/17/93, Ellyn Lo
Fong, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust
Dated 3/24/93, Rodney Leong Fong, aka
Rodney L. Fong and Rodney Fong, Individually
and as Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram Fong, and
Patsy Nakano Fong, aka Patsy N. Fong


JEFFREY DANIEL LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813

Attorney for Defendants
Finance Enterprises, Ltd., et al.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____NOV 2 1 2006_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC