

DANDAR ◆ SUEMORI,
A Limited Liability Law Company

JAY T. SUEMORI #3340-0
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 532-1711

Commissioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATEMENT OF NO POSITION |
| vs. | ) | AND NOTICE OF INTENTION NOT |
| | ) | TO APPEAR AT HEARING ON OLIVER, |
| | ) | LAU, LAWHN, OGAWA AND |
| | ) | NAKAMURA'S MOTION TO |
| HIRAM L. FONG, ALSO KNOWN AS | ) | WITHDRAW AS COUNSEL FOR |
| HIRAM S. FONG, SR., et al., | ) | DEFENDANTS 1570 ALEWA |
| | ) | LIMITED PARTNERSHIP, MARVIN |
| Defendants. | ) | ALLAN FONG, AS TRUSTEE FOR THE |
| | ) | MARVIN ALLAN FONG REVOCABLE |
| | ) | TRUST AGREEMENT DATED 5/9/94 |
| | ) | AND FOR NATHAN ALLAN FONG, |
| | ) | AND SANDRA Y.Y. AU FONG, AS |
| | ) | TRUSTEE OF THE SANDRA Y.Y. AU |
| | ) | FONG REVOCABLE TRUST |
| | ) | AGREEMENT DATED 5/9/94; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Hearing: |
| | ) | Date:       December 1, 2006 |
| | ) | Time:       2:00 p.m. |
| | ) | Judge:      Barry M. Kurren |

STATEMENT OF NO POSITION AND NOTICE OF INTENTION NOT TO APPEAR AT
HEARING ON OLIVER, LAU, LAWHN, OGAWA AND NAKAMURA'S MOTION TO

WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94

Comes now JAY T. SUEMORI, the duly appointed Commissioner in the above-entitled action, and hereby states that he has no position on Oliver, Lau, Lawhn, Ogawa and Nakamura's Motion To Withdraw as Counsel for Defendants 1570 Alewa Limited Partnership, Marvin Allan Fong, as Trustee for the Marvin Allan Fong Revocable Trust Agreement dated 5/9/94 and for Nathan Allan Fong, and Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement dated 5/9/94. Jay T. Suemori also states that no appearance will be made on his behalf at the hearing on said Motion, unless otherwise instructed by the Court.

Dated: Honolulu, Hawaii, 11-21-06

JAY T. SUEMORI
Commissioner

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM S. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon counsel of record at their last known address on __11-21-06__

as follows:

| | Hand Delivery | U.S. Mail |
|---|---|---|
| BEVERLY HIRAMATSU, ESQ.<br>841 Bishop Street, Ste 1800<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>N. Harwood Street Partners I, L.P. | ( X ) | ( ) |
| JEFFREY D. LAU, ESQ.<br>Ocean View Center<br>707 Richards Street, Ste. 600<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Merrie Ellen Fong Gushi, Emily Mitchell, Leonard<br>K.K. Fong, as Trustee of the Leonard K.K. Fong | ( X ) | ( ) |

Revocable Living Trust Under Trust Dated 2/19/98,
Finance Enterprises, Ltd., Ellen Lee Fong, as Trustee
for the Ellen Lee Fong Revocable Living Trust Under
Trust Dated 2/19/98, Dale S.N. Fong Individually and
as Custodian for Adrienne M.L. Fong and Brandon
N.C.K. Fong Under the Hawaii Uniform Gift to Minors
Act, Adrienne M.L. Fong (a Minor, Guardian ad Litem
Dale S.N. Fong), Brandon N.C.K. Fong (a Minor, Guardian
ad Litem Dale S.N. Fong), Linda L. Fong, Glen S.W. Fong,
Keith S.K. Fong, Rodney S.O. Fong, Pearl L. Fong, Deborah
B.J. Fong, Jonathan Y.C. Fong, Susan B.L. Fong Takashima,
Valerie B.L. Fong Asari, Individually And as Custodian for
David Y.H. Asari Under the Hawaii Uniform Gift to Minors
Act, David Y.H. Asari (a Minor, Guardian ad Litem Valerie
B.L. Fong Asari), Winton Tong, as Trustee for the 1994
Winton Tong and Gladys F. Tong Revocable Trust, Clifford
Marshall Tong, Jonathan Warren Tong, Mark Lex Tong,
Jason Roberto Tong, Kelly Tong, Del Associates, and Sai
Investment Company

STEPHEN A. JONES, ESQ.                        ( X )          ( )
707 Richards Street, Suite 700
Honolulu, Hawaii 96813

Attorney for Defendant
1570 Alewa Limited Partnership

HARRISON P. CHUNG, ESQ.                       ( X )          ( )
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants
Hiram Leong Fong aka Hiram L. Fong
And Hiram L. Fong Sr., Individually And
As Trustee of the Hiram Leong Fong Revocable
Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong,
Individually and as Trustee of the Ellyn Lo Fong Revocable
Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L.
Fong and Rodney Fong, Individually an as Trustee for Chelsea
Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram
Fong, and Patsy Nakano Fong, aka Patsy N. Fong

2

| | | |
|---|---|---|
| ROBERT G. KLEIN, ESQ.<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>Kahala CCM Factors, LLC | ( X ) | ( ) |
| TERRANCE J. O'TOOLE, ESQ.<br>Starn O'toole Marcus & Fisher<br>Pacific Guardina Center, Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Marvin Allan Fong, As Trustee<br>for the Marvin Allan Fong<br>Revocable Trust Agreement Dated<br>5/9/94 and As Receiver for Nathan Allan Fong,<br>Sandra Y.Y. Au Fong, As Trustee of the Sandra<br>Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | ( X ) | ( ) |

DATED: Honolulu, Hawaii   11-21-06

_____
JAY T. SUEMORI
Commissioner

3