IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>    Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>DECLARATION OF STEPHEN A. JONES |

## DECLARATION OF STEPHEN A. JONES

I, STEPHEN A. JONES, declare as follows:

1.  I am an attorney duly licensed to practice law in the State of Hawaii, and am a partner at Ning, Lilly & Jones, attorneys for Defendant 1570 Alewa Limited Partnership. I make this declaration of my own personal knowledge and would be competent to testify to the facts thereto.

2.  Attached hereto as Exhibit "A" is a true and correct copy of Finance Enterprises, Ltd.'s Annual Statement for 2006.

3.  Attached hereto as Exhibit "B" is a true and correct copy of my November 16, 2006 letter to Jeffrey D. Lau.

I declare under penalty of perjury under the laws of the State of Hawaii and the United States that the foregoing is true and correct.

Executed this 21st day of November 2006, in Honolulu, Hawaii.

_____
STEPHEN A. JONES