IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) DECLARATION OF DEANE P. |
| vs. | ) LEONG |
| | ) |
| HIRAM LEONG FONG, ALSO | ) |
| KNOWN AS HIRAM L. FONG, SR., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF DEANE P. LEONG

I, Deane P. Leong, hereby declare:

1. I am the general partner of Lotus SRH L.L.C. which is the general partner of 1570 Alewa Limited Partnership. 1570 Alewa is a stockholder in Finance Enterprises and a named Defendant in this case.

2. Sam Yee purported to represent Finance Enterprises as well as 1570 Alewa and various other stockholders in this case, and promised that he would keep us "apprised of developments in the lawsuit".

3. Based upon what is now known of Mr. Yee's activities and omissions in this case, 1570 Alewa has grave concerns about his supposed representation of its interests. In any event, to the best of my knowledge, 1570 Alewa never

authorized Sam Yee to assign or transfer its legal representation in this case to Jeff Lau or anyone else.

4. Nevertheless, based upon our review of the docket and file herein, it appears that Sam Yee withdrew in 2005 and Jeff Lau purported to appear for 1570 Alewa in this case.

5. Both Sam Yee and Jeff Lau are officers of Finance Enterprises; in addition, Jeff Lau is a Director of Finance Enterprises.

6. Mr. Yee and other Finance Enterprises management insiders have acted to harm and frustrate 1570 Alewa's rights of refusal as a stockholder, among other things. They have acted adversely to 1570 Alewa's interests.

7. 1570 Alewa has objected to Jeff Lau or his law firm now representing Finance Enterprises in this case, adversely to 1570 Alewa's interests. Through counsel, we have advised Mr. Lau of that objection.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct. Executed this 21st day of November 2006 at Honolulu, Hawaii.

_____
DEANE P. LEONG