# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

---

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
SteveJones@nljlaw.com

November 16, 2006

**VIA HAND-DELIVERY**

Jeffrey D. Lau, Esq.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, HI 96813

> Re: North Harwood Street v. Fong, et al.;
> U.S.D.C Civil No. 02-00383

Dear Jeff:

    Earlier this week Terry O'Toole and I called you; you were not in so we left a message for you to call either of us. We had hoped to have a face-to-face meeting with you. We have not heard back from you.

    With respect to your motion to withdraw as 1570 Alewa Limited Partnership's ("1570") counsel in this case, please be advised that 1570 strongly objects to your apparent attempt to continue representing Finance Enterprises in that matter. In view of the adversity of interests, you cannot represent one client against the other.

    You will recall that I mentioned to you the other day when we spoke, that you would have to get out of the case altogether. I was therefore a little surprised that your current motion appears to leave you in the case as Finance Enterprises lawyer, but perhaps I am misreading the motion.

EXHIBIT "B"

Jeffrey D. Lau, Esq.
November 16, 2006
Page 2

      In any case, for the record you are formally advised that 1570 strongly objects to your continuation in the case as Finance Enterprises' lawyer in this case and reserves all rights with respect to this matter.

Sincerely,

STEVE JONES

cc:   1570 Alewa Limited Partnership (all via facsimile only)
      Terrence J. O'Toole, Esq.

SAJ:eb
lau.ltr.11-16-06