IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>        Defendants. | CIVIL NO. CV-02-00383 HG-BMK (Contract)<br><br>DECLARATION OF SANDRA Y.Y. AU FONG |

## DECLARATION OF SANDRA Y.Y. AU FONG

I, SANDRA Y.Y. AU FONG, declare as follows:

1.     I never knew and/or authorized Jeffrey Lau and his firm to represent me in this matter.

2.     There is a direct conflict of interest with Mr. Lau and his firm continuing to represent Finance Enterprises, Ltd. ("Finance Enterprises") in this case because I am, and have been, adverse to Finance Enterprises, its officers and directors regarding certain rights of first refusal with respect to Finance Enterprises' shares.   This dispute involves many other Finance Enterprises' shareholders and millions of dollars at issue.

3.     The dispute referenced in paragraph 3 above will likely result in litigation in the near term if not sooner resolved.

I declare under penalty of perjury under the laws of the State of Hawaii and the United States that the foregoing is true and correct.

Executed this 21st day of November 2006, in Honolulu, Hawaii.

SANDRA Y.Y. AU FONG

60430

2