IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK (Contract)<br><br>DECLARATION OF TERENCE J. O'TOOLE; EXHIBITS "A"-"B" |

## DECLARATION OF TERENCE J. O'TOOLE

I, TERENCE J. O'TOOLE, declare as follows:

1. I am a director of the law firm Starn O'Toole Marcus & Fisher located in Honolulu, Hawaii, am licensed to practice law in the States of Hawaii and California, and in the District of Columbia, and represent Defendants MARVIN ALLAN FONG, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, and SANDRA Y.Y. AU FONG, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94. I am competent to testify, and make this declaration based on personal knowledge except where otherwise indicated.

2. Attached hereto as Exhibit "A" is a true and correct copy of Finance Enterprises, Ltd.'s Annual Statement for 2006.

60430

3.  Attached hereto as Exhibit "B" is a true and correct copy of my November 16, 2006 letter to Jeffrey D. Lau.

I declare under penalty of perjury under the laws of the State of Hawaii and the United States that the foregoing is true and correct.

Executed this _____ day of November 2006, in Honolulu, Hawaii.

_____
TERENCE J. O'TOOLE