DOMESTIC PROFIT CORPORATION  
FILING FEE: $ 15.00

H **SSL**

**STATE OF HAWAII**  
DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS  
BUSINESS REGISTRATION DIVISION  
335 Merchant Street  
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI 96811

RETURN ORIGINAL BY SEPTEMBER 30  
PENALTY FOR LATE FILING

09/01/20062023S

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JULY 1, 2006  
CORPORATE NAME AND MAILING ADDRESS:

FINANCE ENTERPRISES, LTD.  
1164 BISHOP ST STE 1089  
HONOLULU HI 96813

If the above mailing address has changed, line out and print change to the right.  
If address of principal office differs from the above mailing address, state the address of principal office. Include City, State, and Zip Code: _____

1. **AUTHORIZED SHARES**  
(To correct line out and print the correction to the right.)

| CLASS | NUMBER | CLASS | NUMBER |
|---|---|---|---|
| COMMON | 70,000 | COMMON | 61,638 |

TOTAL NUMBER OF SHARES ISSUED

2. **NATURE OF BUSINESS:** INVESTMENT IN OTHER CORPORATIONS WHOSE PRINCIPLE BUSINESSES ARE IN FINANCE, REAL ESTATE, INSURANCE AND CONSTRUCTION

(To correct, line out and print corrections below. If inactive during the period, state INACTIVE.)

3. Street address of the registered office in Hawaii and the name of the registered agent at that address. (If any change, line out and print change on the right. See reverse for instructions.). After any changes made, the street addresses of its registered office and agent shall be identical.

DANIEL B.T. LAU  
1164 BISHOP ST, SUITE 1088  
HONOLULU HI 96813

4. **OFFICERS/DIRECTORS:** List all officers and directors. (To correct, line out and print corrections to the right. See reverse for instructions.)

| OFFICE HELD/DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| CEO/P/COO/I | LAU, RUSSELL | 1503 UALAKAA PL  HONOLULU HI 96822 |
| EV/D | CHUN, PATRICK | 48 WAILUPE CIRCLE  HONOLULU HI 96821 |
| SR/V | YEE, SAM | 3752 A PUKULANI PL  HONOLULU HI 96816 |
| ✓ S/C/D | LAU, DANIEL B T | 704 ONAHA ST  HONOLULU HI 96816 |
| V/CFO/T | SUEOKA, JED | 94-1039 KOLIANA ST  WAIPAHU HI 96797 |

☐ **NO CHANGES:** Do not check this box if changes have been made above. (Checking this box means there are no changes reported. The Department will not be held responsible for any changes made to this report.)

**CERTIFICATION**

I certify under the penalties of Section 414-20, Hawaii Revised Statutes, that I have read the above, the information is true and correct, and I am authorized to sign this report.

DATE: 8/18/06    _signature_ Daniel B Lau    DANIEL B.T. LAU 
Signature of authorized officer, attorney-in-fact    Print Name  
for an officer, or receiver or trustee  
(if the corporation is in the hands of a receiver or trustee)

FILE NO. 0031776D1  
Rev. 2/2005

B17  
2006 B22

File this Original  
(SEE REVERSE SIDE FOR INSTRUCTIONS)

Page 1 of 3


EXHIBIT A

09/01/200620237

DOMESTIC PROFIT CORPORATION         **STATE OF HAWAII**         RETURN ORIGINAL BY SEPTEMBER 30
FILING FEE: $ 15.00         DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS         PENALTY FOR LATE FILING
H         BUSINESS REGISTRATION DIVISION
335 Merchant Street
Mailing Address: Annual Filing, P.O. Box 113600, Honolulu, HI. 96811

DOMESTIC PROFIT CORPORATION ANNUAL REPORT AS OF JULY 1, 2006
CORPORATE NAME:    FINANCE ENTERPRISES, LTD.

**CONTINUATION OF OFFICERS/DIRECTORS**

| OFFICE HELD/ DIRECTOR CODE | NAME IN FULL | ADDRESS (INCLUDE CITY, STATE & ZIP CODE) |
|---|---|---|
| AS/D | LAU, JEFFREY | 2039 LANIHULI DR  HONOLULU HI 96822 |
| D | CHUN, PATSY | 311 22ND AVE  HONOLULU HI 96816 |
| D | GUSHI, MERIE-ELLEN FONG | 185 WAIKO RD  WAILUKU HI 96793 |
| D | FONG, DALE | 1446-C ALEWA DR  HONOLULU HI 96817 |
| D | FONG, PEARL | 1565 ALA AMOAMO ST  HON HI 96819 |
| D | PANG, WENDELL | 2383 BECKWITH ST  HONOLULU HI 96822 |
| D | SCHUETTE, MICHAEL | 1040 LUNALILO ST STE 701  HONOLULU HI 96822 |
| D | TONG, CLIFFORD | 9 DIANNNE CT  LAFAYETTE SF 94549 |
| D | WRIGHT, JAMES | 2025 KEEAUMOKU ST  HONOLULU HI 96822 |
| D | CHAPMAN, JENNIFER | 91-1036 KAUOHA ST  EWA HI 96706 |

09/01/200620237