# STARN · O'TOOLE · MARCUS & FISHER
### A LAW CORPORATION

November 16, 2006

**VIA HAND-DELIVERY**

Jeffrey D. Lau, Esq.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, HI 96813

Re: North Harwood Street v. Fong, et al.;
U.S.D.C Civil No. 02-00383

Dear Jeff:

Steve Jones and I tried to call you earlier this week to set up a meeting to discuss this case, but we haven't heard back from you. I notice that you are now moving to withdraw as counsel for Marvin and Sandy Fong (my clients), but apparently plan to continue representing Finance Enterprises in the case.

That is unacceptable. There is an adversity of interest between Marvin and Sandy on the one hand, and Finance Enterprises on the other, with respect to issues in this case and activities of Sam Yee and yourself in connection with it. As an attorney, you are in no position to represent one co-client against another co-client in the same matter.

If you and your firm are indeed attempting to continue representing Finance Enterprises in this case, Marvin and Sandy Fong object, and demand that you withdraw. To minimize any further damage to the Fongs, I will appreciate your letting me know right away whether you will withdraw voluntarily from the case or whether you will require us to bring a motion or other proceedings to compel your withdrawal.

Very truly yours,

Terry O'Toole

cc: Marvin and Sandy Fong
    Steve Jones, Esq.

EXHIBIT B

Pacific Guardian Center, Makai Tower • 733 Bishop Street, Suite 1900 • Honolulu, HI 96813
Telephone: (808)537-6100 • Fax: (808)537-5434 • Website: www.starnlaw.com