IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of the foregoing document was duly served by hand-delivery upon the following parties at their last known address as follows:

GEORGE W. BRANDT, ESQ.
BEVERLY HIRAMATSU, ESQ.
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    N. HARWOOD STREET PARTNERS I, L.P.

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    KAHALA CCM FACTORS, LLC

60430

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
    Attorney for Defendants HIRAM LEONG FONG aka
    Hiram L. Fong and Hiram L. Fong Sr., Individually
    And as Trustee of the Hiram Leong Fong Revocable Trust dated
    3/17/93, ELLYN LO FONG, aka Ellyn L. Fong, Individually and as
    Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93,
    RODNEY LEONG FONG, aka Rodney L. Fong and Rodney Fong,
    Individually and as Trustee for Chelsea Tree Fong, Forest Wind
    Fong, Shama Rain Fong and Ski Hiram Fong, and PATSY NAKANO
    FONG, aka Patsy N. Fong

JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
    Attorney for Defendants MERRIE ELLEN FONG GUSHI,
    EMILY MITCHELL, LEONARD K.K. FONG, as Trustee
    of the Leonard K.K. Fong Revocable Living Trust
    Under Trust Dated 2/19/98, FINANCE ENTERPRISES, LTD.,
    ELLEN LEE FONG, as Trustee for the Ellen Lee Fong
    Revocable Living Trust Under Trust Dated 2/19/98, DALE
    S.N. FONG, Individually and as Custodian for Adrienne M.L.
    Fong and Brandon N.C.K. Fong Under the Hawaii Uniform
    Gift to Minors Act, ADRIENNE M.L. FONG (a Minor, Guardian
    Ad Litem Dale S.N. Fong), BRANDON N.C.K. FONG (a Minor,
    Guardian ad Litem Dale S.N. Fong), LINDA L. FONG, GLEN
    S.W. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL
    L. FONG, DEBORAH B.J. FONG, JONATHAN Y.C. FONG, SUSAN B.L.
    FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually
    And as Custodian for David Y.H. Asari Under the Hawaii
    Uniform Gift to Minors Act, DAVID Y.H. ASARI (a Minor,
    Guardian ad Litem Valerie B.L. Fong Asari), WINTON TONG,
    as Trustee for the 1994 Winton Tong and Gladys F. Tong
    Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN
    WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG,

       KELLY TONG, DEL ASSOCIATES, and SAI INVESTMENT COMPANY

And

       Purported Attorney for Defendants MARVIN ALLAN FONG,
as Trustee for the Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as Receiver for Nathan Allan
Fong, SANDRA Y.Y. AU FONG, as Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94,
and 1570 ALEWA LIMITED PARTNERSHIP

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    COMMISSIONER

KE-CHING NING, ESQ.
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
    Attorneys for Defendant
    1570 ALEWA LIMITED PARTNERSHIP

    DATED:   Honolulu, Hawaii, November 22, 2006

_____
TERENCE J. O'TOOLE
Attorney for Defendants
MARVIN ALLAN FONG, as Trustee for
the Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and for Nathan
Allan Fong, and SANDRA Y.Y. AU
FONG, as Trustee of the Sandra Y.Y. Au
Fong Revocable Trust Agreement Dated
5/9/94