McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN         #1192-0
CHRISTOPHER J. COLE     #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>AMENDED CERTIFICATE OF SERVICE RE: NOTICE OF SUBMISSION OF ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P. FILED ON SEPTEMBER 28, 2006 |

56564/150579.1

AMENDED CERTIFICATE OF SERVICE RE: NOTICE OF SUBMISSION OF ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P. FILED ON SEPTEMBER 28, 2006

The undersigned hereby certifies that, on November 21, 2006 and by the methods of service noted below, a true and correct copy of the Notice of Submission of Order Granting Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood Street Partners I, L.P. Filed on September 28, 2006, filed November 21, 2006 was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| GEORGE W. BRANDT, ESQ. | gbrandt@lbchlaw.com |
| BEVERLY HIRAMATSU, ESQ. | bhiramatsu@lbchlaw.com |

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                     kleong@ollon.com

Attorneys for Defendants
Finance Enterprises, Ltd., et al.

| | |
|---|---|
| KE-CHING NING, ESQ. | ning@nljlaw.com |
| STEPHEN A. JONES, ESQ. | |
| MICHAEL A. LILLY, ESQ. | michael@nljlaw.com |

Attorneys for Defendant
1570 Alewa Limited Partnership


**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants Hiram Leong Fong, aka
Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram Leong
Fong Revocable Trust dated 3/17/93, Ellyn Lo
Fong, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust
Dated 3/24/93, Rodney Leong Fong, aka
Rodney L. Fong and Rodney Fong, Individually
and as Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram Fong, and
Patsy Nakano Fong, aka Patsy N. Fong


JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

The undersigned further hereby certifies that, on November 22, 2006 and by the methods of service noted below, a true and correct copy of the Notice of Submission of Order Granting Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood Street Partners I, L.P. Filed on September 28, 2006, filed November 21, 2006 was duly served upon the following persons at their last known addresses:

**Served via Hand Delivery:**

TERENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94


DATED: Honolulu, Hawaii, _____NOV 2 2 2006_____.


_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC