Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK (Contract)<br><br>**DEFENDANT FINANCE ENTERPRISES, LTD.'S OBJECTION TO PROPOSED ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., AND SUBMISSION OF SUBSTITUTE PROPOSED DRAFT OF ORDER; EXHIBIT "A"** |

**DEFENDANT FINANCE ENTERPRISES, LTD.'S OBJECTION TO PROPOSED ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., AND SUBMISSION OF SUBSTITUTE PROPOSED DRAFT OF ORDER**

Comes now, Defendant FINANCE ENTERPRISES, LTD. (hereinafter "Defendant FE" or "Finance Enterprises"), and hereby submits its Objection to the proposed "Order Granting Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood Street Partners I, L.P., Filed on September 28, 2006", filed herein on November 21, 2006, by KAHALA CCM FACTORS, LLC (hereinafter "KAHALA CCM"). Defendant FE also submits its substitute proposed draft Order (Exhibit "A").

Defendant FE objects solely to the paragraphs numbered 1 through 6 on page 3 of KAHALA CCM's proposed Order. These disputed paragraphs amount to proposed Findings of Fact and/or Conclusions of Law, and do not necessarily encompass the full reasons of the court.

Both HRCP Rule 52 and LR 52.1 contemplate that Findings of Fact and Conclusions of Law are intended for use for non-jury trials or advisory jury trials. HRCP Rule 52 expressly provides that "findings of fact and conclusions of law are *unnecessary* on decisions of motions under Rule 12 or 56 *or any other motion*…" (emphasis added). This matter was merely a procedural motion, and was not even a dispositive motion under Rule 12 or Rule 56.

Submitted herewith as Exhibit "A" is Defendant FE's substitute proposed draft Order. Defendant FE's proposed Order is substantially identical to KAHALA

1412-016/41043                                   2

CCM's proposed Order, with the exception that KAHALA CCM's proposed findings and conclusions (paragraphs numbered 1 through 6) have been deleted. (There are also some minor stylistic differences).

Defendant FINANCE ENTERPRISES respectfully requests that the Court adopt Defendant FINANCE ENTERPRISES' substitute proposed draft Order.

Dated:   Honolulu, Hawaii, November 27, 2006.


| Of Counsel:<br>OLIVER, LAU, LAWHN,<br>  OGAWA & NAKAMURA | _/s/ Kurt K. Leong_____<br>JEFFREY DANIEL LAU<br>KURT K. LEONG<br>Attorneys for Defendant<br>FINANCE ENTERPRISES |
|---|---|