Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG          5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK (Contract)<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94; EXHIBIT "A"**<br><br>Date:    December 1, 2006<br>Time:    2:00 p.m.<br>Judge:  Honorable Barry M. Kurren |

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**

Comes now, OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation (hereinafter "OLLON"), and hereby submits its Reply Memorandum in support of its Motion to Withdraw as counsel for Defendants 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, and SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94.

This Reply Memorandum is submitted in response to the substantially identical Statements of Position filed by: (1) Defendant 1570 ALEWA LIMITED PARTNERSHIP (hereinafter "Defendant 1570 ALEWA"), filed on November 21, 2006; and, (2) Defendants MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, and SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 (hereinafter collectively referred to as "Defendants MARVIN AND SANDRA FONG"), filed on November 22, 2006.

Neither Statement of Position objects to OLLON's request to withdraw as counsel for Defendant 1570 ALEWA and for Defendants MARVIN AND SANDRA

FONG, which is the sole purpose of this Motion. Therefore this request should be granted.

Both Statements of Position submit that OLLON should withdraw as counsel for Defendant FINANCE ENTERPRISES. However, this is not the subject of this Motion, and is not properly before this Court. This is especially true where the Statements of Position were filed just 9 days before the hearing, giving inadequate time for a full response, and do not specify the conflict of interest in this particular lawsuit[1].

OLLON reserves all of its rights and objections (as well as those of Defendant FINANCE ENTERPRISES) with regard to the demand that OLLON must withdraw from representing FINANCE ENTERPRISES. However, OLLON would briefly note the following: (a) this lawsuit is near completion, as the only remaining issue before this Court is confirmation of the sale. If OLLON withdraws at this late stage in the proceedings, completion of this lawsuit would be delayed as FINANCE ENTERPRISES and presumably the other approximately 23 other clients represented by OLLON would need adequate time to secure new counsel; (b) OLLON does not believe that there is an adversity of interest in this case, as the "right of first refusal" provision in the Articles of Incorporation provides that the right to purchase the stock shall first be offered to FINANCE ENTERPRISES. If FINANCE ENTERPRISES refuses or does not

---

[1]   The parties have had an abbreviated briefing schedule, as the hearing was scheduled just 17 days after the Motion was filed.

accept the right to purchase the stock, only then do the stockholders have the right to purchase the stock.  (See Article IV, paragraph 4 of FINANCE ENTERPRISES' Articles of Incorporation) (Pages 1 and 11-12 of the Articles of Incorporation are submitted herewith, as Exhibit "A").

In light of the foregoing, OLLON respectfully requests that the Court grant the Motion to Withdraw, and take no action with regard to the demand that OLLON must withdraw from representing Defendant FINANCE ENTERPRISES.

Dated:   Honolulu, Hawaii, November 27, 2006.


Of Counsel:                                          /s/ *Kurt K. Leong*
OLIVER, LAU, LAWHN,                        JEFFREY DANIEL LAU
  OGAWA & NAKAMURA                  KURT K. LEONG