<u>ARTICLES OF INCORPORATION</u>

OF

<u>FINANCE ENTERPRISES, LTD.</u>

KNOW ALL MEN BY THESE PRESENTS:

That we, the undersigned, all of whom are residents of the State of Hawaii, desiring to become incorporated as a corporation under and in accordance with the laws of said State of Hawaii and to obtain the benefits conferred by said laws upon corporations, do hereby mutually agree upon and enter into the following Articles of Incorporation, effective as of the signing hereof, the terms whereof shall be equally obligatory upon the parties hereto as well as upon all other persons who from time to time may be stockholders of the corporation.

ARTICLE I

The name of the corporation shall be FINANCE ENTERPRISES, LTD.

ARTICLE II

The place of the principal office of the corporation shall be 195 South King Street, Honolulu, City and County of Honolulu, State of Hawaii; there may be such subordinate or branch offices in such place or places within and without said State as may be deemed necessary or desirable by the Board of Directors to transact the business of the corporation, such branch or subordinate offices to be in the charge of such person or persons as may be appointed by the Board of Directors.

ARTICLE III

1. The nature of the business, or objects or purposes to be transacted, promoted, or carried on are:

(a) To purchase, own, and hold the stock of other

EXHIBIT "A"



3. The enumeration herein of the objects and purposes of this corporation shall be construed as powers as well as objects and purposes and shall be liberally construed both as to purposes and powers and shall not be deemed to exclude by inference any powers, objects or purposes which this corporation is empowered to exercise, whether expressly by force of the laws of the State of Hawaii now or hereafter in effect, or impliedly by the reasonable construction of said law, and the objects and purposes specified in each of the foregoing clauses of these Articles shall be regarded as independent objects and purposes.

ARTICLE IV

1. The amount of the capital stock of the corporation shall be ONE THOUSAND TWO HUNDRED DOLLARS ($1,200.00) comprised of ONE HUNDRED TWENTY (120) shares of common stock of the par value of TEN DOLLARS ($10.00) per share, with the privilege of subsequent increase or extension of the capital stock to an amount not exceeding TEN MILLION DOLLARS ($10,000,000.00).

2. The corporation shall have power from time to time to create additional class or classes of stock with such preferences, voting powers, restrictions and qualifications thereof as shall be fixed in the resolution authorizing the issue thereof in accordance with law.

3. The holders of the common stock shall be entitled to one vote for each share of common stock held at all meetings of the stockholders of the corporation.

4. No stock or subscription right to stock in the corporation shall be transferred to any person without first offering the stock for sale by written notice to the corporation at the same price and on the same terms as would govern upon a transfer to such other person. If the offer for sale is refused

in whole or in part by the corporation, or if the corporation shall fail for a period of fifteen (15) days after receipt of the written offer to accept same by compliance with the terms set forth therein, the stock remaining unsold shall then be offered for sale by written notice to each of the other stockholders of the corporation in proportion to the number of shares of common stock held by each of them respectively at the same price and on the same terms as would govern upon a transfer to the other person.  The right to transfer stock or subscription rights to stock to such other person shall not exist until all existing stockholders refuse the offer made as provided above or until they fail for a period of fifteen (15) days after receipt of the written offer to accept same by compliance with the terms set forth therein. The written notice shall set forth the price and terms and shall be sent by certified mail to the corporation at its principal office and to each shareholder at the address listed on the corporation book.  The foregoing provisions shall not apply in the event there shall be a sole shareholder of the corporation.  Notwithstanding the provisions hereinabove contained, a holder of common stock or subscription rights to stock shall have the right and power to transfer such stock or subscription rights to or for the benefit of his brothers, sisters, spouse, ancestors, lineal descendants, or next of kin without first offering the stock or subscription rights for sale to the corporation or to the other stockholders of the corporation as hereinabove set forth.

     5.  In the case of any authorization to increase the capital stock of the corporation of any class, except where such authorization be for the purpose of a stock dividend, or for the purpose of furnishing shares provided for in any conversion privilege that may hereafter be given, the new shares of stock