Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM-BMK (Contract)<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE: REPLY MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94; EXHIBIT "A") |

1412-016 (41078)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the REPLY MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94; EXHIBIT "A", filed electronically herein on November 27, 2006, was duly served on the following parties by electronic transmission on November 27, 2006, or by hand-delivery at their last known address on or about November 28, 2006:

**Via electronic transmission:**

**George W. Brandt:**         gbrandt@lbchlaw.com

   (Attorney for Plaintiff
    **N. HARWOOD STREET PARTNERS I, L.P.)**

**Beverly Lynne K. Hiramatsu**: bhiramatsu@lbchlaw.com,
                               tkobylanski@lbchlaw.com

   (Attorney for Plaintiff
    **N. HARWOOD STREET PARTNERS I, L.P.)**

**Robert G. Klein**            klein@m4law.com
**Christopher J. Cole**:       cole@m4law.com, auyoung@m4law.com

   (Attorneys for Substitute Plaintiff
    **KAHALA CCM FACTORS, LLC**)

1412-016 (41078)                             2

| | |
|---|---|
| **Ke-Ching Ning** | ning@nljlaw.com, Katherine@nljlaw.com |

    Attorney for Defendant
    **1570 ALEWA LIMITED PARTNERSHIP**

| | |
|---|---|
| **Michael A. Lilly** | Michael@nljlaw.com, derrick@nljlaw.com |

**Via hand delivery:**

    **HARRISON P. CHUNG, ESQ.**
    Union Plaza, Suite 206
    1136 Union Mall
    Honolulu, HI 96813

    Attorney for Defendants
    **HIRAM LEONG FONG and ELLYN LO FONG,**
    **Individually and as Trustees**

    **JAY T. SUEMORI, ESQ.**
    Dandar Suemori
    801 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

    **Commissioner**

    **STEPHEN A. JONES, ESQ.**
    Ning Lilly & Jones
    707 Richards Street, Suite 700
    Honolulu, HI  96813

    Attorneys for Defendant
    **1570 ALEWA LIMITED PARTNERSHIP**

**TERRENCE J. O'TOOLE, ESQ.**
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI  96813

Attorney for Defendants
**MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND AS RECEIVER FOR NATHAN ALLAN FONG, SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**


DATED:   Honolulu, Hawaii, November 28, 2006.


| | |
|---|---|
| Of Counsel:<br>OLIVER, LAU, LAWHN,<br>  OGAWA & NAKAMURA | /s/ Kurt K. Leong<br>JEFFREY DANIEL LAU<br>KURT K. LEONG<br>Attorneys for Defendant<br>FINANCE ENTERPRISES |