Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK<br>(Contract)<br><br>**ERRATA TO CORRECT DEFENDANT FINANCE ENTERPRISES, LTD.'S OBJECTION TO PROPOSED ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., AND SUBMISSION OF SUBSTITUTE PROPOSED DRAFT OF ORDER; EXHIBIT "1"** |

**ERRATA TO CORRECT DEFENDANT FINANCE
ENTERPRISES, LTD.'S OBJECTION TO PROPOSED
ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO
SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I,
L.P., AND SUBMISSION OF SUBSTITUTE PROPOSED DRAFT OF ORDER**

Comes now, Defendant FINANCE ENTERPRISES, LTD. (hereinafter "Defendant FE" or "Finance Enterprises"), and hereby submits this ERRATA TO CORRECT DEFENDANT FINANCE ENTERPRISES, LTD.'S OBJECTION TO PROPOSED ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., AND SUBMISSION OF SUBSTITUTE PROPOSED DRAFT OF ORDER.

Defendant FE's Objection to Proposed Order was filed herein on November 27, 2006 (Docket No. 144). The Objection attached a substitute proposed draft Order as Exhibit "A." However, said Exhibit "A" contained a typographical error, as it erroneously referred to a Declaration and Exhibit. There is no declaration or exhibit to be attached to Defendant FE's substitute proposed draft Order.

Attached hereto as Exhibit "1" is Defendant FE's revised substitute proposed draft Order. The only revision to the proposed order is to delete the reference to a declaration and exhibit.

1412-016/41083

2

Defendant FINANCE ENTERPRISES respectfully requests that the Court adopt Defendant FINANCE ENTERPRISES' substitute proposed draft Order.

Dated:   Honolulu, Hawaii, November 28, 2006.

| | |
|---|---|
| Of Counsel:<br>OLIVER, LAU, LAWHN,<br>  OGAWA & NAKAMURA |　/s/ Kurt K. Leong　　　　　<br>JEFFREY DANIEL LAU<br>KURT K. LEONG<br>Attorneys for Defendant<br>FINANCE ENTERPRISES |