Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants.<br>_____ | CIVIL NO CV-02-00383 SOM-BMK<br>(Contract)<br><br>**ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006**<br><br>Date:   October 10, 2006<br>Time:   2:45 p.m.<br>Judge:  Hon. Barry M. Kurren |

**ORDER GRANTING KAHALA CCM FACTORS, LLC'S
MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD
STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006**

KAHALA CCM FACTORS, LLC's Motion to Substitute for Plaintiff N. HARWOOD STREET PARTNERS I, L.P., filed herein on September 28, 2006, came on for hearing before the Honorable Magistrate Judge Barry M. Kurren on October 10, 2006, at 2:45 p.m., and at a further Status Conference held on the record at October 20, 2006, at 11:00 a.m. on the issue of disqualification of McCorriston, Miller, Mukai, McKinnon LLP and its attorneys ("the McCorriston law firm"). Robert G. Klein, Esq., and Christopher J. Cole, Esq., appeared for the Movant KAHALA CCM FACTORS, LLC ("Kahala CCM"). Jeffrey Daniel Lau, Esq., appeared on behalf of Defendant FINANCE ENTERPRISES, LTD ("Enterprises"). The Court, having reviewed the motion and all of the papers submitted by the parties in connection therewith, and having heard the comments of counsel at the hearing, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is granted. KAHALA CCM FACTORS, LLC, shall be and is hereby substituted as a party plaintiff in this action for N. HARWOOD STREET PARTNERS I, L.P. The case caption in this case shall hereinafter be amended to reflect that KAHALA CCM FACTORS, LLC is the plaintiff in all future pleadings and papers filed in this case.

With respect to the request by Enterprises to disqualify the McCorriston law firm as KAHALA CCM's counsel of record in this case, the Court, having reviewed the papers submitted by the parties on the issue and having heard the statements and arguments of counsel at the hearing and status conference, and being fully advised in the premises, hereby orders as follows:

1.  The Court denies Enterprises' request to disqualify the McCorriston law firm from representing KAHALA CCM in this matter.

2.  The Court orders that the following attorneys shall not participate in the McCorriston law firm's representation of KAHALA CCM herein, and shall be hereafter screened off from providing or receiving any information in this matter: William C. McCorriston, Donald K.O. Wong, Paul B. Wong, David J. Minkin, and Stacey C.G. Hee.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 29, 2006

N. HARWOOD STREET PARTNERS I, L.P. V. HIRAM L. FONG, ET AL.; CV. NO. 02-00383 SOM-BMK; ORDER GRANTING KAHALA CCM FACTORS, LLC.'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006.