Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM-BMK<br>(Contract)<br><br>**CERTIFICATE OF SERVICE**<br><br>(Re: Order Granting Kahala CCM Factors, LLC's Motion to Substitute for Plaintiff N. Harwood Street Partners I, L.P., filed September 28, 2006) |

1412-016 (41377)

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the ORDER GRANTING KAHALA CCM FACTORS, LLC'S MOTION TO SUBSTITUTE FOR PLAINTIFF N. HARWOOD STREET PARTNERS I, L.P., FILED SEPTEMBER 28, 2006, filed electronically herein on November 29, 2006, was duly served on the following parties by electronic transmission on November 29, 2006, or mailed to the following parties at their last-known address, by U.S. mail, postage prepaid on or about November 30, 2006:

**Via electronic transmission:**

**George W. Brandt:**          gbrandt@lbchlaw.com

(Attorney for Plaintiff
 **N. HARWOOD STREET PARTNERS I, L.P.)**


**Beverly Lynne K. Hiramatsu**: bhiramatsu@lbchlaw.com,
                                tkobylanski@lbchlaw.com

(Attorney for Plaintiff
 **N. HARWOOD STREET PARTNERS I, L.P.)**


**Robert G. Klein**            klein@m4law.com
**Christopher J. Cole**:       cole@m4law.com, auyoung@m4law.com

(Attorneys for Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**)


**Ke-Ching Ning**              ning@nljlaw.com, Katherine@nljlaw.com

Attorney for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

1412-016 (41377)                       2

**Michael A. Lilly**    Michael@nljlaw.com, derrick@nljlaw.com

**Via U.S. Mail:**

**HARRISON P. CHUNG, ESQ.**
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG,
Individually and as Trustees**

**JAY T. SUEMORI, ESQ.**
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**

**STEPHEN A. JONES, ESQ.**
Ning Lilly & Jones
707 Richards Street, Suite 700
Honolulu, HI 96813

Attorneys for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

**TERRENCE J. O'TOOLE, ESQ.**
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI  96813

Attorney for Defendants
**MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND AS RECEIVER FOR NATHAN ALLAN FONG, SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**


DATED:   Honolulu, Hawaii, November 30, 2006.


| | |
|---|---|
| Of Counsel:<br>OLIVER, LAU, LAWHN,<br>  OGAWA & NAKAMURA | /s/ Kurt K. Leong_____<br>JEFFREY DANIEL LAU<br>KURT K. LEONG<br>Attorneys for Defendant<br>FINANCE ENTERPRISES |