# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/01/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**      CV 02-00383SOM-BMK

**CASE NAME:**        Kahala CCM Factors, LLC v. Hiram Fong

**ATTYS FOR PLA:**    Christopher J. Cole

**ATTYS FOR DEFT:**   Kurt Leong, Stephen A. Jones, Terence J. O'Toole by phone

**INTERPRETER:**

---

**JUDGE:**   Barry M. Kurren          **REPORTER:**   C6F

**DATE:**    12/01/2006               **TIME:**       1:58 - 2:05

---

COURT ACTION:  EP:  [134] Motion to Withdraw as Counsel for Defendants 1570 Alewa Limited Partnership,  Marvin Allan Fong, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and for Nathan Allan Fong, and Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 - GRANTED.  Kurt Leong to prepare order.

Christopher Cole to file Motion for Confirmation of Sale by 12/13/2006.

Submitted by Richlyn W. Young, courtroom manager