Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG           5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM IN SUPPORT OF MOTION; NOTICE TO CLIENTS; APPENDIX A** |

## MOTION TO WITHDRAW AS COUNSEL

Comes now, OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation, and hereby moves to withdraw as counsel for Defendants FINANCE ENTERPRISES, LTD., MERIE ELLEN FONG GUSHI, EMILY MITCHELL, LEONARD K.K. FONG, as Trustee of the LEONARD K.K. FONG REVOCABLE LIVING TRUST UNDER TRUST DATED 2/19/98, ELLEN LEE FONG, as Trustee for the ELLEN LEE FONG REVOCABLE LIVING TRUST under Trust dated 2/19/98, DALE S.N. FONG, Individually and as Custodian for Adrienne M.L. Fong and Brandon N.C.K. Fong under the Hawaii Uniform Gift to Minors Act, LINDA L. FONG, GLEN S.W. FONG, JEFFREY S.C. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL L. FONG, as Trustee of the Pearl L. Fong Revocable Trust dated 2/21/00, DEBORAH B.J. FONG YEE, JONATHAN Y.C. FONG, SUSAN B.L. FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually and as Custodian for David Y.H. Asari under the Hawaii Uniform Gift to Minors Act, WINTON TONG, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG, KELLY TONG, DEL ASSOCIATES, and SAI INVESTMENT COMPANY.

This Motion is filed pursuant to Local Rule 83.6(b), and is supported by the Memorandum filed herewith, the record and filings herein, and such other and further matters as may be adduced at the hearing on this motion.

Dated:   Honolulu, Hawaii, December 5, 2006.


Of Counsel:                            */s/ Kurt K. Leong*
OLIVER, LAU, LAWHN,           JEFFREY DANIEL LAU
  OGAWA & NAKAMURA          KURT K. LEONG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>　　　　Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**MEMORANDUM IN SUPPORT OF MOTION** |

**MEMORANDUM IN SUPPORT OF MOTION**

　　　OLIVER, LAU, LAWHN, OGAWA & NAKAMURA (hereinafter "OLLON") represents Defendant FINANCE ENTERPRISES and a number of shareholders of FINANCE ENTERPRISES.  OLLON has previously withdrawn from representation of Defendants 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, and SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94.  OLLON now seeks to withdraw completely from representing any of the parties in this proceeding.

　　　Certain shareholders and/or directors of Defendant FINANCE ENTERPRISES have objected to OLLON's representation of Defendant FINANCE ENTERPRISES, alleging that there is some adversity of interest

between OLLON's representation of the corporation and its shareholders. Although OLLON disputes the merits of those objections, and do not believe that the objecting parties have adequately specified the nature of the alleged adversity of interest, out of an abundance of caution OLLON is seeking to withdraw from representing any parties in this lawsuit.

Pursuant to LR 83.6(b), the names and addresses of the clients are set forth in Appendix A, attached hereto.

Dated:   Honolulu, Hawaii, December 5, 2006.


| | |
|---|---|
| Of Counsel:<br>OLIVER, LAU, LAWHN,<br>  OGAWA & NAKAMURA |   /s/ Kurt K. Leong<br>JEFFREY DANIEL LAU<br>KURT K. LEONG |

**NOTICE TO CLIENTS (PURSUANT TO LR 83.6(b))**

Please be advised that each of you is personally responsible for complying with all court orders and time limitations established by any applicable rules.

**ADDITIONAL NOTICE TO CORPORATIONS, PARTNERSHIPS, OR OTHER LEGAL ENTITIES (PURSUANT TO LR 83.6(b)**

Please be advised that corporations, partnerships, or other legal entities cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed against you.

Dated:   Honolulu, Hawaii, December 5, 2006.


Of Counsel:                         /s/ Kurt K. Leong
OLIVER, LAU, LAWHN,         JEFFREY DANIEL LAU
OGAWA & NAKAMURA           KURT K. LEONG

# **APPENDIX A**

(Names and addresses for clients)

Finance Enterprises, Ltd.
1164 Bishop St., 10th Flr.
Honolulu, HI  96813

Merie Ellen Fong Gushi
185 Waiko Road
Wailuku, Maui, HI 96793

Emily Mitchell
185 Waiko Road
Wailuku, Maui, HI 96793

Leonard K. K. Fong, as Trustee of the
Leonard K.K. Fong Revocable Living Trust Under Trust dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813

Ellen Lee Fong, as Trustee for the
Ellen Lee Fong Revocable Living Trust Under Trust dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813

Linda L. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813

Dale S. N. Fong, Individually and as Custodian for
Adrienne M. L. Fong and Brandon N.C.K. Fong
under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813

Glen S. W. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813

1412-016/41424                                      1

Jeffrey S. C. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813

Keith S. K. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813

Rodney S. O. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813

Pearl L. Fong, as Trustee of the Pearl L. Fong
Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, HI 96819

Deborah B. J. Fong Yee
1565 Ala Amoamo Street
Honolulu, HI 96819

Jonathan Y. C. Fong
1565 Ala Amoamo Street
Honolulu, HI 96819

Susan B. L. Fong Takashima
1565 Ala Amoamo Street
Honolulu, HI 96819

Valerie B. L. Fong Asari, Individually and as Custodian
For David Y. H. Asari under the Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, CA 94583

Clifford Marshall Tong
9 Dianne Court
Lafayette, CA 94549

1412-016/41424                                 2

Jonathan Warren Tong
19215 - 58th Ave NE
Kenmore, WA 98028

Mark Lex Tong
1778 Zia Road
Placerville, CA 95667

Jason Roberto Tong
9 Dianne Court
Lafayette, CA 94549

Kelly Tong
9 Dianne Court
Lafayette, CA 94549

Winton Tong, as Trustee for the
1994 Winton Tong and Gladys F. Tong Revocable Trust
6363 Christie Ave., Suite 2426
Emeryville, CA 94608

DEL Associates.
c/o Daniel B. T. Lau
1164 Bishop Center #1088
Honolulu, HI 96813

SAI Investment Company
c/o Patrick Chun
1164 Bishop Street   #1088
Honolulu, HI 96813