

ORIGINAL

STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE 1209-0
Suite 1900, Pacific Guardian Center
Makai Tower, 733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 537-6100



Attorney for Defendants
MARVIN ALLAN FONG, as Trustee for
the Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and for Nathan
Allan Fong, and SANDRA Y.Y. AU FONG,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 ~~HG~~ SOM-BMK<br>(Contract)<br><br>DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S **SUBMISSION OF ORIGINAL DECLARATIONS OF MARVIN ALLAN FONG AND SANDRA Y.Y. AU FONG** IN SUPPORT OF STATEMENT OF POSITION RE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 |

60686

|   | ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 13, 2006, FILED ON NOVEMBER 22, 2006; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date:  December 1, 2006<br>Time:  2:00 p.m.<br>Judge:  Hon. Barry M. Kurren |

DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S **SUBMISSION OF ORIGINAL DECLARATIONS OF MARVIN ALLAN FONG AND SANDRA Y.Y. AU FONG** IN SUPPORT OF STATEMENT OF POSITION RE JEFFREY LAU'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 13, 2006, FILED ON NOVEMBER 22, 2006

Defendants MARVIN ALLAN FONG, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, and SANDRA Y.Y. AU FONG, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 (collectively the "Fongs"), by and

2

through their undersigned counsel, hereby submit their original executed declarations, a facsimile of which was attached to Defendants Marvin Allan Fong, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, And SANDRA Y.Y. AU FONG, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94's Statement of Position Re Jeffrey Lau's Motion To Withdraw As Counsel For Defendants 1570 Alewa Limited Partnership, Marvin Allan Fong, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, And Sandra Y.Y. Au Fong, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94, Filed November 13, 2006, filed herein on November 22, 2006.

    DATED:    Honolulu, Hawaii, December 4, 2006.

/s/ Terence J. O'Toole
TERENCE J. O'TOOLE
Attorney for Defendants
MARVIN ALLAN FONG, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and for Nathan Allan Fong, and SANDRA Y.Y. AU FONG, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94