Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK (Contract)<br><br>**NOTICE OF SUBMISSION OF PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006; EXHIBIT "A"** |

**NOTICE OF SUBMISSION OF PROPOSED ORDER
GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN
FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST
AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA
Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE
<u>TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006</u>**

NOTICE IS HEREBY GIVEN, pursuant to the provisions of Rule 58.2 of the Local Rules of Practice for the United States District Court, District of Hawaii, that OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation, has prepared and submitted to the Court herein its proposed ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006, a copy of which is submitted herewith as Exhibit "A". A draft of said Order was circulated for review and signature to all counsel that appeared at the hearing on said Motion to Withdraw, via electronic mail, and the undersigned has received no objections or response, and none of the other counsel have signed off on the proposed Order.

Pursuant to the provisions of LR 58.2, you have **five (5) days** within which to serve upon all other parties and mail or deliver to the judge and to the clerk a

statement of any objection you may have to the proposed draft, the reasons therefor, and a substitute proposed draft.

Dated:   Honolulu, Hawaii, December 13, 2006.

Of Counsel:  
OLIVER, LAU, LAWHN,  
  OGAWA & NAKAMURA

　　　　　　　　　　　　　　　/s/ Kurt K. Leong　　　　　　　　　  
JEFFREY DANIEL LAU  
KURT K. LEONG