Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG       5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK (Contract)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006**<br><br>**Date:   December 1, 2006**<br>**Time:    2:00 p.m.**<br>**Judge:  Hon. Barry M. Kurren** |

# EXHIBIT A

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND  SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE <u>TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006</u>**

OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation's Motion to Withdraw as Counsel for Defendants 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, and SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, filed herein on November 14, 2006, came on for hearing before the Honorable Magistrate Judge Barry M. Kurren on December 1, 2006, at 2:00 p.m.  Kurt K. Leong, Esq., appeared on behalf of the Movant.  Christopher J. Cole, Esq., appeared on behalf of Plaintiff KAHALA CCM FACTORS, LLC.  Stephen A. Jones, Esq., appeared on behalf of Defendant 1570 ALEWA LIMITED PARTNERSHIP.  Terrence J. O'Toole, Esq., appeared telephonically on behalf of Defendants MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, and SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94.  The Court, having reviewed the motion and all of the papers submitted by the parties in connection

therewith, and having heard the comments of counsel at the hearing, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is granted.  OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation, is hereby granted leave to withdraw as counsel for Defendants 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, and SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94.

Dated:   Honolulu, Hawaii, _____.


_____

JUDGE OF THE ABOVE-ENTITLED COURT


APPROVED AS TO FORM:


_____
Stephen A. Jones, Esq.
Attorney for Defendant
1570 ALEWA LIMITED PARTNERSHIP

APPROVED AS TO FORM:


_____
Christopher J. Cole, Esq.
Attorney for Plaintiff
KAHALA CCM FACTORS, LLC

APPROVED AS TO FORM:

.

_____

Terrence J. O'Toole, Esq.
Attorney for Defendants
MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG
REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN
FONG, and SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU
FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94

.

N. HARWOOD STREET PARTNERS I, L.P. vs. HIRAM L. FONG, ALSO KNOWN AS HIRAM L.
FONG, SR., et al.; CIVIL NO CV-02-00383 SOM-BMK; ORDER GRANTING MOTION TO
WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP,
MARVIN ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST
AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND  SANDRA Y.Y. AU FONG,
as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED
5/9/94, FILED NOVEMBER 14, 2006