McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN            #1192-0
CHRISTOPHER J. COLE        #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for
Kahala CCM Factors, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. <br><br> Defendants. <br> _____ | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) <br><br> PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION; MEMORANDUM IN SUPPORT OF MOTION; APPENDIX A; DECLARATION OF CHRISTOPHER J. COLE; EXHIBITS 1-5; CERTIFICATE OF SERVICE |

PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR
AN ORDER APPROVING REPORT OF COMMISSIONER,
CONFIRMING SALE OF COLLATERAL (SHARES OF STOCK
IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION,
<u>AND DIRECTING DISTRIBUTION OF PROCEEDS</u>

Comes Now, Plaintiff Kahala CCM Factors, LLC ("Plaintiff"), by undersigned counsel, and respectfully moves this Court for an order confirming and approving the public auction sale by Jay T. Suemori, the duly-appointed Commissioner herein, of the 1,963 shares of Finance Enterprises, Ltd. stock (hereinafter, the "Shares") which are described in (1) the "Plaintiff's Findings of Fact, Conclusions of Law, Order Granting Plaintiff's Motion for Summary Judgment as to Counts I and III of the Amended Complaint Filed Herein on February 3, 2003 Filed September 20, 2004", filed on December 1, 2004 ("12/1/04 Judgment") and (2) the "Plaintiff's Findings of Fact, Conclusions of Law, Order Granting Plaintiff's Motion for Summary Judgment Against Defendants Rodney Leong Fong, Also Known as Rodney L. Fong and Patsy Nakano Fong Filed on October 1, 2003", filed on February 3, 2004 ("2/3/04 Judgment") (the 12/1/04 Judgment and the 2/3/04 Judgment are adopted herein by this reference and shall be collectively referred to as the "Judgments" in this motion).

The Commissioner, Jay T. Suemori (the "Commissioner"), was appointed by this Court to sell the Shares at public auction pursuant to the Judgments.  The

Commissioner's Report was filed herein on November 16, 2006, and is attached hereto as Exhibit 1 and adopted herein by this reference.

This motion is based on the records and files herein and is filed pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the terms of said Judgments, and Chapter 667 of the Hawaii Revised Statutes.

Plaintiff respectfully requests this Court make an order:

1.  Approving the Commissioner's Report filed on November 16, 2006, as amended in pertinent part to reflect the cash payment by Plaintiff Kahala CCM Factors, LLC made on or about November 1, 2006 toward the purchase price of the Shares pursuant to the Commissioner's direction at the auction held on same date;

2.  Confirming the foreclosure sale of the Shares, at the sum of $2,653,486.94 ("Foreclosure Purchase Price") to the successful bidder, Plaintiff, or its nominee, or at such other price as the Court deems appropriate;

3.  Awarding attorneys' fees and costs to Plaintiff;

4.  Determining the priority among the proofs of claim, if any, that are received from parties other than the Plaintiff;

5.  Receiving at the hearing hereof any overbid in an amount that is no less than 105% of the Foreclosure Purchase Price for the Shares;

6.  Ascertaining, if and as may be necessary and appropriate, the amount of Plaintiff's credit bid applicable toward the Foreclosure Purchase Price;

7.    Approving procedures for exercise of rights of refusal by the Defendants Finance Enterprises, Ltd. and other shareholder defendants herein, as proposed in the Appendix A attached hereto and adopted herein by reference; and

8.    Making such other and further findings and orders as may be proper in the premises.

DATED:  Honolulu, Hawaii, _____ DEC 1 3 2006 _____ .

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC