APPENDIX A

PROPOSED PROCEDURES FOR EXERCISE
OF RIGHTS OF FIRST REFUSAL RE: SHARES
OF STOCK OF FINANCE ENTERPRISES, LTD.

Definitions.

"Lawsuit" means the civil action in the United States District Court for the District of Hawaii denominated as Kahala CCM Factors, LLC vs. Hiram L. Fong, et al., Civil No. CV02-00383 SOM/BMK.

"Kahala CCM" means Kahala CCM Factors, LLC, the plaintiff in the Lawsuit.

"Finance Enterprises" means Finance Enterprises, Ltd., a defendant in the Lawsuit.

"Lot 1 Shares" means the 1,092 shares of common stock of Finance Enterprises, Ltd. that are the subject of the Lawsuit.

"Lot 2 Shares" means the 630 shares of common stock of Finance Enterprises, Ltd. that are the subject of the Lawsuit.

"Lot 3 Shares" means the 241 shares of common stock of Finance Enterprises, Ltd. that are the subject of the Lawsuit.

"Shares" means the Lot 1 Shares, Lot 2 Shares and Lot 3 Shares collectively.

"Auction Sale" means the sale of the Shares by Commissioner Jay T. Suemori to Kahala CCM Factors, LLC in three separate lots at the November 1, 2006 auction.

"Confirmation Hearing" means the hearing set by the United States District Court for the District of Hawaii in the Lawsuit to hear the motion to confirm the Auction Sale.

"Commissioner" means Jay T. Suemori, the Commissioner appointed by the Court in the Lawsuit to sell the Shares.

"Auction Price" means, for each of the Lot 1 Shares, the Lot 2 Shares, or the Lot 3 Shares, as applicable, the price bid by Kahala CCM at the Auction Sale for such lot, together with such other or further amounts as may be allowed by the Court, or, if an overbid price has been established at the Confirmation Hearing, then the overbid price shall be the Auction Price.

    1.1    EXERCISING RIGHTS OF REFUSAL TO PURCHASE THE SHARES.

    (a)    Finance Enterprises' Right of First Refusal to Purchase the Shares. If there is no overbid at the Confirmation Hearing, then Finance Enterprises shall have

the right to purchase all (but not less than all) of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares at the Auction Price by, and only by, giving notice to the Court in open court at the Confirmation Hearing of its election to exercise its right of first refusal to purchase such entire lot and making payment of the Auction Price in full at the Confirmation Hearing. If there is an over-bid at the Confirmation Hearing, then Finance Enterprises shall have the right, exercisable within fifteen (15) days after the Confirmation Hearing, to purchase all (but not less than all) of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares at the Auction Price by, and only by, filing written notice of said election in the Lawsuit and serving a copy of the filed notice on Kahala CCM, the winning over-bidder at the Confirmation Hearing if such person or entity is not Kahala CCM ("Winning Bidder"), the Commissioner, and all parties who appeared at the Confirmation Hearing and making full payment of the Auction Price, all before 5:00 p.m. (HST) on the fifteenth (15th) day following the Confirmation Hearing. Finance Enterprises' right to purchase the Shares shall be subject to any restrictions contained in the applicable law to purchase its own shares, including without limitation section 414-111 of the Hawaii Revised Statutes, relating to distributions to shareholders, and Chapter 412 of the Hawaii Revised Statutes, relating to financial institutions and financial institution holding companies, and any contractual or regulatory restrictions applicable to Finance Enterprises.

(b) <u>Shareholders' Right of First Refusal to Purchase the Shares</u>. If Finance Enterprises fails or is unable to duly and timely elect and purchase all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares pursuant to this article 1.1, then the Shareholders shall have the right, exercisable in writing for a period of fifteen (15) days after the last day that Finance Enterprises has to timely elect and purchase the Lot 1 Shares, Lot 2 Shares or Lot 3 Shares under this article 1.1 (the "Election Period") to purchase at the Auction Price all (but not less than all) of any such lot. To exercise the right to purchase the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares, the Shareholders must file written notice of such election in the Lawsuit and serve a copy of the filed notice on Kahala CCM, the Winning Bidder, the Commissioner and all parties who appeared at the Confirmation Hearing and make full payment of the Auction Price, all before 5:00 p.m. (HST) on the final day of the Election Period.

(c) <u>Failure of Finance Enterprises and Shareholders to Purchase Entire Lot of Shares</u>. If neither Finance Enterprises nor the Shareholders timely elect and purchase all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares under the terms of this article 1.1, then Kahala CCM (or the Winning Bidder) shall be declared the winning bidder for each such lot of Shares and the Court will (1) award vested ownership indefeasibly to Kahala CCM (or the Winning Bidder) in and to each such lot of Shares, and (2) order Finance Enterprises to immediately register such ownership in its stock ledger and other appropriate records of the Lot 1 Shares, Lot 2 Shares or Lot 3 Shares to Kahala CCM (or the Winning Bidder), all against application of the credit bid and other amounts allowed by the Court and payment of any other consideration bid by Kahala CCM at the November 1, 2006 auction for the Shares or, if applicable, payment by the Winning Bidder of the Auction Price (less the overbid amount) to Kahala CCM and the overbid amount to the Court at the Confirmation Hearing.

(d)        <u>Payment of Auction Price by Finance Enterprises and/or its Shareholders Upon Exercise of Right of First Refusal</u>.  All payments by Finance Enterprises or the Shareholders made in connection with the exercise of the rights of first refusal set forth herein shall be in the form of a certified or cashier's check made payable to Kahala CCM (or the Winning Bidder) in same day, immediately available funds in the full amount of the Auction Price.

(e)        <u>Time is of the Essence</u>.  Time is of the essence, and all parties are hereby notified that all periods of time set forth herein shall be strictly enforced.

1.2       <u>TRANSFER INSTRUMENT</u>

Upon the Court's determination of the winning bidder of the Shares, or upon the exercise by Finance Enterprises or the Shareholders of their rights of first refusal as set forth herein, the Court shall forthwith execute or cause the execution of such orders, transfer instruments, and other documents or instruments and will take or cause to be taken such actions as may be necessary or appropriate to transfer the Shares to, and vest the Shares indefeasibly in, the party entitled to receipt thereof as declared by the Court free and clear of any and all encumbrances, restrictions or limitations, save only such rights of first refusal in the articles of incorporation of Finance Enterprises that may apply to any future sales of the Shares.