IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) DECLARATION OF |
| vs. | ) CHRISTOPHER J. COLE |
| | ) |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

DECLARATION OF CHRISTOPHER J. COLE

CHRISTOPHER J. COLE hereby declares that:

1. I am an attorney licensed to practice law in the United States District Court for the State of Hawaii, and am a partner of the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Plaintiff Kahala CCM Factors, LLC ("Plaintiff").

2. I make this declaration upon my own personal knowledge, except as noted, and I am competent to testify to all matters set forth herein, and submit the same in support of the subject motion.

3. Attached hereto as Exhibit 1 and made a part hereof by reference is a true and correct copy of the "Commissioner's Report, Exhibits A-C,

Affidavit of Jay T. Suemori, Exhibit A, Certificate of Service" filed in this action on or about November 16, 2006.

4. Attached hereto as Exhibit 2 and made a part hereof by reference is a true and correct copy of a receipt signed by Commissioner Jay Suemori and associated cashier's check voucher in the amount of $12,115.72, which was paid on Plaintiff's account as Mr. Suemori directed at the public auction of that certain 1,963 shares of common stock in Finance Enterprises, Ltd. over which he presided on November 1, 2006 at noon.

5. Attached as Exhibit 3 and made a part hereof by reference is a true and correct copy of a summary recap of voluminous legal invoices of the law firm of Lyons, Brandt, Cook & Hiramatsu for legal fees and costs incurred in the total sum of $99,645.54 for legal work that said law firm, on information and belief, reasonably and necessarily incurred and performed in the instant case on behalf of Plaintiff's predecessor in interest, N. Harwood Street Partners I, LP from January 2002 through the end of September, 2006. Copies of said legal invoices shall be made available upon request at a reasonable time and place for inspection or copying or for production into court pursuant to Fed. R. Evid. 1006.

6. Attached as Exhibit 4 and made a part hereof by reference is a true and correct copy of a fax dated December 1, 2006 transmitting proposed

guidelines for exercising rights of refusal to purchase stock in Finance Enterprises, Ltd. to counsel for all parties to this action.

7. Attached as Exhibit 5 and made a part hereof by reference is a letter dated December 4, 2006 received from Kurt K. Leong responding to the proposed right of refusal procedures with a "cc:" to "clients."

8. On December 6, 2006, the undersigned faxed a copy of Mr. Leong's 12/4/06 letter (Exhibit 5) to the same parties as received the original proposed procedures on December 1, 2006 (Exhibit 4). To date, I have not received any comments to either my original proposed procedures or Mr. Leong's comments thereto other than Mr. Leong's 12/4/06 letter. Mr. Leong's comments were considered and addressed in finalizing the proposed guidelines that are appended to the subject motion as Appendix A.

9. This law firm has incurred legal fees and costs on behalf of the Plaintiff in excess of $75,000 in connection with this matter. The hourly rates charged are the customary rates of the attorneys and legal assistants working on this case, and are commensurate with their skill, expertise, experience and the market for such legal services in Honolulu, as follows: Robert G. Klein (senior litigation partner), $425; Stewart Pressman (business law partner), $325; Christopher J. Cole (litigation partner), $235; Jan M. Sam (business law associate), $185; and Christine Kempczenski (document analyst), $50.

10. The nature of the legal work performed on behalf of the Plaintiff in this action included the following: (a) <u>case development, background investigation and case administration phase</u>: reviewing pleadings and the court's docket to become familiar with the past proceedings and current status of the action; communicating with counsel for N. Harwood, the defendants, attorneys representing the trustees of the bankrupt estates of the debtors, and other parties; (b) <u>post-judgment/execution motions phase</u>: strategizing, analyzing, planning, outlining, drafting, reviewing, revising, preparing supporting documents for, conducting legal research regarding, assembling exhibits for, filing, and preparing orders in connection with motions filed in this action, including the motion to substitute for N. Harwood, opposing attempts by counsel for Finance Enterprises, Ltd. to disqualify this law firm in connection with said motion to substitute, the motion to show cause regarding the credit bid amounts and calculation of interest, and the instant motion to confirm; (c) <u>attend court hearings phase</u>: preparing for and attending status conferences, preparing for and attending hearings on the motions described above, and preparing for, analyzing, planning, and attending the auction of the collateral held on November 1, 2006, and other activities related to the foregoing.

11. Costs were reasonably and actually incurred for photocopying expenses, facsimile transmission of documents, and long-distant telephone charges.

12. Legal invoices have been presented to the client for the work done and costs incurred through the end of September 2006, but additional legal fees and costs were incurred in October and November, 2006 which is still at the pre-bill stage. This firm stands ready to submit further documentation or information if and as may be necessary to comply with Local Rule 54.3 at the appropriate juncture in these proceedings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this 13th day of December, 2006.

_____
CHRISTOPHER J. COLE