## Receipt

Jay Suemori, Esq., acting as the appointed Commissioner in the action entitled N. Harwood Street Partners I, L.P. vs. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al., Civil No. CV-02-00383, pending in the United States District Court for the District of Hawaii, hereby acknowledges receipt of Central Pacific Bank Cashier's Check No. _367843_ in the aggregate amount of Twelve Thousand One Hundred Fifteen and 72/100 Dollars ($12,115.72) paid on behalf of and for the benefit of Kahala CCM Factors, LLC, a Delaware limited liability company, as the ten percent (10%) down payment of the cash portion of the purchase price for shares of common stock of Finance Enterprises, Ltd.

Dated: November 1, 2006

_____
JAY SUEMORI, Commissioner

149114.1                                EXHIBIT "_2_"

APPLICANT'S COPY

**Central Pacific Bank**
Member FDIC
BCSC

**CASHIER'S CHECK**   No. 367843

59 - 157 / 1213

DATE 11/01/2006            $12,115.72

**JAY SUEMORI, COMMISSIONER**

PAY TO THE ORDER OF   Twelve Thousand One Hundred and Fifteen Dollars and Seventy-Two Cents

| RECEIVED THE WITHIN DESCRIBED CHECK | EXCHANGE | ORIGINATOR | AUDITOR |
|---|---|---|---|
| MCCORRISTON MILLER MUKAI | $ N/A | | |
| ADDRESS | $12,115.72 | | |
| | TOTAL | TELEPHONE NO. | |

SBA#0600231076

COPY - NOT NEGOTIABLE

**NOTICE TO CUSTOMER**
In the event this cashier's check is lost, misplaced or stolen, the completion of an Indemnity Bond or the purchase of a Surety Bond may be required before this check is replaced or refunded.

RE 10% DOWNPAYMENT-FINANCE ENTERPRISES STOCK