| Date | Amount | Subtotal |
|---|---|---|
| May 20, 2002 | $7,338.28 | |
| July 22, 2002 | $5,686.10 | |
| September 30, 2002 | $776.11 | |
| October 8, 2002 | $1,218.77 | |
| November 11, 2002 | $1,971.85 | |
| December 10, 2002 | $1,440.32 | |
| | | $18,431.43 |
| January 13, 2003 | $7,275.82 | |
| February 25, 2003 | $2,100.31 | |
| March 13, 2003 | $2,069.56 | |
| April 21, 2003 | $3,633.59 | |
| May 19, 2003 | $3,189.40 | |
| January 25, 1933 | $866.30 | |
| September 15, 2003 | $3,683.43 | |
| November 17, 2003 | $1,189.84 | |
| December 22, 2003 | $120.84 | |
| | | $24,129.09 |
| January 14, 2004 | $4,143.03 | |
| February 12, 2004 | $2,166.62 | |
| March 17, 2004 | $840.78 | |
| April 5, 2004 | $246.59 | |
| May 12, 2004 | $1,375.45 | |
| June 16, 2004 | $17,078.80 | |
| November 10, 2004 | $6,169.81 | |
| | | $32,021.08 |
| February 28, 2005 | $3,297.53 | |
| April 22, 2005 | $1,373.27 | |
| May 17, 2005 | $2,542.60 | |
| June 15, 2005 | $141.83 | |
| July 11, 2005 | $563.40 | |
| September 23, 2005 | $2,479.54 | |
| October 20, 2005 | $1,007.27 | |
| November 21, 2005 | $674.05 | |
| | | $12,079.49 |
| February 22, 2006 | $2,307.95 | |
| April 20, 2006 | $937.91 | |
| May 24, 2006 | $252.70 | |
| June 26, 2006 | $1,848.13 | |
| October 27, 2006 | $7,637.76 | |
| | | $12,984.45 |
| | $99,645.54 | $99,645.54 |

EXHIBIT " 3 "