## McCORRISTON MILLER MUKAI MacKINNON LLP

ATTORNEYS AT LAW

### FACSIMILE TRANSMITTAL

Account No.: 56564

| TO: | Jeffrey Daniel Lau, Esq. | FACSIMILE NO.: 533-0144 |
| | Stephen A. Jones, Esq. | FACSIMILE NO.: 531-2415 |
| | Harrison P. Chung, Esq. | FACSIMILE NO.: 531-1339 |
| | Terrence J. O'Toole, Esq. | FACSIMILE NO.: 537-5434 |
| | Jay T. Suemori, Esq. | FACSIMILE NO.: 532-1705 |
| cc: | Mr. Brad Smith | FACSIMILE NO.: (801) 720-4814 |
| FROM: | Christopher J. Cole, Esq. | |
| DATE: | December 1, 2006 | |

TOTAL NUMBER OF PAGES SENT (including this page):  5 pages

RE:  Kahala CCM Factors, LLC v. Hiram L. Fong, et al.
     Civil No. CV-02-00383 SOM/BMK

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

TRANSMITTED HEREWITH IS/ARE THE FOLLOWING:

Proposed Procedures for Exercise of Rights of First Refusal Re: Shares of Stock of Finance Enterprises, Ltd.

REMARKS:

Attached please find our proposed procedures for handling the exercise of rights of refusal at the confirmation hearing. We plan to append this to our motion to confirm, which we intend to file early next week. If you have any comments, please provide them at your earliest opportunity for our consideration. Thank you very much.

OPERATOR:  Joni S. AuYoung

If you do not receive all of the pages, please call as soon as possible: (808) 529-7300.

P. O. Box 2800
Honolulu, Hawaii 96803-2800, Telephone: (808) 529-7300
Fax: (808) 524-8293, E-mail: "info@m4law.com"

EXHIBIT "4"

PROPOSED PROCEDURES FOR EXERCISE
OF RIGHTS OF FIRST REFUSAL RE: SHARES
OF STOCK OF FINANCE ENTERPRISES, LTD.

Definitions.

"Lawsuit" means the civil action in the United States District Court for the District of Hawaii denominated as Kahala CCM Factors, LLC vs. Hiram L. Fong, et al., Civil No. CV02-00383 SOM/BMK.

"Kahala CCM" means Kahala CCM Factors, LLC, the plaintiff in the Lawsuit.

"Finance Enterprises" means Finance Enterprises, Ltd., a defendant in the Lawsuit.

"Lot 1 Shares" means the 1,092 shares of common stock of Finance Enterprises, Ltd. that are the subject of the Lawsuit.

"Lot 2 Shares" means the 630 shares of common stock of Finance Enterprises, Ltd. that are the subject of the Lawsuit.

"Lot 3 Shares" means the 241 shares of common stock of Finance Enterprises, Ltd. that are the subject of the Lawsuit.

"Shares" means the Lot 1 Shares, Lot 2 Shares and Lot 3 Shares collectively.

"Auction Sale" means the sale of the Shares by Commissioner Jay T. Suemori to Kahala CCM Factors, LLC in three separate lots at the November 1, 2006 auction.

"Confirmation Hearing" means the hearing set by the United States District Court for the District of Hawaii in the Lawsuit to hear the motion to confirm the Auction Sale.

"Commissioner" means Jay T. Suemori, the Commissioner appointed by the Court in the Lawsuit to sell the Shares.

"Auction Price" means, for each of the Lot 1 Shares, the Lot 2 Shares, or the Lot 3 Shares, as applicable, the price bid by Kahala CCM at the Auction Sale for such lot, together with such other or further amounts as may be allowed by the Court, or, if an overbid price has been established at the Confirmation Hearing, then the overbid price shall be the Auction Price.

    1.1    EXERCISING RIGHTS OF REFUSAL TO PURCHASE THE SHARES.

    (a)    Finance Enterprises' Right of First Refusal to Purchase the Shares. Finance Enterprises shall have the right to purchase all or any portion of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares at the Auction Price by giving notice to the Court in open court at the Confirmation Hearing of its election to exercise its right of first refusal to

acquire such shares. Finance Enterprises shall have the right to purchase less than all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares only if the shareholders of Finance Enterprises (collectively, the "Shareholders") purchase the remaining shares in the lot so that, together, Finance Enterprises and the Shareholders will purchase the entire Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares. Finance Enterprises' right to purchase the Shares shall be subject to any restrictions contained in the Hawaii Business Corporation Act governing the right of a corporation to purchase its own shares and any contractual or regulatory restrictions applicable to Finance Enterprises. If Finance Enterprises elects to purchase all of the Lot 1 Shares, or all of the Lot 2 Shares, or all of the Lot 3 Shares, then Finance Enterprises must consummate each such purchase within five (5) calendar days following the Confirmation Hearing. If Finance Enterprises elects to purchase some, but less than all, of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares, then Finance Enterprises must consummate such purchase concurrently with the Shareholders' purchase of the remaining balance of any of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares not elected to be purchased by Finance Enterprises, such purchases to be completed together at the time set forth in paragraph 1.1(e) below that the Shareholders are required to consummate the purchase of the remaining balance of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares.

(b)     <u>Shareholders' Right of First Refusal to Purchase the Shares</u>. If Finance Enterprises fails or refuses or is unable to elect to purchase at the Confirmation Hearing, or fails or refuses or is unable to timely purchase within five (5) calendar days after the Confirmation Hearing, all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares, then the Shareholders shall have the right, in proportion to their respective pro rata interests in the issued and outstanding capital stock of Finance Enterprises (the "Percentage Interests"), exercisable in writing for a period of ten (10) calendar days after the Confirmation Hearing (the "First Election Period"), to purchase at the Auction Price all (but not less than all, unless the remainder of such shares are purchased by the Shareholders in the exercise of their respective overallotment rights in accordance with paragraph 1.1(c) below) of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares that Finance Enterprises has not elected to purchase or has not timely purchased. To exercise the right to purchase the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares, the Shareholders must give written notice to the Court, Kahala CCM, any winning overbidder at the Confirmation Hearing other than Kahala CCM ("Winning Bidder"), and the Commissioner before 5:00 p.m. (HST) on the final day of the First Election Period.

(c)     <u>Overallotment Purchase Elections</u>. If the Shareholders together elect to purchase less than the remaining number of Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares available after the exercise or failure to exercise or failure to purchase within the requisite time period by Finance Enterprises, then the Commissioner shall immediately give written notice to each of the Shareholders who has elected to purchase his or her pro rata interest of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares advising the Shareholders of the remaining number of shares in each lot available for purchase (the "Available Shares"). Each of the electing Shareholders shall have the right, but not the obligation, to purchase at the Auction Price that portion of the Available Shares in each lot for which he or she has elected to purchase shares (and only as to such lots) in the relative proportion that each respective electing Shareholder's Percentage Interest bears to the Percentage Interests of all

150764.1                                         2

electing Shareholders who exercised their right to purchase the Available Shares in such lot. To exercise the right to purchase the Available Shares, electing Shareholders must give written notice to the Court, Kahala CCM, the Winning Bidder, and the Commissioner, before 5:00 p.m. (HST) on the fifteenth (15th) calendar day after the Confirmation Hearing (the "Final Election Period"). In all cases, Finance Enterprises and the Shareholders together shall be required to purchase all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares, including all of the Available Shares within each lot, within the required time periods set forth in this paragraph 1.1, or else the right of first refusal shall be deemed not to have been validly exercised as to any such lot of the Shares, shall be null and void and of no effect as to any such lot, and the provisions of paragraph 1.1(d) shall apply as to any such lot of Shares not fully purchased.

(d)     **Failure of Finance Enterprises and/or its Shareholders to Purchase Entire Lot of Shares.** In the event that Finance Enterprises and/or the Shareholders do not together elect to purchase all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares under the terms of this paragraph 1.1, then Kahala CCM (or the Winning Bidder) shall be declared the winning bidder for each such lot of Shares and the Court will (1) award vested ownership indefeasibly to Kahala CCM (or the Winning Bidder) in and to each such lot of Shares, and (2) order Finance Enterprises to immediately register such ownership in its stock ledger and other appropriate records of the Lot 1 Shares, Lot 2 Shares or Lot 3 Shares to Kahala CCM (or the Winning Bidder), all against application of the credit bid and other amounts allowed by the Court and payment of any other consideration bid by Kahala CCM at the November 1, 2006 auction for the Shares or, if applicable, payment by the Winning Bidder of the Auction Price (less the overbid amount) to Kahala CCM and the overbid amount to the Court at the Confirmation Hearing.

(e)     **Payment of Auction Price by Finance Enterprises and/or its Shareholders Upon Exercise of Right of First Refusal.** Upon the valid election by Finance Enterprises and/or the Shareholders of their rights of first refusal to together acquire all of the Lot 1 Shares, Lot 2 Shares, or Lot 3 Shares, Finance Enterprises and/or the Shareholders, as applicable, shall consummate the purchase of any and all such lots of the Shares from Kahala CCM (or the Winning Bidder) within five (5) calendar days after the expiration of the First Election Period or, if applicable, the Final Election Period. All payments by Finance Enterprises and/or the Shareholders made in connection with the exercise of the rights of first refusal set forth herein shall be in the form of a certified or cashier's check made payable to Kahala CCM (or the Winning Bidder) in same day, immediately available funds in the full amount of the Auction Price.

(f)     **Calculation of Time Periods.** Notwithstanding Rule 6(a) of the Federal Rules of Civil Procedure, whenever the word "calendar day" is used to define the applicable time period hereunder, all time periods shall be computed without excluding intervening weekends or holidays no matter how many days are included within such period. If any day that is the last day provided hereunder to make an election, give notice, purchase Shares, or otherwise take an action falls on a Saturday, Sunday or holiday as defined in Rule 6(a) of the Federal Rules of Civil Procedure, then the next business day shall be the last day to so act.

1.2     DISPOSITION OF PAYMENTS MADE BY WINNING BIDDERS

Upon the exercise or lapse of all rights of refusal stated herein, all payments which were made by Kahala CCM or the Winning Bidder toward purchase of the Shares, but have been neither credited against purchase, reimbursed nor paid, or which were paid by Kahala CCM but ultimately proved unnecessary due to the application of other credits or offsets against the Auction Price, must be forthwith refunded to Kahala CCM or the Winning Bidder as appropriate without hindrance or delay.

1.3     TRANSFER INSTRUMENT

Upon the Court's determination of the winning bidder of the Shares, or upon the exercise by Finance Enterprises and/or the Shareholders of their rights of first refusal as set forth herein, the Court shall forthwith execute or cause the execution of such orders, transfer instruments, and other documents or instruments and will take or cause to be taken such actions as may be necessary or appropriate to transfer the Shares to, and vest the Shares indefeasibly in, the party entitled to receipt thereof as declared by the Court free and clear of any and all encumbrances, restrictions or limitations, save only such rights of first refusal in the articles of incorporation of Finance Enterprises that may apply to any future sales of the Shares.

```
                    ************************
                    ***  MULTI TX/RX REPORT  ***
                    ************************
TX/RX NO              2356
PGS.                  5
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)    #2015330144
                      (2)    #2015312415
                      (3)    #2015311339
                      (4)    #2015375434
                      (5)    #2015321705
ERROR INFORMATION     (6)    #20118017204814
```

# McCORRISTON MILLER MUKAI MacKINNON LLP

ATTORNEYS AT LAW

## FACSIMILE TRANSMITTAL

Account No.: 56564

| TO: | Jeffrey Daniel Lau, Esq. | FACSIMILE NO.: 533-0144 |
| | Stephen A. Jones, Esq. | FACSIMILE NO.: 531-2415 |
| | Harrison P. Chung, Esq. | FACSIMILE NO.: 531-1339 |
| | Terrence J. O'Toole, Esq. | FACSIMILE NO.: 537-5434 |
| | Jay T. Suemori, Esq. | FACSIMILE NO.: 532-1705 |
| cc: | Mr. Brad Smith | FACSIMILE NO.: (801) 720-4814 |

FROM: Christopher J. Cole, Esq.

DATE: December 1, 2006

TOTAL NUMBER OF PAGES SENT (including this page): 5 pages

RE: Kahala CCM Factors, LLC v. Hiram L. Fong, et al.
Civil No. CV-02-00383 SOM/BMK

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the below address via the U.S. Postal Service. Thank you.

## TRANSMITTED HEREWITH IS/ARE THE FOLLOWING:

Proposed Procedures for Exercise of Rights of First Refusal Re: Shares of Stock of Finance Enterprises, Ltd.

## REMARKS:

Attached please find our proposed procedures for handling the exercise of rights of refusal at