IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 13, 2006 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com

Attorneys for Former Plaintiff
N. Harwood Street Partners I, L.P.

56564/150166.2

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                            kleong@ollon.com

Attorneys for Defendants
Finance Enterprises, Ltd., et al.


KE-CHING NING, ESQ.                            ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.                         michael@nljlaw.com

Attorneys for Defendant
1570 Alewa Limited Partnership


**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii  96813

Attorney for Defendants Hiram Leong Fong,
aka Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram
Leong Fong Revocable Trust dated 3/17/93,
Ellyn Lo Fong, aka Ellyn L. Fong, Individually
and as Trustee of the Ellyn Lo Fong Revocable
Trust Dated 3/24/93, Rodney Leong Fong,
aka Rodney L. Fong and Rodney Fong,
Individually and as Trustee for Chelsea Tree
Fong, Forest Wind Fong, Shama Rain Fong
and Ski Hiram Fong, and Patsy Nakano Fong,
aka Patsy N. Fong

TERENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as
Receiver for Nathan Allan Fong, Sandra
Y.Y. Au Fong, as Trustee of the Sandra
Y.Y. Au Fong Revocable Trust
Agreement Dated 5/9/94


JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____DEC 1 3 2006_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

56564/150166.2                            3