ORIGINAL

*no copies LC, BMK*

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 19 2006

at 9 o'clock and 48 min. __ M
SUE BEITIA, CLERK

LODGED

DEC 15 2006
12:24 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK<br>(Contract)<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT FINANCE ENTERPRISES, LTD., AND ORDER** |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
DEFENDANT FINANCE ENTERPRISES, LTD., AND ORDER**

Pursuant to LR 83.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii, OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation, hereby withdraws as counsel

1412-016/41783                              1

of record for Defendant FINANCE ENTERPRISES, LTD., and The Law Offices of Reuben S.F. Wong hereby enters its appearance as substituting counsel of record for Defendant FINANCE ENTERPRISES, LTD.

Dated: Honolulu, Hawaii, DEC 1 4 2006

Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

JEFFREY DANIEL LAU
KURT K. LEONG
Withdrawing Attorneys for Defendant
FINANCE ENTERPRISES, LTD.

Dated: Honolulu, Hawaii, _____

Of Counsel:
THE LAW OFFICES OF
REUBEN S. F. WONG

REUBEN S. F. WONG
Appearing Attorneys for Defendant
FINANCE ENTERPRISES, LTD.

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT