ORIGINAL

LAW OFFICES OF REUBEN S. F. WONG

REUBEN S. F. WONG               638-O
    reubenwong@yahoo.com
DELWYN H.W. WONG              7170-O
    delwong@yahoo.com
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
FINANCE ENTERPRISES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 6 2006

at 2 o'clock and 50 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., ET AL.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM BMK (CONTRACT)<br><br>CERTIFICATE OF SERVICE<br><br>[DEFENDANT FINANCE ENTERPRISES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KAHALA CCM FACTORS, LLC] |

1602162.1

## CERTIFICATE OF SERVICE

I hereby certify that, on December **26**, 2006, a true and correct copy of the Defendant Finance Enterprises, Inc.'s First Request for Production of Documents to Plaintiff Kahala CCM Factors, LLC was duly served upon the following parties at their last known addresses by depositing same in the U.S. mail postage prepaid:

> GEORGE W. BRANDT, ESQ.
> BEVERLY HIRAMATSU, ESQ.
> 841 Bishop Street, Suite 1800
> Honolulu, HI 96813
>
> *Attorneys for Former Plaintiff*
> *N. Harwood Street Partners I, L.P.*
>
> JEFFREY DANIEL LAU, ESQ.
> KURT K. LEONG, ESQ.
> 707 Richards Street, Suite 600
> Honolulu, HI 96813
>
> *Attorneys for Certain Defendants*

KE-CHING NING, ESQ.
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.
NING LILLY & JONES
Ocean View Center
707 Richards Street, Suite 700
Honolulu, Hawaii 96813

*Attorneys for Defendant*
*1570 Alewa Limited Partnership*

HARRISON P. CHUNG, Esq.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

*Attorney for Defendants Hiram Leong Fong,*
*aka Hiram L. Fong and Hiram L. Fong, Sr.,*
*Individually and as Trustee of the Hiram*
*Leong Fong Revocable Trust dated 3/17/93,*
*Ellyn Lo Fong, aka Ellyn L. Fong, Individually*
*and as Trustee of the Ellyn Lo Fong Revocable*
*Trust Dated 3/24/93, Rodney Leong Fong,*
*aka Rodney L. Fong and Rodney Fong,*
*Individually and as Trustee for Chelsea Tree*
*Fong, Forest Wind Fong, Shama Rain Fong*
*and Ski Hiram Fong, and Patsy Nakano Fong,*
*aka Patsy N. Fong*

3

TERENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

*Attorney for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as
Receiver for Nathan Allan Fong, Sandra
Y.Y. Au Fong, as Trustee of the Sandra
Y.Y. Au Fong Revocable Trust
Agreement Dated 5/9/94*

ROBERT G. KLEIN
CHRISTOPHER J. COLE
5 Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

*Attorneys for Plaintiff
Kahala CCM Factors, LLC*

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davis Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

*Commissioner*

DATED: Honolulu, Hawaii, December 26, 2006.

_/s/ Reuben Wong_
REUBEN S. F. WONG
DELWYN H.W. WONG

Attorneys for Defendant
FINANCE ENTERPRISES, INC.