Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Withdrawing Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership, | ) ) ) | CIVIL NO. CV-02-00383 SOM-BMK (Contract) |
| Plaintiff, | ) ) | **CERTIFICATE OF SERVICE** |
| vs. | ) ) ) | |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | ) ) ) | (RE:  ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN |
| Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | ALLAN FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006) |

1412-016 (42599)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR

DEFENDANTS 1570 ALEWA LIMITED PARTNERSHIP, MARVIN ALLAN

FONG, as Trustee for the MARVIN ALLAN FONG REVOCABLE TRUST

AGREEMENT DATED 5/9/94 and for NATHAN ALLAN FONG, AND  SANDRA

Y.Y. AU FONG, as Trustee of the SANDRA Y.Y. AU FONG REVOCABLE

TRUST AGREEMENT DATED 5/9/94, FILED NOVEMBER 14, 2006, filed herein

on December 22, 2006, was duly served on the following parties by electronic

transmission on December 22, 2006, or mailed to the following parties at their

last-known address, by U.S. mail, postage prepaid on or about December 28,

2006:


**Via electronic transmission:**

**George W. Brandt:**            gbrandt@lbchlaw.com

    (Attorney for Plaintiff
     **N. HARWOOD STREET PARTNERS I, L.P.)**


**Beverly Lynne K. Hiramatsu**: bhiramatsu@lbchlaw.com,
                         tkobylanski@lbchlaw.com

    (Attorney for Plaintiff
     **N. HARWOOD STREET PARTNERS I, L.P.)**

**Robert G. Klein**         klein@m4law.com
**Christopher J. Cole**:       cole@m4law.com, auyoung@m4law.com

(Attorneys for Substitute Plaintiff
**KAHALA CCM FACTORS, LLC**)


**Ke-Ching Ning**        ning@nljlaw.com, Katherine@nljlaw.com

Attorney for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

**Michael A. Lilly**        Michael@nljlaw.com, derrick@nljlaw.com

<u>**Via U.S. Mail**</u>:

**HARRISON P. CHUNG, ESQ.**
Union Plaza, Suite 206
1136 Union Mall
Honolulu, HI 96813

Attorney for Defendants
**HIRAM LEONG FONG and ELLYN LO FONG,
Individually and as Trustees**


**JAY T. SUEMORI, ESQ.**
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

**Commissioner**


**STEPHEN A. JONES, ESQ.**
Ning Lilly & Jones
707 Richards Street, Suite 700
Honolulu, HI  96813

Attorneys for Defendant
**1570 ALEWA LIMITED PARTNERSHIP**

1412-016 (42599)

**TERRENCE J. O'TOOLE, ESQ.**
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI  96813

Attorney for Defendants
**MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND AS RECEIVER FOR NATHAN ALLAN FONG, SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**


**REUBEN S.F. WONG, ESQ.**
1164 Bishop Street, Suite 1005
Honolulu, HI  96813

Appearing Attorneys for Defendant
**FINANCE ENTERPRISES, LTD.**


DATED:    Honolulu, Hawaii,  December 28, 2006.


Of Counsel:                          /s/ Kurt K. Leong_____
OLIVER, LAU, LAWHN,          JEFFREY DANIEL LAU
  OGAWA & NAKAMURA          KURT K. LEONG

1412-016 (42599)                          4