McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN           #1192-0
CHRISTOPHER J. COLE       #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
|---|---|
| Plaintiff, | |
| vs. | EX PARTE MOTION TO ADVANCE AND SHORTEN TIME FOR HEARING ON PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER, CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION; DECLARATION OF ROBERT G. KLEIN; CERTIFICATE OF SERVICE |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

152174.1

<u>EX PARTE MOTION TO ADVANCE AND SHORTEN TIME
FOR HEARING ON PLAINTIFF KAHALA CCM FACTORS,
LLC'S MOTION FOR AN ORDER APPROVING REPORT
OF COMMISSIONER, CONFIRMING SALE OF THE
COLLATERAL (1,963 SHARES OF STOCK IN FINANCE
ENTERPRISES, LTD.) AT PUBLIC AUCTION</u>

Plaintiff Kahala CCM Factors, LLC hereby move this Honorable Court ex parte for an order advancing and shortening time for the hearing on its Motion for an Order Approving Report of Commissioner, Confirming Sale of Collateral (Share of Stock in Finance Enterprises, Ltd.) at Public Auction, and Directing Distribution of Proceeds, presently scheduled for February 6, 2007 at 10:30 a.m., to an earlier date.

This motion is brought pursuant to Federal Rules of Civil Procedure 7 and Local Rule 7.2(b) and is based on the attached declaration and the records and files herein.

DATED: Honolulu, Hawaii, JAN - 4 2007                    .

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

152174.1                                    2