IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>DECLARATION OF ROBERT G.<br>KLEIN |

## DECLARATION OF ROBERT G. KLEIN

ROBERT G. KLEIN hereby declares that:

1.　I am an attorney licensed to practice law in the United States District Court for the State of Hawaii, and am a partner of the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Plaintiff Kahala CCM Factors, LLC ("Plaintiff").

2.　I make this declaration upon my own personal knowledge and am competent to testify to all matters set forth herein.

3.　Plaintiff filed its Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction (the "Motion"), on December 13, 2006 in this action.

152174.1

4. The Motion has been scheduled for hearing before the Honorable Susan Oki Mollway on February 6, 2006 at 10:30 a.m.

5. Plaintiff substituted for previous plaintiff, N. Harwood Street Partners I, L.P. promptly after acquiring the claims that are the subject of this action.

6. The Motion seeks confirmation of a public sale of the shares of stock that are the collateral of this action that took place on November 1, 2006.

7. No other person or entity bid on the collateral at the auction.

8. The undersigned does not anticipate that any party will likely contest confirmation of the sale as requested in the Motion, inasmuch as the auction was duly conducted by the Commissioner, Jay T. Suemori, Esq., in compliance with the terms of the foreclosure decrees previously entered by this Court in this action.

9. To the extent any person believes the sale was not conducted properly, the foreclosure decrees provide for an overbidding procedure to ensure that the collateral fetches a fair price.

10. The Motion does not raise complex or controversial issues, but simply asks the Court to approve a foreclosure sale conducted pursuant to court orders.

11. Plaintiff has diligently prosecuted this matter in an effort to conclude this lawsuit since acquiring the claims some three (3) months ago.

12. Because: (a) the total amount of debt secured by the collateral as of 11/1/06 based on principal and interest, exclusive of attorneys' fees, late charges,

and costs, was $2,272,842, (b) late charges are presently estimated at $82,338 (based on 5% x judgment debt), (c) attorneys fees and costs for predecessor counsel are $99,645.54, (d) fees and costs of this law firm are expected to exceed $75,000 already and be even higher as of the hearing date, and (e) per diem interest under the foreclosure decrees continues to run at the rate of $786.95 per day ($76,334.16 additional interest through 2/6/07), for a total estimated secured debt credit to be applied toward the auction bid price exceeding $2,606,514 as currently scheduled, whereas the 11/1/06 auction bid price was $2,553,487, Kahala CCM is likely to be under secured as to the collateral at the time of the existing hearing.

13. Kahala CCM's under-security is likely to grow over time unless and until the debt is satisfied.

14. Plaintiff respectfully submits that good cause exists to shorten the time for hearing and advance the hearing date to an earlier date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this 4th day of January, 2006.

_____
ROBERT G. KLEIN

152174.1                                    3