IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (CONTRACT) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM L. FONG, SR., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I hereby certify that, on January 4, 2007 and by the methods of service noted

below, a true and correct copy of the foregoing document was duly served upon the

following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com

Attorneys for Former Plaintiff
N. Harwood Street Partners I, L.P.

152174.1

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                              kleong@ollon.com

Attorneys for Certain Defendants


KE-CHING NING, ESQ.                              ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.                           michael@nljlaw.com

Attorneys for Defendant
1570 Alewa Limited Partnership


**Served via Hand Delivery:**

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii  96813

Attorney for Defendants Hiram Leong Fong, aka
Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram Leong
Fong Revocable Trust dated 3/17/93, Ellyn Lo
Fong, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust
Dated 3/24/93, Rodney Leong Fong, aka
Rodney L. Fong and Rodney Fong, Individually
and as Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram Fong, and
Patsy Nakano Fong, aka Patsy N. Fong

152174.1                              2

TERENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii  96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94


REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii  96813

Attorneys for Defendant
Finance Enterprises, Ltd.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

Commissioner

DATED:  Honolulu, Hawaii, _____JAN – 4 2007_____.


_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC