IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIV. NO. 02-00383 SOM/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING EX PARTE MOTION |
| vs. | ) | TO ADVANCE AND SHORTEN TIME |
| | ) | FOR HEARING ON PLAINTIFF'S |
| HIRAM L. FONG, aka HIRAM L. | ) | MOTION FOR AN ORDER APPROVING |
| FONG., SR., et al. | ) | REPORT OF COMMISSIONER AND |
| | ) | CONFIRMING THE SALE OF |
| Defendants, | ) | COLLATERAL |
| _____ | ) | |

ORDER DENYING EX PARTE MOTION TO ADVANCE AND SHORTEN TIME FOR
HEARING ON PLAINTIFF'S MOTION FOR AN ORDER APPROVING REPORT OF
COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL

On December 13, 2006, Plaintiff Kahala CCM Factors, LLC, filed a motion seeking approval of the commissioner's report and confirmation of the sale of collateral in this case. The following day, this court assigned that motion a hearing on February 6, 2007.

Three weeks later, on January 4, 2007, Plaintiff filed an ex parte motion to advance the hearing date, arguing that the debt it is owed is continuing to grow and that the sale proceeds are insufficient to cover that debt. The court denies this ex parte motion.

Changing the hearing date may make it difficult for interested nonparties to be informed of the hearing date, making it less likely that bidding will be reopened at the hearing and a higher sale price obtained. In addition, the court is scheduled to travel this month in connection with court business, lessening

the availability of alternate hearing dates.  Had Plaintiff submitted its request earlier, rather than waiting three weeks, it would have been easier to advance the hearing date.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, January 5, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Kahala CCM Factors, LLC. v. Fong, et al., Civ. No. 02-00383 SOM/BMK; ORDER DENYING EX PARTE MOTION TO ADVANCE AND SHORTEN TIME FOR HEARING ON PLAINTIFF'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL