ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 5 2007

at __1__ o'clock and __45__ min. __P__ M
SUE BEITIA, CLERK

Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU   2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone: 533-3999
Facsimile:  533-0144

LODGED

JAN 5 2007

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO CV-02-00383 SOM-BMK<br>(Contract)<br><br>**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SAI INVESTMENT COMPANY, AND ORDER** |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
DEFENDANT SAI INVESTMENT COMPANY, AND ORDER**

Pursuant to LR 83.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii, OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation, hereby withdraws as counsel of record for Defendant SAI INVESTMENT COMPANY, and CHAR,

SAKAMOTO, ISHII, LUM & CHING, Attorneys at Law, A Law Corporation, hereby enters its appearance as substituting counsel of record for Defendant SAI INVESTMENT COMPANY

Dated: Honolulu, Hawaii, JAN 2 2007                              .

Of Counsel:
OLIVER, LAU, LAWHN,
  OGAWA & NAKAMURA

JEFFREY DANIEL LAU
KURT K. LEONG
Withdrawing Attorneys for Defendant
SAI INVESTMENT COMPANY

Dated: Honolulu, Hawaii,                                         .

Of Counsel:
CHAR, SAKAMOTO,
ISHII, LUM & CHING

STEVEN L. CHING
DAVID M. K. LUM
Appearing Attorneys for Defendant
SAI INVESTMENT COMPANY

APPROVED AND SO ORDERED:

JUDGE OF THE ABOVE-ENTITLED COURT

JAN 5 2007