IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC., | ) CIVIL NO. CV-02-00383 SOM BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) DECLARATION OF REUBEN S.F. |
| vs. | ) WONG |
| | ) |
| HIRAM L. FONG, ALSO KNOWN | ) |
| AS HIRAM L. FONG, SR., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF REUBEN S.F. WONG

REUBEN S.F. WONG, hereby declares that:

1. I am an attorney duly licensed to practice law in all courts in Hawaii and represent Defendant Finance Enterprises, Ltd. ("FE") in the above-captioned case.

2. I make the following declaration upon personal knowledge and/or a review of the records and files in this case and am competent to testify to all matters set forth herein.

3. The Law Offices of Reuben S.F. Wong was retained to represent Defendant FE on December 14, 2006, after prior counsel for FE was compelled to withdraw at the urging of Plaintiff Kahala.

4. FE's First Request for Production of Documents was served on Plaintiff Kahala CCM Factors, LLC on December 26, 2006, and such response is due on January 25, 2007.

5. FE made an identical request for production of documents upon former Plaintiff N. Harwood, but its attorney has refused to produce the requested documents.

6. Counsel is in the process of preparing a Memorandum in Opposition to Plaintiff Kahala CCM Factors, LLC's Motion for Order Approving Report of Commission, Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction.

DATED: Honolulu, Hawaii, _____ JAN 0 5 2007 _____

_____
REUBEN S.F. WONG