IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC., | ) CIVIL NO. CV-02-00383 SOM BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM L. FONG, ALSO KNOWN | ) |
| AS HIRAM L. FONG, SR., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following party at his respective address by means of mailing with postage prepaid.

BEVERLY HIRAMATSU, ESQ.
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813

Attorney for Plaintiff
N. Harwood Street Partners I, L.P.

JEFFREY D. LAU, ESQ.
Ocean View Center
707 Richards Street, Suite 600
Honolulu, Hawaii 96813

Attorney for Defendant
Merrie Ellen Fong Gushi, Emily Mitchell, Leonard
K.K. Fong, as Trustee of the Leonard K.K. Fong
Revocable Living Trust Under Trust Date 02/19/98,
Finance Enterprise, Ltd., Ellen Lee Fong, as Trustee

for the Ellen Lee Fong Revocable Living Trust Under
Trust Dated 02/19/98, Dale S.N. Fong Individually and
as Custodian for Adrienne M.L. Fong and Brandon N.C.K.
Fong Under the Hawaii Uniform Gift to Minors Act,
Adrienne M.L. Fong (a Minor, Guardian ad Litem
Dale S.N. Fong), Brandon N.C.K. Fong (a Minor, Guardian
ad Litem Dale S.N. Fong), Linda L. Fong, Glen S.W. Fong,
Keith S.K. Fong, Rodney S.O. Fong, Pearl L. Fong, Deborah
B.J. Fong, Jonathan Y.C. Fong, Susan B.L. Fong Takashima,
Valerie B.L. Fong Asari, Individually And as Custodian for
David Y.H. Asari Under the Hawaii Uniform Gift to Minors
Act, David Y.H. Asari (a Minor, Guardian ad Litem Valerie
B.L. Fong Asari), Winton Tong, as Trustee for the 1994
Winton Tong and Gladys F. Tong Revocable Trust, Clifford
Marshall Tong, Jonathan Warren Tong, Mark Lex Tong,
Jason Roberto Tong, Kelly Tong, Del Associates, and Sai
Investment Company

STEPHEN A. JONES, ESQ.
707 Richards Street, Suite 700
Honolulu, Hawaii  96813

Attorneys for Defendant
1570 Alewa Limited Partnership

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii  96813

Attorney for Defendants
Hiram Leong Fong aka Hiram L. Fong
And Hiram L. Fong Sr., Individually And
As Trustee of the Hiram Leong Fong Revocable
Trust dated 03/17/93, Ellyn Lo Fong aka Ellyn L. Fong,
Individually and as Trustee of the Ellyn Lo Fong Revocable
Trust Dated 03/24/93, Rodney Leong Fong, aka Rodney L.
Fong and Rodney Fong, Individually an as Trustee for Chelsea
Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram
Fong, and Patsy Nakano Fong, aka Patsy N. Fong

ROBERT G. KLEIN, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813


Attorney for Plaintiff
Kahala CCM Factors, LLC

TERRANCE J. O'TOOLE, ESQ.
Starn O'toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendant
Marvin Allan Fong, As Trustee
for the Marvin Allan Fong
Revocable Trust Agreement Dated
05/09/94 and As Receiver for Nathan Allan Fong,
Sandra Y.Y. Au Fong, As Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 05/09/94.

DATED: Honolulu, Hawaii, _____ JAN 0 5 2007 _____

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  Finance Enterprises, Ltd.

3