Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG         5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

Withdrawing Attorneys for Defendants
FINANCE ENTERPRISES, LTD., et. al.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM-BMK (Contract)<br><br>**CERTIFICATE OF SERVICE**<br><br>(RE:  WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SAI INVESTMENT COMPANY, AND ORDER) |

1412-016 (43045)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT SAI INVESTMENT COMPANY, AND ORDER, filed herein on January 5, 2007, was duly served on the following parties by electronic transmission on January 8, 2007, or mailed to the following parties at their last-known address, by U.S. mail, postage prepaid on or about January 10, 2007:

**Via electronic transmission:**

**George W. Brandt:**    gbrandt@lbchlaw.com

   (Attorney for Plaintiff
    **N. HARWOOD STREET PARTNERS I, L.P.)**

**Beverly Lynne K. Hiramatsu**: bhiramatsu@lbchlaw.com,
                                tkobylanski@lbchlaw.com

   (Attorney for Plaintiff
    **N. HARWOOD STREET PARTNERS I, L.P.)**

**Robert G. Klein**         klein@m4law.com
**Christopher J. Cole**:    cole@m4law.com, auyoung@m4law.com

   (Attorneys for Substitute Plaintiff
    **KAHALA CCM FACTORS, LLC**)

**Ke-Ching Ning**          ning@nljlaw.com, Katherine@nljlaw.com

   Attorney for Defendant
   **1570 ALEWA LIMITED PARTNERSHIP**

**Michael A. Lilly**        Michael@nljlaw.com, derrick@nljlaw.com

1412-016 (43045)
2

    **David M. Lum**          ksagena@lawcsilc.com

    Appearing Attorney for Defendant
    **SAI INVESTMENT COMPANY**

**Via U.S. Mail:**

    **HARRISON P. CHUNG, ESQ.**
    Union Plaza, Suite 206
    1136 Union Mall
    Honolulu, HI 96813

    Attorney for Defendants
    **HIRAM LEONG FONG and ELLYN LO FONG,**
    **Individually and as Trustees**

    **JAY T. SUEMORI, ESQ.**
    Dandar Suemori
    801 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

    **Commissioner**

    **STEPHEN A. JONES, ESQ.**
    Ning Lilly & Jones
    707 Richards Street, Suite 700
    Honolulu, HI  96813

    Attorneys for Defendant
    **1570 ALEWA LIMITED PARTNERSHIP**

    **REUBEN S.F. WONG, ESQ.**
    **DELWYN H.W. WONG, ESQ.**
    1164 Bishop Street, Suite 1005
    Honolulu, HI  96813

    Appearing Attorneys for Defendant
    **FINANCE ENTERPRISES, LTD.**

**TERRENCE J. O'TOOLE, ESQ.**
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI  96813

Attorney for Defendants
**MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND AS RECEIVER FOR NATHAN ALLAN FONG, SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94**


**STEVEN L. CHING, ESQ.**
**DAVID LUM, ESQ.**
Char Sakamoto Ishii & Lum
841 Bishop Street
850 Davies Pacific Center
Honolulu, HI  96813

Appearing Attorneys for Defendant
**SAI INVESTMENT COMPANY**


      DATED:    Honolulu, Hawaii,  January 10, 2007.


| | |
|---|---|
| Of Counsel: | /s/ Kurt K. Leong_____ |
| OLIVER, LAU, LAWHN, | JEFFREY DANIEL LAU |
|   OGAWA & NAKAMURA | KURT K. LEONG |