IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>           Plaintiff,<br>vs.<br><br>HIRAM L. FONG, also known as<br>HIRAM L. FONG, SR., et. al.<br><br>           Defendants. | Civil No. CV-02-00383 SOM/BMK<br>(Contract)<br><br><br><br>*Hearing:*<br>Date:    February 6, 2007<br>Time:   9:30 a.m.<br>Judge:  Honorable Susan Oki Mollway |

## CERTIFICATE OF SERVICE

**Date of Service:**         January 19, 2007

**Document(s) Served:**   Trustee's Statement Re: Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner, Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction

The undersigned hereby certifies that the following parties were served the above document(s) by CM/ECF email service using the Court's transmission facilities and/or other electronic service, unless noted otherwise:

*ECF-Electronic Service*
ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
McCorriston Miller Mukai MacKinnon
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, HI 96813
     *Attorney for Plalintiff*
     *KAHALA CCM FACTORS LLC*

*ECF-Electronic Service*
GEORGE W. BRANDT, ESQ.
BEVERLY HIRAMATSU, ESQ.
Lyons, Brandt, Cook & Hiramatsu
841 Bishop Street, Suite 1800
Honolulu, HI 96813-3908
     *Attorney for N. Harwood Street*
     *Partners I, L.P.*

182704

*ECF-Electronic Service*
JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
707 Richards Street, Suite 600
Honolulu, HI 96813
    *Attorney for Certain Defendants*

*ECF-Electronic Service*
KE-CHING NING, ESQ.
STEPHEN A. JONES, ESQ.
Ning Lilly & Jones
707 Richards Street, Suite 700
Honolulu, HI 96813
    *Attorney for Defendant*
    *1570 Alewa Limited Partnership*

*Electronic Service via EMAIL*
*hpchawaii@msn.com*
HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, HI 96813
    *Attorney for Certain Defendants*

*Electronic Service via EMAIL*
*STius@rmhawaii.com*
SUSAN TIUS, ESQ.
Rush Moore Craven, et. al.
737 Bishop Street, Suite 2400
Honolulu, HI 96813
    *Attorney for Certain Defendants*

*Electronic Service via EMAIL*
*totoole@starnlaw.com*
TERENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
737 Bishiop Street, Suite 1900
Honolulu, HI 96813
*Attorney for Certain Defendants*

DATED: Honolulu, Hawaii, January 19, 2007.

JERROLD K. GUBEN
Attorney for Trustee,
RONALD K. KOTOSHIRODO

183497

2