Of Counsel:
CHAR SAKAMOTO ISHII LUM & CHING
Attorneys at Law
A Law Corporation

STEVEN L. CHING   1984-0
DAVID M. K. LUM     2744-0
Suite 850
Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone: (808) 522-5133

Attorneys for Defendant
SAI INVESTMENT COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>　　　　Defendants. | CIVIL NO CV-02-00383 SOM-BMK<br>(Contract)<br><br>OBJECTIONS OF DEFENDANT SAI INVESTMENT COMPANY TO PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED ON DECEMBER 13,2006; CERTIFICATE OF SERVICE<br><br><u>Hearing</u><br>Date: February 6, 2007<br>Time: 10:30 a.m.<br>Judge: Susan Oki Mollway |

OBJECTIONS OF DEFENDANT SAI INVESTMENT
COMPANY TO PLAINTIFF KAHALA CCM FACTORS, LLC'S
MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER
AND CONFIRMING THE SALE OF COLLATERAL
(1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.)
<u>AT PUBLIC  AUCTION, FILED ON DECEMBER 13, 2006</u>

DEFENDANT SAI INVESTMENT COMPANY ("SAI")asserts that

Plaintiff Kahala CCM Factors, LLC's Motion for An Order Approving

Report of Commissioner, Confirming the Sale of Collateral (1,963 Shares of Stock of Finance Enterprises, Ltd.) at Public Auction, Filed December 13, 2006, should be denied to the extent that such sale infringes upon Finance Enterprises, Ltd. and SAI's rights of first refusal.

       SAI is a shareholder of Finance Enterprises, Ltd. Finance Enterprises, Ltd.'s Memorandum in Opposition to Plaintiff Kahala CCM Factors, LLC's Motion For An Order Approving Report of Commissioner, Confirming the Sale of Collateral (1,963 Shares of Stock fo Finance Enterprises, Ltd.) at Public Auction, was filed on January 19, 2007 ("FE's Opposition"). SAI hereby joins in FE's Opposition pursuant to LR7.4 and LR7.9, and asks that the Court recognize both Finance Enterprises, Ltd.'s right of first refusal <u>and</u> Finance Enterprises, Ltd. shareholders' right of first refusal as set forth in the Articles of Incorporation.

       SAI requests that the Court deny Plaintiff's Motion to the extent that the sale infringes upon Finance Enterprises, Ltd.'s and SAI's rights of first refusal, and such other relief as the Court deems necessary.

       DATED:  Honolulu, Hawaii, January 19, 2007.

                              CHAR SAKAMOTO ISHII LUM & CHING

                              _____
                              STEVEN L. CHING
                              DAVID M. K. LUM

                              Attorneys for Defendant
                              SAI INVESTMENT COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| N. HARWOOD STREET PARTNERS I, L.P. a Delaware limited partnership,<br><br>          Plaintiff,<br><br>     vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>          Defendants. | CIVIL NO CV-02-00383 SOM-BMK (Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the following parties by electronic transmission:

George W. Brandt, Esq.          gbrandt@lbchlaw.com

    (Attorney for Plaintiff
    N. HARDWOOD STREET PARTNERS 1, L.P.)

Beverly Lynne K. Hiramatsu, Esq.   bhiramatsu@lbchlaw.com
                                   tkobylanski@lbchlaw.com

    (Attorney for Plaintiff
    N. HARDWOOD STREET PARTNERS 1, L.P.)

Robert G. Klein, Esq.         klein@m4law.com
Christopher J. Cole, Esq.     cole@m4law.com, auyoung@m4law.com

    (Attorneys for Substitute Plaintiff
    KAHALA CCM FACTORS, LLC)

```
Ke-Ching Ning, Esq.        ning@nljlaw.com, Katherine@nljlaw.com
Michael A. Lilly, Esq.     Michael@nljlaw.com, derrick@nljlaw.com

     Attorneys for Defendant
     1570 ALEWA LIMITED PARTNERSHIP

Harrison P. Chung, Esq.         hpchawaii@msn.com

     Attorney for Defendants
     Hiram Leong Fong nka Hiram L. Fong
     And Hiram L. Fong Sr., Individually And
     As Trustee of the Hiram Leong Fong Revocable
     Trust dated 03/17/93, Ellyn Lo Fong aka Ellyn L. Fong,
     Individually and as Trustee of the Ellyn Lo Fong Revocable
     Trust Dated 03/24/93, Rodney Leong Fong, aka Rodney L.
     Fong and Rodney Fong, Individually and as Trustee for
     Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski
     Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong
```

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of mailing with postage prepaid:

```
     STEPHEN A. JONES, ESQ.
     707 Richards Street, Suite 700
     Honolulu, Hawaii 96813

     Attorney for Defendant
     1570 Alewa Limited Partnership

TERRANCE J. O'TOOLE, ESQ.
Starn O'toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendant
Marvin Allan Fong, As Trustee
for the Marvin Allan Fong
Revocable Trust Agreement Dated
05/09/94 and As Receiver for Nathan Allan Fong,
Sandra Y.Y. Au Fong, As Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 05/09/94
```

2

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

Reuben S.F. Wong, Esq.
Delwyn H.W. Wong, Esq.
Colette L. Honda, Esq.
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
Finance Enterprises, Inc.

    DATED: Honolulu, Hawaii, \_\_\_January 19, 2007\_\_\_.

              CHAR SAKAMOTO ISHII LUM & CHING

              _____
              DAVID M. K. LUM

              Attorney for Defendant
              SAI INVESTMENT COMPANY

3