STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE         1209-0
STEPHANIE E.W. THOMPSON    8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100

Attorneys for Defendants
MARVIN ALLAN FONG, as Trustee for
the Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and for Nathan
Allan Fong, and SANDRA Y.Y. AU FONG,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 HG-BMK (Contract) |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** Re: Defendants Marvin Allan Fong, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, And Sandra Y.Y. Au Fong, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94's Memorandum In Response To Plaintiff's Motion For An Order Approving The Report Of The Commissioner And Confirming The Sale Of Collateral (1,963 Shares Of Stock In Finance Enterprises, Ltd.) At Public Auction, Filed Dec. 12, 2006 |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER APPROVING THE REPORT OF THE COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DEC. 12, 2006 was duly served by electronic transmission or mailed to the following parties at their last known address, by depositing the same in the U.S. Mail, postage prepaid, as follows:

**VIA ELECTRONIC TRANSMISSION:**

**George W. Brandt:**           gbrandt@lbchlaw.com
**Beverly Lynne K. Hiramatsu:** bhiramatsu@lbchlaw.com

    Attorneys for Former Plaintiff
    N. HARWOOD STREET PARTNERS I, L.P.

**Robert G. Klein:**         klein@m4law.com
**Christopher J. Cole:**     cole@m4law.com

    Attorneys for Plaintiff
    KAHALA CCM FACTORS, LLC

**Harrison P. Chung:**              hpchawaii@msn.com

    Attorney for Defendants HIRAM LEONG FONG aka
Hiram L. Fong and Hiram L. Fong Sr., Individually
And as Trustee of the Hiram Leong Fong Revocable Trust dated
3/17/93, ELLYN LO FONG, aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93,
RODNEY LEONG FONG, aka Rodney L. Fong and Rodney Fong,
Individually and as Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram Fong, and PATSY NAKANO
FONG, aka Patsy N. Fong

**Kurt K. Leong:**              kleong@ollon.com

    Attorney for Defendants MERRIE ELLEN FONG GUSHI,
EMILY MITCHELL, LEONARD K.K. FONG, as Trustee
of the Leonard K.K. Fong Revocable Living Trust Under
Trust Dated 2/19/98, ELLEN LEE FONG, as Trustee for the
Ellen Lee Fong Revocable Living Trust Under Trust Dated 2/19/98,
DALE S.N. FONG, Individually and as Custodian for Adrienne M.L.
Fong and Brandon N.C.K. Fong Under the Hawaii Uniform
Gift to Minors Act, ADRIENNE M.L. FONG (a Minor, Guardian
Ad Litem Dale S.N. Fong), BRANDON N.C.K. FONG (a Minor,
Guardian ad Litem Dale S.N. Fong), LINDA L. FONG, GLEN
S.W. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL
L. FONG, DEBORAH B.J. FONG, JONATHAN Y.C. FONG, SUSAN B.L.
FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually
And as Custodian for David Y.H. Asari Under the Hawaii
Uniform Gift to Minors Act, DAVID Y.H. ASARI (a Minor,
Guardian ad Litem Valerie B.L. Fong Asari), WINTON TONG,
as Trustee for the 1994 Winton Tong and Gladys F. Tong
Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN
WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG,
KELLY TONG and DEL ASSOCIATES

**David M. Lum:**              ksagena@lawcsilc.com

    Attorney for Defendant
SAI INVESTMENT COMPANY

60430                              3

| | |
|---|---|
| **Ke-Ching Ning:** | ning@nljlaw.com |
| **Michael A. Lilly:** | Michael@nljlaw.com |

    Attorneys for Defendant
    1570 ALEWA LIMITED PARTNERSHIP

**VIA U.S. MAIL:**

REUBEN S. F. WONG, ESQ.
DELWYN H. W. WONG, ESQ.
Law Offices of Reuben S. F. Wong
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
    Attorneys for Defendant
    FINANCE ENTERPRISES, INC.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    COMMISSIONER

STEPHEN A. JONES, ESQ.
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
    Attorney for Defendant
    1570 ALEWA LIMITED PARTNERSHIP

JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
    Attorney for Defendants MERRIE ELLEN FONG GUSHI,
    EMILY MITCHELL, LEONARD K.K. FONG, as Trustee
    of the Leonard K.K. Fong Revocable Living Trust Under
    Trust Dated 2/19/98, ELLEN LEE FONG, as Trustee for the

60430        4

      Ellen Lee Fong Revocable Living Trust Under Trust Dated 2/19/98,
      DALE S.N. FONG, Individually and as Custodian for Adrienne M.L.
      Fong and Brandon N.C.K. Fong Under the Hawaii Uniform
      Gift to Minors Act, ADRIENNE M.L. FONG (a Minor, Guardian
      Ad Litem Dale S.N. Fong), BRANDON N.C.K. FONG (a Minor,
      Guardian ad Litem Dale S.N. Fong), LINDA L. FONG, GLEN
      S.W. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL
      L. FONG, DEBORAH B.J. FONG, JONATHAN Y.C. FONG, SUSAN B.L.
      FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually
      And as Custodian for David Y.H. Asari Under the Hawaii
      Uniform Gift to Minors Act, DAVID Y.H. ASARI (a Minor,
      Guardian ad Litem Valerie B.L. Fong Asari), WINTON TONG,
      as Trustee for the 1994 Winton Tong and Gladys F. Tong
      Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN
      WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG,
      KELLY TONG and DEL ASSOCIATES

STEVEN L. CHING, ESQ.
Char Sakamoto Ishii Lum & Ching
841 Bishop Street
850 Davies Pacific Center
Honolulu, Hawaii 96813
      Attorneys for Defendant
      SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
      Attorney for Defendants HIRAM LEONG FONG aka
      Hiram L. Fong and Hiram L. Fong Sr., Individually
      And as Trustee of the Hiram Leong Fong Revocable Trust dated
      3/17/93, ELLYN LO FONG, aka Ellyn L. Fong, Individually and as
      Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93,
      RODNEY LEONG FONG, aka Rodney L. Fong and Rodney Fong,
      Individually and as Trustee for Chelsea Tree Fong, Forest Wind
      Fong, Shama Rain Fong and Ski Hiram Fong, and PATSY NAKANO
      FONG, aka Patsy N. Fong

DATED:   Honolulu, Hawaii, January 19, 2007

/s/ Stephanie E.W. Thompson
TERENCE J. O'TOOLE
STEPHANIE E.W. THOMPSON
Attorneys for Defendants
MARVIN ALLAN FONG, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and for Nathan Allan Fong, and SANDRA Y.Y. AU FONG, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94
