RUSH MOORE LLP
A Limited Liability Law Partnership

SUSAN TIUS  2873-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813-3862
Tel. No. 521-0406
Fax No. 521-0497
Email: Stius@rmhawaii.com

Attorney for SANDRA J. LOOMIS, Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>RODNEY LEONG FONG and PATSY NAKANO FONG,<br><br>　　　　Debtors. | ) Case No. 05-04104<br>) (Chapter 7)<br>)<br>)<br>)<br>) Date: February 6, 2007<br>) Time: 10:30 a.m.<br>) Judge: Honorable Robert J. Faris |

AMENDED NOTICE OF HEARING ON MOTION
TO APPROVE SALE FREE AND CLEAR
OF LIENS AND ENCUMBRANCES PURSUANT TO STOCK PURCHASE AGREEMENT

TO:     STEWART PRESSMAN, ESQ.
        McCorriston Miller Mukai & MacKinnon
        P.O. Box 2800
        Honolulu, HI 96803
        Attorney for Kahala Capital

        ROBERT G. KLEIN, ESQ.
        CHRISTOPHER J. COLE, ESQ.
        McCorriston Miller Mukai & MacKinnon
        P.O. Box 2800
        Honolulu, HI 96803
        Attorneys for Kahala CCM Factors, LLC

        NOTICE IS HEREBY GIVEN that February 6, 2007, at 10:30 a.m., in the Courtroom of the Honorable Susan Oki Mollway, United States District Court, District of Hawaii, PJKK Federal Building Courthouse, 4th Floor, Honolulu, Hawaii, has been fixed as the date, time and place for hearing for consideration of the Motion to Approve Sale Free and Clear of Liens and Encumbrances Pursuant to Stock Purchase Agreement filed herein by SANDRA J. LOOMIS, Trustee of the Estate of RODNEY LEONG FONG and Patsy Nakano Fong, the above-named Debtors.

S:\Wpdata\STius\SALE\Stock\FONG R sjl StockPurchAgrmt 1-07.wpd                              7683-32096

# EXHIBIT B

      The above Motion and supporting documents are available for review by any interested party in the Office of the Clerk of the Court.  You are invited, but not required, to examine the Motion on file with the Bankruptcy Court, to attend said hearing and to be heard concerning the matters noticed herein.

      Responsive Memoranda is due no later than January 29, 2007.  Reply Memoranda is due no later than February 1, 2007.

      NOTICE IS FURTHER GIVEN that such hearing may be adjourned from time to time without further notice of the adjournment date other than by announcement of the adjourned date or dates at said hearing, or by the posting of a notice of continuance on the Court's bulletin board in the Courthouse on the day of the hearing.

      DATED:  Honolulu, Hawaii, January 18, 2007.

      */s/Susan Tius*
      SUSAN TIUS
      Attorney for SANDRA J. LOOMIS,
       Trustee

EXHIBIT B