# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/19/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV 02-00383SOM-BMK

CASE NAME:          Kahala CCM Factors, LLC v. Hiram Fong, et al.

ATTYS FOR PLA:      Christopher J. Cole

ATTYS FOR DEFT:     Kurt K. Leong

INTERPRETER:

|     |     |     |     |
| --- | --- | --- | --- |
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE:  | 01/19/2007       | TIME:     | 2:40 - 2:42 |

COURT ACTION:  EP: [154] Motion to Withdraw as Counsel Filed by Oliver, Lau, Lawhn, Ogawa & Nakamura GRANTED.  Kurt Leong to prepare the order.

Submitted by Richlyn W. Young, courtroom manager