Of Counsel:
NING LILLY & JONES

KE-CHING NING        1940
STEPHEN A. JONES     2957
MICHAEL A. LILLY     1681
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Fax: (808) 531-2415
E-mail: Stevejones@nljlaw.com
COMMISSIONER-RESPONSE

Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>        Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S MEMORANDUM IN RESPONSE TO PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 12, 2006; CERTIFICATE OF SERVICE<br><br>**Hearing:**<br>**Date:** January 12, 2007<br>**Time:** 2:00 p.m.<br>**Judge:** Hon. Barry M. Kurren |

ORIGINAL

DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S MEMORANDUM IN RESPONSE TO PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 13, 2006

Defendant 1570 ALEWA LIMITED PARTNERSHIP ("1570 Alewa") hereby responds to Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction (the "Motion"), filed December 13, 2006 as follows:

## I. INTRODUCTION.

### A. BANKRUPTCY STAY LIFTED TO PERMIT FORECLOSURE SALE.

This proceeding concerns 1,963 shares of Finance Enterprises Ltd. ("FEL") stock which were collateral for a loan or loans to the late Senator Hiram Fong. Senator Fong filed bankruptcy petition on March 7, 2003. The secured lender, N. Harwood Street Partners I, L.P. ("Harwood"), obtained orders for relief from the bankruptcy stay on April 25, 2003 and June July 9, 2004.

Last year, Harwood appears to have assigned its claim to Kahala CCM Factors, LLC ("Kahala"). Kahala then proceeded with foreclosure proceedings on the subject stock, eventually leading to a commissioner's sale of the stock in November 2006. The commissioner reports that Kahala was the high bidder and

purchaser; its bid was comprised of both "credit bid" amounts and some cash, as set forth in the Commissioner's Report filed herein on November 16, 2006.

### B. BANKRUPTCY TRUSTEE'S AGREEMENT TO SELL SHARES.

On a different front, the Bankruptcy Trustee for Senator Fong's estate [*In re Hiram Leong Fong and Ellen Lo Fong,* Bankruptcy No. 03-00674 in the United States Bankruptcy Court for the District of Hawaii] has entered into an agreement to sell the estate's 2,789 shares of FEL stock to a third party for $1100 per share (with possible overbids), subject to Bankruptcy Court approval. See Tomato Bank December 28, 2006 Agreement with Bankruptcy Trustee (attached as Exhibit "A" to Trustee's Motion to Sell Assets of the Estate Free and Clear of All Liens and Encumbrances and Proposed Bidding Instructions, filed on January 5, 2007 in *In re Hiram Leong Fong and Ellen Lo Fong,* Bankruptcy No. 03-00674 (hereinafter the "Trustee's Sale Agreement"). The Trustee indicates that this sale will be very beneficial to the bankruptcy estate, enabling the estate to recover over $3 million for creditors, and the Trustee has therefore moved for approval of the sale.

### C. OVERLAP BETWEEN TRUSTEE SALE AND COMMISSIONER SALE.

There is some overlap between the "foreclosure" shares covered by the Commissioner's Report, and the "bankruptcy" shares covered by the Trustee's Sale Agreement. Namely, 241 shares (certificate no. 238) which are among those to be

sold by the Trustee under the Sale Agreement, are also among the shares covered by the Commissioner's sale and for which confirmation is sought herein.

## II.   1570 ALEWA'S POSITION REGARDING COMMISSIONER'S REPORT.

Issues concerning the 241 share overlap between the foreclosure sale and the bankruptcy Trustee sale, will be determined by the Court. 1570 Alewa understands that there may be some difference of opinion concerning the per-share value of those shares, which may boil down more specifically to the difference in interest accruals for a period of time (i.e. the difference between "default" rate claimed by foreclosing lender, vs. "contract" rate asserted by bankruptcy Trustee.) In the end, that dollar difference may not be all that great. The Court can determine the amount of proceeds which go to the foreclosing lender in any event (whether this includes "default" interest or just "contract" interest.)

There may also be an issue concerning the handling of "first rights of refusal" as to the shares covered by the Trustee's Sale Agreement. Under FEL's Articles, if a shareholder wants to sell his or her stock, the sale has to be offered first to the company (FEL) and then to the other shareholders. The right-of-refusal procedures which are proposed in the Commissioner's Report, seem acceptable in an abstract sense.

However, in view of the "unclean hands" of FEL in this matter (and at least one of its "insiders"), FEL is not entitled to exercise any right of refusal under the

circumstances which are present in this case.

This issue may be moot or unnecessary to reach in any event, since FEL may not attempt to exercise any right of refusal. However, if the issue does actually arise, 1570 Alewa will object to any purported exercise of refusal rights by FEL or the insider(s) who acted in concert with it.

## III. SUMMARY.

1570 Alewa does not object to the Commissioner's Report. Any "value" disputes as to the overlap shares which are covered by both the Commissioner's Report and the Bankruptcy Trustee's Sale Agreement, can be determined and adjusted by the Court. As to "rights of refusal" issues, FEL (and at least one "insider") are not be entitled to exercise such rights in any event, although that issue may not actually arise.

DATED:   Honolulu, Hawaii, January 19, 2007.

_____
KE-CHING NING
STEPHEN A. JONES
MICHAEL A. LILLY
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK<br>) (Contract)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | |
| vs. | |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served upon the following at their last known addresses, via hand-delivery on <u>January 19, 2007</u>:

GEORGE W. BRANDT, ESQ.
BEVERLY HIRAMATSU, ESQ.
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813

Attorneys for Plaintiff
N. Harwood Street Partners I, L.P.

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
Kahala CCM Factors, LLC

STEVEN L. CHING, ESQ.
DAVID M. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96813

Attorney for Defendant
SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants
HIRAM LEONG FONG and ELLYN LO FONG

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813

Withdrawing Attorneys for Defendants
FINANCE ENTERPRISES, LTD., ET AL.

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813

Appearing Attorneys for Defendant
FINANCE ENTERPRISES, LTD.

TERRENCE J. O'TOOLE
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the Marvin Allan Fong
Revocable Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94

DATED:   Honolulu, Hawaii, January 19, 2007.

_____
KE-CHING NING
STEPHEN A. JONES
MICHAEL A. LILLY
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

3