LAW OFFICES OF
**REUBEN S. F. WONG**
ATTORNEYS AT LAW
SUITE 1006, FINANCE FACTORS CENTER
1164 BISHOP STREET
HONOLULU, HAWAII 96813

Reuben S. F. Wong
Delwyn H. W. Wong
Colette L. Honda

Telephone (808) 531-3526
Fax (808) 531-3522

January 9, 2007

Robert G. Klein, Esq.
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Fax No. 524-8293



Re: Kahala CCM Factors, LLC v. Hiram Fong, et.al.,
Civil No. 02-00383 SOM BMK (Contract)

Dear Mr. Klein:

This letter is in reference to the January 5, 2007 correspondence from my office wherein we requested that any documents responsive to my client, Finance Enterprises, Ltd's First Request for Production of Documents in the above-entitled suit be made available as soon as possible.

As noted in our letter of January 5, time is of the essence and the information requested, containing information related to the fair price of 1,963 Shares of Finance Enterprises, Ltd., should be readily available within Kahala CCM's files.

We appreciate your accommodation in this regard by January 12, 2007 and will, of course, pay for the costs associated with duplicating these documents. In any case, please contact us as soon as possible to let us know the status of this request.

Should there be any questions, please do not hesitate to contact us at 531-3526.

Very truly yours,

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA

cc: Finance Enterprises, Ltd.
    Attn.: Sam Yee, Esq. (Sent by Fax – 522-2001)



**EXHIBIT "D"**

D