IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | DECLARATION OF DANIEL B.T. |
| vs. ) | LAU; |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## DECLARATION OF DANIEL B.T. LAU

DANIEL B.T. LAU declares as follows:

1.  I am one of the original founders of the Finance Factors group of companies ("Finance Factors") that were established in the early 1950's. One of the principal reasons for the formation of these companies was to serve people whose needs were unmet by the larger institutions.

2.  By the early 1960's, some of the original founders had left and there were six (6) family groups remaining as owners of Finance Factors. These remaining founders wanted to preserve the uniqueness of Finance Factors and to maintain ownership within the 6 family groups. Consequently, when a corporate reorganization took place in 1976 and Finance Enterprises, Ltd. ("Finance

Enterprises") was created as a holding company for Finance Factors, transfer restrictions in the form of rights of first refusal in favor of Finance Enterprises and its shareholders were intentionally inserted in the Articles of Incorporation of Finance Enterprises. These restrictions have been in place from the inception of Finance Enterprises

3.   As a result of financial problems encountered by Senator Hiram Fong and certain members of his family, the original intent of the founders is being threatened. In order to try to maintain the shares pledged to the predecessor in interest of North Harwood, Finance Enterprises' engaged in discussions with North Harwood to acquire its interests in the debts and the Finance Enterprises shares pledged to secure those debts.

4.   Finance Enterprises did not receive any notice that North Harwood was in negotiations with Kahala CCM or any other entity. Nor did Finance Enterprises receive any notice of the actual sale to Kahala CCM until after the fact. Therefore, Finance Enterprises had no opportunity to match or exceed Kahala CCM's price.

5.   I have been informed that the price paid by Kahala CCM to North Harwood for the debts and interests in the Finance Enterprises notes is substantially less than the price that Kahala CCM bid for them at auction, which consisted almost entirely of credit bidding

6.  If Finance Enterprises is required to pay the bid price of Kahala CCM rather than the price it actually paid to North Harwood, in order to exercise its right of first refusal, a large and inequitable windfall would inure to Kahala CCM at the expense of Finance Enterprises.

DATED: Honolulu, Hawaii, _____January 19, 2007_____

_____
DANIEL B.T. LAU