IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., ET AL.,<br><br>       Defendants. | CIVIL NO. CV-02-00383 SOM BMK<br>(Contract)<br><br>DECLARATION OF REUBEN S.F. WONG |

## DECLARATION OF REUBEN S.F. WONG

REUBEN S.F. WONG, hereby declares:

1. That I am an attorney duly licensed to practice law in all courts in Hawaii and represent Defendant Finance Enterprises, Ltd. ("FE") in the above-captioned case.

2. That I make the following declaration upon personal knowledge and/or a review of the records and files in this case and am competent to testify to all matters set forth herein.

3. Attached to FE's Memorandum In Opposition ("FE's Memorandum") as Exhibit "A" are true and correct copies of pages 1, 11, 12, and 23 of the "Articles of Incorporation" of FE executed on September 22, 1976 by Russell L.

Ching, Jeffrey C. Wilk, and Dorene M. Takenaka, a copy of which Articles is on file at the Department of Commerce and Consumer Affairs, State of Hawaii.

4. Attached to FE's Memorandum as Exhibit "B" is a true and correct copy of a two-page correspondence from Beverly Hiramatsu, Esq. to Reuben Wong, Esq., dated December 29, 2006, wherein Ms. Hiramatsu declined to comply with a subpoena for documents and information sent to her office, as attorneys for N. Harwood Street Partners I, LLP, on the basis that, among other grounds, the information sought was not "relevant".

5. Attached to FE's Memorandum as Exhibits "C" and "D", are true and correct copies of correspondence from FE's counsel to Kahala's counsel, dated January 5, 2007, and January 9, 2007, respectively. The January 5, 2007 correspondence requested that the information requested in Defendant FE's First Request for Production of Documents ("the Request"), served on Kahala on December 26, 2006, be made available as soon as possible. The January 5, 2007 correspondence further noted that the requested information should be readily available within Kahala's files, that time was of the essence, and that FE was willing to pay any copying costs associated with the Request. The January 9, 2007 correspondence renewed FE's January 5, 2007 request that Kahala make the requested information available and requested a status response by January 12, 2007. To date, Kahala has not responded to either letter or the Request.

6.    Attached to FE's Memorandum as Exhibit "E" is a true and correct copy of a Certificate for 413 Shares of Capital Stock in Finance Enterprises, Ltd., issued to "Hiram Leong Fong, Trustee of the Hiram Leong Fong Tev. [sic] Trust Dtd. 3/17/93", dated April 30, 1993.  The subject stock certificate states on its face that "The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation."

I declare under penalty of perjury of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____JAN 1 9 2007_____

Respectfully submitted,

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  Finance Enterprises, Ltd.