IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC., ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

George W. Brandt, Esq.          gbrandt@lbchlaw.com

    (Attorney for Plaintiff
    N. HARWOOD STREET PARTNERS I, L.P.)

Beverly Lynne K. Hiramatsu, Esq.          bhiramatsu@lbchlaw.com
                                                  tkobylanski@lbchlaw.com

    (Attorney for Plaintiff
    N. HARWOOD STREET PARTNERS 1, L.P.)

Robert G. Klein, Esq.          klein@m4law.com
Christopher J. Cole, Esq.      cole@m4law.com, auyoung@m4law.com

    (Attorneys for Substitute Plaintiff
    KAHALA CCM FACTORS, LLC)

| | |
|---|---|
| Ke-Ching Ning, Esq. | ning@nljlaw.com, Katherine@nljlaw.com |
| Michael A. Lilly, Esq. | Michael@nljlaw.com, derrick@nljlaw.com |

    Attorneys for Defendant
    1570 ALEWA LIMITED PARTNERSHIP

David M.K. Lum, Esq.          dmklum@lawcsilc.com

    Attorney for Defendant
    SAI INVESTMENT COMPANY

Harrison P. Chung, Esq.        hpchawaii@msn.com

    Attorney for Defendants
    Hiram Leong Fong aka Hiram L. Fong
    And Hiram L. Fong Sr., Individually And
    As Trustee of the Hiram Leong Fong Revocable
    Trust dated 03/17/93, Ellyn Lo Fong aka Ellyn L. Fong,
    Individually and as Trustee of the Ellyn Lo Fong Revocable
    Trust Dated 03/24/93, Rodney Leong Fong, aka Rodney L.
    Fong and Rodney Fong, Individually an as Trustee for Chelsea
    Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram
    Fong, and Patsy Nakano Fong, aka Patsy N. Fong

    The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of mailing with postage prepaid:

        STEPHEN A. JONES, ESQ.
        707 Richards Street, Suite 700
        Honolulu, Hawaii 96813

        Attorney for Defendant
        1570 Alewa Limited Partnership

TERRANCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendant
Marvin Allan Fong, As Trustee
for the Marvin Allan Fong
Revocable Trust Agreement Dated
05/09/94 and As Receiver for Nathan Allan Fong,
Sandra Y.Y. Au Fong, As Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 05/09/94.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____JAN 1 9 2007_____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  Finance Enterprises, Ltd.