LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG        #638-0
DELWYN H.W. WONG      #7170-0
COLETTE L. HONDA       #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
  FINANCE ENTERPRISES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM BMK |
| | (Contract) |
| Plaintiff, | |
| | AMENDED CERTIFICATE OF |
| vs. | SERVICE |
| | |
| HIRAM L. FONG, ALSO KNOWN | |
| AS HIRAM L. FONG, SR., ET AL., | |
| | |
| Defendants. | |

AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **Defendant Finance Enterprises, Ltd.'s Memorandum In Opposition To Plaintiff Kahala CCM Factors, LLC's Motion For An Order Approving Report Of Commissioner,**



**Confirming The Sale Of Collateral (1,963 Shares Of Stock Of Finance Enterprises, Ltd.) At Public Auction, Filed On December 13, 2006**; Exhibits "A" – "E"; **Declaration Of Daniel Lau; Declaration Of Reuben S.F. Wong; Certificate of Service;** filed on January 19, 2007, was served on the following parties by electronic transmission on January 19, 2007:

George W. Brandt, Esq.          gbrandt@lbchlaw.com

    (Attorney for Plaintiff
    N. HARWOOD STREET PARTNERS I, L.P.)

Beverly Lynne K. Hiramatsu, Esq.          bhiramatsu@lbchlaw.com

    (Attorney for Plaintiff
    N. HARWOOD STREET PARTNERS 1, L.P.)

Robert G. Klein, Esq.          klein@m4law.com
Christopher J. Cole, Esq.      cole@m4law.com, auyoung@m4law.com

    (Attorneys for Substitute Plaintiff
    KAHALA CCM FACTORS, LLC)

Ke-Ching Ning, Esq.          ning@nljlaw.com, Katherine@nljlaw.com
Michael A. Lilly, Esq.        Michael@nljlaw.com

    Attorneys for Defendant
    1570 ALEWA LIMITED PARTNERSHIP

David M.K. Lum, Esq.          dmklum@lawcsilc.com

    Attorney for Defendant
    SAI INVESTMENT COMPANY

Harrison P. Chung, Esq.		hpchawaii@msn.com

> Attorney for Defendants
> Hiram Leong Fong aka Hiram L. Fong
> And Hiram L. Fong Sr., Individually And
> As Trustee of the Hiram Leong Fong Revocable
> Trust dated 03/17/93, Ellyn Lo Fong aka Ellyn L. Fong,
> Individually and as Trustee of the Ellyn Lo Fong Revocable
> Trust Dated 03/24/93, Rodney Leong Fong, aka Rodney L.
> Fong and Rodney Fong, Individually an as Trustee for Chelsea
> Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram
> Fong, and Patsy Nakano Fong, aka Patsy N. Fong

The undersigned hereby certifies that a copy of the **Defendant Finance Enterprises, Ltd.'s Memorandum In Opposition To Plaintiff Kahala CCM Factors, LLC's Motion For An Order Approving Report Of Commissioner, Confirming The Sale Of Collateral (1,963 Shares Of Stock Of Finance Enterprises, Ltd.) At Public Auction, Filed On December 13, 2006**; Exhibits **"A" – "E"; Declaration Of Daniel Lau; Declaration Of Reuben S.F. Wong; Certificate of Service;** filed on January 19, 2007, was served on the following parties at their respective addresses by means of mailing with postage prepaid on January 19, 2007:

> STEPHEN A. JONES, ESQ.
> 707 Richards Street, Suite 700
> Honolulu, Hawaii 96813
>
> Attorney for Defendant
> 1570 Alewa Limited Partnership

3

TERRANCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendant
Marvin Allan Fong, As Trustee
for the Marvin Allan Fong
Revocable Trust Agreement Dated
05/09/94 and As Receiver for Nathan Allan Fong,
Sandra Y.Y. Au Fong, As Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 05/09/94.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____JAN 2 3 2007_____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
 Finance Enterprises, Ltd.

4