JUDITH ANN PAVEY  2173
Suite 907, Century Square
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808)528-5200
Fax:           (808)531-5316
Email:        paveyaallc@aol.com

Attorney for Defendant
 NVC LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM BMK |
| | ) | (Contract) |
| Plaintiff, | ) | |
| | ) | DEFENDANT NVC LIMITED |
| vs. | ) | PARTNERSHIP'S RESPONSE AND |
| | ) | JOINDER IN DEFENDANT 1570 ALEWA |
| HIRAM LEONG FONG, ALSO KNOWN | ) | LIMITED PARTNERSHIP'S |
| AS HIRAM L. FONG, SR., et al., | ) | MEMORANDUM IN RESPONSE TO |
| | ) | PLAINTIFF KAHALA CCM FACTORS, |
| Defendants. | ) | LLC'S MOTION FOR AN ORDER |
| | ) | APPROVING REPORT OF |
| | ) | COMMISSIONER AND CONFIRMING |
| | ) | THE SALE OF COLLATERAL (1,963 |
| | ) | SHARES OF STOCK IN FINANCE |
| | ) | ENTERPRISES, LTD.) AT PUBLIC |
| | ) | AUCTION FILED DECEMBER 12, 2006; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Hearing Date: February 6, 2007 |
| | ) | Time:          10:30 a.m. |
| | ) | Judge:         Hon. Susan Oki Mollway |
| | ) | |

DEFENDANT NVC LIMITED PARTNERSHIP'S RESPONSE AND
JOINDER IN DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S
MEMORANDUM IN RESPONSE TO PLAINTIFF KAHALA CCM FACTORS,
LLC'S MOTION FOR AN ORDER APPROVING REPORT OF
COMMISSIONER AND CONFIRMING THE SALE OF
COLLATERAL (1,963 SHARES OF STOCK IN FINANCE
ENTERPRISES, LTD.) AT PUBLIC AUCTION FILED DECEMBER 12, 2006

      Defendant NVC Limited Partnership owns a substantial percentage of the shares in Finance Enterprises (hereinafter "FE") and strongly opposes FE management's decision to attempt to obstruct the sale of these, and probably other blocks, of stock. FE's opposition is adverse to the interest of the shareholders, including NVC Limited Partnership. Aside from the fact that FE management has not indicated whether it even intends to exercise a right of first refusal, it's conduct vis a vis NVC Limited Partnership and other significant shareholders has been egregious, in bad faith, and in clear violation of its fiduciary duty to the shareholders to such an extent that it should not be permitted to exercise any right of first refusal. NVC Limited partnership is prepared to present evidence of the bad conduct if the Court so directs. NVC Limited Partnership's best interest is served if the sale is confirmed expeditiously. NVC Limited Partnership incorporates herein by reference the response filed by Defendant 1570 Alewa Limited Partnership.

      DATED: Honolulu, Hawaii, _____JAN 2 4 2007_____.

 

                                          _____  
                                          JUDITH ANN PAVEY  
                                          Attorney for Defendant  
                                          NVC LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM BMK |
| | ) | (Contract) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HIRAM LEONG FONG, ALSO KNOWN | ) | |
| AS HIRAM L. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of hand-delivery:

    GEORGE W. BRANDT, ESQ.
    BEVERLY LYNNE K. HIRAMATSU, ESQ.
    1800 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii  96813

    Attorneys for Plaintiff
     N. HARWOOD STREET PARTNERS I, L.P.

    ROBERT G. KLEIN, ESQ.
    CHRISTOPHER J. COLE, ESQ.
    4th Floor, Five Waterfront Plaza
    500 Ala Moana Boulevard
    Honolulu, Hawaii  96813

    Attorneys for Substitute Plaintiff
     KAHALA CCM FACTORS, LLC

STEPHEN A. JONES, ESQ.
KE-CHING NING, ESQ.
MICHAEL A. LILY, ESQ.
707 Richards Street
Suite 700
Honolulu, Hawaii 96813

Attorneys for Defendant
 1570 ALEWA LIMITED PARTNERSHIP

STEVEN L. CHING, ESQ.
DAVID M.K. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
850 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
 SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall
Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants
 HIRAM LEONG FONG aka HIRAM L. FONG and
 HIRAM L. FONG, SR., Individually and as Trustee of
 the Hiram Leong Fong Revocable Trust dated 03/17/93,
 ELLYN LO FONG aka ELLYN L. FONG, Individually and
 as Trustee of Ellyn Lo Fong Revocable Trust dated 03/24/93,
 RODNEY LEONG FONG, aka RODNEY L. FONG and
 RODNEY FONG, Individually and as Trustee for Chelsea Tree
 Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong,
 and PATSY NAKANO FONG, aka PATSY N. FONG

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Law Offices of Reuben S.F. Wong
1006 Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
 FINANCE ENTERPRISES, LTD.

TERRANCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
1900 Makai Tower
Pacific Guardian Center
733 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
 MARVIN ALLAN FONG, as Trustee for the
 Marvin Allan Fong Revocable Trust Agreement
 dated 05/09/94 and as Receiver for Nathan Allan Fong,
 Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au
 Fong Revocable Trust Agreement dated 05/09/94

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____JAN 2 4 2007_____.

_____
JUDITH ANN PAVEY
Attorney for Defendant
NVC LIMITED PARTNERSHIP

3