LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT   1181-0
BEVERLY LYNNE K. HIRAMATSU  1772-0
EDQUON LEE   3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-7030
Facsimile:  (808) 533-3011
E-mail:   gbrandt@lbchlaw.com
          bhiramatsu@lbchlaw.com
          elee@lbchlaw.com



Attorneys for
N. HARWOOD STREET PARTNERS I, L.P.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re: | ) | Case No. 05-04104 |
| | ) | (Chapter 7) |
| RODNEY LEONG FONG and | ) | |
| PATSY NAKANO FONG, | ) | ORDER GRANTING SECURED |
| | ) | CREDITOR N. HARWOOD STREET |
| Debtors. | ) | PARTNERS I, L.P.'S MOTION TO |
| | ) | MODIFY STAY TO PERMIT |
| | ) | PROSECUTION OF CLAIMS FOR |
| N. HARWOOD STREET | ) | FORECLOSURE OF SECURITY |
| PARTNERS I, L.P., | ) | INTEREST IN DEBTORS' |
| | ) | PROPERTY IN PENDING SUIT: |
| Plaintiff, | ) | 11 U.S.C. § 362(d) FILED ON |
| | ) | JANUARY 5, 2006; NOTICE LIST |
| vs. | ) | |
| | ) | DOCKET ENTRY 16 |

14755/Pleadings/Bankruptcy-Rodney and Patsy

EXHIBIT " 9 "

| | |
|---|---|
| RODNEY LEONG FONG and PATSY NAKANO FONG,<br><br>          Defendants. | Hearing:<br>   Date: February 1, 2006<br>   Time: 1:30 p.m.<br>   Judge: Honorable Robert J. Faris |

ORDER GRANTING SECURED CREDITOR N. HARWOOD STREET PARTNERS I, L.P.'S MOTION TO MODIFY STAY TO PERMIT PROSECUTION OF CLAIMS FOR FORECLOSURE OF SECURITY INTEREST IN DEBTORS' PROPERTY IN PENDING SUIT: 11 U.S.C. § 362(d) FILED ON JANUARY 5, 2006

Movant N. HARWOOD STREET PARTNERS I, L.P., having filed a Motion to Modify Stay to Permit Prosecution of Claims for Foreclosure of Security Interest in Debtors' Property in Pending Suit 11 U.S.C. § 362(d) on January 5, 2006, and no written objection being filed thereto, and the Court having reviewed all memoranda submitted and being apprised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is hereby modified so as to permit Movant to foreclose on its security interest in 1,092 shares of stock in Finance Enterprises, Ltd. ("FEL") (as well as on shares of FEL which are owned by others,) which Co-Debtor Rodney Leong Fong had pledged to secure the repayment of a loan made by Debtors' in the case entitled N. Harwood Street Partners I, L.P. v. Fong, et al., Civil No. CV 02-00383, in the U.S. District Court for the District of Hawaii and to permit Movant to foreclose on other FEL Stock in which Debtors have a contingent right of first

refusal. There shall be no deficiency judgment without further order of the Bankruptcy Court.

DATED: Honolulu, Hawaii, _____ APR 1 3 2006 _____.

_____
U.S. BANKRUPTCY JUDGE

---

In re: Rodney Leong Fong and Patsy Nakano Fong, Debtors, Case No. 05-04104, United States Bankruptcy Court for the District of Hawaii, N. Harwood Street Partners I, L.P. v. Rodney Leong Fong and Patsy Nakano Fong, ORDER GRANTING SECURED CREDITOR N. HARWOOD STREET PARTNERS I, L.P.'S MOTION TO MODIFY STAY TO PERMIT PROSECUTION OF CLAIMS FOR FORECLOSURE OF SECURITY INTEREST IN DEBTORS' PROPERTY IN PENDING SUIT: 11 U.S.C. § 362(d) FILED ON JANUARY 5, 2006

NOTICE LIST

MARY LOU WOO
91-590 Farrington Highway #210 Unit 303
Kapolei, Hawaii 96707
    Trustee

OFFICE OF THE U.S. TRUSTEE
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813-2830
    U.S. Trustee

RODNEY LEONG FONG
47-351 Pulama Road
Kaneohe, Hawaii 96744
    Debtor

PATSY NAKANO FONG
47-351 Pulama Road
Kaneohe, Hawaii 96744
    Joint Debtor

HARRISON P. CHUNG
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813-2711
    Attorney for Debtors
        RODNEY LEONG FONG and PATSY
        NAKANO FONG

HN044

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 05-04104

Chapter 7

In re:

Rodney Leong Fong
47-351 Pulama Road
Kaneohe, HI 96744

Social Security No.:
xxx-xx-4188

Employer's Tax I.D. No.:

Patsy Nakano Fong
47-351 Pulama Road
Kaneohe, HI 96744

xxx-xx-3172

## NOTICE OF ENTRY OF ORDER OR JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

Order Granting Motion For Relief From Automatic Stay(N. Harwood Street Partners I, L.P.) (Related Doc # [16]) . Date of Entry: 4/13/2006. (FJ, )

The original order or judgment is on file at the Clerk's Office of this court. The document may be viewed at the bankruptcy court and is available for viewing on the Internet by using Pacer for a fee. Information on the PACER system can be found on the court's web page: www.hib.uscourts.gov

Date: April 13, 2006

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250L
Honolulu, HI 96813

Telephone number: (808) 522-8100

Clerk of the Bankruptcy Court:

**Mark Van Allsburg**