

LYONS, BRANDT, COOK & HIRAMATSU
Attorneys at Law
A Law Corporation

GEORGE W. BRANDT   1181-0
BEVERLY LYNNE K. HIRAMATSU   1772-0
EDQUON LEE   3845-0
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-7030
Facsimile: (808) 533-3011
E-mail: gbrandt@lbchlaw.com
        bhiramatsu@lbchlaw.com
        elee@lbchlaw.com

Attorneys for
N. HARWOOD STREET PARTNERS I, L.P.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>HIRAM LEONG FONG and ELLYN LO FONG,<br><br>    Debtors.<br>_____<br><br>N. HARWOOD STREET PARTNERS I, L.P.,<br><br>    Plaintiff,<br><br>vs. | Case No. 03-00674 (RJF)<br>(Chapter 7)<br><br>ORDER GRANTING SECURED CREDITOR N. HARWOOD STREET PARTNERS I, L.P.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT PROSECUTION OF CLAIMS FOR FORECLOSURE OF SECURITY INTEREST IN CO-DEBTOR ELLYN FONG'S PROPERTY IN PENDING SUIT: 11 U.S.C. § 362(d) FILED ON MAY 21, 2004 |

14755 ORDER 01 PEL

EXHIBIT "10"

| | |
|---|---|
| HIRAM LEONG FONG and ELLYN LO FONG, <br><br> Defendants. | Hearing: <br> Date: June 16, 2004 <br> Time: 1:30 p.m. <br> Judge: Honorable Robert J. Faris |

ORDER GRANTING SECURED CREDITOR
N. HARWOOD STREET PARTNERS I, L.P.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY
TO PERMIT PROSECUTION OF CLAIMS FOR
FORECLOSURE OF SECURITY INTEREST IN CO-
DEBTOR ELLYN FONG'S PROPERTY IN PENDING
SUIT: 11 U.S.C. § 362(d) FILED ON MAY 21, 2004

Movant N. HARWOOD STREET PARTNERS I, L.P., having filed a Motion for Relief from Automatic Stay to Permit Prosecution of Claims for Foreclosure of Security Interest in Co-Debtor Ellyn Fong's Property in Pending Suit 11 U.S.C. § 362(d) filed on May 21, 2004, and no written objection being filed thereto, and the Court having reviewed all memoranda submitted and being apprised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay is hereby modified so as to permit Movant to foreclose on its security interest in 241 shares of stock in Finance Enterprises, Ltd. which

Co-Debtor Ellyn Lo Fong, as trustee of the Ellyn Lo Fong Revocable Trust, had pledged to secure the repayment of one of the loans made by Fong, Sr. *No deficiency Judgment shall be entered against Debtors without further order from this court.*

DATED: Honolulu, Hawaii, _____JUL 2004_____.

_____
U.S. BANKRUPTCY JUDGE

---

In re: Hiram Leong Fong and Ellyn Lo Fong, Debtors, Case No. 03-00674 (RJF), United States Bankrupcy Court for the District of Hawaii, N. Harwood Street Partners I, L.P. v. Hiram Leong Fong and Ellyn Lo Fong, ORDER GRANTING SECURED CREDITOR N. HARWOOD STREET PARTNERS I, L.P.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT PROSECUTION OF CLAIMS FOR FORECLOSURE OF SECURITY INTEREST IN CO-DEBTOR ELLYN FONG'S PROPERTY IN PENDING SUIT: 11 U.S.C. § 362(d) FILED ON MAY 21, 2004

HN044

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 03-00674

Chapter 7

In re:

Hiram Leong Fong
1102 ALEWA DR.
HONOLULU, HI 96817

Ellyn Lo Fong
1102 ALEWA DR.
HONOLULU, HI 96817

Social Security No.:
xxx-xx-3584

xxx-xx-6785

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER OR JUDGMENT

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

Order Granting Motion For Relief From Automatic Stay to Permit Prosecution of Claims for Foreclosure of Security Interest in Co-Debtor Ellyn Fong's Property in Pending Suit (Related Doc # [308]). Date of Entry: 7/9/2004. (DM, )

The original order or judgment is on file at the Clerk's Office of this court. The document may be viewed at the bankruptcy court and is available for viewing on the Internet by using Pacer for a fee. Information on the PACER system can be found on the court's web page: **www.hib.uscourts.gov**

Date: July 9, 2004

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250L
Honolulu, HI 96813

Clerk of the Bankruptcy Court:

**Mark Van Allsburg**

Telephone number: (808) 522-8100