Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys At Law
A Law Corporation

PAUL ALSTON           1126-0
WILLIAM S. HUNT       1259-0
ALSTON HUNT FLOYD & ING
18th Floor, Pacific Tower
1001 Bishop Street
Honolulu, Hawai'i 96813
Telephone: (808) 524-1800
lawyers@ahfi.com

Attorneys for Creditors JOEL N. PAHK,
DANIEL N. PAHK and ISAAC N. PAHK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| In re | CASE NO. 01-00242 |
| | (Chapter 7) |
| Hiram L. Fong, Jr. | |
| | **ORDER GRANTING** |
| Debtor. | **N. HARWOOD STREET** |
| | **PARTNERS I, L.P.'S MOTION** |
| | **FOR RELIEF** |

**ORDER GRANTING N. HARWOOD STREET PARTNERS I, L.P.'S MOTION FOR RELIEF**

N. Harwood Street Partners I, L.P. ("Harwood") filed a motion for relief ("the proceeding") on October 21, 2002, seeking relief from the automatic stay to foreclose on 630 shares of stock in

214449/1338-5

EXHIBIT "11"

Finance Enterprises, Ltd. which the above debtor pledged as security for certain loans made to Hiram Fong Sr. The proceeding came before the Court on December 20, 2002 at 10:00 a.m. Paul Alston appeared for creditors Joel N. Pahk, Daniel N. Pahk, and Isaac N. Pahk. Beverly Hiramatsu appeared for N. Harwood Street Partners I, L.P. ("Harwood"). Harrison P. Chung appeared for Senator Hiram Fong's Plantation and Gardens Inc. The parties announced the following agreement to the Court:

    1.    N. Harwood Street Partners I, L.P.'s Motion for Relief is granted for the limited purpose of foreclosing on and liquidating the 630 shares of Finance Enterprise Ltd. stock ("the Stock") held by Hiram Fong Jr. In addition, N. Harwood Street Partners I, L.P. may proceed to foreclose on its security interest in the Ellyn Fong and Rodney Fong stock in Finance Enterprises, Inc. and to name Hiram Fong Jr. as a defendant in its U.S. District Court suit as a stockholder with a contingent right to purchase Finance Enterprise stock held by Ellyn Fong and Rodney Fong.

    2.    The gross proceeds of the sale of the Stock, minus the reasonable costs and fees incurred in liquidation, shall be

be deposited into an interest-bearing account at a federally insured bank in Hawai'i which is selected by Harwood's counsel. The funds shall remain in the account until such time as the Court enters an order directing distribution of the proceeds.

3. Upon final distribution of the proceeds, Harwood shall be reimbursed the reasonable expenses of establishing and maintaining the account.

4. The court will have jurisdiction to consider any disputes which may arise regarding the fees, costs, and expenses referred to above.

5. The Trustee will promptly initiate an adversary proceeding for the purpose of determining whether the Trustee or Harwood is entitled to the net proceeds from the liquidation of the Stock.

Dated: Honolulu, Hawai'i _____ JAN 0 7 2003 _____.

ROBERT J. FARIS

_____
United States Bankruptcy Judge

---

*In re Hiram L. Fong, Jr.*, Case No. 01-00242, United States Bankruptcy Court for the District of Hawaii; **Order Granting N. Harwood Street Partners I, L.P.'s Motion for Relief**

214449/1338-5                                   3

APPROVED AS TO FORM:

_____
ENVER W. PAINTER, JR. LLC.

_____
SUSAN TIUS
Attorney for Chapter 7 Trustee
MARY LOU WOO

_____
BEVERLY LYNNE K. HIRAMATSU
Attorney for N. HARWOOD
STREET PARTNERS I, L.P.

_____
HARRISON P. CHUNG
Attorney for SENATOR HIRAM
FONG'S PLANTATION AND
GARDENS, INC.

---

*In re Hiram L. Fong, Jr.*, Case No. 01-00242, United States Bankruptcy Court for the District of Hawaii; **Order Granting N. Harwood Street Partners I, L.P.'s Motion for Relief**

214449/1338-5                                      4