McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN           #1192-0
CHRISTOPHER J. COLE       #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>ORDER GRANTING PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER SETTING DEADLINE FOR ANY INTERESTED PARTY TO SHOW CAUSE WHY KAHALA CCM FACTORS, LLC IS ALLEGEDLY NOT ENTITLED TO CREDIT BID ON THE COLLATERAL IN THE AMOUNTS SET BY THE EXPRESS TERMS OF THE FORECLOSURE DECREES, FILED ON OCTOBER 24, 2006<br><br>DATE:   October 27, 2006<br>TIME:   2:30 p.m.<br>JUDGE:  Barry M. Kurren |

56564/148951.1

EXHIBIT " 12 "

ORDER GRANTING PLAINTIFF KAHALA CCM FACTORS,
LLC'S MOTION FOR AN ORDER SETTING DEADLINE FOR ANY
INTERESTED PARTY TO SHOW CAUSE WHY KAHALA CCM
FACTORS, LLC IS ALLEGEDLY NOT ENTITLED TO CREDIT BID
ON THE COLLATERAL IN THE AMOUNTS SET BY THE EXPRESS
TERMS OF THE FORECLOSURE DECREES, FILED ON OCTOBER 24, 2006

Plaintiff Kahala CCM Factors, LLC's Motion for an Order Setting Deadline for Any Interested Party to Show Cause Why Kahala CCM Factors, LLC is Allegedly Not Entitled to Credit Bid on the Collateral in the Amounts Set by the Express Terms of the Foreclosure Decrees, filed on October 24, 2006 came on for status conference before The Honorable Magistrate Judge Barry M. Kurren on October 27, 2006 at 2:30 p.m., with Robert G. Klein, Esq. and Christopher J. Cole, Esq. appearing for the Plaintiff Kahala CCM Factors, LLC ("Kahala CCM"), with Jeffrey Daniel Lau, Esq. appearing on behalf of Defendants Finance Enterprises, Ltd., et al.; and Jay T. Suemori, the Commissioner, also present. The Court, having reviewed the motion and all of the papers filed by the parties in connection therewith, having held discussions with counsel at the status conference, and being fully advised in the premises, for good cause shown hereby ORDERS, ADJUDICATES AND DECREES that the motion is GRANTED.

The auction scheduled for November 1, 2006 at noon of the collateral consisting of 1,963 shares of stock in Finance Enterprises, Ltd. shall proceed as scheduled on three separate lots. Kahala CCM shall be entitled to credit bid on

said collateral, with credits allowed to Kahala CCM on account of principal and per diem interest through November 1, 2006, in the following amounts:

Lot #1:  **1,092 shares** of Finance Enterprises, Ltd. (2/3/04 Judgment)

| | |
|---|---:|
| Judgment amount: | $536,752.83 |
| Add per diem interest @$349.75 x 1,023 days | 357,794.25 |
| Total Principal & Interest Credit: | **$894,547.08**, |

Lot #2:  **630 shares** of Finance Enterprises, Ltd. (12/1/04 Judgment, 1/26 note)

| | |
|---|---:|
| Judgment amount (1/26 note): | $821,280.33 |
| Add per diem interest @$346.17 x 775 days | 268,281.75 |
| Total Principal & Interest Credit (1/26 note): | **$1,089,562.08**, and |

Lot #3:  **241 shares** of Finance Enterprises, Ltd. (12/1/04 Judgment, 1/27 note)

| | |
|---|---:|
| Judgment amount (1/27 note): | $218,185.01 |
| Add per diem interest @$91.03 x 775 days | 70,548.25 |
| Total Principal & Interest Credit (1/27 note): | **$288,733.26**, |

plus late charges, per diem interest accruing after November 1, 2006, attorneys' fees and such other and further amounts as are proper and allowed by the Court until the closing of the sale pursuant to this Court's prior judgments filed herein on February 3, 2004 and December 1, 2004.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 3, 2006

APPROVED AS TO FORM:

/s/ Jeffrey Daniel Lau
JEFFREY D. LAU

Attorney for Defendants
Finance Enterprises, Ltd., et al.

/s/ Jay T. Suemori
JAY T. SUEMORI

Commissioner

Kahala CCM Factors, LLC v. Hiram L. Fong, et al.; Civil No. CV 02-00383 SOM/BMK; Order Granting Kahala CCM Factors, LLC's Motion for an Order Setting Deadline for Any Interested Party to Show Cause Why Kahala CCM Factors, LLC is Allegedly Not Entitled to Credit Bid on the Collateral in the Amounts Set By the Express Terms of the Foreclosure Decrees, Filed on October 24, 2000