REINWALD O'CONNOR & PLAYDON LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN   3107-0
Pacific Guardian Center
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
jkg@roplaw.com

Attorney for Chapter 7 Trustee
RONALD K. KOTOSHIRODO

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 03-00674 |
|---|---|
| HIRAM LEONG FONG, SR. and ELLYN LO FONG, | (Chapter 7) |
|  | (Non-Hearing Motion) |
| Debtor. | Judge: Honorable Robert J. Faris |

**EX PARTE MOTION FOR RULE 2004 EXAMINATION
AND REQUEST FOR PRODUCTION OF DOCUMENT
FROM FINANCE ENTERPRISES, LTD.**

Ronald K. Kotoshirodo, the Chapter 7 Trustee of the Estate of Hiram Leong Fong, Sr. and Ellyn Lo Fong, by and through the undersigned counsel, respectfully moves ex parte for an Order under Rules 2004(c) and 9016, F.R.Bk.P. directed to Finance Enterprises, Ltd. to produce the records and things described in

EXHIBIT "14"

181501

the accompanying Declaration of Jerrold K. Guben, at the place and time set forth below:

| Place | Date & Time |
|---|---|
| Reinwald O'Connor & Playdon<br>Pacific Guardian Center<br>Makai Tower, Suite 2400<br>733 Bishop Street<br>Honolulu, HI 96813 | December 11, 2006<br>at 9:30 a.m. |

Rule 2004(a) and (c), F.R.Bk.P. provides:

(a) Examination on Motion. On motion of any party in interest, the court may order the examination of an entity.

\* \* \*

(c) Compelling Attendance and Production of Documentary Evidence. The attendance of an entity for examination and the production of documentary evidence may be compelled in the manner provided in Rule 9016 for the attendance of witnesses at a hearing or trial.

A motion for Rule 2004 subdivision (a) "may be heard *ex parte* or it may be heard on a notice of Advisory Committee Note to Rule 2004 subdivision (a).

The proposed deponent has relevant and discoverable documents necessary to facilitate a *bona fide* sale of the Finance Enterprises, Ltd. ("FE") shares for the benefit of the Estate and its creditors.

The Trustee has a legal and/or equitable interest in 2789 shares of Finance Enterprises, Ltd. stock, even though this Court has granted secured

2

creditors' relief from the automatic stay, the Estate retains an interest in the proceeds from the sale of those shares.

The Trustee needs the requested documents and the right to disseminate the documents identified in Exhibit A, subject to the Confidentiality Agreement, see Exhibit B, to third parties who may be prospective purchasers of the FE stock because the Trustee needs a bona fide offer from a third party to initiate the "right of first refusal" in favor of the corporation and the shareholders.

The Trustee is in the process of soliciting offers to sell the Estate's FE shares. After the Trustee receives a third-party offer for the Estate's FE shares, the Trustee must first offer the Corporation the opportunity to purchase the shares at the offered price. If the Corporation declines to exercise its right of first refusal, the third-party offer must then be submitted to the FE shareholders.

Only if both the Company AND the FE shareholders decline to exercise their right of first refusal, can the Trustee sell its stock to the original third-party offeror.

To get a reasonable third-party offer and initiate the right of first refusal process, the Trustee requires the financial information listed on Exhibit A to assist the third-party purchasers in making a reasonable offer for the Estate's FE shares and complete their "due diligence".

Trustee respectfully requests an Order for the examination of Finance Enterprises, Ltd. and to schedule the deposition for the time and place set out above and to compel the attendance of the representative of the Finance Enterprises, Ltd. and direct that the materials identified in Exhibit A be produced.

As Exhibit B, the Trustee has prepared a Confidentiality Agreement, which the Trustee will require all parties who are to receive the requested documents during "due diligence" process, sign said Agreement to protect the confidential information.

This Ex Parte Motion is based on Rules 2004 and 9016, F.R.Bk.P., the Declaration of Jerrold K. Guben and the files and pleadings in this matter.

DATED: Honolulu, Hawaii, November 22, 2006.

/s/ Jerrold K. Guben
JERROLD K. GUBEN
Attorney for Chapter 7 Trustee
RONALD K. KOTOSHIRODO

REINWALD O'CONNOR & PLAYDON LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN   3107-0
Makai Tower, 24th Floor
733 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-8350
jkg@roplaw.com

Attorney for Chapter 7 Trustee
RONALD K. KOTOSHIRODO

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 03-00674 (Chapter 7) |
|---|---|
| HIRAM LEONG FONG, SR. and ELLYN LO FONG, | (Non-Hearing Motion) |
| Debtor. | Judge: Honorable Robert J. Faris |

**DECLARATION OF JERROLD K. GUBEN**

I, Jerrold K. Guben, hereby declare as follows:

1. I am the attorney for Ronald K. Kotoshirodo, the Trustee of the Estate of Hiram L. Fong, Sr. and Ellyn Lo Fong, and submit this Declaration in support of the Trustee's Ex Parte Motion for Rule 2004 Examination and Request for Production of Document from Finance Enterprises, Ltd. ("Finance Enterprises").

2. At the time of the filing of the petition for relief, the Estate held legal and/or equitable interests of 2,789 shares of Finance Enterprises, Ltd. ("FE").

3. The Trustee is soliciting offers from third-parties, who will require financial information necessary to complete "due diligence".

4. In order to sell the FE stock in an informed and reasonable manner for the benefit of the Estate and its creditors, the Trustee must provide FE's financial statements to third parties who need the financial information to conduct a "due diligence" study of FE to make a reasonable offer.

5. The Finance Enterprises' shares have a stock transfer restriction that requires the Trustee obtain an offer from a third-party, obtain a bankruptcy court approval of the recommended bid, then submit the court-approved offer to FE to allow the corporation to exercise its right of first refusal, and if the corporation declines to exercise its right of first refusal, then the third-party offer is submitted to the FE's shareholders. To initiate the process, the Trustee must provide the prospective purchasers with information to make an informed decision on the appropriate amount to offer the Trustee for his stock.

6. To protect FE's financial information, the Trustee will require third parties to sign a confidentiality agreement in the form of Exhibit B.

7. The Trustee therefore requests a Rule 2004 Order for FE to produce the last information listed on Exhibit A.

8. This stock is a major asset of the estate, and the estate will be very substantially harmed if the Trustee is not permitted to provide the requisite financial information to interested buyers.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this 22nd of November 2006.

_____
JERROLD K. GUBEN

1. Audited Financial Statements for 2004 and 2005
2. Auditor's Management Report for the 2004 and 2005 Audited Financial Statements
3. The Rent Rolls for the following properties:
    Finance Factors Center
    Union Plaza
    McCandless Building
    Liliha Square
    Makakilo Shopping Center

4. Operating Statements for the above 5 properties
5. A Schedule of Debts, including the following information
    (a) the lender
    (b) the amount of the debt
    (c) pledged properties and collateral securing the loan
    (d) interest rates
    (e) payment terms
6. Ground leases for the properties
7. Appraisals of the Five Properties
8. Shareholder Agreements for FE
9. Joint-ventures and other investments
10. Budget forecasts for 2006 and beyond
11. Any regulatory orders effecting operations
12. Any environmental reports on the properties.

*Exhibit A*

**Ronald K. Kotoshirodo**
ASB Building, Suite 987
1001 Bishop Street
Honolulu, Hawaii 96813

November 21, 2006

Finance Enterprises, Ltd.
1164 Bishop Street
Honolulu, HI 96813

Gentlemen:

**THIS CONFIDENTIALITY AGREEMENT** ("Agreement") by and between Ronald K. Kotoshirodo, as Trustee of the Estate of Hiram Leong Fong, Sr. and Ellyn Lo Fong, Case No. 03-00674, and (the "Trustee") and Finance Enterprises, Ltd. and its affiliated entities, including Finance Factors, Ltd. and Finance Realty, Ltd. ("Finance Enterprises") or the "Information Provider" and the recipient of the information, Other Parties, regarding certain information relating to Finance Enterprises and its entities.

The Trustee, on behalf of, and for the benefit of certain third parties, Other Parties has requested financial and other information from Finance Enterprises. Finance Enterprises is prepared to make available to the Trustee certain information concerning Finance Enterprises, Ltd. As a condition to such information being furnished to the Trustee and Other Parties who may need the information and/or its directors, officers, employees, agents, auditors or advisors, investors, including without limitation, attorneys, accountants, and/or consultants (such directors, officers, employees, agents, auditors and advisors are herein collectively referred to as "Other Parties"), the Trustee and the Other Parties agree to treat any and all information concerning Finance Enterprises that is furnished to the Trustee or its Other Parties by or on behalf of the Information Provider (the "Evaluation Material") in accordance with the provisions of this Agreement.

The Trustee hereby agrees that the Trustee will not disclose any of the items listed on Exhibit A hereto, to any person or entity; provided, however, that any of such Evaluation Material may be disclosed by Trustee and to the Other Parties for the purpose of allowing the other parties to perform their due diligence and analysis to make an offer to purchase the Estate's Finance Enterprises shares. The Trustee will require that all Other Parties who receive the requested information will sign this Confidentiality Agreement as a condition of receiving the requested information.

Upon the written request of the Finance Enterprises, Trustee will deliver to the Information Provider or destroy all documents (and all copies thereof) furnished to Trustee or the Other Parties except for any documents that the Trustee or the Other Parties is required to retain pursuant to internal, retention policies and procedures.

*Exhibit B*

This Agreement sets forth the entire agreement and understanding of the parties hereto, and supersedes all prior agreements and understandings between the parties hereto with respect to the transactions contemplated hereby.

This Agreement shall be governed by and construed in accordance with the laws of the state of Hawaii and the United States Bankruptcy Court. Each party hereto agrees that any action to enforce, interpret or construe any provision of this Agreement will be brought in the state or federal courts of the state of Hawaii and each party further consents to the jurisdiction of such court.

This Agreement may be signed in counterparts via fax, each of which shall be an original and both of which taken together shall constitute a single document

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be duly executed and delivered by their respective officers thereunto duly authorized as of the date first set forth below.

_____
RONALD K. KOTOSHIRODO
Trustee of the Bankruptcy Estate of
HIRAM LEONG FONG and
ELLYN LO FONG


_____
By: _____

Other Party

INFORMATION PROVIDER:

**Finance Enterprises, Ltd.**

By:_____

Name:_____

Title_____

Date:_____


Attachments (Exhibits A and B)

2

## File a Motion:

03-00674 Hiram Leong Fong and Ellyn Lo Fong CASE CONVERTED on 12/18/2003
Type: bk                    Chapter: 7 v              Office: 1 (Honolulu)
Judge: RJF                  Assets: y                 Case Flag: CONVERTED, NODISCH, Assets

## U.S. Bankruptcy Court

## District of Hawaii

Notice of Electronic Filing

The following transaction was received from Guben, Jerrold K. entered on 11/22/2006 at 3:01 PM HST and filed on 11/22/2006
**Case Name:**         Hiram Leong Fong and Ellyn Lo Fong
**Case Number:**       03-00674
**Document Number:** 460

**Docket Text:**
Ex Parte Motion for 2004 Examination *and Request for Production of Document from Finance Enterprises, Ltd.; Declaration of Jerrold K. Guben; Exhibits A and B*. Filed by Jerrold K. Guben on behalf of Ronald K. Kotoshirodo. (Guben, Jerrold)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\Main\Scan\cw_scan\data\users\julie\Fong Rule 2004.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018307671 [Date=11/22/2006] [FileNumber=1344195-0] [202c83a085bc51ed0c9a02fd26cce6ecc6a833498950f006ef8d55bad099992916 ae03bea75d8d7c55ca053db49cf3768834328951d8b5d80c2f327b4421e6ce]]

## 03-00674 Notice will be electronically mailed to:

Keith S. Agena     ksagena@lawcsilc.com

Paul D. Alston     palston@ahfi.com, gpadayhag@ahfi.com;spaupe@ahfi.com

Curtis Ching     USTPRegion15.HI.ECF@usdoj.gov

Harrison P. Chung     bkr@hpclaw.com, hpchawaii@msn.com

William J. Deeley     wjd@deeleykingpang.com, lfw@deeleykingpang.com

Jerrold K. Guben     jkg@roplaw.com, julie@roplaw.com

Stephen A. Jones     brcy@nljlaw.com

https://ecf.hib.uscourts.gov/cgi-bin/Dispatch.pl?367298491301228                    11/22/2006

Dennis W. King     dwk@deeleykingpang.com, mmm@deeleykingpang.com

Ronald K. Kotoshirodo     rkotoshirodo@hawaii.rr.com, kimyoshida@hawaii.rr.com;HI08@ecfcbis.com;rkotoshirodo@ecf.epiqsystems.com

Edquon Lee     elee@lbchlaw.com, kjenkins@lbchlaw.com

Kurt K. Leong     kleong@ollon.com

Ke-Ching Ning     brcy@nljlaw.com

Office of the U.S. Trustee     ustpregion15.hi.ecf@usdoj.gov

Andrew D. Smith     asmith@ahfi.com, tcolman@ahfi.com;llk@ahfi.com

Susan Tius     Stius@rmhawaii.com

Thomas J. Wong     tjwong@dnslwc.com

Theodore D.C. Young     tyoung@cades.com

**03-00674 Notice will not be electronically mailed to:**

Sidney K. Ayabe
1001 Bishop St.
Pauahi Tower, Ste. 2500
Honolulu, HI 96813

Wesley Y.S. Chang
55 Merchant St., Suite 2800
Honolulu, HI 96813

Christopher J. Cole
Five Waterfront Pl., 4th Flr.
500 Ala Moana Blvd.
Honolulu, HI 96813

Howard M.S. Hu
1132 Bishop Street, Suite 301
Honolulu, HI 96813

William S. Hunt
Alston Hunt Floyd & Ing
1001 Bishop St., Fl. 18
Honolulu, HI 96813

Gail M. Kang
Ayabe, Chong, Nishimoto, Sia & Nakamura
Pauahi Tower, Suite 2500
1001 Bishop St.

Honolulu, HI 96813

Robert G. Klein
Five Waterfront Pl., 4th Flr.
500 Ala Moana Blvd.
Honolulu, HI 96813

Gayle J. Lau
Office of The U. S. Trustee
1132 Bishop Street, Suite 602
Honolulu, HI 96813
USTPRegion15.hi.ecf@usdoj.gov

Reinwald O'Connor & Playdon
733 Bishop Street, Suite 2400
Honolulu, HI 96813

Dale H. Schofield
1515 S. W. fifth Avenue, Ste. 1020
Portland, OR 97201

Wesley Tengan
,

Brad Y.C. Wong
55 Merchant St., Suite 2800
Honolulu, HI 96813

Sam K. Yee
Finance Factors
1164 Bishop Street, Suite 498
Honolulu, HI 96813