Jan 19 07 12:19p    Kahala Capital                    8087358450                    p.2

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re  <br>  <br>HIRAM LEONG FONG, SR. and  <br>ELLYN LO FONG,  <br>  <br>Debtor. | ) BK. NO. 03-00674  <br>) (Chapter 7)  <br>)  <br>) DECLARATION OF BRADLEY E.  <br>) SMITH  <br>) |

## DECLARATION OF BRADLEY E. SMITH

1. I am a Member of Kahala CCM Factors, LLC. On September 1, 2006 Kahala Capital CCM purchased various notes, loan documents, and interests from N. Harwood Street Partners I, L.P. including all of N. Harwood Street Partners I, L.P.'s rights and interests under the January 27, 1994 note and January 27, 1994 pledge agreement. Kahala CCM purchased the aforesaid notes, loan documents and interests on and with full knowledge of the Decree of Foreclosure entered in the case of *Kahala CCM Factors LLC v. Fong, et al.*; Civil No. 1:02-cv-00383-SOM-BMK: U.S. District Court for the District of Hawaii.

2. All statements made in this declaration are based on my personal knowledge, unless otherwise expressly stated, and I would be competent to testify on the matters stated herein.

3. I have made all calculations herein personally, and with reference to all relevant loan documents, pledge agreement, and the Decree of Foreclosure. Specifically, I have referenced the loan documents which are attached to Exhibit "5" (First Amended Complaint) which i

55969v2                    1

EXHIBIT "K"

RECEIVED TIME JAN. 19. 12:27PM

s attached to Kahala CCM Factors, LLC's Opposition to the Trustee's Motion to Sell Assets of the Estate Free and Clear of all lien and Encumbrances and Proposed Bidding Instructions ("Kahala CCM's Opposition"). In particular, where necessary, I have referenced, inter alia, the loan document exhibits numbered "27", "28", "31", "32", "33", "34", "35", and "36" attached to Exhibit "5" to Kahala CCM's Opposition, and Exhibit "2" (Pledge Agreement), "3" (Stock Certificate) and Exhibit "9" (Decree of Foreclosure) attached to Kahala CCM's Opposition.

1. Attached to Kahala CCM Factors, LLC's Opposition to the Trustee's Motion to Sell Assets of the Estate Free and Clear of all lien and Encumbrances and Proposed Bidding Instructions as Exhibit "11" is a true and correct copy of a spreadsheet I prepared and that calculates that as of November 1, 2006, the total accrued judgment plus interest on the January 27, 1994 loan was $288,733.26.

2. The spreadsheet calculations on Exhibit "11" also show that as of November 1, 2006, Kahala CCM had incurred $174,646.00 in attorneys' fees prosecuting the foreclosure claims obtained by assignment from N. Harwood Street Partners I, L.P. As of November 1, 2006, Kahala CCM had incurred legal bills in the total amount of $174,646.00 in prosecuting the foreclosure claims obtained by assignment from N. Harwood Street Partners I, L.P.

3. Assuming an allocation of attorneys' fees on a pro-rata per share basis, as of November 1, 2006, the amount of attorneys' fees allocable to the 241 shares equals $21,441.51.

4. Thus, as of November 1, 2006, the total amount of the debt secured by the 241 shares was no less than $310,174.77.

5. At the November 1, 2006 auction, Kahala CCM submitted the successful bid of $307,889.43 for the 241 shares (or approximately $1,277.54 per share).

55969v2                                    2

Jan 19 07 12:19p    Kahala Capital                              58450              p.4

6. Because Kahala CCM's credit bid of $307,889.43 was less than the amount of $310,174.77 owed to it, as of November 1, 2006, under the terms of the Decree of Foreclosure, there was no surplus from the foreclosure sale over the debt owed to Kahala CCM, and the Estate has no property interest in the 241 shares.

7. Additionally, after November 1, 2006, Kahala CCM continues to incur substantial attorneys' fees and expenses related to the foreclosure of the 241 shares which fees and expenses continue to increase the amount of indebtedness secured by the 241 shares above the $310,174.77 owed to it, as of November 1, 2006.

8. In fact, as shown on the spreadsheet attached as Exhibit "12", as of December 31, 2006, Kahala CCM had incurred $218,403.06 in attorneys' fees prosecuting the foreclosure claims obtained by assignment from N. Harwood Street Partners I, L.P. As of December 31, 2006, Kahala CCM had incurred legal bills in the total amount of $218,403.06 in prosecuting the foreclosure claims obtained by assignment from N. Harwood Street Partners I, L.P.

9. Assuming an allocation of attorneys' fees on a pro-rata per share basis, as of December 31, 2006, the amount of attorneys' fees allocable to the 241 shares equals $26,813.62.

Jan 19 07 12:19p    Kahala Capital                    8087358450                p.5

10. Due to the additional continuing attorneys' fees and per diem interest accruals, as of December 31, 2006, the total amount of the indebtedness secured by the 241 shares was no less than $321,008.68. This amount will continue to increase as additional attorneys' fees are being incurred.

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed: Honolulu, Hawaii, _____1-19-2007_____.

_____
BRADLEY E. SMITH

55969v2                                4

# EXHIBIT "12"

Kahala CCM Finance Enterprises Credit Bid Analysis - Dec 31 06

| | Face Amount per Aug 15 Summary of Claims | Court Judgement | Judgement Day Interest Calculation | Days Since Judgement To Dec 31 | Per Diem Interest | Court Judgement+Interest Accrued Thru Dec 31 | Legal Fees | Total Claim | FE Shares Pledged | Kahala CCM Nov 1 Credit Bid Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| H Fong #1 Jan-27-94 Note | 197,661.89 | 218,185.01 | 17-Sep-04 | 835 | 91.03 | 294,195.06 | 26,813.62 | 321,008.68 | 241 | 307,888.34 |
| | | | | | | | 70,093.70 | | 630 | |
| | | | | | | | 121,495.74 | | 1,092 | |
| | | | | | | | 218,403.06 | | 1,963 | |
| Accrued To: | 31-Dec-06 | | | | | | | | | |
| Legal Bill-BH | 99,645.00 | | | | | | | | | |
| Legal Bill-4M | 118,757.06 (thru Dec 31 06) | | | | | | | | | |
| Total Legal Invoices | 218,403.06 | | | | | | | | | |
| Current Claim/Share | 1,331.99 | | | | | | | | | |
| Nov 1 Credit Bid/Share | 1,277.55 | | | | | | | | | |

RECEIVED TIME    JAN. 19.    12:27PM