IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on January 26, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.        gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.       bhiramatsu@lbchlaw.com

Attorneys for Former Plaintiff
N. Harwood Street Partners I, L.P.

56564/154399.1

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                     kleong@ollon.com

Attorneys for Finance Enterprises, Ltd.,
et al.


KE-CHING NING, ESQ.                     ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.                  michael@nljlaw.com

Attorneys for Defendant
1570 Alewa Limited Partnership


STEVEN L. CHING, ESQ.
DAVID M. K. LUM, ESQ.                   ksagena@lawcsilc.com

Attorneys for Defendant
SAI Investment Company


HARRISON P. CHUNG, ESQ.                 hpchawaii@msn.com

Attorney for Defendants Hiram Leong Fong,
aka Hiram L. Fong and Hiram L. Fong, Sr.,
Individually and as Trustee of the Hiram
Leong Fong Revocable Trust dated 3/17/93,
Ellyn Lo Fong, aka Ellyn L. Fong,
Individually and as Trustee of the Ellyn Lo
Fong Revocable Trust Dated 3/24/93,
Rodney Leong Fong, aka Rodney L. Fong
and Rodney Fong, Individually and as
Trustee for Chelsea Tree Fong, Forest Wind
Fong, Shama Rain Fong and Ski Hiram
Fong, Patsy Nakano Fong, aka Patsy N.
Fong, and Hiram L. Fong, Jr., Individually
and as Trustee for Jennifer Fong and Janna
Fong Under the Hawaii Uniform Gift to
Minors Act

    JERROLD K. GUBEN, ESQ.               jkg@roplaw.com

Attorney for Defendant
Ronald Kotoshirodo


    TERENCE J. O'TOOLE, ESQ.
    STEPHANIE E.W. THOMPSON, ESQ.    sthompson@starnlaw.com

Attorneys for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94


**Served via Hand Delivery:**

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii  96813

Attorneys for Defendant
Finance Enterprises, Ltd.


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii  96813

Attorney for Defendant
NVC Limited Partnership

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____JAN 2 6 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC