McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>CERTIFICATE OF SERVICE RE: PLAINTIFF KAHALA CCM FACTORS, LLC'S OBJECTIONS TO DEFENDANT FINANCE ENTERPRISES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KAHALA CCM FACTORS, LLC |

CERTIFICATE OF SERVICE

The undersigned hereby certify that a copy of Plaintiff Kahala CCM Factors, LLC's Objections to Defendant Finance Enterprises, Inc.'s First Request for Production of Documents to Plaintiff Kahala CCM Factors, LLC was duly served upon the following persons by mailing said copy, postage prepaid, first class in a

56564/153625.2

United States post office in Honolulu, Hawaii, on _____JAN 2 9 2007_____,

addressed as set forth below:

>GEORGE W. BRANDT, ESQ.
>BEVERLY HIRAMATSU, ESQ.
>Lyons Brandt Cook & Hiramatsu
>Davies Pacific Center
>841 Bishop Street, Suite 1800
>Honolulu, Hawaii  96813
>
>Attorneys for Former Plaintiff
>N. Harwood Street Partners I, L.P.
>
>
>JEFFREY DANIEL LAU, ESQ.
>KURT K. LEONG, ESQ.
>Oliver Lau Lawhn Ogawa & Nakamura
>Ocean View Center
>707 Richards Street, Suite 600
>Honolulu, Hawaii  96813
>
>Attorneys for Certain Defendants
>
>
>KE-CHING NING, ESQ.
>STEPHEN A. JONES, ESQ.
>MICHAEL A. LILLY, ESQ.
>Ning, Lilly & Jones
>Ocean View Center
>707 Richards Street, Suite 700
>Honolulu, Hawaii  96813
>
>Attorneys for Defendant
>1570 Alewa Limited Partnership

STEVEN L. CHING, ESQ.
DAVID M.K. LUM, ESQ.
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96813

Attorneys for Defendant
SAI Investment Company


HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong

TERENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as
Receiver for Nathan Allan Fong,
Sandra Y.Y. Au Fong, as Trustee of
the Sandra Y.Y. Au Fong Revocable
Trust Agreement Dated 5/9/94


REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813

Attorneys for Defendant
Finance Enterprises, Ltd.


JERROLD K. GUBEN, ESQ.
Reinwald O'Connor & Playdon
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

Attorney for Defendant
Ronald Kotoshirodo

JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813

Attorney for Defendant
NVC Limited Partnership


JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____JAN 2 9 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC