9515
LAW OFFICES OF REUBEN S.F. WONG

| | |
|---|---|
| REUBEN S.F. WONG | #638-0 |
| DELWYN H.W. WONG | #7170-0 |
| COLETTE L. HONDA | #7597-0 |

Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2007

at 7 o'clock and 34 min. A M
SUE BEITIA, CLERK

Attorneys for Defendant
 FINANCE ENTERPRISES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM BMK |
|  | (Contract) |
| Plaintiff, |  |
|  | DEFENDANT FINANCE |
| vs. | ENTERPRISES, LTD.'S MOTION TO |
|  | COMPEL DISCOVERY FROM |
| HIRAM L. FONG, ALSO KNOWN | PLAINTIFF KAHALA CCM FACTORS |
| AS HIRAM L. FONG, SR., ET AL., |  |
|  |  |
| Defendants. |  |

ORIGINAL

DEFENDANT FINANCE ENTERPRISES, LTD.'S MOTION
TO COMPEL DISCOVERY FROM PLAINTIFF KAHALA CCM FACTORS

Defendant Finance Enterprises, Ltd, (hereinafter "Defendant" or "FE") by and through its attorneys, THE LAW OFFICES OF REUBEN S.F. WONG, hereby moves for an order compelling Plaintiff KAHALA CCM FACTORS to provide complete and proper responses to Defendant FE First Request for Production of Documents, served December 26, 2006. Further, Defendant requests that the hearing on Plaintiff Kahala's Motion for An Order Approving Report of Commissioner, Confirming the Sale of Collateral (1,963 Shares of Stock of Finance Enterprises, Ltd.) at Public Auction, filed on December 13, 2006, be continued until at least ten (10) days after such time as Plaintiff Kahala provides Defendant with the information requested.

This Motion is based on Rules 7, 26, 34 and 37 of the Federal Rules of Civil Procedure, the Memorandum in Support of Motion, the Declaration and exhibits attached hereto, the record and files in this case, and such other and further argument as may be adduced at the hearing on this Motion.

DATED: Honolulu, Hawaii, _____  JAN 2 9 2007

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
 Finance Enterprises, Ltd.