LAW OFFICES OF RUEBEN S. F. WONG

REUBEN S. F. WONG          638-O
   reubenwond@yahoo.com
DELWYN H.W. WONG    7170-O
   delwong@yahoo.com
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
Telephone:  (808) 531-3526
Facsimile:  (808) 531-3522

Attorneys for Defendant
FINANCE ENTERPRISES, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM BMK (CONTRACT) |
| Plaintiff, | |
| vs. | DEFENDANT FINANCE ENTERPRISES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF KAHALA CCM FACTORS, LLC |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., ET AL., | |
| Defendants. | |

DEFENDANT FINANCE ENTERPRISES, INC.'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS TO PLAINTIFF KAHALA CCM FACTORS,
LLC

TO:    ROBERT G. KLEIN, ESQ.
       CHRISTOPHER J. COLE, ESQ.
       McCORRISTON MILLER MUKAI MACKINNON LLP

**EXHIBIT** "A"

1600937.1

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiff
Kahala CCM Factors, LLC

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant FINANCE ENTERPRISES, INC. hereby requests that Plaintiff KAHALA CCM FACTORS, LLC produce for examination, inspection and copying all of the documents specified below which are in its possession, custody and control at the Law Offices of Reuben S. F. Wong, 1164 Bishop Street, Suite 1005, Honolulu, Hawaii 96813, unless some other place is agreed upon by counsel for the parties, and as soon as possible so that the documents may be available for use in connection with any response by FINANCE ENTERPRISES, INC. to Plaintiff KAHALA CCM FACTORS, LLC's Motion For Order Approving Report of Commissioner and Confirming Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction filed herein on December 13, 2006, and in no event later than thirty (30) days of receipt of this request.

Plaintiff KAHALA CCM FACTORS, LLC is required by Rule 34 to file a written response hereto no later than thirty (30) days after receipt of this request. Failure to respond to produce the documents or items requested will be grounds for a motion to compel production of documents pursuant to the

provisions of Rule 37 of the Federal Rules of Civil Procedure, and possibly other remedies.

## DEFINITIONS

A.    "You" or "your" shall mean Plaintiff KAHALA CCM FACTORS, INC. and all persons acting on its behalf, including counsel.

B.    "Defendant" shall mean Defendant FINANCE ENTERPRISES, INC. and all persons acting on its behalf, including counsel.

C.    The terms "correspondence" is used in its customary broad sense, and includes, without limitation, the following items, whether handwritten, printed, recorded, filmed, or produced by any other mechanical or electronic process, whether or not asserted to be privileged or immune from discovery, and whether a master, original or copy:  letters; e-mails; facsimiles; messages; conversations; telephone messages; notes, summaries, memoranda, and minutes of communications.

INSTRUCTIONS

The following instructions are to be considered applicable to all demands for production of documents and things contained herein:

A.    In producing the requested documents, you are required to furnish all documents within your custody, care or control regardless of whether these documents are possessed directly by you or your agents, employees,

representatives, investigators, or by your attorneys or their agents, employees, representatives or investigators.

B.    If any of these documents cannot be produced in full, produce to the extent possible, specifying your reasons for your inability to produce the remainder and stating whatever information, knowledge, or belief you do have concerning the unproduced portion.

C.    If any documents or things requested were at one time in existence, but are no longer in existence, please so state, specifying for each document or thing, (a) the type of document or thing, (b) the type of information contained thereon, (c) the date upon which it ceased to exist, (d) the circumstances under which it ceased to exist, (e) the identity of all persons having knowledge of the circumstances under which it ceased to exist, and (f) the identity of all persons having knowledge of the contents thereof.

D.    This Request is a continuing one.  If, after producing documents, Plaintiff, KAHALA CCM FACTORS, LLC, and/or its counsel, obtain or become aware of any further documents responsive to this Request, Plaintiff KAHALA CCM FACTORS, LLC is required to produce to Defendant FINANCE ENTERPRISES, INC. such additional documents.

## DOCUMENTS REQUESTED

Any and all documents, including without limitation all

correspondence, which state, refer to, relate to, or constitute in whole or in part the consideration, price, and/or other value given by Plaintiff KAHALA CCM FACTORS, LLC, its members, or any of its or their affiliates (including without limitation, Contrarian Funds, LLC and Contrarian Capital Management, LLC), or received by N. Harwood Street Partners I, L.P., any of its partners, or any of its or their affiliates (including without limitation, Treadstone USA, Inc.), for the claims listed in Schedule A to the Evidence of Transfer of Claims filed herein on or about September 28, 2006 as Exhibit 1 to the Declaration of Bradley E. Smith, or for any such claim or claims, including, without limitation, that certain Sale and Assignment Agreement dated September 1, 2006 as referenced in said Evidence of Transfer of Claims, any agreements collateral thereto such as, without limitation, "side" agreements, and any and all drafts thereof.

DATED:  Honolulu, Hawaii _____ DEC 2 6 2006 _____

REUBEN S. F. WONG
DELWYN H.W. WONG

Attorneys for Defendant
FINANCE ENTERPRISES, INC.

5