LAW OFFICES OF
**REUBEN S. F. WONG**
ATTORNEYS AT LAW

Reuben S. F. Wong
Delwyn H. W. Wong
Colette H. Honda

SUITE 1006, FINANCE FACTORS CENTER
1164 BISHOP STREET
HONOLULU, HAWAII 96813

Telephone (808) 531-3526
Fax (808) 531-3522

January 5, 2007

Robert G. Klein, Esq.
McCorriston Miller Mukai MacKinnon, LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Blvd.
Honolulu, Hawaii 96813

Fax No. 524-8293



Re: Kahala CCM Factors, LLC v. Hiram Fong, et.al.,
Civil No. 02-00383 SOM BMK (Contract)

Dear Mr. Klein:

This letter is in regards to my client, Finance Enterprises, Ltd's First Request for Production of Documents in the above-entitled suit, served on Kahala CCM Factors, LLC on December 26, 2006. As you are aware, any Response to such Request is normally due thirty (30) days after service of such Request, or in this case, on January 25, 2007.

However, since the documents requested, containing information relating to the fair price of the 1,963 Shares of Finance Enterprises, Ltd. should be readily available within Kahala CCM's files and since time is of the essence, we request that any documents responsive to the Request be made available as soon as possible.

We will, of course, pay for the costs associated with duplicating these documents and appreciate your prompt attention to this request.

Should there be any questions, please do not hesitate to contact us at 531-3526.

Very truly yours,

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA

cc: Finance Enterprises, Ltd.
    Attention: Sam K. Yee, Esq.



**EXHIBIT** "B"