IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | DECLARATION OF REUBEN S.F. |
| vs. ) | WONG |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF REUBEN S.F. WONG

REUBEN S.F. WONG declares the following:

1. That he is an attorney duly licensed to practice in all courts in the state of Hawaii and is one of the attorneys representing Defendant FINANCE ENTERPRISES, LTD. (hereinafter "FE") in the above-entitled action.

2. That he makes the following statements upon personal knowledge and/or a review of the records and filed in the underlying action and is competent to testify if called as a witness herein.

3   That attached hereto as Exhibit "A" is a true and correct copy of Defendant Finance Enterprises, Ltd.'s First Request for Production of Documents to Plaintiff Kahala CCM Factors, dated December 26, 2006 (hereinafter "First Request").

4.   That attached hereto as Exhibit "B" is a true and correct copy of correspondence sent from Reuben S.F. Wong to Robert G. Klein, dated January 5, 2007, and requesting that documents and information requested in FE's First Request be made available as soon as possible.

5.   Attached hereto as Exhibit "C," is a true and correct copy of correspondence sent from Reuben S.F. Wong, dated January 9, 2007, and requesting that documents and information requested in FE's First Request be made available as soon as possible and requesting a status update of the discovery request.

6.   That under Fed.R.Civ.P. Rule 34(b), Kahala's response to the First Request was due on or before January 25, 2007.

7.   That as of the date of this declaration, my office has not received any discovery materials, nor any communication from Kahala or its attorneys explaining its failure to comply with the First Request.

I declare under penalty of perjury under the laws of the State of Hawaii that the forgoing is true and correct.

Executed this 29th day of January, 2007, at Honolulu, Hawaii.

_____
REUBEN S.F. WONG