9516
LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG           #638-0
DELWYN H.W. WONG           #7170-0
COLETTE L. HONDA           #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
 FINANCE ENTERPRISES, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2007

at 7 o'clock and 30 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | DEFENDANT FINANCE |
| vs. ) | ENTERPRISES, LTD.'S EX PARTE |
| ) | MOTION TO SHORTEN TIME TO |
| HIRAM L. FONG, ALSO KNOWN ) | HEAR MOTION TO COMPEL |
| AS HIRAM L. FONG, SR., ET AL., ) | DISCOVERY FROM PLAINTIFF |
| ) | KAHALA CCM FACTORS |
| Defendants. ) | |

ORIGINAL

## DEFENDANT FINANCE ENTERPRISES, LTD.'S
## EX PARTE MOTION TO SHORTEN TIME TO HEAR MOTION TO
## COMPEL DISCOVERY FROM PLAINTIFF KAHALA CCM FACTORS

Defendant Finance Enterprises, Ltd, (hereinafter "Defendant" or "FE") by and through its attorneys, THE LAW OFFICE OF REUBEN S.F. WONG, hereby moves for an order shortening time to hear Defendant FE's Motion to Compel Discovery From Plaintiff Kahala CCM Factors ("Plaintiff" or "Kahala").

This Motion is based on Rule 7 of the Federal Rules of Civil Procedure, Local Rule 6.2 of the Local Rules of the U.S. District Court for the District of Hawaii, the Memorandum in Support of Motion, the Declaration and exhibits attached hereto, the record and files in this case, and such other and further argument as may be adduced at the hearing on this Motion.

On December 26, 2006, FE served a First Request for Production of Documents upon Plaintiff Kahala CCM Factors, requesting that Kahala produce evidence of "consideration, price, and/or other value given by Plaintiff KAHALA CCM FACTORS, LLC, its members, or any of its affiliates (including without limitation, Contrarian Funds, LLC and Contrarian Capital Management, LLC), or received by N. Harwood Street Partners I, LP, any of its partners, or any of its or their affiliates (including without limitation, Treadstone USA, Inc.) for the claims listed in Schedule A to the Evidence of Transfer of Claims filed herein on or about September

28, 2006 as Exhibit 1 to the Declaration of Bradley E. Smith, or for any such claim or claims, including, without limitation, that certain Sale and Transfer Assignment Agreement dated September 1, 2006 as referenced in said Evidence of Transfer of Claims, any agreements collateral thereto such as, without limitation, "side" agreements, and any and all drafts thereof." ("First Request").

Under Fed.R.Civ.P. Rule 34, Plaintiff's responses were due on or before January 25, 2007. Id. FE is entitled to such discovery under Rules 34 and 37 of the Federal Rules of Civil Procedure. Plaintiff's complete refusal to respond to the outstanding requests is also contrary to Rule 26 of the Federal Rules of Civil Procedure, which provide for the liberal discovery of all information relevant to the claims and/or defenses asserted in an action and exists, at least in part, to avoid hearings by ambush. Plaintiff has willfully failed to furnish requested discovery, failed to produce documents specifically-described in Defendant's First Request, and has been completely non-responsive to specific Requests for Production.

FE is mindful that Kahala's Motion to Confirm the Sale of 1,963 Shares of Fe stock is scheduled to come on for hearing before this Court on February 6, 2007. FE's position in connection with such Motion is that FE should be entitled to exercise its right of first refusal at the price Kahala paid to acquire the interest in the Fong Family shares. It is therefore critical that FE obtain such information prior to

the date of the hearing. FE therefore requests that its Motion to Compel Discovery be heard on an expedited basis, and that Kahala's Motion to Confirm be continued until Kahala complies with FE's discovery request.

The information requested of Kahala is readily available and could have been produced weeks ago. However, Kahala and its attorneys are clearly bent on gamesmanship to inhibit FE from exercising its right of first refusal.

This Motion is based on Rule 7 of the Federal Rules of Civil Procedure, Local Rule 6.2 of the Local Rules of the U.S. District Court for the District of Hawaii, the Memorandum in Support of Motion, the Declaration and exhibits attached hereto, the record and files in this case, and such other and further argument as may be adduced at the hearing on this Motion.

DATED: Honolulu, Hawaii, _____JAN 2 9 2007_____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  FINANCE ENTERPRISES, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HIRAM L. FONG, ALSO KNOWN ) <br> AS HIRAM L. FONG, SR., ET AL., ) <br> ) <br>     Defendants. ) <br> ) <br> _____) | CIVIL NO. CV-02-00383 SOM BMK <br> (Contract) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

George W. Brandt, Esq.                              gbrandt@lbchlaw.com

   (Attorney for Plaintiff
   N. HARWOOD STREET PARTNERS I, L.P.)

Beverly Lynne K. Hiramatsu, Esq.         bhiramatsu@lbchlaw.com
                                                                     tkobylanski@lbchlaw.com

   (Attorney for Plaintiff
   N. HARWOOD STREET PARTNERS 1, L.P.)

Robert G. Klein, Esq.         klein@m4law.com
Christopher J. Cole, Esq.     cole@m4law.com, auyoung@m4law.com

   (Attorneys for Substitute Plaintiff
   KAHALA CCM FACTORS, LLC)

Ke-Ching Ning, Esq.           ning@nljlaw.com, Katherine@nljlaw.com
Michael A. Lilly, Esq.        Michael@nljlaw.com, derrick@nljlaw.com

   Attorneys for Defendant
   1570 ALEWA LIMITED PARTNERSHIP

David M.K. Lum, Esq.          dmklum@lawcsilc.com

   Attorney for Defendant
   SAI INVESTMENT COMPANY

Harrison P. Chung, Esq.       hpchawaii@msn.com

   Attorney for Defendants
   Hiram Leong Fong aka Hiram L. Fong
   And Hiram L. Fong Sr., Individually And
   As Trustee of the Hiram Leong Fong Revocable
   Trust dated 03/17/93, Ellyn Lo Fong aka Ellyn L. Fong,
   Individually and as Trustee of the Ellyn Lo Fong Revocable
   Trust Dated 03/24/93, Rodney Leong Fong, aka Rodney L.
   Fong and Rodney Fong, Individually an as Trustee for Chelsea
   Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram
   Fong, and Patsy Nakano Fong, aka Patsy N. Fong

      The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of mailing with postage prepaid:

138119

–2–

STEPHEN A. JONES, ESQ.
707 Richards Street, Suite 700
Honolulu, Hawaii 96813

Attorney for Defendant
1570 Alewa Limited Partnership

TERRANCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendant
Marvin Allan Fong, As Trustee
for the Marvin Allan Fong
Revocable Trust Agreement Dated
05/09/94 and As Receiver for Nathan Allan Fong,
Sandra Y.Y. Au Fong, As Trustee of the Sandra
Y.Y. Au Fong Revocable Trust Agreement Dated 05/09/94.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, JAN 2 9 2007 _____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  Finance Enterprises, Ltd.