ORIGINAL

Of Counsel:
NING LILLY & JONES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2007

at 8 o'clock and 55 min. A M
SUE BEITIA, CLERK

| | |
|---|---|
| KE-CHING NING | 1940 |
| STEPHEN A. JONES | 2957 |
| MICHAEL A. LILLY | 1681 |

707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Fax: (808) 531-2415
E-mail: Stevejones@nljlaw.com
FINANCE ENTERPRISES-wright-oral

Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>       Defendants. | ) CIVIL NO. CV-02-00383 HG-BMK<br>) (Contract)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) (RE: DEFENDANT 1570 ALEWA<br>) LIMITED PARTNERSHIP'S<br>) NOTICE OF TAKING DEPOSITION<br>) UPON ORAL EXAMINATION;<br>) EXHIBIT "A" [JAMES H. WRIGHT,<br>) ESQ.])<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DEFENDANT 1570 ALEWA

LIMITED PARTNERSHIP'S NOTICE OF TAKING DEPOSITION UPON

ORAL EXAMINATION; EXHIBIT "A" [JAMES H. WRIGHT, ESQ.], was duly

ORIGINAL

served upon the following at their last known addresses, via hand-delivery on

January 29, 2007:

    ROBERT G. KLEIN, ESQ.
    CHRISTOPHER J. COLE, ESQ.
    Five Waterfront Plaza, 4th Floor
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    Kahala CCM Factors, LLC


    GEORGE W. BRANDT, ESQ.
    BEVERLY HIRAMATSU, ESQ.
    841 Bishop Street, Suite 1800
    Honolulu, Hawaii 96813
    Attorneys for Former Plaintiff
    N. Harwood Street Partners I, L.P.


    STEVEN L. CHING, ESQ.
    DAVID M. LUM, ESQ.
    Char Sakamoto Ishii Lum & Ching
    Davies Pacific Center
    841 Bishop Street, Suite 850
    Honolulu, Hawaii 96813
    Attorney for Defendant
    SAI Investment Company


    HARRISON P. CHUNG, ESQ.
    Law Office of Harrison P. Chung
    1136 Union Mall, Suite 206
    Honolulu, Hawaii 96813
    Attorney for Defendants
    Hiram Leong Fong and Ellyn Lo Fong

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Commissioner


JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Attorneys for Certain Defendants


REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
Attorneys for Defendant
Finance Enterprises, Ltd.


JERROLD K. GUBEN, ESQ.
Reinwald O'Connor & Playdon
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Attorney for Defendant
Ronald Kotoshirodo

TERRENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the Marvin Allan Fong
Revocable Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
Attorney for Defendant
NVC Limited Partnership


DATED:   Honolulu, Hawaii, __January 29, 2007__.

_____
KE-CHING NING
STEPHEN A. JONES
MICHAEL A. LILLY
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP