## Christopher J. Cole

| | |
|---|---|
| **From:** | hid_resp@hid.uscourts.gov |
| **Sent:** | Monday, January 29, 2007 9:27 AM |
| **To:** | hawaii_cmecf@hid.uscourts.gov |
| **Subject:** | Activity in Case 1:02-cv-00383-SOM-BMK Kahala CCM Factors, LLC v. Fong, et al Certificate of Service |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Hawaii - CM/ECF V3.03 12/2006

### Notice of Electronic Filing

The following transaction was entered by Cole, Christopher on 1/29/2007 at 9:27 AM HST and filed on 1/29/2007

**Case Name:** Kahala CCM Factors, LLC v. Fong, et al
**Case Number:** 1:02-cv-383
**Filer:** Kahala CCM Factors, LLC
**Document Number:** 185

**Docket Text:**
CERTIFICATE OF SERVICE by Kahala CCM Factors, LLC *re: Plaintiff Kahala CCM Factors, LLC's Objections to Defendant Finance Enterprises, Inc.'s First Request for Production of Documents to Plaintiff Kahala CCM Factors, LLC* (Cole, Christopher)

**1:02-cv-383 Notice has been electronically mailed to:**

George W. Brandt    gbrandt@lbchlaw.com

Harrison P. Chung    bkr@hpclaw.com, hpchawaii@msn.com

Christopher J. Cole    cole@m4law.com, auyoung@m4law.com

Jerrold K. Guben    jkg@roplaw.com

Beverly Lynne K. Hiramatsu    bhiramatsu@lbchlaw.com

Robert G. Klein    klein@m4law.com

Kurt K. Leong    kleong@ollon.com

Michael A. Lilly    michael@nljlaw.com, elsonne@nljlaw.com, katherine@nljlaw.com,

1/30/2007                    EXHIBIT " 2 "

tracie@nljlaw.com

David M. Lum    dmklum@lawcs!ilc.com

Ke-Ching Ning    ning@nljlaw.com, katherine@nljlaw.com

Stephanie E.W. Thompson    sthompson@starnlaw.com, forsewth@aol.com, santolin@starnlaw.com, slovejoy@starnlaw.com, tfuyumuro@starnlaw.com

**1:02-cv-383 Notice has been delivered by other means to:**

Steven L. Ching
Char Sakamoto Ishii & Lum
841 Bishop St.
850 Davies Pacific Center
Honolulu, HI 96813

Colette L. Honda
Law Offices of Reuben S. F. Wong
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, HI 96813

Stephen A. Jones
Ning Lilly & Jones
Ocean View Center
707 Richards Street
Suite 700
Honolulu, Hi 96813

Jeffrey D. Lau
Oliver Lau Lawhn Ogawa & Nakamura
Ocean View Center
707 Richards St Ste 600
Honolulu, Hi 96813

Terence J. O'Toole
Starn O'Toole Marcus & Fisher
Pacific Guardian Center Makai Tower
733 Bishop St Ste 1900
Honolulu, HI 96813

Judith Ann Pavey
Pavey Hoke & Watso!n LLC
Century Square
1188 Bishop St Ste 907
Honolulu, HI 96813

Delwyn H.W. Wong
Law Offices of Reuben S.F. Wong
Finance Factors Center

1/30/2007

1164 Bishop Street, Suite 1005
Honolulu, HI 96813

Reuben S.F. Wong
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, HI 96813

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=1/29/2007] [FileNumber=219708-0]
[2429c9cc2d85a1f9f94e0248abbf0c992a131b6af02cf8fc89fdcbd6fec9f2c85876
897a723f7eb23201468da7a4d2ce89328f44063470bcec5ce91a1959420e]]

1/30/2007