Of Counsel:
NING LILLY & JONES

KE-CHING NING        1940
STEPHEN A. JONES     2957
MICHAEL A. LILLY     1681
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Fax: (808) 531-2415
E-mail: Stevejones@nljlaw.com
BOH-written interrogs
Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 0 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>       Plaintiff,<br><br>  vs.<br><br>HIRAM LEONG FONG, ALSO<br>KNOWN AS HIRAM L. FONG, SR.,<br>et al.,<br><br>       Defendants. | ) CIVIL NO. CV-02-00383 HG-BMK<br>) (Contract)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>) (RE: DEFENDANT 1570 ALEWA<br>) LIMITED PARTNERSHIP'S<br>) NOTICE OF F.R.C.P. RULE 45<br>) SUBPOENAS DUCES TECUM;<br>) EXHIBIT "1" **[BANK OF HAWAII;**<br>) **and WAMCO XXVIII, LTD.]**)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of DEFENDANT 1570 ALEWA

LIMITED PARTNERSHIP'S NOTICE OF F.R.C.P. RULE 45 SUBPOENAS

DUCES TECUM; EXHIBIT "1" **[BANK OF HAWAII; and WAMCO XXVIII,**

ORIGINAL

**LTD.**], was duly served upon the following at their last known addresses, via

hand-delivery on *January 30, 2007* :

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Attorneys for Plaintiff
Kahala CCM Factors, LLC


GEORGE W. BRANDT, ESQ.
BEVERLY HIRAMATSU, ESQ.
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
Attorneys for Former Plaintiff
N. Harwood Street Partners I, L.P.


STEVEN L. CHING, ESQ.
DAVID M. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96813
Attorney for Defendant
SAI Investment Company


HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
Attorney for Defendants
Hiram Leong Fong and Ellyn Lo Fong

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Commissioner


JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Attorneys for Certain Defendants


REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
Attorneys for Defendant
Finance Enterprises, Ltd.


JERROLD K. GUBEN, ESQ.
Reinwald O'Connor & Playdon
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Attorney for Defendant
Ronald Kotoshirodo

TERRENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attorney for Defendants
Marvin Allan Fong, as Trustee for the Marvin Allan Fong
Revocable Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
Attorney for Defendant
NVC Limited Partnership

SHERMAN S. HEE, ESQ.
Attorney at Law
1001 Bishop Street, Suite 850
Honolulu, Hawaii 96813
Defendant


DATED:    Honolulu, Hawaii, _January 30, 2007_.

_____
KE-CHING NING
STEPHEN A. JONES
MICHAEL A. LILLY
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP