IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM/BMK |
| ) | (CONTRACT) |
| Plaintiff, ) | |
| ) | DECLARATION OF ROBERT G. |
| vs. ) | KLEIN |
| ) | |
| HIRAM L. FONG, ALSO KNOWN AS ) | |
| HIRAM L. FONG, SR., et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## DECLARATION OF ROBERT G. KLEIN

ROBERT G. KLEIN hereby declares that:

1. I am an attorney licensed to practice law in the United States District Court for the State of Hawaii, and am a partner of the law firm of McCorriston Miller Mukai MacKinnon LLP, attorneys for Plaintiff Kahala CCM Factors, LLC ("Plaintiff").

2. I make this declaration upon my own personal knowledge and am competent to testify to all matters set forth herein.

3. Attached hereto as Exhibit 1 and made a part hereof by reference is a true and correct copy of a Honolulu Advertiser article entitled, "Finance Factors' owner rejects TFC takeover bid" dated 11/22/06 by Rick Daysog obtained from the official Honolulu Advertiser internet website http://the.honoluluadvertiser.com.

56564/154978.1

4.  Attached hereto as Exhibit 2 and made a part hereof by reference is a true and correct copy of a Pacific Business News article entitled, "Board rejects investors' bid for Finance Factors shares" dated 11/27/06 obtained from the official Pacific Business News website http://pacific.bizjournals.com/pacific/stories/2006.

5.  In early January, 2007, N. Harwood Street Partners I, L.P. ("N. Harwood") objected in writing to Finance Enterprises, Ltd.'s subpoena and notice of deposition on written questions that sought information from N. Harwood about the consideration that N. Harwood received seeks in assigning its claims to Plaintiff. In her letter objecting to the subpoena, N. Harwood's attorney Beverly Hiramatsu, Esq. cited the confidentiality terms set out in the agreement between Plaintiff and N. Harwood.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this _2nd_ day of _February_, 2007.

_____
ROBERT G. KLEIN