Pacific Business News (Honolulu) - November 27, 2006
http://pacific.bizjournals.com/pacific/stories/2006/11/27/story15.html

# PACIFIC BUSINESS NEWS

BUSINESS PULSE SURVEY: Would you pay to use a toll road from Kapolei to downtown?

## Board rejects investors' bid for Finance Factors shares

Pacific Business News (Honolulu) - November 24, 2006 by PBN Staff

The owners of Finance Factors have rejected an unsolicited bid by a California bank to buy their company.

Finance Enterprises, the parent of Finance Factors, said in a statement issued this week that its board voted unanimously to not accept the bid by TFC Holding Co.

TFC Holding, the parent of TomatoBank of City of Industry, Calif., offered $1,000 per share, about $32.1 million, for 51 percent ownership of the local company.

The Finance Enterprises statement said its board met Nov. 16 and "voted unanimously to respond to TFC Holding Co. that its proposals were not acceptable."

Stephen Liu, the chairman and chief executive of TFC Holding Co., said he made two offers for the controlling interest in Finance Factors, one for $800 a share on Oct. 18 and the second for $1,000 a share on Oct. 23.

TFC's TomatoBank has five branches that cater to Asian customers in the ethnic neighborhoods of Los Angeles. Liu told PBN he has been looking to open a branch in Honolulu.

Liu did not return a call from PBN before deadline.

TomatoBank holds $352 million in assets. Last year, Finance Factors' assets stood at $652 million. The parent company's holdings also are in insurance and real estate, including the loan company's corporate headquarters at Finance Factors Center in downtown Honolulu.

The bid for Finance Factors comes as its shareholders consider a plan by management to convert Finance Factors to a full-service bank. The bank conversion is a move that managers have been exploring since at least 2003, believing that the company must expand its offering of products and services.

The 63,000 shares of stock in Finance Enterprises is held by members of the six Chinese American families who founded the loan company 54 years ago. The shareholders disagree over whether to go forward with the bank conversion and there have been discussions about buying out some of them.

Contact the Editor | Need Assistance? | More Latest News →

Subscribe or renew online

All contents of this site © American City Business Journals Inc. All rights reserved.

EXHIBIT "  "