IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.      bhiramatsu@lbchlaw.com

Attorneys for Former Plaintiff
N. Harwood Street Partners I, L.P.

| | |
|---|---|
| JEFFREY DANIEL LAU, ESQ.<br>KURT K. LEONG, ESQ. | kleong@ollon.com |
| Attorneys for Certain Defendants | |
| KE-CHING NING, ESQ.<br>STEPHEN A. JONES, ESQ.<br>MICHAEL A. LILLY, ESQ. | ning@nljlaw.com<br><br>michael@nljlaw.com |
| Attorneys for Defendant<br>1570 Alewa Limited Partnership | |
| STEVEN L. CHING, ESQ.<br>DAVID M. K. LUM, ESQ. | dmklum@lawcsilc.com |
| Attorneys for Defendant<br>SAI Investment Company | |
| HARRISON P. CHUNG, ESQ. | hpchawaii@msn.com |
| Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | |

| | |
|---|---|
| JERROLD K. GUBEN, ESQ. | jkg@roplaw.com |

Attorney for Defendant
Ronald Kotoshirodo


TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.     sthompson@starnlaw.com

Attorneys for Defendants
Marvin Allan Fong, as Trustee for the
Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94


**Served via Facsimile Transmittal:**

REUBEN S.F. WONG, ESQ.                (531-3522)
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii  96813

Attorneys for Defendant
Finance Enterprises, Ltd.


JUDITH ANN PAVEY, ESQ.                (531-5316)
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii  96813

Attorney for Defendant
NVC Limited Partnership

56564/154978.1                    3

JAY T. SUEMORI, ESQ.  (532-1705)
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Commissioner

DATED: Honolulu, Hawaii, _____FEB - 2 2007_____.


_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC