9519
LAW OFFICES OF REUBEN S.F. WONG

| | |
|---|---|
| REUBEN S.F. WONG | #638-0 |
| DELWYN H.W. WONG | #7170-0 |
| COLETTE L. HONDA | #7597-0 |

Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
 FINANCE ENTERPRISES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., ET AL.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM BMK<br>(Contract)<br><br>DEFENDANT FINANCE ENTERPRISES, LTD.'S MOTION TO QUASH SUBPOENA ISSUED TO JAMES H. WRIGHT, ESQ. DATED JANUARY 29, 2007 AND FOR A PROTECTIVE ORDER; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

ORIGINAL

DEFENDANT FINANCE ENTERPRISES' MOTION
TO QUASH SUBPOENA ISSUED TO JAMES H. WRIGHT, ESQ.
DATED JANUARY 29, 2007 AND FOR A PROTECTIVE ORDER

COMES NOW, Defendant FINANCE ENTERPRISES, LTD., by and through its attorneys, the Law Offices of Reuben S.F. Wong, and moves this Court to quash the subpoena issued against James H. Wright, Esq. dated January 29, 2007, and for a protective order to prevent the disclosure of the requested documents.

This Motion is brought pursuant to Rules 7, 26, 34, and 45(c) of the Federal Rules of Civil Procedure, the records and files in this action, and the memorandum attached hereto.

DATED: Honolulu, Hawaii, _____FEB 01 2007_____

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
 Finance Enterprises, Ltd.