# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/02/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00383SOM-BMK |
| CASE NAME: | Kahala CCM Factors, LLC v. Hiram Fong, et al. |
| ATTYS FOR PLA: | Robert G. Klein |
| ATTYS FOR DEFT: | Stephen A. Jones, Jill Rasnov, Stephanie E.W. Thompson, Reuben S.F. Wong |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 02/02/2007 | TIME: | 11:14 - 11:36 |

COURT ACTION: EP:  [186] Defendant Finance Enterprises, Ltd.'s Motion to Compel Discovery From Plaintiff Kahala CCM Factors - DENIED.  Robert Klein to prepare the order.

Submitted by Richlyn W. Young, courtroom manager