Of Counsel:
OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

JEFFREY DANIEL LAU  2157-0
KURT K. LEONG        5577-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii  96813
E-mail: jlau@ollon.com
Telephone:  533-3999
Facsimile:   533-0144

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO CV-02-00383 SOM-BMK (Contract) |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL, FILED DECEMBER 5, 2006** |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | Date:   January 19, 2007 Time:   2:30 p.m. |
| Defendants. | Judge:  Hon. Barry M. Kurren |

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL, FILED DECEMBER 5, 2006**

OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation's Motion to Withdraw as Counsel for Defendants FINANCE ENTERPRISES, LTD., MERIE ELLEN FONG GUSHI, EMILY MITCHELL, LEONARD K.K. FONG, as Trustee of the LEONARD K.K. FONG REVOCABLE LIVING TRUST UNDER TRUST DATED 2/19/98, ELLEN LEE FONG, as Trustee

for the ELLEN LEE FONG REVOCABLE LIVING TRUST under Trust dated 2/19/98, DALE S.N. FONG, Individually and as Custodian for Adrienne M.L. Fong and Brandon N.C.K. Fong under the Hawaii Uniform Gift to Minors Act, LINDA L. FONG, GLEN S.W. FONG, JEFFREY S.C. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL L. FONG, as Trustee of the Pearl L. Fong Revocable Trust dated 2/21/00, DEBORAH B.J. FONG YEE, JONATHAN Y.C. FONG, SUSAN B.L. FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually and as Custodian for David Y.H. Asari under the Hawaii Uniform Gift to Minors Act, WINTON TONG, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG, KELLY TONG, DEL ASSOCIATES, and SAI INVESTMENT COMPANY, filed herein on December 5, 2006, came on for hearing before the Honorable Magistrate Judge Barry M. Kurren on January 19, 2007, at 2:30 p.m.  Kurt K. Leong, Esq., appeared on behalf of the Movant, OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation.  Christopher J. Cole, Esq., appeared on behalf of Plaintiff KAHALA CCM FACTORS, LLC.

    The Court previously approved a Withdrawal and Substitution of Counsel for Defendant FINANCE ENTERPRISES, LTD. (Document No. 161, filed December 20, 2007) and a Withdrawal and Substitution of Counsel for Defendant SAI INVESTMENT COMPANY (Document No. 171, filed January 8, 2007).

2

The Court, having reviewed the motion, supporting papers, and files and records herein, and having heard the comments of counsel at the hearing, and no opposition having been heard, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is granted.  OLIVER, LAU, LAWHN, OGAWA & NAKAMURA, Attorneys at Law, A Law Corporation, is hereby granted leave to withdraw as counsel for Defendants MERIE ELLEN FONG GUSHI, EMILY MITCHELL, LEONARD K.K. FONG, as Trustee of the LEONARD K.K. FONG REVOCABLE LIVING TRUST UNDER TRUST DATED 2/19/98, ELLEN LEE FONG, as Trustee for the ELLEN LEE FONG REVOCABLE LIVING TRUST under Trust dated 2/19/98, DALE S.N. FONG, Individually and as Custodian for Adrienne M.L. Fong and Brandon N.C.K. Fong under the Hawaii Uniform Gift to Minors Act, LINDA L. FONG, GLEN S.W. FONG, JEFFREY S.C. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL L. FONG, as Trustee of the Pearl L. Fong Revocable Trust dated 2/21/00, DEBORAH B.J. FONG YEE, JONATHAN Y.C. FONG, SUSAN B.L. FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually and as Custodian for David Y.H. Asari under the Hawaii Uniform Gift to Minors Act, WINTON TONG, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG, KELLY TONG, and DEL ASSOCIATES.  Contact information for said parties is set forth in Appendix A, attached hereto.

Upon the entry of this Order, the Defendants listed on Appendix A may be served at the addresses set forth in Appendix A and shall update the Court and all parties of any change of address.

IT IS SO ORDERED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 2, 2007

APPROVED AS TO FORM:

_____
Christopher J. Cole, Esq.
Attorney for Plaintiff
KAHALA CCM FACTORS, LLC

_____
KAHALA CCM FACTORS, LLC vs. HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.; CIVIL NO CV-02-00383 SOM-BMK; ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL, FILED DECEMBER 5, 2006

# **APPENDIX A**

Merie Ellen Fong Gushi
185 Waiko Road
Wailuku, Maui, HI 96793
mauimuffy@yahoo.com
Ph: 808-242-4507
Fax: 808-244-0131

Emily Mitchell
c/o 185 Waiko Road
Wailuku, Maui, HI 96793
mauimuffy@yahoo.com
Ph: 917 650-6793

Leonard K. K. Fong, as Trustee of the
Leonard K.K. Fong Revocable Living Trust Under Trust dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813

Ellen Lee Fong, as Trustee for the
Ellen Lee Fong Revocable Living Trust Under Trust dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
Ph: 595-7037

Linda L. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
dalesnfong@yahoo.com
Fax: 593-8307

Dale S. N. Fong, Individually and as Custodian for
Adrienne M. L. Fong and Brandon N.C.K. Fong
under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
dalesnfong@yahoo.com
Ph: 595-7396
Fax: 593-8307

1

2

Glen S. W. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
Ph: 595-7037

Jeffrey S. C. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
Ph: 524-4471

Keith S. K. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
Ph: 739-1278

Rodney S. O. Fong
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
fongvision@hotmail.com
Ph: 593-8939

Pearl L. Fong, as Trustee of the Pearl L. Fong
Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, HI  96819
ycjonny@pixi.com
Ph: 839-2561

Deborah B. J. Fong Yee
1565 Ala Amoamo Street
Honolulu, HI  96819
deborah.yee@navy.mil
Ph: 456-2302

Jonathan Y. C. Fong
1565 Ala Amoamo Street
Honolulu, HI  96819
ycjonny@pixi.com
Ph: 839-2561

2

Susan B. L. Fong Takashima
1565 Ala Amoamo Street
Honolulu, HI  96819
sftakash@mail.health.state.hi.us
Ph: 683-5234

Valerie B. L. Fong Asari, Individually and as Custodian
For David Y. H. Asari under the Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, CA 94583
valerie.asari.b@bryer.com
Ph: 1-925-838-4106

Clifford Marshall Tong
9 Dianne Court
Lafayette, CA  94549
cliff@diversestrategies.com

Jonathan Warren Tong
19215 – 58th Ave NE
Kenmore, WA  98028
tongjm@comcast.net

Mark Lex Tong
1778 Zia Road
Placerville, CA 95667
mtongmd@yahoo.com

Jason Roberto Tong
9 Dianne Court
Lafayette, CA  94549
cliff@diversestrategies.com

Kelly Tong
9 Dianne Court
Lafayette, CA  94549
cliff@diversestrategies.com

Winton Tong, as Trustee for the
1994 Winton Tong and Gladys F. Tong Revocable Trust
6363 Christie Ave., Suite 2426
Emeryville, CA  94608

3

DEL Associates.
c/o Daniel B. T. Lau
1164 Bishop Center #1088
Honolulu, Hawaii 96813
Ph: 548-4923