WAGNER CHOI & EVERS
Attorneys at Law

JAMES A. WAGNER    #1493
CHUCK C. CHOI       #6435
NEIL J. VERBRUGGE   #7478
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Telefacsimile: (808) 566-6900
E-Mail: wce@wcelaw.com

Attorneys for KAHALA CCM FACTORS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>Defendants. | Civil No. CV-02-00383 SOM/BMK<br><br>CERTIFICATE OF SERVICE [RE: AFFIDAVIT OF NEIL J. VERBRUGGE IN SUPPORT OF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER OF THE COURT APPROVING REPORT OF COMMISSIONER AND CONFIRMING SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION (EXHIBITS "1"-"3")]; EXHIBIT "A" |

56036v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of AFFIDAVIT OF NEIL J. VERBRUGGE IN SUPPORT OF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER OF THE COURT APPROVING REPORT OF COMMISSIONER AND CONFIRMING SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION (EXHIBITS "1"-"3") was duly served on the parties listed on Exhibit "A," attached hereto, via the U.S. Bankruptcy Court's electronic filing, on February 5, 2007.

I FURTHER CERTIFY that a copy of AFFIDAVIT OF NEIL J. VERBRUGGE IN SUPPORT OF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER OF THE COURT APPROVING REPORT OF COMMISSIONER AND CONFIRMING SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION (EXHIBITS "1"-"3") was duly served on the following parties, by hand delivering the same, on February 5, 2007:

      REUBEN S.F. WONG, ESQ.
      DELWYN H.W. WONG, ESQ.
      COLETTE L. HONDA, ESQ.
      1164 Bishop Street, Suite 1005
      Honolulu HI 96813

JUDITH ANN PAVEY, ESQ.
1188 Bishop Street, Suite 907
Honolulu HI 96813

JAY T. SUEMORI, ESQ.
841 Bishop Street, Suite 801
Honolulu HI 96813

DATED: Honolulu, Hawaii, February 7, 2007.


/s/ Neil J. Verbrugge
JAMES A. WAGNER
CHUCK C. CHOI
NEIL J. VERBRUGGE
Attorneys for KAHALA CCM FACTORS, LLC