McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | |
| vs. | ORDER DENYING DEFENDANT FINANCE ENTERPRISES' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF KAHALA CCM FACTORS FILED JANUARY 30, 2007 |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | DATE:      February 2, 2007 TIME:      11:00 a.m. JUDGE:    Barry M. Kurren |

ORDER DENYING DEFENDANT FINANCE
ENTERPRISES' MOTION TO COMPEL DISCOVERY FROM
PLAINTIFF KAHALA CCM FACTORS FILED JANUARY 30, 2007

Defendant Finance Enterprises' Motion to Compel Discovery from Plaintiff

Kahala CCM Factor, filed on January 30, 2007 (the "Motion"), came on for

hearing before the Honorable Barry M. Kurren on February 2, 2007 at 11:00 a.m.,

with Reuben S.F. Wong, Esq. appearing for Defendant Finance Enterprises;

Robert G. Klein, Esq. appearing for Plaintiff Kahala CCM Factors, LLC.;

Stephen A. Jones, Esq. and Jill Dana Raznov, Esq. appearing for Defendant

1570 Alewa Limited Partnership; and Stephanie E.W. Thompson, Esq. appearing

for Defendants Marvin Allan Fong, et al.  The Court, having reviewed and

considered the Motion, the briefs, declarations, exhibits, and arguments of the

parties in their written submissions and during the hearing, and the Court being

fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion

is DENIED without prejudice.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: February 9, 2007

---

Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.
Civil No. CV-02-00383 SOM/BMK
ORDER DENYING DEFENDANT FINANCE ENTERPRISES' MOTION TO COMPEL DISCOVERY
FROM PLAINTIFF KAHALA CCM FACTORS FILED JANUARY 30, 2007

APPROVED AS TO FORM:


  /s/ Reuben S.F. Wong
REUBEN S.F. WONG

Attorney for Defendant
Finance Enterprises, Ltd.


  /s/ Stephen A. Jones
STEPHEN A. JONES
JILL DANA RAZNOV

Attorneys for Defendant
1570 Alewa Limited Partnership


  /s/ Stephaine E.W. Thompson
STEPHANIE E.W. THOMPSON

Attorney for Defendants
Marvin Allan Fong, et al.

---

Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.
Civil No. CV-02-00383 SOM/BMK
ORDER DENYING DEFENDANT FINANCE ENTERPRISES' MOTION TO COMPEL DISCOVERY
FROM PLAINTIFF KAHALA CCM FACTORS FILED JANUARY 30, 2007