McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE RE: ORDER DENYING DEFENDANT FINANCE ENTERPRISES' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF KAHALA CCM FACTORS FILED JANUARY 30, 2007 |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

CERTIFICATE OF SERVICE RE: ORDER DENYING DEFENDANT
FINANCE ENTERPRISES' MOTION TO COMPEL DISCOVERY
FROM PLAINTIFF KAHALA CCM FACTORS FILED JANUARY 30, 2007

I hereby certify that, on February 9, 2007 and by the methods of service

noted below, a true and correct copy of the Order Denying Defendant Finance

Enterprises' Motion to Compel Discovery from Plaintiff Kahala CCM Factors,

56564/155208.1

filed on January 30, 2007, filed February 9, 2007, was duly served upon the

following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.           gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.          bhiramatsu@lbchlaw.com
    Attorneys for Former Plaintiff
    N. Harwood Street Partners I, L.P.


JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.              kleong@ollon.com
    Attorneys for Certain Defendants


KE-CHING NING, ESQ.              ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.           michael@nljlaw.com
    Attorneys for Defendant
    1570 Alewa Limited Partnership


STEVEN L. CHING, ESQ.
DAVID M. K. LUM, ESQ.            dmklum@lawcsilc.com
    Attorneys for Defendant
    SAI Investment Company

HARRISON P. CHUNG, ESQ.                    hpchawaii@msn.com
    Attorney for Defendants Hiram Leong
    Fong, aka Hiram L. Fong and Hiram L.
    Fong, Sr., Individually and as Trustee
    of the Hiram Leong Fong Revocable
    Trust dated 3/17/93, Ellyn Lo Fong,
    aka Ellyn L. Fong, Individually and as
    Trustee of the Ellyn Lo Fong
    Revocable Trust Dated 3/24/93,
    Rodney Leong Fong, aka Rodney L.
    Fong and Rodney Fong, Individually
    and as Trustee for Chelsea Tree Fong,
    Forest Wind Fong, Shama Rain Fong
    and Ski Hiram Fong, and Patsy
    Nakano Fong, aka Patsy N. Fong


JERROLD K. GUBEN, ESQ.                     jkg@roplaw.com
    Attorney for Defendant
    Ronald Kotoshirodo


TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.              sthompson@starnlaw.com
    Attorneys for Defendants
    Marvin Allan Fong, as Trustee for the
    Marvin Allan Fong Revocable Trust
    Agreement Dated 5/9/94 and as
    Receiver for Nathan Allan Fong,
    Sandra Y.Y. Au Fong, as Trustee of
    the Sandra Y.Y. Au Fong Revocable
    Trust Agreement Dated 5/9/94

**Served via Mail:**
(postage prepaid, first class in a United States post office)

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii  96813
    Attorneys for Defendant
    Finance Enterprises, Ltd.


JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii  96813
    Commissioner


MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii  96793
    Defendant


EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii  96793
    Defendant


LEONARD K. K. FONG, as Trustee of the
  Leonard K. K. Fong Revocable Living
  Trust Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant

ELLEN LEE FONG, as Trustee for the
  Ellen Lee Fong Revocable Living Trust
  Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


LINDA L. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


DALE S. N. FONG, Individually and as Custodian
  for Adrienne M. L. Fong and Brandon N.C.K. Fong
  under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


GLEN S. W. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


JEFFREY S. C. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


KEITH S. K. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant

RODNEY S. O. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


PEARL L. FONG, as Trustee of the Pearl L.
  Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


VALERIE B. L. FONG ASARI, Individually and as
  Custodian for David Y. H. Asari under the
  Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, California  94583
    Defendant

56564/155208.1

CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, California  94549
    Defendant


JONATHAN WARREN TONG
19215 - 58th Avenue NE
Kenmore, Washington  98028
    Defendant


MARK LEX TONG
1778 Zia Road
Placerville, California  95667
    Defendant


JASON ROBERTO TONG
9 Dianne Court
Lafayette, California  94549
    Defendant


KELLY TONG
9 Dianne Court
Lafayette, California  94549
    Defendant


WINTON TONG, as Trustee for the 1994
  Winton Tong and Gladys F. Tong
  Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, California  94608
    Defendant

56564/155208.1

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Center, #1088
Honolulu, Hawaii  96813
    Defendant


DATED:  Honolulu, Hawaii, _____ FEB 1 2 2007 _____ .


                        _____
                        ROBERT G. KLEIN
                        CHRISTOPHER J. COLE

                        Attorneys for Plaintiff
                        Kahala CCM Factors, LLC