9542

LAW OFFICES OF REUBEN S.F. WONG

| | |
|---|---|
| REUBEN S.F. WONG | #638-0 |
| DELWYN H.W. WONG | #7170-0 |
| COLETTE L. HONDA | #7597-0 |

Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for
 FINANCE ENTERPRISES, LTD.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KAHALA CCM FACTORS, LLC,

    Plaintiff,

vs.

HIRAM L. FONG, ALSO KNOWN AS
HIRAM L. FONG, SR., et al.

    Defendants.

) CIVIL NO. CV-02-00383 SOM/BMK
) (CONTRACT)
)
) FINANCE ENTERPRISES, LTD.'S
) PROPOSED ORDER GRANTING IN
) PART AND DENYING IN PART
) KAHALA CCM FACTORS, LLC'S
) MOTION FOR AN ORDER
) APPROVING REPORT OF
) COMMISSIONER AND
) CONFIRMING THE SALE OF
) COLLATERAL (1,963 SHARES OF
) STOCK IN FINANCE
) ENTERPRISES, LTD.) AT PUBLIC
) AUCTION FILED DECEMBER 13,
) 2006; EXHIBITS "A" – "B";
) CERTIFICATE OF SERVICE
)
) DATE:    February 6, 2007
) TIME:    10:30 a.m.
) JUDGE:   Susan Oki Mollway



FINANCE ENTERPRISES, LTD.'S PROPOSED ORDER GRANTING IN PART AND DENYING IN PART KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION FILED DECEMBER 13, 2006

COMES NOW Finance Enterprises, Ltd. ("Finance Enterprises") and hereby submits to this Court its Proposed Order Granting in Part and Denying in Part Kahala CCM Factors, LLC's Motion For An Order Approving Report Of Commissioner And Confirming The Sale Of Collateral (1,963 Shares Of Stock In Finance Enterprises, Ltd.) At Public Auction Filed December 13, 2006 (the "Proposed Order" is attached hereto as Exhibit "A").

The Court should note that we have attempted to work with opposing counsel to effectuate the provisions set forth in Finance Enterprises' proposed order but we were not able to reach an agreement.

In particular, the major difference of opinion is whether or not Finance Enterprises, and/or its shareholders, may exercise its/their right of first refusal by purchasing all or a portion of the shares to be sold within a lot. We call attention to Judge Mollway's Inclinations wherein she states in substance that Finance Enterprises and/or its shareholders shall have the right of first refusal with respect to "all or part of the shares". However, counsel for Kahala CCM Factors, LLC takes the position that in exercising their respective rights of first refusal, Finance Enterprises and its shareholders must purchase all 100% of the stock in each Lot, rather than "in whole or in part." This position is contrary to Article IV, Section 4,

2

which provides in relevant part, that "if the offer for sale is refused "in <u>whole</u> or <u>in part</u> by the corporation" (emphasis added), then the remaining unsold shares would be offered to the other shareholders. Moreover, Judge Mollway in her Inclinations stated:

> "Because the Articles of Incorporation indicate that FE may refuse the offer for sale "in whole or in part," Judge Mollway is inclined to allow FE to exercise the right of first refusal for each of the three lots <u>as a whole, or for any lesser amount</u> of shares at the per share price for the lot being sold." (Emphasis Added).

We note that Commissioner Suemori's letter to Finance Enterprises triggering the fifteen (15) days under the right of first refusal is <u>consistent with Finance Enterprises' position</u> on this matter, in that the Commissioner acknowledges Finance Enterprises' "right to purchase <u>any</u> of the subject shares of stock". (Emphasis added) (See Letter dated February 7, 2007 from Commissioner Suemori, attached hereto as Exhibit "B"). Based upon the foregoing, it would appear that the form of order proposed by Kahala CCM Factors, LLC is contrary to Judge Mollway's Inclinations and the letter issued by Commissioner Suemori.

Accordingly, we request that the Court adopt the proposed order attached hereto as Exhibit "A".

DATED: Honolulu, Hawaii, _____FEB 1 4 2007_____

                                        Respectively submitted,

                                        */s/ Reuben Wong*
                                        REUBEN S.F. WONG
                                        DELWYN H.W. WONG
                                        COLETTE L. HONDA
                                        Attorneys for
                                          FINANCE ENTERPRISES, LTD.