9541

LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG           #638-0
DELWYN H.W. WONG          #7170-0
COLETTE L. HONDA          #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
  FINANCE ENTERPRISES, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
|---|---|
| Plaintiff, | ) (CONTRACT) |
| vs. | ) ORDER GRANTING IN PART<br>) AND DENYING IN PART<br>) PLAINTIFF KAHALA CCM |
| HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al. | ) FACTORS, LLC'S MOTION FOR<br>) AN ORDER APPROVING<br>) REPORT OF COMMISSIONER |
| Defendants. | ) AND CONFIRMING THE SALE<br>) OF COLLATERAL (1,963<br>) SHARES OF STOCK IN<br>) FINANCE ENTERPRISES, LTD.)<br>) AT PUBLIC AUCTION, FILED<br>) DECEMBER 13, 2006;<br>) CERTIFICATE OF SERVICE<br>)<br>) DATE:   February 6, 2007<br>) TIME:   10:30 a.m.<br>) JUDGE:  Susan Oki Mollway |

EXHIBIT "A"

ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION
FOR AN ORDER APPROVING REPORT OF COMMISSIONER
AND CONFIRMING THE SALE OF COLLATERAL
(1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.)
AT PUBLIC AUCTION, FILED DECEMBER 13, 2006

Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, filed on December 13, 2006 (the "Motion"), came on for hearing before the Honorable Susan Oki Mollway on February 6, 2007 at 10:30 a.m., which was held together with the Honorable Robert J. Faris of the United States Bankruptcy Court for the District of Hawaii in cases nos. 03-00674 and 05-04104 (Bankr. D. Hawaii) on certain motions filed by the bankruptcy trustees in those cases, with Robert G. Klein, Esq. and Christopher J. Cole, Esq. appearing for Plaintiff Kahala CCM Factors, LLC.; Reuben S.F. Wong, Esq., Delwyn H.W. Wong, Esq. and Colette L. Honda, Esq. appearing for Defendant Finance Enterprises, Ltd.; Jay T. Suemori, Esq., Commissioner; Judith Ann Pavey, Esq. appearing for Defendant NVC Limited Partnership; Terence J. O'Toole, Esq. appearing for Defendants Marvin Allan Fong, et al.; Lex R. Smith, Esq. appearing for non-party TFC Holding, Bank Holding Corporation, on behalf of Tomato Bank or its assignee ("Tomato Bank"); Jerrold K. Guben, Esq. appearing for Bankruptcy Trustee Ronald Kotoshirodo, also present; Susan Tius, Esq. appearing for Bankruptcy Trustee Sandra Loomis,

also present; Harrison P. Chung, Esq. appearing for Defendants Hiram Leong Fong, Sr., Ellyn Fong, Rodney Fong and Patsy N. Fong, et al.; and Stephen A. Jones, Esq. appearing for Defendant 1570 Alewa Limited Partnership. The Court, having reviewed and considered the Motion, the briefs, declarations, exhibits, and arguments of the parties in their written submissions and during the hearing, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED in part, and DENIED in part without prejudice, as follows:

1. The Court approves the Commissioner's Report filed herein on November 16, 2006;

2. The Court confirms the sale of Lot 2, consisting of 630 shares of stock in Finance Enterprises, Ltd. represented by Stock Certificates Nos. 109 and 139, at the public auction held by Commissioner Suemori as stated in his Report, on November 1, 2006, to Kahala CCM Factors, LLC, at a price per share of $1,822.44, or $1,148,137.60 (One Million, One Hundred Forty-Eight Thousand, One Hundred and Thirty-Seven Dollars and Sixty Cents) for 630 shares.

3. The Court confirms the sale of the Lot 1, consisting of 1,092 shares of stock in Finance Enterprises, Ltd. represented by Stock Certificates Nos. 65, 107 and 205, at the overbidding auction held during a recess of the 2/6/07 hearing on the Motion as stated by Commissioner Suemori in open court at said continued hearing, to Tomato Bank, at a price per share of $1,055.25, or $1,152,333 (One

3

Million, One Hundred Fifty-Two Thousand, Three Hundred and Thirty-Three Dollars and No Cents) for 1092 shares;

4. The Court confirms the sale of Lot 3, consisting of 241 shares of stock in Finance Enterprises, Ltd. represented by Stock Certificate No. 238, at the overbidding auction held during a recess of the 2/6/07 hearing on the Motion as stated by Commissioner Suemori in open court at said continued hearing, to Plaintiff Kahala CCM Factors, LLC, at a price per share of $1,438.00, or $346,558 (Three Hundred Forty-Six Thousand, Five Hundred and Fifty-Eight Dollars and No Cents) for 241 shares;

5. The Court directs implementation of Article IV, Section 4 as follows:

(a) Commissioner Suemori ("Commissioner") is to send written notice, by certified mail, return receipt requested, by February 7, 2007, to Finance Enterprises, Ltd. ("Finance"), Attn: Russell Lau, 1164 Bishop St., Suite 1089, Honolulu, HI 96813, and which written notice triggers Finance Enterprises' right of first refusal to purchase all or a portion of the shares comprising Lots 1, 2, and 3, at the following respective prices: $1,055.25 per share for Lot 1 shares; $1,822.44 per share for Lot 2 shares; and $1,438.00 per share for Lot 3 shares.

(b) After receipt of the written notice, Finance shall have fifteen (15) days in which to respond to the Commissioner and either exercise or decline its right of first refusal to all or a portion of the shares comprising Lots 1, 2, and 3.

4

(c) After notification to the Commissioner, Finance will notify the shareholders within twenty-four hours of the shares remaining for purchase, if any, by the shareholders.

(d) After notification from Finance, the Commissioner shall within twenty-four hours, send the shareholders written notice by certified mail, return receipt requested, notification that their rights of first refusal are triggered.

(e) After <u>receipt</u> of the written notice from the Commissioner, the shareholders shall have fifteen (15) days in which to respond to the Commissioner, and either exercise or decline their respective rights of first refusal as to all or any portion of the shares remaining after Finance exercises or declines its right of first refusal.

(f) Closing of the sale and the tender of the all cash purchase price shall be paid no later than thirty (30) days after notice to the Commissioner by either Finance Enterprises, Ltd. or such of the shareholders of Finance Enterprises, Ltd. who exercise their respective rights of first refusal, as set forth in Article IV, Section 4 of Finance's Articles of Incorporation;

(g) The Court, if issues arise concerning implementation of Article IV, Section 4, will attempt to address such issues in furtherance of the time frames set forth herein.

6. Plaintiff Kahala CCM Factors, LLC's request for an award of attorneys' fees and costs is denied without prejudice to filing a motion in compliance with local rule, and Plaintiff is directed to do so as soon as possible;

7. If Finance Enterprises, Ltd. and/or its shareholders decline to exercise their respective rights of first refusal as to any portion of the shares comprising Lots 2 and 3, then Kahala CCM Factors, LLC shall close on the unexercised shares remaining in Lots 2 and 3 by paying to the Commissioner the total purchase price in cash (after crediting the amount owed to Plaintiff Kahala CCM Factors, LLC under its secured claim) no later than thirty (30) days after notice to Plaintiff Kahala CCM Factors, LLC is delivered by the Commissioner identifying the number and applicable price(s) of the unexercised shares remaining in Lots 2 and 3.

8. If Finance Enterprises, Ltd. and/or its shareholders decline to exercise their respective rights of first refusal as to any portion of the shares comprising Lot 1, then Tomato Bank shall close on the unexercised shares remaining in Lot 1 by paying to the Commissioner the total price in cash no later than the earlier of: (1) eleven (11) days after notice to Tomato Bank is delivered by the Commissioner identifying the number of unexercised shares remaining in Lot 1; or (2) April 16, 2007.

9. If any dispute arises concerning the exercise of rights of refusal, closing deadlines or procedures, or any similar matter, the parties should present same to the court for clarification, and it shall be heard on an expedited basis so as not to delay the closing dates set out above; and

10. Disbursement of the proceeds of the sales, including the payment of Commissioner Suemori's fees and satisfaction of the debt owed to Plaintiff, including attorneys' fees and costs, shall be made as directed by the court.

DATED: Honolulu, Hawaii, _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    Kahala CCM Factors, LLC

_____
JAY T. SUEMORI
    Commissioner

---

Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.
Civil No. CV-02-00383 SOM/BMK
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 13, 2006; EXHIBIT A

JUDITH ANN PAVEY
    Attorney for Defendant
    NVC Limited Partnership

TERENCE J. O'TOOLE
    Attorney for Defendants
    Marvin Allan Fong, et al.

LEX SMITH
    Attorney for TFC Holdings, Holding
    Corporation, on behalf of Tomato Bank
    or its Assignee

JERROLD K. GUBEN
    Attorney for Bankruptcy Trustee
    Ronald Kotoshirodo

---

Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.
Civil No. CV-02-00383 SOM/BMK
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 13, 2006; EXHIBIT A

_____
SUSAN TIUS
   Attorney for Bankruptcy Trustee
   Sandra Loomis


_____
HARRISON P. CHUNG
   Attorney for Defendants Hiram Leong
   Fong, Sr., et al.


_____
STEPHEN A. JONES
   Attorney for Defendant
   1570 Alewa Limited Partnership


_____
Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.
Civil No. CV-02-00383 SOM/BMK
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 13, 2006; EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,      ) | CIVIL NO. CV-02-00383 SOM/BMK |
| ) | (CONTRACT) |
| Plaintiff,      ) | |
| ) | CERTIFICATE OF SERVICE |
| vs.      ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN AS  ) | |
| HIRAM L. FONG, SR., et al.      ) | |
| ) | |
| Defendants.      ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

GEORGE W. BRANDT, ESQ.              gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

| | |
|---|---|
| JEFFREY DANIEL LAU, ESQ.<br>KURT K. LEONG, ESQ.<br>    Attorneys for Certain Defendants | kleong@ollon.com |
| KE-CHING NING, ESQ.<br>STEPHEN A. JONES, ESQ.<br>MICHAEL A. LILLY, ESQ.<br>    Attorneys for Defendant<br>    1570 Alewa Limited Partnership | ning@nljlaw.com<br><br>michael@nljlaw.com |
| STEVEN L. CHING, ESQ.<br>DAVID M. K. LUM, ESQ.<br>    Attorneys for Defendant<br>    SAI Investment Company | dmklum@lawcsilc.com |
| HARRISON P. CHUNG, ESQ.<br>    Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | hpchawaii@msn.com |
| JERROLD K. GUBEN, ESQ.<br>    Attorney for Defendant<br>    Ronald Kotoshirodo | jkg@roplaw.com |

2

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.     sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of mailing with postage prepaid:

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
   Attorneys for Plaintiff
   Kahala CCM Factors, LLC

JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
   Attorney for Defendant
   NVC Limited Partnership

JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
    Commissioner

DATED: Honolulu, Hawaii, _____.

                                          _____
                                          REUBEN S.F. WONG
                                          DELWYN H.W. WONG
                                          COLETTE L. HONDA
                                              Attorneys for Defendant
                                              Finance Enterprises, Ltd.