IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, )<br>  )<br>  Plaintiff, )<br>  )<br>vs. )<br>  )<br>HIRAM L. FONG, ALSO KNOWN AS )<br>HIRAM L. FONG, SR., et al. )<br>  )<br>  Defendants. )<br> ) | CIVIL NO. CV-02-00383<br>SOM/BMK<br>(CONTRACT)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

GEORGE W. BRANDT, ESQ.           gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.          bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                         kleong@ollon.com
    Attorneys for Certain Defendants


KE-CHING NING, ESQ.                         ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.                      michael@nljlaw.com
    Attorneys for Defendant
    1570 Alewa Limited Partnership


STEVEN L. CHING, ESQ.
DAVID M. K. LUM, ESQ.                       dmklum@lawcsilc.com
    Attorneys for Defendant
    SAI Investment Company


HARRISON P. CHUNG, ESQ.                     hpchawaii@msn.com
    Attorney for Defendants Hiram Leong
Fong, aka Hiram L. Fong and Hiram L.
Fong, Sr., Individually and as Trustee
of the Hiram Leong Fong Revocable
Trust dated 3/17/93, Ellyn Lo Fong,
aka Ellyn L. Fong, Individually and as
Trustee of the Ellyn Lo Fong
Revocable Trust Dated 3/24/93,
Rodney Leong Fong, aka Rodney L.
Fong and Rodney Fong, Individually
and as Trustee for Chelsea Tree Fong,
Forest Wind Fong, Shama Rain Fong
and Ski Hiram Fong, and Patsy
Nakano Fong, aka Patsy N. Fong


JERROLD K. GUBEN, ESQ.                      jkg@roplaw.com
    Attorney for Defendant
    Ronald Kotoshirodo

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.        sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of mailing with postage prepaid:

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
   Attorneys for Plaintiff
   Kahala CCM Factors, LLC


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
   Attorney for Defendant
   NVC Limited Partnership

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK |
| Plaintiff, | (CONTRACT) |
| vs. | CERTIFICATE OF SERVICE |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

GEORGE W. BRANDT, ESQ.  gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.  bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                        kleong@ollon.com
   Attorneys for Certain Defendants


KE-CHING NING, ESQ.                        ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.                     michael@nljlaw.com
   Attorneys for Defendant
   1570 Alewa Limited Partnership


STEVEN L. CHING, ESQ.
DAVID M. K. LUM, ESQ.                      dmklum@lawcsilc.com
   Attorneys for Defendant
   SAI Investment Company


HARRISON P. CHUNG, ESQ.                    hpchawaii@msn.com
   Attorney for Defendants Hiram Leong
   Fong, aka Hiram L. Fong and Hiram L.
   Fong, Sr., Individually and as Trustee
   of the Hiram Leong Fong Revocable
   Trust dated 3/17/93, Ellyn Lo Fong,
   aka Ellyn L. Fong, Individually and as
   Trustee of the Ellyn Lo Fong
   Revocable Trust Dated 3/24/93,
   Rodney Leong Fong, aka Rodney L.
   Fong and Rodney Fong, Individually
   and as Trustee for Chelsea Tree Fong,
   Forest Wind Fong, Shama Rain Fong
   and Ski Hiram Fong, and Patsy
   Nakano Fong, aka Patsy N. Fong


JERROLD K. GUBEN, ESQ.                     jkg@roplaw.com
   Attorney for Defendant
   Ronald Kotoshirodo

2

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.   sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of mailing with postage prepaid:

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
   Attorneys for Plaintiff
   Kahala CCM Factors, LLC

JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
   Attorney for Defendant
   NVC Limited Partnership

JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
  Commissioner

DATED: Honolulu, Hawaii, _____FEB 1 4 2007_____.

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
  Attorneys for Defendant
  Finance Enterprises, Ltd.