McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN         #1192-0
CHRISTOPHER J. COLE     #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>PLAINTIFF KAHALA CCM FACTORS, LLC'S STATEMENT OF NO POSITION TO DEFENDANT FINANCE ENTERPRISES, LTD.'S MOTION TO QUASH SUBPOENA ISSUED TO JAMES H. WRIGHT, ESQ. DATED JANUARY 29, 2007 AND FOR A PROTECTIVE ORDER FILED FEBRUARY 1, 2007; CERTIFICATE OF SERVICE<br><br>DATE:  March 9, 2007<br>TIME:  3:00 p.m.<br>JUDGE: Barry M. Kurren |

56564/155854.1

PLAINTIFF KAHALA CCM FACTORS, LLC'S
STATEMENTOF NO POSITION TO DEFENDANT FINANCE
ENTERPRISES, LTD.'S MOTION TO QUASH SUBPOENA
ISSUED TO JAMES H. WRIGHT, ESQ. DATED JANUARY 29,
2007 AND FOR A PROTECTIVE ORDER FILED FEBRUARY 1, 2007

Plaintiff Kahala CCM Factors, LLC, by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, pursuant to Local Rule 7.4 of the United States District Court for the District of Hawaii, states that it takes no position on Defendant Finance Enterprises, Ltd.'s Motion to Quash Subpoena Issued to James H. Wright, Esq. Dated January 29, 2007 and for a Protective Order filed on February 1, 2007.

DATED: Honolulu, Hawaii, FEB 1 6 2007 .

ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM/BMK |
| ) | (CONTRACT) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN AS ) | |
| HIRAM L. FONG, SR., et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

CERTIFICATE OF SERVICE

I hereby certify that, on ____FEB 1 6 2007____ and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.              kleong@ollon.com
   Attorneys for Certain Defendants

| | |
|---|---|
| KE-CHING NING, ESQ.<br>STEPHEN A. JONES, ESQ. | ning@nljlaw.com |
| MICHAEL A. LILLY, ESQ.<br>   Attorneys for Defendant<br>   1570 Alewa Limited Partnership | michael@nljlaw.com |
| STEVEN L. CHING, ESQ.<br>DAVID M. K. LUM, ESQ.<br>   Attorneys for Defendant<br>   SAI Investment Company | dmklum@lawcsilc.com |
| HARRISON P. CHUNG, ESQ.<br>   Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | hpchawaii@msn.com |
| JERROLD K. GUBEN, ESQ.<br>   Attorney for Defendant<br>   Ronald Kotoshirodo | jkg@roplaw.com |

56564/155854.1

2

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.          sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94


**Served via Hand Delivery:**

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
   Attorneys for Defendant
   Finance Enterprises, Ltd.


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
   Attorney for Defendant
   NVC Limited Partnership


JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
   Commissioner

**Served via Mail:**
(postage prepaid, first class in a United States post office)

MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii 96793
   Defendant


EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii 96793
   Defendant


LEONARD K. K. FONG, as Trustee of the
  Leonard K. K. Fong Revocable Living
  Trust Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


ELLEN LEE FONG, as Trustee for the
  Ellen Lee Fong Revocable Living Trust
  Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


LINDA L. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant

DALE S. N. FONG, Individually and as Custodian
  for Adrienne M. L. Fong and Brandon N.C.K. Fong
  under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant


GLEN S. W. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant


JEFFREY S. C. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant


KEITH S. K. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant


RODNEY S. O. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant


PEARL L. FONG, as Trustee of the Pearl L.
  Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
    Defendant

DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
   Defendant


JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
   Defendant


SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
   Defendant


VALERIE B. L. FONG ASARI, Individually and as
 Custodian for David Y. H. Asari under the
 Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, California 94583
   Defendant


CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, California 94549
   Defendant


JONATHAN WARREN TONG
19215 - 58th Avenue NE
Kenmore, Washington 98028
   Defendant

MARK LEX TONG
1778 Zia Road
Placerville, California 95667
   Defendant


JASON ROBERTO TONG
9 Dianne Court
Lafayette, California 94549
   Defendant


KELLY TONG
9 Dianne Court
Lafayette, California 94549
   Defendant


WINTON TONG, as Trustee for the 1994
 Winton Tong and Gladys F. Tong
 Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, California 94608
   Defendant

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Center, #1088
Honolulu, Hawaii 96813
    Defendant

DATED: Honolulu, Hawaii, _____ FEB 1 6 2007 _____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC