9553

LAW OFFICES OF REUBEN S.F. WONG

| | |
|---|---|
| REUBEN S.F. WONG | #638-0 |
| DELWYN H.W. WONG | #7170-0 |
| COLETTE L. HONDA | #7597-0 |

Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for
FINANCE ENTERPRISES, LTD.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2007

at 3 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>    Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>AMENDED CERTIFICATE OF<br>SERVICE<br><br>(Re: Finance Enterprises, Ltd.'s<br>Proposed Order Granting In Part and<br>Denying In Part Kahala CCM Factors,<br>LLC's Motion for an Order Approving<br>Report of Commissioner and<br>Confirming the Sale of Collateral<br>(1,963 Shares of Stock in Finance<br>Enterprises, Ltd.) at Public Auction<br>filed 12/13/06; Exhibits "A"-"B" filed<br>on February 15, 2007) |

ORIGINAL

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of FINANCE ENTERPRISES, LTD.'S PROPOSED ORDER GRANTING IN PART AND DENYING IN PART KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION FILED DECEMBER 13, 2006; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE was served on the following parties by electronic transmission on February 14, 2007:

GEORGE W. BRANDT, ESQ.  gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.  bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.  kleong@ollon.com
   Attorneys for Certain Defendants

KE-CHING NING, ESQ.  ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.  michael@nljlaw.com
   Attorneys for Defendant
   1570 Alewa Limited Partnership

STEVEN L. CHING, ESQ.
DAVID M. K. LUM, ESQ.  dmklum@lawcsilc.com
   Attorneys for Defendant
   SAI Investment Company

| | |
|---|---|
| HARRISON P. CHUNG, ESQ.<br>Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | hpchawaii@msn.com |
| JERROLD K. GUBEN, ESQ.<br>Attorney for Defendant Ronald Kotoshirodo | jkg@roplaw.com |
| TERENCE J. O'TOOLE, ESQ.<br>STEPHANIE E.W. THOMPSON, ESQ.<br>Attorneys for Defendants Marvin Allan Fong, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and as Receiver for Nathan Allan Fong, Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | sthompson@starnlaw.com |

The undersigned hereby certifies that a copy of FINANCE ENTERPRISES, LTD.'S PROPOSED ORDER GRANTING IN PART AND DENYING IN PART

KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION FILED DECEMBER 13, 2006; EXHIBITS "A" – "B"; CERTIFICATE OF SERVICE was served on the following parties at their respective addresses by means of mailing with postage prepaid on February 14, 2007:

>ROBERT G. KLEIN, ESQ.
>CHRISTOPHER J. COLE, ESQ.
>Five Waterfront Plaza, 4th Floor
>500 Ala Moana Boulevard
>Honolulu, Hawaii 96813
>>Attorneys for Plaintiff
>>Kahala CCM Factors, LLC

>JUDITH ANN PAVEY, ESQ.
>Century Square
>1188 Bishop Street, Suite 907
>Honolulu, Hawaii 96813
>>Attorney for Defendant
>>NVC Limited Partnership

>JAY T. SUEMORI, ESQ.
>Dandar Suemori
>Davies Pacific Center
>841 Bishop Street, Suite 801
>Honolulu, Hawaii 96813
>>Commissioner

The undersigned hereby certifies that a courtesy copy of FINANCE ENTERPRISES, LTD.'S PROPOSED ORDER GRANTING IN PART AND DENYING IN PART KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION FILED DECEMBER 13, 2006; EXHIBITS "A" – "B" was served on the following parties by electronic transmission on February 15, 2007:

LEX SMITH, ESQ.  lrs@ksglaw.com
   Attorney for TFC Holdings

SUSAN TIUS, ESQ.  stius@rmhawaii.com
   Attorney for Defendant
   Sandra Loomis

DATED: Honolulu, Hawaii, _____FEB 1 5 2007_____.

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
   Attorneys for Defendant
   Finance Enterprises, Ltd.