IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>DECLARATION OF STEPHEN A. JONES |

## DECLARATION OF STEPHEN A. JONES

I, STEPHEN A. JONES, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii and before this Court. I am one of the attorneys representing Defendant 1570 ALEWA LIMITED PARTNERSHIP in this case.

2. I know the foregoing of my own personal knowledge and would be competent to testify to the facts thereto.

3. Attached hereto as Exhibit "A" is a true and correct copy of Defendant 1570 Alewa Limited Partnership's Notice of Taking Deposition Upon Oral Examination, dated January 29, 2007, directed to Mr. James H. Wright, Esq. ("Mr. Wright") and scheduled to take place on February 2, 2007.

1

4.   Attached hereto as Exhibit "B" is a true and correct copy of the Subpoena, dated January 29, 2007, directed to Mr. Wright, commanding him to appear on February 2, 2007, the date indicated, for an oral deposition regarding this case and to produce and permit the copying of certain documents.

5.   Based on my conversation with Mr. Wright's attorney, George Van Buren, Mr. Wright had no opposition to the Subpoena and had no objection to attending his deposition on February 2, 2007 as scheduled.

6.   On the morning of February 2, 2007, I spoke with FEL's lawyer (Mr. Wong) while walking back from Court, at which time he stated that he would need more time to review the subpoenaed documents to determine what (if anything) was privileged.

7.   Attached hereto as Exhibit "C" is a true and correct copy of my February 2, 2007 letter to Mr. Wong, which recaps our conversation in which I agreed to postpone Mr. Wright's deposition to allow Mr. Wong more time to review Mr. Wright's documents.

8.   As of today's date, based upon the information I received from Mr. Buren's office, Mr. Wong has still not yet reviewed the subpoenaed documents.

9.   Attached hereto as Exhibit "D" is a true and correct copy of my February 2, 2007 letter to all counsel of record indicating the continuation of Mr. Wright's deposition in view of the Motion to Quash.

10. Attached hereto as Exhibit "E" is a true and correct copy of Sam Yee's October 30, 2006 Email to me, acknowledging his representation of Alewa in this matter.

11. Attached hereto as Exhibit "F" is a true and correct copy of my letters of November 13, 2006 (with enclosure) and January 30, 2007 to Sam Yee.

I declare under penalty of perjury under the laws of the State of Hawaii and the United States that the foregoing is true and correct.

Executed this 16th day of February 2007 in Honolulu, Hawaii.

_____
STEPHEN A. JONES