# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
stevejones@nljlaw.com

February 2, 2007

*Via Facsimile Only 531-3522*

Reuben S.F. Wong, Esq.
Law Office of Reuben S.F. Wong
220 S. King Street, Suite 2288
Honolulu, HI 96813

Re: Kahala CCM Factors, LLC v. Fong, et al.;
U.S.D.C Civil No. 02-00383

Dear Mr. Wong:

This follows up on our conversation this morning. You stated that you needed more time to review Mr. Wright's documents to look for privileged materials. Although I don't think his oral deposition necessarily needs to wait for that to be done (and I also note that the subpoena was specifically limited to *non-privileged* materials in any case), I will nevertheless postpone the deposition to give you this opportunity.

Please coordinate promptly with George Van Buren (Mr. Wright's attorney) to review the materials. I will check with Mr. Van Buren next week to see how that is going. We can then re-set Mr. Wright's deposition.

Please call me if you have any questions.

Sincerely,

Steve Jones

cc: 1570 Alewa Limited Partnership
George Van Buren, Esq.

SAJ:eb
wong.2-2-07.ltr

EXHIBIT "C"