# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
stevejones@nljlaw.com

February 2, 2007

*All Via Facsimile Only*

Reuben Wong, Esq. - 531-3522
Terrence J. O'Toole, Esq./Stephanie E.W. Thompson, Esq. - 537-5434
Steven L. Ching, Esq. - 522-5144
Jeffrey D. Lau, Esq. - 533-0144
Robert G. Klein, Esq. - 524-8293
Judith Ann Pavey, Esq. - 531-5315
Jerrold K. Guben, Esq. - 531-8628
Sherman S. Hee, Esq. - 526-4028
George W. Brandt, Esq. - 533-3011
Jay T. Suemori, Esq. - 532-1705
Harrison P. Chung, Esq. - 531-1339

Re: Kahala CCM Factors, LLC v. Fong, et al.;
U.S.D.C Civil No. 02-00383

Dear Counsel:

Following up on my fax of February 1, 2007, please be advised that the deposition of James Wright (scheduled to begin Monday, February 5th at 2:00 p.m.) will be postponed. I will send you an amended notice for the deposition when we have set a new time for it.

Please call me if you have any questions.

Sincerely,

Steve Jones

cc: George W. Van Buren (via facsimile)
    1570 Alewa Limited Partnership

SAJ:eb
counsel.fax.ltr.2-2-07

EXHIBIT D