# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
SteveJones@nljlaw.com

November 13, 2006

**VIA FACSIMILE & U.S. MAIL (522-2001)**

Sam Yee, Esq.
Finance Factors Center
1164 Bishop Street, Suite 1088
Honolulu, HI 96813

　　　　Re: 1570 Alewa Limited Partnership

Dear Mr. Yee:

　　We represent 1570 Alewa Limited Partnership ("1570 Alewa") in connection with potential claims against you arising out of your representation of 1570 Alewa pursuant to your letter of October 1, 2002 (copy attached).

　　Please provide us with copies of any insurance policies (particularly, but without limitation, professional liability policies) or indemnities which may apply to your activities as an attorney during the period from October 1, 2002 to the present.

　　Thank you in advance for your prompt cooperation. We will be pleased to reimburse your reasonable copying charges. Please contact me, or have your attorney contact me, if you have any questions.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　Steve Jones

Encl.

cc: 1570 Alewa Limited Partnership
　　Attn: Didi Leong

SAJ:eb
yee.ltr.11-13-06



EXHIBIT "F"



# FINANCE ENTERPRISES, LTD.
*Serving the Finance Factors Family*

Date: October 1, 2002

To: Shareholders of Finance Enterprises, Ltd.

From: Sam Yee, Senior Vice President and General Counsel

Re: N. Harwood Street Partners v. Hiram Fong et al.
Civil No. CV02-00383 HG-BMK
United States District Court, Hawaii

Dear Shareholder:

The above referenced lawsuit is a foreclosure collection action filed against Senator Hiram Fong and others based on loans purportedly made by Bank of Honolulu. The plaintiff is a Texas based limited partnership that acquired these loans from the Federal Deposit Insurance Corporation (FDIC) after the FDIC took over the Bank of Honolulu. Enclosed is a copy of the complaint.

Among the collateral sought to be foreclosed upon are 1,333 shares of Finance Enterprises stock. The Articles of Incorporation of Finance Enterprises provides that, with limited exceptions, before any stock can be transferred, first the Company and second the shareholders of the Company must be given rights of first refusal to acquire the stock upon the same terms as the proposed transfer to the outside party.

As a result of the right of first refusal, Finance Enterprises has been named as a defendant party in the lawsuit. The plaintiff also intends to name all of Finance Enterprises' shareholders for the same reason.

I am representing the Company in the lawsuit to ensure that the right of first refusal is given full effect. If you wish, I can also represent you because with respect to the right of first refusal, the interests of the Company and the shareholders are not in conflict. Please indicate your desire and consent to have me represent you by signing the enclosed copy of this letter and returning your signed original to me.

To avoid any additional expense in the lawsuit, as well as possible inconvenience to you, I recommend that also authorize me to accept service on your behalf. If you wish to do so, please indicate by signing the copy of this letter.

Finance Enterprises Shareholders
October 1, 2002
Page 2

  We hope that the lawsuit can be resolved without the Finance Enterprises stock actually being sold at foreclosure.

  We will keep you apprised of developments in the lawsuit.

           Sincerely,

           *[signature]*

           Sam K. Yee
           Senior Vice President and General Counsel

P.S. A Stamped Addressed Return Envelope is enclosed for your use.

I HEREBY AUTHORIZE AND CONSENT TO REPRESENTATION
IN THE ABOVE MENTIONED LAWSUIT BY SAM K. YEE, SENIOR
VICE PRESIDENT AND GENERAL COUNSEL OF FINANCE ENTERPRISES, LTD.

Name: *Dawne Leong as manager of Lohe SLH LLC General Partner of 1570 Alewa Limited Partnership*
Date:

I HEREBY AUTHORIZE SAM K. YEE, SENIOR VICE PRESIDENT AND
GENERAL COUNSEL OF FINANCE ENTERPRISES, LTD. TO
ACCEPT SERVICE OF PROCESS FOR ME IN THE ABOVE MENTIONED LAWSUIT

Name: *Dawne Leong as manager of Lohe SLH LLC General partner of 1570 Alewa Limited Partnership*
Date:

YEE0797
(11/2/06)

# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
stevejones@nljlaw.com

January 30, 2007

**VIA FACSIMILE: 522-2001**
Sam Yee, Esq.
Finance Factors Center
1164 Bishop Street, Suite 1088
Honolulu, HI 96813

Re: Kahala CCM Factors, LLC v. Fong, et al.;
U.S.D.C Civil No. 02-00383

Dear Mr. Yee:

This reiterates prior requests to you for disclosure whether you have an insurance policy or an indemnity (from Finance Enterprises or otherwise) for your activities as an attorney in the above case. Sid Ayabe has advised that he is not representing you and he does not know who (if anyone) is representing you, but I am copying him on this letter nevertheless in an abundance of caution.

This also reiterates prior requests to you for access to the documents referenced to in your letter of November 21, 2006. Because this aspect may involve Finance Enterprises itself, I am also copying Reuben Wong on this letter because he is now representing Finance Enterprises in the action.

Sincerely,

Steve Jones

cc: Sidney Ayabe, Esq.
Reuben Wong, Esq.
1570 Alewa Limited Partnership

SAJ:eb
Sam Yee 1-30-07 letter