IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM LEONG FONG, ALSO | ) |
| KNOWN AS HIRAM L. FONG, SR., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served upon the following at their last known addresses, as indicated below on February 16, 2007:

**THE FOLLOWING WERE SERVED VIA E-EMAIL:**

GEORGE W. BRANDT, ESQ.                gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.           bhiramatsu@lbchlaw.com
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    N. Harwood Street Partners I, L.P.

ROBERT G. KLEIN, ESQ.                klein@m4law.com
CHRISTOPHER J. COLE, ESQ.            cole@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    Kahala CCM Factors, LLC

STEVEN L. CHING, ESQ.                dmklum@lawcsilc.com
DAVID M. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96813
    Attorney for Defendant
    SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.              hpchawaii@msn.com
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
    Attorney for Defendants
    HIRAM LEONG FONG and ELLYN LO FONG

JEFFREY D. LAU, ESQ.
KURT K. LEONG                        kleong@ollon.com
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
    Withdrawing Attorneys for Defendants
    FINANCE ENTERPRISES, LTD., ET AL.

2

TERRENCE J. O'TOOLE
STEPHANIE E.W. THOMPSON      sthompson@starnlaw.com
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

    Attorney for Defendants
Marvin Allan Fong, as Trustee for the Marvin Allan Fong
Revocable Trust Agreement Dated 5/9/94 and as Receiver for
Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94

JERROLD K. GUBEN, ESQ.      jkg@roplaw.com
    Attorney for Defendant
Ronald Kotoshirodo

JUDITH ANN PAVEY, ESQ.      paveyaallc@aol.com
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
Attorney for Defendant
NVC Limited Partnership


**THE FOLLOWING WERE SERVED VIA HAND DELIVERY:**
JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    Commissioner

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813

Appearing Attorneys for Defendant
FINANCE ENTERPRISES, LTD.

3

**THE FOLLOWING WERE SERVED VIA U.S. MAIL, POSTAGE PREPAID:**

    SHERMAN S. HEE, ESQ.
Attorney at Law
1001 Bishop Street, Suite 850
Honolulu, Hawaii 96813
    Defendant

    MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii 96793
    Defendant

    EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii 96793

    LEONARD K. K. FONG, as Trustee of the
Leonard K. K. Fong Revocable Living Trust
Under Trust dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

    ELLEN LEE FONG, as Trustee for the
Ellen Lee Fong Revocable Living Trust
Under Trust Dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

    LINDA L. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

DALE N. FONG, Individually and as Custodian for
Adrienne M. L. Fong and Brandon N.C. K. Fong
Under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant


GLEN S. W. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

JEFFREY S. C. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

KEITH S. K. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

RODNEY S. O. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant


PEARL L. FONG, as Trustee of the Pearl L.
Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, HI 96819
    Defendant

DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, HI 96819
    Defendant

JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, HI 96819
    Defendant

SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, HI 96819
    Defendant

VALERIE B. L. FONG ASARI, Individually and as
Custodian for David Y. H. Asari under the
Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, CA 94583
    Defendant

CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, CA 94549
    Defendant

JONATHAN WARREN TONG
19215 – 58TH Avenue NE
Kenmore, WA 98028
    Defendant

MARK LEX TONG
1778 Zia Road
Placerville, CA 95667
    Defendant

JASON ROBERTO TONG
9 Dianne Court
Lafayette, CA 94549
    Defendant

KELLY ROBERTO TONG
9 Dianne Court
Lafayette, CA 94549
    Defendant

WINTON TONG, as Trustee for the 1994
Winton Tong and Gladys F. Tong
Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, CA 94608
    Defendant

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Street Center, #1088
Honolulu, HI 96813
    Defendant

DATED:    Honolulu, Hawaii, _February 16, 2007_.

                                                      STEPHEN A. JONES
                                                      MICHAEL A. LILLY
                                                      JILL D. RAZNOV
                                                      Attorneys for Defendant
                                                      1570 ALEWA LIMITED PARTNERSHIP