ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 21 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

DANDAR ◆ SUEMORI,
A Limited Liability Law Company

JAY T. SUEMORI #3340-0
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 532-1711

Commissioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| Plaintiff, | ) | |
| | ) | STATEMENT OF NO POSITION |
| vs. | ) | AND NOTICE OF INTENTION NOT |
| | ) | TO APPEAR AT HEARING ON |
| | ) | DEFENDANT FINANCE ENTERPRISES, |
| | ) | LTD.'S MOTION TO QUASH |
| HIRAM L. FONG, ALSO KNOWN AS | ) | SUBPOENA ISSUED TO JAMES H. |
| HIRAM S. FONG, SR., et al., | ) | WRIGHT, ESQ. DATED JANUARY |
| | ) | 29, 2007 AND FOR A PROTECTIVE |
| Defendants. | ) | ORDFER, FILED FEBRUARY 1, 2007; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | Hearing: |
| | ) | Date:  March 9, 2007 |
| | ) | Time:  3:00 p.m. |
| | ) | Judge:  Barry M. Kurren |

STATEMENT OF NO POSITION AND NOTICE OF INTENTION NOT TO APPEAR AT HEARING ON DEFENDANT FINANCE ENTERPRISES, LTD.'S MOTION TO QUASH SUBPOENA ISSUED TO JAMES H. WRIGHT, ESQ. DATED JANUARY 29, 2007 AND FOR A PROTECTIVE ORDER, FILED FEBRUARY 1, 2007

Comes now JAY T. SUEMORI, the duly appointed Commissioner in the above-entitled action, and hereby states that he has no position on Defendant Finance Enterprises, Ltd.'s

Motion to Quash Subpoena Issued To James H. Wright, Esq. dated January 29, 2007 And For A Protective Order, Filed February 1, 2007. Jay T. Suemori also states that no appearance will be made on his behalf at the hearing on said Motion, unless otherwise instructed by the Court.

Dated: Honolulu, Hawaii, February 20, 2007.

_____
JAY T. SUEMORI
Commissioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM S. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was duly served upon the following at their last known addresses upon filing as follows:

| | Hand Delivery | U.S. Mail |
|---|---|---|
| GEORGE W. BRANDT, ESQ.<br>BEVERLY HIRAMATSU, ESQ.<br>841 Bishop Street, Ste 1800<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>N. Harwood Street Partners I, L.P. | ( X ) | ( ) |
| JEFFREY D. LAU, ESQ.<br>KURT K. LEONG, ESQ.<br>Ocean View Center<br>707 Richards Street, Ste. 600<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>FINANCE ENTERPRISES, LTD., ET AL. | ( X ) | ( ) |

| | | |
|---|---|---|
| STEPHEN A. JONES, ESQ.<br>MICHAEL A. LILLY, ESQ.<br>JILL D. RAZNOV, ESQ.<br>707 Richards Street, Suite 700<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>1570 ALEWA LIMITED PARTNERSHIP | ( X ) | ( ) |
| HARRISON P. CHUNG, ESQ.<br>Law Office of Harrison P. Chung<br>1136 Union Mall, Suite 206<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>HIRAM LEONG FONG and ELLYN LO FONG | ( X ) | ( ) |
| ROBERT G. KLEIN, ESQ.<br>CHRISTOPHER J. COLE, ESQ.<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>KAHALA CCM FACTORS, LLC | ( X ) | ( ) |
| TERRANCE J. O'TOOLE, ESQ.<br>STEPHANIE E.W. THOMPSON, ESQ.<br>Starn O'Toole Marcus & Fisher<br>Pacific Guardina Center, Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Marvin Allan Fong, As Trustee<br>for the Marvin Allan Fong<br>Revocable Trust Agreement Dated<br>5/9/94 and As Receiver for Nathan Allan Fong,<br>Sandra Y.Y. Au Fong, As Trustee of the Sandra<br>Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | ( X ) | ( ) |

| | | |
|---|---|---|
| STEVEN L. CHING, ESQ.<br>DAVID M. LUM, ESQ.<br>Char Sakamoto Ishii Lum & Ching<br>Davies Pacific Center<br>841 Bishop Street, Suite 850<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>SAI INVESTMENT COMPANY | ( X ) | ( ) |
| JERROLD K. GUBEN, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>RONALD KOTOSHIRODO | ( X ) | ( ) |
| REUBEN S.F. WONG, Esq.<br>DELWYN H.W. WONG, Esq.<br>COLLETTE L. HONDA, Esq.<br>1164 Bishop Street, Suite 1005<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>FINANCE ENTERPRISES, LTD. | ( X ) | ( ) |
| JUDITH ANN PAVEY, Esq.<br>Century Square<br>1188 Bishop Street, Suite 907<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>NVC Limited Partnership | ( X ) | ( ) |
| SHERMAN S. HEE, ESQ.<br>Attorney at Law<br>Pauahi Tower, Suite 850<br>1001 Bishop Street<br>Honolulu, Hawaii 96813<br>Defendant | ( X ) | ( ) |

| | | |
|---|---|---|
| MERIE ELLEN FONG GUSHI<br>185 Waiko Road<br>Wailuku, Maui, Hawaii  96793<br>Defendant | ( ) | ( X ) |
| EMILY MITCHELL<br>c/o 185 Waiko Road<br>Wailuku, Maui, Hawaii  96793<br>Defendant | ( ) | ( X ) |
| LEONARK K.K. FONG, as Trustee of the<br>Leonard K.K. Fong Revocable Living Trust<br>Under Trust dated 1/19/98<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii  96813<br>Defendant | ( ) | ( X ) |
| LINDA L. FONG<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii  96813<br>Defendant | ( ) | ( X ) |
| DALE N. FONG, Individually and as Custodian for<br>Adrienne M. L. Fong and Brandon N.C.K. Fong<br>Under the Hawaii Uniform Gift to Minors Act<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii  96813<br>Defendant | ( ) | ( X ) |
| GLEN S.W. FONG<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii  96813<br>Defendant | ( ) | ( X ) |
| JEFREY S.C. FONG<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii  96813<br>Defendant | ( ) | ( X ) |
| KEITH S.K. FONG<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii  96813<br>Defendant | ( ) | ( X ) |

| | | |
|---|---|---|
| RODNEY S.O. FONG<br>725 Kapiolani Boulevard, Suite C-204<br>Honolulu, Hawaii 96813<br>Defendant | ( ) | ( X ) |
| PEARL L. FONG, as Trustee of the<br>Pearl L. Fong Revocable Trust dated 2/21/00<br>1565 Ala Amoamo Street<br>Honolulu, Hawaii 96819<br>Defendant | ( ) | ( X ) |
| DEBORAH B. J. FONG YEE<br>1565 Ala Amoamo Street<br>Honolulu, Hawaii 96819<br>Defendant | ( ) | ( X ) |
| JONATHAN Y.C. FONG<br>1565 Ala Amoamo Street<br>Honolulu, Hawaii 96819<br>Defendant | ( ) | ( X ) |
| SUSAN B. L. FONG TAKASHIMA<br>1565 Ala Amoamo Street<br>Honolulu, Hawaii 96819<br>Defendant | ( ) | ( X ) |
| VALERIE B.L. FONG ASARI, Individually and<br>As Custodian for David Y. H. Asari under the Hawaii<br>Uniform Gift to Minors Act<br>2540 Shadow Mt. Court<br>San Ramon, CA 94583<br>Defendant | ( ) | ( X ) |
| CLIFFORD MARSHALL TONG<br>9 Dianne Court<br>Lafayette, CA 94549<br>Defendant | ( ) | ( X ) |
| JONATHAN WARREN TONG<br>19215 – 58th Avenue NE<br>Kenmore, WA 98028<br>Defendant | ( ) | ( X ) |

| | | |
|---|---|---|
| MARK LEX TONG<br>1778 Zia Road<br>Placerville, CA  95667<br>Defendant | ( ) | ( X ) |
| JASON ROBERTO TONG<br>9 Dianne Court<br>Lafayette, CA  94549<br>Defendant | ( ) | ( X ) |
| KELLY ROBERTO TONG<br>9 Dianne Court<br>Lafayette, CA  94549<br>Defendant | ( ) | ( X ) |
| WINTON TONG, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust<br>6363 Christie Avenue, Suite 2426<br>Emeryville, CA  94608<br>Defendant | ( ) | ( X ) |
| DEL Associates<br>c/o Daniel B. T. Lau<br>1164 Bishop Street, #1088<br>Honolulu, Hawaii  96813<br>Defendant | ( X ) | ( ) |

DATED: Honolulu, Hawaii  FEBRUARY 20, 2007

*/s/ Jay T. Suemori*
JAY T. SUEMORI
Commissioner

6