IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>　　　　　　Defendants.<br>_____ | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>ORDER GRANTING IN PART<br>AND DENYING IN PART<br>PLAINTIFF KAHALA CCM<br>FACTORS, LLC'S MOTION FOR<br>AN ORDER APPROVING<br>REPORT OF COMMISSIONER<br>AND CONFIRMING THE SALE<br>OF COLLATERAL (1,963<br>SHARES OF STOCK IN<br>FINANCE ENTERPRISES, LTD.)<br>AT PUBLIC AUCTION, FILED<br>DECEMBER 13, 2006;<br>EXHIBIT A<br><br>DATE:　　February 6, 2007<br>TIME:　　10:30 a.m.<br>JUDGE:　Susan Oki Mollway |

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF
KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING
REPORT OF COMMISSIONER AND CONFIRMING THE
SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE
ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 13, 2006

　　　　　Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, filed on December 13, 2006 (the "Motion"), came on for hearing before the Honorable Susan Oki Mollway on

56564/155434.3

February 6, 2007, at 10:30 a.m., which was held together with the Honorable Robert J. Faris of the United States Bankruptcy Court for the District of Hawaii in Bankruptcy Case Nos. 03-00674 and 05-04104 (Bankr. D. Hawaii) on certain motions filed by the bankruptcy trustees in those cases.  Robert G. Klein, Esq., and Christopher J. Cole, Esq., appeared for Plaintiff Kahala CCM Factors, LLC.; Reuben S.F. Wong, Esq., Delwyn H.W. Wong, Esq., and Colette L. Honda, Esq., appeared for Defendant Finance Enterprises, Ltd.; Jay T. Suemori, Esq., was present as the court appointed Commissioner; Judith Ann Pavey, Esq., appeared for Defendant NVC Limited Partnership; Terence J. O'Toole, Esq., appeared for Defendants Marvin Allan Fong, et al.; Lex R. Smith, Esq., appeared for non-party TFC Holding, Bank Holding Corporation, on behalf of Tomato Bank or its assignee ("Tomato Bank"); Jerrold K. Guben, Esq., appeared for Bankruptcy Trustee Ronald Kotoshirodo, who was also present; Susan Tius, Esq., appeared for Bankruptcy Trustee Sandra Loomis, who was also present; Harrison P. Chung, Esq., appeared for Defendants Hiram Leong Fong, Sr., Ellyn Fong, Rodney Fong, and Patsy N. Fong, et al.; and Stephen A. Jones, Esq., appeared for Defendant 1570 Alewa Limited Partnership.  The court, having reviewed and considered the Motion, the briefs, declarations, exhibits, and arguments of the parties in their written submissions and during the hearing, and the court being fully advised in the premises,

56564/155434.3

2

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED in part, and DENIED in part without prejudice, as follows:

    1.    The court approves the Commissioner's Report ("Report") filed herein on November 16, 2006;

    2.    The court confirms the sale of Lot 2, consisting of 630 shares of stock in Finance Enterprises, Ltd., represented by Stock Certificates Nos. 109 and 139, at the public auction held by Commissioner Suemori as stated in his Report, on November 1, 2006, to Kahala CCM Factors, LLC, at a price per share of $1,822.44, or $1,148,137.20 (One Million, One Hundred Forty-Eight Thousand, One Hundred and Thirty-Seven Dollars and Twenty Cents);

    3.    The court confirms the sale of the Lot 1, consisting of 1,092 shares of stock in Finance Enterprises, Ltd., represented by Stock Certificates Nos. 65, 107 and 205, at the overbidding auction held during a recess of the 2/6/07 hearing on the Motion as stated by Commissioner Suemori in open court at said continued hearing, to Tomato Bank, at a price per share of $1,055.25, or $1,152,333 (One Million, One Hundred Fifty-Two Thousand, Three Hundred and Thirty-Three Dollars and No Cents);

    4.    The court confirms the sale of Lot 3, consisting of 241 shares of stock in Finance Enterprises, Ltd., represented by Stock Certificate No. 238, at the overbidding auction held during a recess of the 2/6/07 hearing on the Motion as

stated by Commissioner Suemori in open court at said continued hearing, to Plaintiff Kahala CCM Factors, LLC, at a price per share of $1,438.00, or $346,558 (Three Hundred Forty-Six Thousand, Five Hundred and Fifty-Eight Dollars and No Cents);

   5. Commissioner Suemori shall send written notice of the foregoing confirmed sales for exercise of the right of first refusal set forth in the articles of incorporation of Finance Enterprises, Ltd., to Finance Enterprises, Ltd., via certified mail, return receipt requested, by no later than February 7, 2007, addressed as set forth in the letter dated February 5, 2007, from Sam K. Yee to Jay T. Suemori, attached hereto as Exhibit A;

   6. Finance Enterprises, Ltd., must respond to the Commissioner within 15 days following receipt of the foregoing notice.  This response shall indicate whether Finance Enterprises, Ltd., is exercising its right of first refusal as set forth in its articles of incorporation;

   7. If Finance Enterprises, Ltd., does not exercise its right of refusal to all 1,963 shares of Finance Enterprises, Ltd., stock, then the Commissioner shall send written notices by certified mail, return receipt requested, to all shareholders listed on the attached Exhibit A, for exercise of rights of refusal set forth in the articles of incorporation of Finance Enterprises, Ltd.;

8.  Shareholders must respond to the Commissioner within 15 days following receipt of said notice. Such responses shall indicate whether the shareholder is exercising his/her/its right of first refusal as set forth in the articles of incorporation of Finance Enterprises, Ltd.;

9.  Plaintiff Kahala CCM Factors, LLC's request for an award of attorneys' fees and costs is denied without prejudice to filing a motion in compliance with local rule, and Plaintiff is directed to do so as soon as possible;

10. All sales shall close through a cash payment of the purchase price in full, or, if Plaintiff Kahala CCM Factors, LLC, is the purchaser, payment of any excess purchase price after crediting the secured debt, to Commissioner Suemori by no later than the _earliest_ of: (a) with respect to Lot 1 shares, 11 days following notice to Tomato Bank from Commissioner Suemori that no rights of refusal are being exercised; (b) with respect to any sale as to which rights of refusal are exercised, 30 days following notice to Commissioner Suemori of the acceptance of the terms of such sale; or (c) April 16, 2007;

11. The court reserves decision on all questions not specifically addressed in this order, including whether the rights of first refusal may be exercised as to some but not all of the shares, as well as closing deadlines or procedures. Any such matter may be presented to this court for clarification will

be heard on an expedited basis in an attempt to prevent any delay in the closing dates set forth above; and

        12.    Disbursement of the proceeds of the sales, including the payment of Commissioner Suemori's fees and costs, including satisfaction of the debt owed to Plaintiff, and including attorneys' fees and costs, shall be made as further directed by the court.  Commissioner Suemori shall submit an updated request for his fees and costs as soon as possible after all the rights of first refusal have been exercised or not exercised.

        DATED:  Honolulu, Hawaii, February 22, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

_____
Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.
Civil No. CV-02-00383 SOM/BMK
ORDER GRANTING PLAINTIFF KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DECEMBER 13, 2006; EXHIBIT A