

# FINANCE ENTERPRISES, LTD.
*Serving the Finance Factors Family*

February 5, 2007

Jay T. Suemori, Esq.                                   Fax No. 532-1705
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813

    Re:   Kahala CCM Factors, LLC v. Hiram Fong, et. al.,
            Civil No. 02-00383 SOM BMK (Contract)

Dear Mr. Suemori:

    Pursuant to the Court's request in that certain foreclosure action filed in the United States District Court, entitled <u>Kahala CCM Factors, LLC v. Hiram Fong, et al.</u>, Civil No. 02-00383 SOM/BMK, please be informed of the following:

1.    Address for Finance Enterprises, Ltd.:

       Finance Enterprises, Ltd.
       1164 Bishop Street, Suite 1088
       Honolulu, Hawaii 96813

       Attention: Russell Lau, President

2.    Total number of Finance Enterprises, Ltd.'s shares: 61,638

3.    Addresses of Finance Enterprises, Ltd.'s shareholders: (See attached)

    Please contact my office if you have any questions regarding any of the above or the attachment.

                                 Very truly yours,

                                 Finance Enterprises, Ltd.

EXHIBIT "A"

                              By: _____
                              Sam K. Yee
                              Senior VP and General Counsel

Enclosure
1164 Bishop Street • Honolulu, Hawaii 96813-2810 • Telephone: (808) 548-3311 • Facsimile: (808) 548-5148

FINANCE ENTERPRISES, LIMITED
STOCKHOLDERS - COMMON SHARES
STOCK RECORD DATE December 18, 2006

STOCKHOLDERS

1  Hiram Leong Fong, Trtee of the
   Hiram Leong Fong RTD 3/17/93
   185 Waiko Road
   Wailuku, Maui, HI 96793

2  Ellyn Lo Fong, Trtee of the
   Ellyn Lo Fong RTD 3/24/93
   185 Waiko Road
   Wailuku, Maui, HI 96793

3  Hiram L. Fong. Jr.
   P.O. Box 37267
   Honolulu, HI 96837

4  Hiram L. Fong, Jr.* &
     Janet Fong,** JT TEN WROS
   P.O. Box 37267
   Honolulu, HI 96837

5  Hiram L. Fong, Jr. Cust. for
     Jennifer Fong under HUGMA
   P.O. Box 37267
   Honolulu, HI 96837

6  Hiram L. Fong, Jr. Trustee for
     Jennifer Fong
   P.O. Box 37267
   Honolulu, HI 96837

7  Hiram L. Fong, Jr. Trustee for
     Janna Fong
   P.O. Box 37267
   Honolulu, HI 96837



EXHIBIT "A"

8   Marvin Allan Fong RTA dtd 5/9/94
    1048 Kiionioni Loop
    Honolulu, HI 96816

9   Sandra Y.Y. Au Fong RTAD 5/9/94
    1048 Kiionioni Loop
    Honolulu, HI 96816

10  Marvin Allan Fong, Trstee
      Nathan Allan Fong
    1048 Kiionioni Loop
    Honolulu, HI 96816

11  Timothy Allan Joo Teh Fong
    Trust dated 3/18/04
    1048 Kiionioni Loop
    Honolulu, HI 96816

12  Merie-Ellen Fong Gushi &
    Russel Yoshio Gushi, TITE
    185 Waiko Road
    Wailuku, Maui, HI 96793

13  Emily Mitchell
    185 Waiko Road
    Wailuku, Maui, HI 96793

14  Rodney L. Fong
    47-351 Pulama Road
    Kaneohe, HI 96744

15  Rodney L. Fong* &
      Patsy Fong,** JT TEN WROS
    47-351 Pulama Road
    Kaneohe, HI 96744

16  Rodney L. Fong, Trustee for
      Chelsea Tree Fong
    47-351 Pulama Road
    Kaneohe, HI 96744

17  Rodney L. Fong, Trustee for
    Forest Wing Fong
    47-351 Pulama Road
    Kaneohe, HI  96744

18  Rodney L. Fong, Trustee for
    Shama Rain Fong
    47-351 Pulama Road
    Kaneohe, HI  96744

19  Rodney L. Fong, Trustee for
    Sky Hiram L. Fong
    47-351 Pulama Road
    Kaneohe, HI  96744

20  Ellen L. Fong, as Trtee of the
    Leonard K.K. Fong RLTUTD 2/19/98
    725 Kapiolani Blvd Su C-204
    Honolulu, HI  96813

21  Ellen Lee Fong, as Trstee of & for the
    Ellen Lee Fong RLTUTD 2/19/98
    725 Kapiolani Blvd Su C-204
    Honolulu, HI  96813

22  Dale S. N. Fong &
    Linda L. Fong, JTWFROS
    725 Kapiolani Blvd Su C-204
    Honolulu, HI  96813

23  Adrienne M. L. Fong
    725 Kapiolani Blvd Su C-204
    Honolulu, HI  96813

24  Brandon N.C.K. Fong
    725 Kapiolani Blvd Su C-204
    Honolulu, HI  96813

25  Glen S. W. Fong
    725 Kapiolani Blvd Su C-204
    Honolulu, HI  96813

Case 1:02-cv-00383-SOM-BMK    Document 214-2    Filed 02/22/2007    Page 4 of 7

26  Jeffrey S. C. Fong
    725 Kapiolani Blvd Su C-204
    Honolulu, HI 96813

27  Keith S. K. Fong
    725 Kapiolani Blvd Su C-204
    Honolulu, HI 96813

28  Keith Sun Kin Fong, Cust for
    Karalyn Emi Mew Yi Fong, Udr HUGMA
    725 Kapiolani Blvd Su C-204
    Honolulu, HI 96813

29  Rodney S. O. Fong
    725 Kapiolani Blvd Su C-204
    Honolulu, HI 96813

30  Rodney Sun On Fong, Cust for
    Harrison Yoshikazu Fung Kin Fong Udr HUGMA
    725 Kapiolani Blvd Su C-204
    Honolulu, HI 96813

31  Pearl L. Fong Revocable Trust
    Dated 2/21/00
    1565 Ala Amoamo Street
    Honolulu, HI 96819

32  Deborah B. J. Fong Yee
    1565 Ala Amoamo Street
    Honolulu, HI 96819

33  Jonathan Y. C. Fong
    1565 Ala Amoamo Street
    Honolulu, HI 96819

34  Susan B. L. Fong Takashima
    1565 Ala Amoamo Street
    Honolulu, HI 96819

35  Valerie B. L. Fong Asari
    2540 Shadow Mt. Court
    San Ramon, CA 94583

36  Valerie B. L. Fong Asari, CF
    David Y. H. Asari under HUGMA
    2540 Shadow Mt. Court
    San Ramon, CA 94583

37  Clifford Marshall Tong
    9 Dianne Court
    Lafayette, CA 94549

38  Jonathan Warren Tong
    19215 - 58th Ave NE
    Kenmore, WA 98028

39  Mark Lex Tong
    1778 Zia Road
    Placerville, CA 95667

40  Jason Roberto Tong
    9 Dianne Court
    Lafayette, CA 94549

41  The Gladys F. Tong Trust f/b/o
    Jason Tong uta Established 6/28/01
    9 Dianne Court
    Lafayette, CA 94549

42  Kelly Tong
    9 Dianne Court
    Lafayette, CA 94549

43  The Gladys F. Tong Trust f/b/o
    Kelly Tong uta Established 6/28/01
    9 Dianne Court
    Lafayette, CA 94549

44  The Gladys F. Tong Trust f/b/o
    Jenna Tong uta Established 6/28/01
    19215 - 58th Ave NE
    Kenmore, WA 98028

45  The Gladys F. Tong Trust f/b/o

   Serena Tong uta Established 6/28/01
   19215 - 58th Ave NE
   Kenmore, WA 98028

46 The Gladys F. Tong Trust f/b/o
   Mika Tong uta Established 6/28/01
   1778 Zia Road
   Placerville, CA 95667

47 DEL ASSOC.
   c/o Daniel B. T. Lau
   1164 Bishop Center #1088
   Honolulu, HI 96813

48 1570 Alewa Limited Partnership
   c/o Lotus SRH LLC
   2651 Tantalus Drive
   Honolulu, HI 96813

49 SAI Investment Company
   c/o Patrick Chun
   1164 Bishop Street #1088
   Honolulu, HI 96813

50 NVC LIMITED PARTNERSHIP
   c/o Sherman Hee, Pauahi Twr
   1001 Bishop St. Suite 850
   Honolulu, HI 96813

51 Sherman S. Hee
   Pauahi Tower
   1001 Bishop St. Suite 850
   Honolulu, HI 96813

52 Stephanie Y. Hee
   4000 Old Pali Road
   Honolulu, HI 96817