IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM BMK |
| | ) | (Contract) |
| Plaintiff, | ) | |
| | ) | DECLARATION OF JUDITH ANN |
| vs. | ) | PAVEY |
| | ) | |
| HIRAM LEONG FONG, ALSO KNOWN | ) | |
| AS HIRAM L. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

DECLARATION OF JUDITH ANN PAVEY

I, JUDITH ANN PAVEY, declare as follows:

1.    I am an attorney licensed to practice law in the State of Hawaii and am representing Defendant NVC LIMITED PARTNERSHIP in connection with the above-entitled matter.  Unless otherwise stated, I make this declaration on the basis of personal knowledge.

2.    Applicant owns in excess of 16% of the shares of Finance Enterprises, Ltd. ("FE").

3.    I am informed and believe that FE's management has already met and decided that FE will exercise its right of first refusal with respect to the shares which are the subject of this application.  I am further informed and believe that FE's management has issued formal notice of FE's intention to exercise its right of first refusal yesterday, Thursday, February 21, 2007.

4.    Attached hereto as Exhibits "1" and "2" are true and correct copies of the relevant letters from the respective Trustees in the aforementioned bankruptcy matters confirming the sale.

5.    A true and correct copy of FE's Articles of Incorporation are attached hereto as Exhibit "3".

6.    Attached hereto as Exhibit "4" is a true and correct copy of Stephen A. Jones' February 7, 2007 letter to FE's Board of Directors notifying them that the interested directors must abstain from voting on the right of first refusal.

7.    Based upon all the information set forth in this application, it is my belief that the Intervener and other FE shareholders, as well as the company itself, will suffer immediate and irreparable injury if the Court does not issue a temporary restraining order preventing FE's management from taking further action with respect to FE's right or first refusal.

I, JUDITH ANN PAVEY, do declare under penalty of law that the above statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, _____ FEB 2 2 2007 _____.


_____
JUDITH ANN PAVEY

2