# RUSH MOORE LLP

A Limited Liability Law Partnership

Attorneys at Law

Offices in Honolulu and Kona

Honolulu Office: 737 Bishop Street, Suite 2400, Honolulu, Hawaii 96813 / Tel. (808) 521-0400 / Fax (808) 521-0497

Direct dial number: 521-0406
Email: stius@rmhawaii.com

February 7, 2007

Russell Lau, President
Finance Enterprises, Ltd.
1164 Bishop Street, #498
Honolulu, HI  96813

**CERTIFIED MAIL
and HAND DELIVERY**

RE:   In re Rodney Leong Fong and Patsy Nakano Fong, Bk. No. 05-04104

Dear Mr. Lau:

Sandra Loomis, the duly appointed Trustee in the bankruptcy case entitled In re Rodney Leong Fong and Patsy Nakano Fong, Bk. No. 05-04104, has obtained Bankruptcy Court approval of an offer from TFC Holding, a Bank Holding Corporation, a bank holding company, or its nominee, to purchase 275 shares of Finance Enterprises, Ltd. stock represented by Certificate No. 287 for 59 shares in the name of "Rodney L. Fong" and Certificate No. 328 (replacing lost Certificate No. 24) for 216 shares in the name of "Rodney L. Fong & Patsy Fong, JT WROS".

The offer price is $1,055.25 per share for a total offer price of $290,193.75, all cash.  Closing shall be on the earlier of April 15, 2007 or the period established under Article IV, Section 4 of the Articles of Incorporation of Finance Enterprises, Ltd., as modified by the rulings of the Bankruptcy Court at the hearing held on February 6, 2007 in the above Debtors' case.  Specifically, Finance Enterprises, Ltd. shall have no more than fifteen (15) days after receipt of this letter to accept the terms of this offer by providing notice to the Trustee, through her undersigned counsel, and no more than thirty (30) days from the date it makes such notification to complete the purchase of the 275 shares by delivering payment, at $1,055.25 per share, for a total price of $290,193.75, all cash, to the Trustee.  The corporation's right of first refusal shall terminate if the corporation, for the period of fifteen (15) days after receipt of this letter, fails to accept the terms of this offer.

Very truly yours,

RUSH MOORE LLP
A Limited Liability Law Partnership

By _____
SUSAN TIUS

ST:cf

cc:   Reuben S.F. Wong, Esq., reubenwong@yahoo.com and mail
Lex R. Smith, Esq., lsmith@ksg.com and mail
Sandra J. Loomis, Trustee, e-mail and mail



EXHIBIT 2