**1570 ALEWA LIMITED PARTNERSHIP**
a Hawaii limited partnership
2651 Tantalus Drive
Honolulu, HI 96813

February 7, 2007

Board of Directors
Finance Enterprises, Ltd.

Russell Lau
1503 Ualakaa Place
Honolulu, HI 96822

Daniel B.T. Lau
704 Onaha Street
Honolulu, HI 96816

Patrick Chun
48 Wailupe Circle
Honolulu, HI 96821

Patsy Chun
311 22nd Avenue
Honolulu, HI 96816

Jeffrey Lau
2039 Lanihuli Drive
Honolulu, HI 96822

Merie-Ellen Fong Gushi
185 Waiko Road
Wailuku, HI 96793

Dale Fong
1446-C Alewa Drive
Honolulu, HI 96817

Pearl Fong
1565 Ala Amoamo Street
Honolulu, HI 96819

Wendell Pang
2383 Beckwith Street
Honolulu, HI 96822

Michael Schuette
1040 Lunalilo Street, Suite 701
Honolulu, HI 96822

Clifford Tong
9 Dianne Court
Lafayette, CA 94549

James Wright
2025 Keeaumoku Street
Honolulu, HI 96822

Jennifer Chapman
91-1036 Kauoha Street
Ewa Beach, HI 96706

Dear Board Members:

This pertains to several matters which are, or should be, before you as Directors of the Finance Enterprises Ltd.

EXHIBIT 4

Board of Directors
February 7, 2007
Page 2 of 3

1. *Failure to Act on Insider Transactions.* We have made several demands for full disclosure concerning transactions by which a corporate insider apparently purchased promissory notes secured by the company's stock, for amounts which are substantially below $1000 per share. These transactions would appear to represent corporate opportunities, the benefit of which should go to the corporation rather than an individual insider.

Despite demand, the company's management has not provided any real disclosure on these matters, nor has it disclosed what steps (if any) are being taken to secure and realize the benefit of these opportunities on behalf of the corporation.

2. *Interested Directors Must Abstain from Voting on Right of Refusal.* The company appears to be taking certain positions concerning an asserted "right of refusal" to purchase shares in response to third-party offers, and concerning the purported relationship between the company's right of refusal and the rights of refusal which the shareholders themselves have.

It is possible that issues concerning these "rights of refusal" may come before the Board of Directors. Those Directors who are also stockholder, either directly or through family partnerships etc., have dual interests in dealing with the "rights of refusal"—their interest as corporate directors, and their interest as stockholder. These are conflicting interests.

In this situation, only those directors who are not stockholders, can properly vote concerning the company's exercise or non-exercise of its purported "right of refusal". Only those independent directors are free of a personal interest regarding the rights of refusal. All directors may, however, be counted for the purpose of establishing a quorum.

3. *Sam Yee Matter.* Sam Yee purported to represent us (and some other individual shareholders) earlier in connection with a litigation which involves these "rights of refusal". We have demanded several times that he disclose to us whether he is being indemnified by the company with respect to his activities as a lawyer (involving our lawyer) in that matter. He has failed and refused to make that disclosure.

Demand is hereby made upon the company's Board of Directors, (a) to determine whether the company or anyone on its behalf has agreed or made any arrangement to indemnify, represent or otherwise assist Sam Yee in connection with his activities as a lawyer in that matter; and (b) for immediate and forthright disclosure of all of the company's communications with Mr. Yee concerning the matter.

Board of Directors
February 7, 2007
Page 3 of 3

    As Directors of the company, you have your own fiduciary duties. You have now had ample notice of these matters. Please be advised that all claims for damages and other relief pertaining to breaches of fiduciary duties (including your fiduciary duties as Directors), are reserved in the event proceedings are necessary concerning these matters.

    Very truly yours,

    1570 Alewa Limited Partnership,
    a Hawaii limited partnership

    by its general partner:

    LOTUS SRH LLC,
    a Hawaii limited liability company

    By _____
    Name: Deane P. Leong