IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HIRAM LEONG FONG, ALSO KNOWN ) <br> AS HIRAM L. FONG, SR., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. CV-02-00383 SOM BMK <br> (Contract) <br><br> CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that one (1) copy of the foregoing Motion for Temporary Restraining Order will be served on the date of filing upon the following by means of hand-delivery on the date of filing.

    GEORGE W. BRANDT, ESQ.
    BEVERLY LYNNE K. HIRAMATSU, ESQ.
    Lyons Brandt Cook & Hiramatsu
    1800 Davies Pacific Center
    841 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for former Plaintiff
     N. HARWOOD STREET PARTNERS I, L.P.

    ROBERT G. KLEIN, ESQ.
    CHRISTOPHER J. COLE, ESQ.
    McCorriston Miller Mukai MacKinnon LLP
    4th Floor, Five Waterfront Plaza
    500 Ala Moana Boulevard
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff
     KAHALA CCM FACTORS, LLC

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richard Street
Honolulu, Hawaii 96813

Attorneys for Certain Defendants

STEPHEN A. JONES, ESQ.
KE-CHING NING, ESQ.
MICHAEL A. LILY, ESQ.
Ning Lily & Jones
707 Richards Street
Suite 700
Honolulu, Hawaii 96813

Attorneys for Defendant
  1570 ALEWA LIMITED PARTNERSHIP

STEVEN L. CHING, ESQ.
DAVID M.K. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
850 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
  SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall
Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants
  HIRAM LEONG FONG aka HIRAM L. FONG and
  HIRAM L. FONG, SR., Individually and as Trustee of
  the Hiram Leong Fong Revocable Trust dated 03/17/93,
  ELLYN LO FONG aka ELLYN L. FONG, Individually and
  as Trustee of Ellyn Lo Fong Revocable Trust dated 03/24/93,
  RODNEY LEONG FONG, aka RODNEY L. FONG and
  RODNEY FONG, Individually and as Trustee for Chelsea Tree
  Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong,
  and PATSY NAKANO FONG, aka PATSY N. FONG

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Law Offices of Reuben S.F. Wong
1006 Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
 FINANCE ENTERPRISES, LTD.

TERRENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
1900 Makai Tower
Pacific Guardian Center
733 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
 MARVIN ALLAN FONG, as Trustee for the
 Marvin Allan Fong Revocable Trust Agreement
 dated 05/09/94 and as Receiver for Nathan Allan Fong,
 Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au
 Fong Revocable Trust Agreement dated 05/09/94

JERROLD K. GUBEN, ESQ.
Reinwald O'Connor & Playdon
24th Floor, Makai Tower
733 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
 RONALD KOTOSHIRODO

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Commissioner

SHERMAN S. HEE, ESQ.
850 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Defendant

LEX R. SMITH, ESQ.
Kobayashi Sugita & Goda
2500 First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813

Attorney for TFC Holdings

SUSAN TIUS, ESQ.
Rush Moore LLP
2400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
 SANDRA LOOMIS

DATED: Honolulu, Hawaii, FEB 2 2 2007                         .

                                       JUDITH ANN PAVEY
                                       Attorney for Defendant
                                        NVC LIMITED PARTNERSHIP