STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE            1209-0
STEPHANIE E.W. THOMPSON       8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100

Attorneys for Defendants
MARVIN ALLAN FONG, as Trustee
for the Marvin Allan Fong Revocable
Trust Agreement Dated 5/9/94 and for
Nathan Allan Fong, and SANDRA
Y.Y. AU FONG, as Trustee of the
Sandra Y.Y. Au Fong Revocable
Trust Agreement Dated 5/9/94

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK<br>(Contract)<br><br>**DECLARATION OF STEPHANIE E. W. THOMPSON** |

**DECLARATION OF STEPHANIE E. W. THOMPSON**

1. I am an associate director of the law firm of Starn O'Toole Marcus & Fisher ("SOMF"), attorneys for Defendant Fongs in connection with the above-entitled matter, and am licensed to practice law in all courts of the the State of Hawaii.

2. I have personal knowledge of the matters set forth herein except and unless stated to upon information and belief, and am competent to testify about matters contained in this Declaration.

3. Attached hereto as Exhibit A is a true and correct copy of Finance Enterprises Ltd.'s Articles of Incorporation.

4. Attached hereto as Exhibit B is a true and correct copy of a Letter received from Mr. Steve Jones' in relation to Defendants 1570 Alewa's Request for financial information pertaining to Finance Enterprises.

I, STEPHANIE E. W. THOMPSON, hereby declare under penalty of perjury that the foregoing is true and correct

DATED: Honolulu, Hawaii, February 23, 2007.

/s/ Stephanie E.W. Thompson
STEPHANIE E.W. THOMPSON