STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE            1209-0
STEPHANIE E.W. THOMPSON       8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100

Attorneys for Defendants
MARVIN ALLAN FONG, as Trustee for
the Marvin Allan Fong Revocable Trust
Agreement Dated 5/9/94 and for Nathan
Allan Fong, and SANDRA Y.Y. AU FONG,
as Trustee of the Sandra Y.Y. Au Fong
Revocable Trust Agreement Dated 5/9/94

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 HG-BMK (Contract) |
|---|---|
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** Re: Defendants Marvin Allan Fong, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, And Sandra Y.Y. Au Fong, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94's Memorandum In Response to Defendant 1570 Alewa Limited Partnership's Motion to Compel |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | |
| Defendants. | |

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a true and correct copy of

DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S MEMORANDUM IN RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER APPROVING THE REPORT OF THE COMMISSIONER AND CONFIRMING THE SALE OF COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.) AT PUBLIC AUCTION, FILED DEC. 12, 2006 was duly served by electronic transmission or mailed to the following parties at their last known address, by depositing the same in the U.S. Mail, postage prepaid, as follows:

**VIA ELECTRONIC TRANSMISSION:**

| | |
|---|---|
| **George W. Brandt:** | gbrandt@lbchlaw.com |
| **Beverly Lynne K. Hiramatsu:** | bhiramatsu@lbchlaw.com |

    Attorneys for Former Plaintiff
    N. HARWOOD STREET PARTNERS I, L.P.

| | |
|---|---|
| **Robert G. Klein:** | klein@m4law.com |
| **Christopher J. Cole:** | cole@m4law.com |

    Attorneys for Plaintiff
    KAHALA CCM FACTORS, LLC

**Harrison P. Chung:**    hpchawaii@msn.com

    Attorney for Defendants HIRAM LEONG FONG aka
    Hiram L. Fong and Hiram L. Fong Sr., Individually

And as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, ELLYN LO FONG, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, RODNEY LEONG FONG, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and PATSY NAKANO FONG, aka Patsy N. Fong

**Kurt K. Leong:**                    kleong@ollon.com

Attorney for Defendants MERRIE ELLEN FONG GUSHI, EMILY MITCHELL, LEONARD K.K. FONG, as Trustee of the Leonard K.K. Fong Revocable Living Trust Under Trust Dated 2/19/98, ELLEN LEE FONG, as Trustee for the Ellen Lee Fong Revocable Living Trust Under Trust Dated 2/19/98, DALE S.N. FONG, Individually and as Custodian for Adrienne M.L. Fong and Brandon N.C.K. Fong Under the Hawaii Uniform Gift to Minors Act, ADRIENNE M.L. FONG (a Minor, Guardian Ad Litem Dale S.N. Fong), BRANDON N.C.K. FONG (a Minor, Guardian ad Litem Dale S.N. Fong), LINDA L. FONG, GLEN S.W. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL L. FONG, DEBORAH B.J. FONG, JONATHAN Y.C. FONG, SUSAN B.L. FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually And as Custodian for David Y.H. Asari Under the Hawaii Uniform Gift to Minors Act, DAVID Y.H. ASARI (a Minor, Guardian ad Litem Valerie B.L. Fong Asari), WINTON TONG, as Trustee for the 1994 Winton Tong and Gladys F. Tong Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG, KELLY TONG and DEL ASSOCIATES

**David M. Lum:**                    ksagena@lawcsilc.com

Attorney for Defendant
SAI INVESTMENT COMPANY

**Ke-Ching Ning:**                   ning@nljlaw.com
**Michael A. Lilly:**                Michael@nljlaw.com

Attorneys for Defendant

60430                                3

      1570 ALEWA LIMITED PARTNERSHIP

**VIA U.S. MAIL:**

REUBEN S. F. WONG, ESQ.
DELWYN H. W. WONG, ESQ.
Law Offices of Reuben S. F. Wong
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
    Attorneys for Defendant
    FINANCE ENTERPRISES, INC.

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
    COMMISSIONER

STEPHEN A. JONES, ESQ.
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
    Attorney for Defendant
    1570 ALEWA LIMITED PARTNERSHIP

JEFFREY D. LAU, ESQ.
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
    Attorney for Defendants MERRIE ELLEN FONG GUSHI,
    EMILY MITCHELL, LEONARD K.K. FONG, as Trustee
    of the Leonard K.K. Fong Revocable Living Trust Under
    Trust Dated 2/19/98, ELLEN LEE FONG, as Trustee for the
    Ellen Lee Fong Revocable Living Trust Under Trust Dated 2/19/98,
    DALE S.N. FONG, Individually and as Custodian for Adrienne M.L.
    Fong and Brandon N.C.K. Fong Under the Hawaii Uniform
    Gift to Minors Act, ADRIENNE M.L. FONG (a Minor, Guardian
    Ad Litem Dale S.N. Fong), BRANDON N.C.K. FONG (a Minor,

Guardian ad Litem Dale S.N. Fong), LINDA L. FONG, GLEN
S.W. FONG, KEITH S.K. FONG, RODNEY S.O. FONG, PEARL
L. FONG, DEBORAH B.J. FONG, JONATHAN Y.C. FONG, SUSAN B.L.
FONG TAKASHIMA, VALERIE B.L. FONG ASARI, Individually
And as Custodian for David Y.H. Asari Under the Hawaii
Uniform Gift to Minors Act, DAVID Y.H. ASARI (a Minor,
Guardian ad Litem Valerie B.L. Fong Asari), WINTON TONG,
as Trustee for the 1994 Winton Tong and Gladys F. Tong
Revocable Trust, CLIFFORD MARSHALL TONG, JONATHAN
WARREN TONG, MARK LEX TONG, JASON ROBERTO TONG,
KELLY TONG and DEL ASSOCIATES

STEVEN L. CHING, ESQ.
Char Sakamoto Ishii Lum & Ching
841 Bishop Street
850 Davies Pacific Center
Honolulu, Hawaii 96813
  Attorneys for Defendant
  SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
  Attorney for Defendants HIRAM LEONG FONG aka
  Hiram L. Fong and Hiram L. Fong Sr., Individually
  And as Trustee of the Hiram Leong Fong Revocable Trust dated
  3/17/93, ELLYN LO FONG, aka Ellyn L. Fong, Individually and as
  Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93,
  RODNEY LEONG FONG, aka Rodney L. Fong and Rodney Fong,
  Individually and as Trustee for Chelsea Tree Fong, Forest Wind
  Fong, Shama Rain Fong and Ski Hiram Fong, and PATSY NAKANO
  FONG, aka Patsy N. Fong

DATED: Honolulu, Hawaii, February 23, 2007

/s/ Stephanie E.W. Thompson
TERENCE J. O'TOOLE
STEPHANIE E.W. THOMPSON
Attorneys for Defendants
MARVIN ALLAN FONG, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and for Nathan Allan Fong, and SANDRA Y.Y. AU FONG, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94