Case 1:02-cv-00383-SOM-BMK   Document 220   Filed 02/23/2007   Page 1 of 2



ORIGINAL

Of Counsel:
NING LILLY & JONES

STEPHEN A. JONES   2957
MICHAEL A. LILLY   1681
JILL D. RAZNOV   8011
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Fax: (808) 531-2415
E-mail: Stevejones@nljlaw.com
tro-motion

Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 11 o'clock and 58 A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 HG-BMK (SOM)<br>(Contract)<br><br>DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S EMERGENCY MOTION TO COMPEL FINANCE ENTERPRISES LTD. TO PRODUCE FINANCIAL AND VALUATION INFORMATION TO SHAREHOLDERS; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF STEPHEN A. JONES; EXHIBITS "A--C"; CERTIFICATE OF SERVICE<br><br>**Hearing:**<br>**Date:** _____<br>**Time:** _____<br>**Judge:** _____ |

ORIGINAL

### DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S EMERGENCY MOTION TO COMPEL FINANCE ENTERPRISES LTD. TO PRODUCE FINANCIAL AND VALUATION INFORMATION TO SHAREHOLDERS

Alewa Limited Partnership ("Alewa") respectfully submits this Emergency Motion to Compel Finance Enterprises Ltd. to Produce Financial and Valuation Information to Shareholders.

This motion is made pursuant to Rules 7 of the Federal Rules of Civil Procedure, the Court's Order Granting in Part and Denying in Part Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, Filed December 13, 2006, entered February 22, 2007 [Docket No. 214], and is based upon the records and files herein, the evidence submitted in connection with this Motion, and the Memorandum in Support attached hereto.

DATED:   Honolulu, Hawaii, February 23, 2007.

_____
STEPHEN A. JONES
MICHAEL A. LILLY
JILL D. RAZNOV
Appearing Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP