IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) DECLARATION OF STEPHEN A. |
| vs. | ) JONES |
| | ) |
| HIRAM LEONG FONG, ALSO | ) |
| KNOWN AS HIRAM L. FONG, SR., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF STEPHEN A. JONES

I, STEPHEN A. JONES, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of Hawaii and before this Court. I am one of the attorneys representing Defendant 1570 ALEWA LIMITED PARTNERSHIP in this case.

2. Attached hereto as Exhibit "A" is a true and correct copy of my February 15, 2007 letter to Russell Lau. The requested information has not been provided.

3. Attached collectively hereto as Exhibit "B" are true and correct copies of my letters to Robert Leong dated February 16, 2007 and February 20, 2007.

4. Attached collectively hereto as Exhibit "C" are true and correct copies of Robert Leong's letters to me dated February 19, 2007 and February 21, 2007.

5. I know the foregoing of my own personal knowledge and would be competent to testify to the facts thereto.

Executed this 23rd day of February 2007 in Honolulu, Hawaii.

STEPHEN A. JONES