# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
stevejones@nljlaw.com

February 15, 2007

### Via Facsimile Only 548-5148

Finance Enterprises, Ltd.
c/o Russell Lau, President
Finance Factors Center
1164 Bishop Street, Suite 1088
Honolulu, HI 96813

Dear Mr. Lau:

    I represent 1570 Alewa Limited Partnership, which holds approximately 16% of the stock of Finance Enterprises Ltd. ("FEL").

    Recently several FEL shareholders (or their legal representatives) accepted offers from third parties to purchase their FEL shares. We understand that FEL claims, or may claim, that FEL and its shareholders have "rights of refusal" with respect to these shares.

    On behalf of my client, demand is hereby made upon FEL for immediate disclosure to my client of any information or report (whether called an "appraisal", "valuation" or something else) concerning the current value of FEL shares. This demand includes specifically any opinion or report prepared for or commissioned by FEL within the past four months. If the report/valuation is not yet finalized, we request a copy of the most recent draft available to you.

    It is fundamentally unfair for valuation information reports on FEL shares to be available only to those shareholders who happen to be corporate "insiders". I believe that valuation information must be shared even-handedly with _all_ shareholders at this time.

    With respect to confidentiality of this information, this will confirm to you that my client will hold the information confidential and use it "solely for proper and legitimate information purposes by the undersigned as a Shareholder of the Company" in accordance with the Confidentiality Agreement [attached]. We will also reimburse FEL its reasonable copying charges for these materials.

EXHIBIT "A"

Finance Enterprises, Ltd.
February 15, 2007
Page 2 of 2

In view of the very short and crucial time frames involved in dealing with the asserted "right of refusal" issues, we request that this valuation information be made available by 4:00 p.m., next Thursday, February 22nd. If it is not forthcoming by that time, we will be forced to seek judicial assistance to obtain it, together with such ancillary remedies and the court may determine appropriate.

Sincerely,

Steve Jones

cc: Alewa Limited Partnership

Encl.
Finance enterprises 2-12-07 [re valuation] letter

## CONFIDENTIALITY AGREEMENT

The undersigned, a Shareholder of Finance Enterprises, Ltd. (the "Company"), has requested copies of certain sensitive, confidential or proprietary information and material relating to the Company and/or its affiliates (the "Confidential Material"). The Company is willing to provide copies of the Confidential Material to the Shareholder under, and the Shareholder agrees that he will receive and hold the Confidential Material in confidence in accordance with, the following terms and conditions:

1. The Confidential Material will be used solely for proper and legitimate information purposes by the undersigned as a Shareholder of the Company.

2. Unless required by law pursuant to subpoena or other process, the Confidential Material will not be disclosed, shown or provided to any person without the prior written consent of the Company, which consent shall not unreasonably be withheld if such disclosure to an advisor, consultant or representative of the Shareholder is necessary for the Shareholder to properly evaluate the Confidential Material, provided that the prospective recipient of the Confidential Material shall first have signed and delivered to the Company an agreement in the form attached hereto as Exhibit 2.1 (the "Authorized Recipient's Confidentiality Agreement").

3. The Confidential Material shall be kept and maintained by the undersigned in a secure manner and location so as to reasonably ensure that no other person shall have access to or obtain copies of such Confidential Material. Shareholder shall be responsible for assuring that the Authorized Recipients of the Confidential Material keep and maintain such material in accordance with the Authorized Recipient's Confidentiality Agreement.

4. If the undersigned is served with a subpoena or other process demanding production of the Confidential Material, the undersigned will promptly notify the Company of such subpoena or process and cooperate with the Company if the Company, at its expense, wishes to oppose such production in whole or in part.

5. In the event of any breach or threatened breach of this Confidentiality Agreement, the Company shall be entitled to an immediate return of all Confidential Material in the possession of Shareholder and the Authorized Recipients and to seek injunctive relief in addition to any and all other available remedies, including damages for such breach, and Shareholder shall in all respects be responsible for any breach of the Authorized Recipient's Confidentiality Agreement by any Authorized Recipient.

6. This Confidentiality Agreement shall be interpreted in accordance with the laws of the State of Hawaii.

Dated:_____                    _____

EXHIBIT 2

Confidentiality Agreement – Exhibit 2
[20063201]

## AUTHORIZED RECIPIENT'S CONFIDENTIALITY AGREEMENT

The undersigned will be receiving and/or reviewing the Confidential Material referred to in the attached Confidentiality Agreement signed by _____ (the "Shareholder") in order to advise or consult with the Shareholder about such material. The undersigned has read the Confidentiality Agreement and agrees to abide by and be bound by the terms and provisions thereof to the same extent as the Shareholder.

**Name**                                   **Signature**

_____                _____

EXHIBIT 2.1

Confidentiality Agreement – Exhibit 2.1
{2006320}