# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
stevejones@nljlaw.com

February 16, 2007

**HAND DELIVERY**

Robert Leong
1164 Bishop Street, Suite 530
Honolulu, Hawaii 96813

Re: Request for Financial Information

Dear Mr. Leong:

On behalf of 1570 Alewa Limited Partnership ("1570"), a shareholder of Finance Enterprises, Ltd. ("FEL"), request is hereby made for copies of the most current financial statements and income and expense statements for FEL. At a minimum, this will include the 2006 quarterly statements through at least third quarter 2006 (or monthly statements through December 2006 if monthly statements were generated). If the 2006 annual statement is available, it should be provided; if it is not yet available, please advise when you do expect it to be available.

The company's Auditor has an obligation to provide these reports to the stockholders. My client will reimburse your copying charges for these materials. If it is more convenient, my client will be pleased to review the materials at your office sometime this week; if that is your preference, please let me know what time would be best.

In any event, we will appreciate your immediate cooperation in providing the requested information, in view of the very tight time constraints on possible "rights of refusal" concerning pending offers to buy FEL stock.

EXHIBIT "B"

Mr. Robert Leong
February 16, 2007
Page 2

    Please let me know by 4:00 p.m. Tuesday (February 20th) when the copies can available for pick-up next week (and what the copy charges are), or alternatively what time my client can come to your office to review them

    Thank you for your attention to this request. Please call me if you have any questions.

                                Very truly yours,

                                STEVE JONES

cc:    1570 Alewa Limited Partnership

SAJ:eb
LEONG.LTR.2-16-07

# NING, LILLY & JONES

Attorneys at Law, A Law Corporation
707 Richards Street, Suite 700 • Honolulu, HI 96813
(808) 528-1100

Ke-ching Ning
Michael A. Lilly
Stephen A. Jones
Jared N. Kawashima

Valerie M. Kato
Jill D. Raznov

MAILING ADDRESS
P.O. Box 3439
Honolulu, Hawaii 96801

TELECOPIER
(808) 531-2415

WRITER'S DIRECT E-MAIL ADDRESS:
stevejones@nljlaw.com

February 20, 2007

*Via Facsimile Only 599-8664*

Robert Leong
1164 Bishop Street, Suite 530
Honolulu, Hawaii 96813

Re:   Finance Enterprises, Ltd.

Dear Mr. Leong:

In regard to your letter dated February 19, 2007 (but delivered on February 20, 2007), please note that under the company's Articles you, as the Auditor, are charged with "making appropriate reports *to the stockholders*" (emphasis added).

Mr. Yee is in no position to excuse, waive or alter your obligation as Auditor to provide this information to the stockholders. My client, a stockholder, needs the information immediately and will be harmed by your failure to provide it as requested.

Please be advised that if the requested reports are not forthcoming by tomorrow afternoon, we will be forced to commence proceedings without further notice or delay to obtain the reports and for other relief as may be appropriate.

Please call me, or have your counsel call me, if you have any questions.

Sincerely,

Steve Jones

cc:   1570 Alewa Limited Partnership
      Sam Yee, Esq.
SAJ:eb
leong.ltr.2-20-07