# ROBERT H.Y. LEONG & COMPANY

CERTIFIED PUBLIC ACCOUNTANTS
A PROFESSIONAL CORPORATION

1164 BISHOP STREET, SUITE 530
HONOLULU, HAWAII 96813
TELEPHONE: (808) 523-1621
FACSIMILE: (808) 599-8664

February 19, 2007

FEB 20 2007

**DELIVER**

FEB 20 2007

Mr. Stephen A. Jones
Ning, Lilly & Jones, AAL, ALC
P.O. Box 3439
Honolulu, Hawaii 96801

Dear Mr. Jones:

   Re: 1570 Alewa Limited Partnership
      Finance Enterprises, Ltd.

This letter acknowledges receipt of your letter dated February 16, 2007.

I have forwarded your letter to Sam Yee, Vice President and General Counsel for the Companies. He will be in contact with you.

           Sincerely,

           ROBERT H.Y. LEONG & COMPANY

           By _____
              Robert H.Y. Leong

cc: Sam Yee, Vice President and General Counsel
   Jed Sueoka, Financial Vice President

EXHIBIT "C"

## ROBERT H.Y. LEONG & COMPANY

CERTIFIED PUBLIC ACCOUNTANTS  
A PROFESSIONAL CORPORATION

1164 BISHOP STREET, SUITE 530  
HONOLULU, HAWAII 96813  
TELEPHONE: (808) 523-1621  
FACSIMILE: (808) 599-8664

February 21, 2007

VIA FAX (808) 531-2415

Mr. Stephen A. Jones  
Ning, Lilly & Jones, AAL, ALC  
P.O. Box 3439  
Honolulu, Hawaii 96801

Dear Mr. Jones:

    Re:  1570 Alewa Limited Partnership  
          Finance Enterprises, Ltd.

Reference is made to your letters dated February 16, 2007 and February 20, 2007 and your request for copies of the most current financial statements and income and expense statements for Finance Enterprises, Ltd. ("FEL").

Our firm does not have FEL's 2006 monthly or quarterly statements. The 2006 annual statement is not yet available. Its preparation is still in its initial stages, and is not expected to be completed for several months.

Sincerely,

ROBERT H.Y. LEONG & COMPANY

COPY

By _____  
Robert H.Y. Leong

cc: Sam Yee, Vice President and General Counsel  
    Jed Sueoka, Financial Vice President