IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM LEONG FONG, ALSO | ) |
| KNOWN AS HIRAM L. FONG, SR., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served upon the following at their last known addresses, as indicated below on February 23, 2007:

**THE FOLLOWING WERE SERVED VIA E-EMAIL:**

GEORGE W. BRANDT, ESQ.  gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.  bhiramatsu@lbchlaw.com
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    N. Harwood Street Partners I, L.P.

ROBERT G. KLEIN, ESQ.          klein@m4law.com
CHRISTOPHER J. COLE, ESQ.      cole@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    Kahala CCM Factors, LLC

STEVEN L. CHING, ESQ.          dmklum@lawcsilc.com
DAVID M. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96813
    Attorney for Defendant
    SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.        hpchawaii@msn.com
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
    Attorney for Defendants
    HIRAM LEONG FONG and ELLYN LO FONG

JEFFREY D. LAU, ESQ.
KURT K. LEONG                  kleong@ollon.com
Oliver Lau Lawhn Ogawa & Nakamura
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
    Attorneys for Certain Defendants

TERRENCE J. O'TOOLE
STEPHANIE E.W. THOMPSON    sthompson@starnlaw.com
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

    Attorney for Defendants
    Marvin Allan Fong, as Trustee for the Marvin Allan Fong
    Revocable Trust Agreement Dated 5/9/94 and as Receiver for
    Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
    the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94

JERROLD K. GUBEN, ESQ.    jkg@roplaw.com
    Attorney for Defendant
    Ronald Kotoshirodo

JUDITH ANN PAVEY, ESQ.    paveyaallc@aol.com
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
    Attorney for Defendant
    NVC Limited Partnership

LEX R. SMITH, ESQ.    lsmith@ksglaw.com
Kobayashi Sugita & Goda
2500 First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii 96813
    Attorney for TFC HOLDINGS

SUSAN TIUS, ESQ.    stius@rmhawaii.com
Rush Moore, LLP
2400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii 96813
    Attorney for Defendant SANDRA LOOMIS

**THE FOLLOWING WERE SERVED VIA HAND DELIVERY:**

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
   Commissioner

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813

Appearing Attorneys for Defendant
FINANCE ENTERPRISES, LTD.

**THE FOLLOWING WERE SERVED VIA U.S. MAIL, POSTAGE PREPAID:**

SHERMAN S. HEE, ESQ.
Attorney at Law
1001 Bishop Street, Suite 850
Honolulu, Hawaii 96813
   Defendant

DATED:   Honolulu, Hawaii, _February 23, 2007_.

_____
STEPHEN A. JONES
MICHAEL A. LILLY
JILL D. RAZNOV
Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

4