CORRESPONDENCE

# RUSH MOORE LLP

A Limited Liability Law Partnership

Attorneys at Law

Offices in Honolulu and Kona

Honolulu Office:  737 Bishop Street, Suite 2400, Honolulu, Hawaii 96813 / Tel. (808) 521-0400 / Fax (808) 521-0497

Direct dial number: 521-0406
Email: stius@rmhawaii.com

February 16, 2007

The Honorable Susan Oki Mollway
United States District Court
District of Hawaii
300 Ala Moana Blvd.
Rm. C-409
Honolulu, HI 96850

Re:    Kahala CCM Factors, LLC vs. Hiram L. Fong, Sr., et al.
       Civil No. CV-02-00383 SOM/BMK

Dear Judge Mollway:

Sandra Loomis, Trustee of the Bankruptcy Estate of Rodney Fong and Patsy Fong, objects to the proposed form of Order Granting Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, Filed December 13, 2006; Exhibit "A", submitted by Kahala CCM Factors, LLC.  Trustee Loomis objects to Paragraph No. 10.(a) of the proposed Order regarding the time for Tomato Bank to close its purchase of Rodney Fong's 1,092 shares of stock.  Specifically, 10.(a) establishes an 11 day period for Tomato Bank to close from the Commissioner's notifying Tomato Bank that no rights of refusal are being exercised.  Inconsistently, 10.(b) provides 30 days to close following notice to the Commissioner for any party exercising rights of refusal.  Finance Enterprises, Ltd. and its shareholders are allowed 30 days because this is a reasonable period to finance and close a transaction of this nature.  Under the circumstances, it is fair that Tomato Bank be allowed the same 30 days period of time.  The Courts' discussion of the 11 days arose out of the Stock Purchase Agreement between Trustee Loomis and Tomato Bank which was the time frame for closing under that Agreement based on a 10 day appeal period under bankruptcy law.  The Trustee did not pursue approval of the Stock Purchase Agreement after the Bankruptcy Court's rejection of the break-up fee provision, which was a material term of the Agreement.

FEB 1 6 2007

The Honorable Susan Oki Mollway
February 16, 2007
Page 2

      In summary, Trustee Loomis, respectfully requests that Paragraph 10.(a) be revised from 11 days to 30 days.

           Respectfully submitted,

           RUSH MOORE LLP
           A Limited Liability Law Partnership

           By _____
           SUSAN TIUS

ST/cf
Attachment
cc:    Harrison P. Chung, Esq.         hpchawaii@msn.com;
       Jerrold K. Guben, Esq.          JKG@ROPLaw.com
       Reuben S.F. Wong, Esq.      reubenwong@yahoo.com
       Delwyn H.W. Wong, Esq.     delwong@yahoo.com
       Colette L. Honda, Esq.       hondacolette@yahoo.com
       Robert Klein, Esq.            klein@m4law.com;
       Christopher J. Cole, Esq.     cole@m4law.com;
       Neil J. Verbrugge, Esq.      nverbrugge@wcelaw.com;
       James A. Wagner, Esq.       jwagner@wcelaw.com;
       Terence J. O'Toole, Esq.     totoole@starnlaw.com
       Stephen A. Jones, Esq.       stevejones@nljlaw.com
       Judith A. Pavey, Esq.        paveyaallc@aol.com
       Lex R. Smith, Esq.            lsmith@ksglaw.com
       Sandra J. Loomis