```
             IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

KAHALA CCM FACTORS, LLC,        ) CIVIL NO. CV-02-00383 SOM/BMK
                                ) (CONTRACT)
               Plaintiff,       )
                                ) ORDER DENYING DEFENDANT 1570
       vs.                      ) ALEWA LIMITED PARTNERSHIP'S
                                ) EMERGENCY MOTION TO RESTRAIN
HIRAM L. FONG, ALSO KNOWN AS    ) FINANCE ENTERPRISES, LTD.,
HIRAM L. FONG, SR., et al.      ) FROM REFUSING TO ALLOW
                                ) SHAREHOLDERS TO EXAMINE ITS
               Defendants.      ) FINANCIAL INFORMATION
                                )
                                )
                                )
                                )
                                )
                                )
                                )
                                )
                                )
                                )
                                )
_____)
```

ORDER DENYING DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S
EMERGENCY MOTION TO RESTRAIN FINANCE ENTERPRISES, LTD.,
FROM REFUSING TO ALLOW SHAREHOLDERS
TO EXAMINE ITS FINANCIAL INFORMATION

I.      INTRODUCTION.

On February 23, 2007, 1570 Alewa Limited Partnership ("1570") filed an emergency motion.  In essence, 1570 seeks to restrain Finance Enterprises, Ltd. ("FE"), from refusing to allow 1570 and other shareholders to examine FE's financial information.  The motion is denied, as the relief 1570 seeks goes beyond the issues in this foreclosure action.

II.     ANALYSIS.

This is a foreclosure case arising out of this court's diversity jurisdiction. On December 13, 2006, Plaintiff Kahala CCM Factors, LLC. ("Kahala CCM"), filed a Motion for an Order of the Court Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction. On February 22, 2007, this court granted the motion in part and denied it in part. The court confirmed the sale of the secured property, shares of FE, to the highest bidders at the public auctions of the property, subject to rights of first refusal by FE and its shareholders.

On February 23, 2007, 1570, a shareholder of FE, filed an emergency motion. 1570 argues that, in order for it to decide whether to exercise its right of first refusal with respect to purchasing FE shares, it must be allowed to examine FE's financial information so that it can determine whether the purchase price is a good deal. Whether the purchase price of FE is or is not a good deal is an issue that goes far beyond the issues in this foreclosure action. Similarly, even if FE refuses to provide that information to 1570 or any other shareholder, that refusal goes beyond the issues in this foreclosure action. Unlike the temporary restraining order filed by NVC Limited Partnership that, in essence, sought to enjoin the Commissioner in this case from selling the shares of FE to FE pursuant to this

court's order, 1570's motion does not seek relief from this court's order.  Instead, the relief sought by 1570 is more properly a matter that should be decided in a separate action between FE and its shareholders.

III.    CONCLUSION

For the foregoing reasons, 1570's emergency motion is denied.

DATED: Honolulu, Hawaii, February 23, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

_____
Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.; Civil No. CV-02-00383 SOM/BMK; ORDER DENYING DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S EMERGENCY MOTION TO RESTRAIN FINANCE ENTERPRISES, LTD., FROM REFUSING TO ALLOW SHAREHOLDERS TO EXAMINE ITS FINANCIAL INFORMATION