LAW OFFICES OF
**REUBEN S. F. WONG**
ATTORNEYS AT LAW
SUITE 1006, FINANCE FACTORS CENTER
1164 BISHOP STREET
HONOLULU, HAWAII 96813



Reuben S. F. Wong
Delwyn H. W. Wong
Colette L. Honda

Telephone (808) 531-3526
Fax (808) 531-3522

February 23, 2007



Judith Ann Pavey, Esq.
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813

Fax No. 531-5315

Re:  Finance Enterprises, Ltd. v. Kahala CCM Factors, LLC
     Civil No. CV-02-00383 SOM BMK
Re:  NVC Limited Partnership v. Finance Enterprises, Ltd.
     S. P. No. 07-1-0047 (EEH)

Dear Ms. Pavey:

On February 22, 2007, and after Judge Eden Elizabeth Hifo had already denied at about 4:00 p.m. your Motion for a Temporary Restraining Order filed in the State Court case and upon returning to my office, I was informed that you filed a Motion for Temporary Restraining Order in the Kahala case filed in the U.S. District Court.

On February 23, 2007, at around 8:15 a.m. one of your office staff called my office to say that Judith Pavey says she is withdrawing all of the motions for temporary restraining orders filed in the State Courts and the Federal Courts. I don't know what these "all" motions mean as I have not seen them except for the Motion filed in the Kahala case.

However, later at around 9:00 a.m. on February 23, 2007, you called my secretary to say that there was a change in that "all" of the motions for temporary restraining order will be withdrawn except for one set at 3:00 p.m. today in the Kahala case.

In view of the State Court's ruling denying your Motion for Temporary Restraining Order, we request that you likewise withdraw the one set for hearing today at 3:00 p.m., February 23, 2007 as there is no basis for such motion; otherwise, we will seek appropriate sanctions by the Court.

Very truly yours,

REUBEN S .F. WONG

RSFW:dkn

Mail;_____ Deliver;_____ Fax: No. of Pages____1____(including this page)

EXHIBIT "C"