FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 FEB 21 PM 1:52

F. OTAKE
CLERK

9525

LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG #638-0
DELWYN H.W. WONG #7170-0
COLETTE L. HONDA #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Plaintiff
FINANCE ENTERPRISES, LTD.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| FINANCE ENTERPRISES, LTD.<br><br>Plaintiff,<br><br>vs.<br><br>JOEL N. PAHK; DANIEL N. PAHK; ISAAC N. PAHK; TFC HOLDING: JOHN DOES 1-20; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL ENTITIES 1-10; DOE NON-PROFIT CORPORATIONS 1-10,<br><br>Defendants. | CIVIL NO. 07-1-0201-02 (VSM)<br>(Declaratory Judgment)<br><br>ORDER GRANTING PLAINTIFF FINANCE ENTERPRISES, LTD.'S MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>Hearing<br><br>Date: February 5, 2007<br>Time: 3:00 p.m.<br>Judge: Victoria S. Marks |

EXHIBIT "D"

ORDER GRANTING PLAINTIFF FINANCE ENTERPRISES, LTD.'S
MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Finance Enterprises, Ltd.'s Motion for a Temporary Restraining Order, having come on for hearing before the Honorable Victoria S. Marks, on February 5, 2007 at 3:00 p.m., Reuben S.F. Wong, Esq. appearing for Plaintiff FINANCE ENTERPRISES, LTD.; William S. Hunt, Esq. appearing for Defendants ISAAC N. PAHK, DANIEL N. PAHK, and JOEL N. PAHK (collectively the "Pahk Defendants"), Jesse W. Schiel, Esq. appearing for Defendant TFC HOLDING ("Defendant TFC"), and Susan Tius, Esq. appearing on behalf of Sandra Loomis, Bankruptcy Trustee of the Bankruptcy Estate of Hiram Fong, Jr., to provide information to the Court and the Court having reviewed the submissions of the parties and the records and files in this case, and having heard the representations and arguments at the hearing, and for good cause,

THE COURT HEREBY FINDS:

1. That Defendants' correspondence and related attachments to Finance Enterprises, Ltd. and/or its counsel dated January 5, 2007, January 16, 2007, and February 2, 2007 (collectively, the "Letters") did not trigger Finance Enterprises, Ltd.'s right of first refusal because among other things: (a) the terms set forth in the Letters were not sufficiently definite to allow Finance Enterprises, Ltd. to exercise its right of first refusal under Article IV of its Articles of Incorporation; (b) the offer to purchase was conditional; and/or (3) no definite price was set forth in the offer.

2. That Plaintiff Finance Enterprises, Ltd. will be irreparably and immediately harmed if its right of first refusal is deemed to have expired, or have been triggered by the

aforementioned Letters, and/or if the sale of the 1018 shares of stock in Finance Enterprises, Ltd. by the Pahk Defendants to Defendant TFC as set forth in said Letters is consummated.

3. That neither of the Pahk Defendants nor Defendant TFC will be harmed by the issuance of a temporary restraining order, since the contingencies for the purported sale of the 1,018 shares, including the Bankruptcy Court's approval of the Bankruptcy Trustee's motion to abandon such shares, have not and may never occur.

4. That the issuance of a temporary restraining order is in the public interest.

Based on the foregoing findings, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Plaintiff Finance Enterprises, Ltd.'s Motion For Temporary Restraining Order is hereby granted.

2. That a Temporary Restraining Order shall be issued by this Court, which Temporary Restraining Order shall provide:

   a. That the Pahk Defendants and/or any party purporting to act on their behalf, are hereby commanded to desist and restrain from selling or otherwise transferring to Defendant TFC and/or any party purporting to act on its behalf, those certain 1,018 shares of stock in Finance Enterprises, Ltd., or any portions thereof (which shares of stock are represented by Stock Certificates #14 (216 shares), #87 (186 shares), #110 (135 shares), #85 (248 shares), #140 (73 shares), and #105 (160 shares). All of the foregoing Stock Certificates are presently in the

possession of Alston Hunt Floyd & Ing, as attorneys for the said Pahk Defendants, except Stock Certificate #105 (160 shares), which has been lost.

  b. That Defendant TFC and/or any party purporting to act on its behalf is hereby commanded to desist and restrain from buying from the Pahk Defendants and/or any party purporting to act on their behalf, the said 1,018 share of stock described hereinabove.

  c. That the Pahk Defendants and Defendant TFC shall appear before this Court on February 16, 2007 at 3:30 p.m. to show cause why the temporary restraining order issued hereunder should not continue as a Preliminary Injunction, pending a final determination on the merits of the cause of action in this case.

  d. That testimony of witnesses by affidavit or declaration to be used in the preliminary injunction hearing by a party shall be submitted to opposing counsel and to the Court no later than February 15, 2007, at 12:00 p.m.

DATED: Honolulu, Hawaii, __FEB 16 2007_____

_/s/ Victoria S. Marks_
JUDGE OF THE ABOVE-ENTITLED COURT

---

FINANCE ENTERPRISES, LTD. V. JOEL N. PAHK, ET. AL.,
CIVIL NO. 07-1-0201-02 VSM ORDER GRANTING PLAINTIFF FINANCE ENTERPRISES, LTD.'S MOTION FOR TEMPORARY RESTRAINING ORDER

Approved as to Form:

_____
WILLIAM S. HUNT,
  attorney for Defendants JOEL N. PAHK,
DANIEL N. PAHK, ISAAC N. PAHK


_____
JESSE W. SCHIEL,
  attorney for Defendant
TFC HOLDING

_____
FINANCE ENTERPRISES, LTD. V. JOEL N. PAHK, ET. AL.,
CIVIL NO. 07-1-0201-02 VSM ORDER GRANTING PLAINTIFF FINANCE
ENTERPRISES, LTD.'S MOTION FOR TEMPORARY RESTRAINING ORDER

Approved as to Form:

_____
WILLIAM S. HUNT,
  attorney for Defendants JOEL N. PAHK,
  DANIEL N. PAHK, ISAAC N. PAHK



_____
JESSE W. SCHIEL,
  attorney for Defendant
  TFC HOLDING










_____
FINANCE ENTERPRISES, LTD. V. JOEL N. PAHK, ET. AL.,
CIVIL NO. 07-1-0201-02 VSM ORDER GRANTING PLAINTIFF FINANCE
ENTERPRISES, LTD.'S MOTION FOR TEMPORARY RESTRAINING ORDER