IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., ET AL.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM BMK<br>(Contract)<br><br>DECLARATION OF SAM K. YEE |

## DECLARATION OF SAM K. YEE

I, SAM K. YEE, hereby declare the following:

1. That I am the Senior Vice President of Finance Enterprises, Ltd. ("Finance Enterprises") and as such, am competent to testify to the matters set forth herein.

2. That an annual shareholders meeting was convened on June 7, 2006, and was continued until July 5, 2006, because Finance Enterprises and a group of minority shareholders, including NVC Limited Partnership (the "Minority Group") entered into a standstill agreement, which provided in substance that the corporation would not take further action on a proposed reorganization until such time as the corporation and the

Minority Group could engage in mediation. On July 5, 2006, the shareholders agreed to further continue the meeting to a future date to be set by the Board of Finance Enterprises.

    3.    That in the Kahala case, U.S. District Court in Civil No. CV 02-00383 SOM/BMK (Contract), the Court ordered an auction as to three (3) groups of shares of stock in Finance Enterprises, at which auction, TFC Holding was highest bidder at $1,055.25 per share as to one group (Lot No. 1) and Kahala Capital was the highest bidder as to two (2) other groups ("Lots"). The Court further ordered that the Commissioner give written notice to Finance Enterprises to allow Finance Enterprises 15 days to exercise Finance Enterprises' right of first refusal to purchase those shares at the same price and that if any shares remained not purchased by Finance Enterprises, then the Commissioner was ordered to give such written notice to the shareholders of Finance Enterprises to allow them to exercise their right of first refusal to purchase those shares. Pursuant to that order, on February 21, 2007, Finance Enterprises sent by certified mail and by hand delivery its letter to the Commissioner stating that it shall purchase the one (1) lot of 1,092 shares at $1,055.25 for $1,152,333.00 and pursuant to the Court's order will close the purchase in cash by March 23, 2007 or 30 days after its notice. A true and correct copy of the letter dated February 21, 2007 to Commissioner Jay T. Suemori is attached hereto as Exhibit "A". The letter also made clear that Finance Enterprises was still considering prior to the February 27, 2007 deadline whether or not to exercise its right of first refusal to purchase the other two (2) lots at prices of $1,438.00 per share and $1,822.44 per share.

4.     That in the <u>Senator Hiram Fong</u> case, U.S. Bankruptcy Court in Bk. No. 03-00674 (RJF), the Court ordered an auction as to 2,548 shares of stock in Finance Enterprises, at which auction, TFC Holding was the highest bidder at $1,055.25 per share. The Court further ordered that the Trustee give written notice to Finance Enterprises to allow Finance Enterprises 15 days to exercise Finance Enterprises' right of first refusal to purchase those shares at the same price and that if any shares remained not purchased by Finance Enterprises, then the Trustee was ordered to give such written notice to the shareholders of Finance Enterprises to allow them to exercise their right of first refusal to purchase those shares. Pursuant to that Order on February 21, 2007, Finance Enterprises sent by certified mail and by hand delivery its letter to the Trustee stating that it shall purchase the 2,548 shares at $1,055.25 for $2,688,777.00 and pursuant to the Court's order, will close the purchase in cash by March 23, 2007 or 30 days after its notice. A true and correct copy of the letter dated February 21, 2007 to Trustee Ronald K. Kotoshirodo is attached hereto as Exhibit "B".

5.     That in the <u>Hiram Fong, Jr.</u> case, U.S. Bankruptcy Court in Bk. No. 05-01404, the Court ordered an auction as to 275 shares of stock in Finance Enterprises, at which auction, TFC Holding was the highest bidder at $1,055.25 per share. The Court further ordered that the Trustee give written notice to Finance Enterprises to allow- Finance Enterprises 15 days to exercise Finance Enterprises' right of first refusal to purchase those shares at the same price and that if any shares remained not purchased by Finance Enterprises, then the Trustee was ordered to give such written notice to the shareholders of Finance Enterprises to allow them to exercise their right of

3

first refusal to purchase those shares. Pursuant to that Order on February 21, 2007, Finance Enterprises sent by certified mail and by hand delivery its letter to the Trustee stating that it shall purchase the 275 shares at $1,055.25 for $290,193.75 and pursuant to the Court's order, will close the purchase in cash by March 23, 2007 or 30 days after its notice. A true and correct copy of the letter dated February 21, 2007 to Trustee Susan J. Loomis is attached hereto as Exhibit "C".

      6.    That the total purchase price for the 3,915 shares to be purchased by Finance Enterprises is the aggregate sum of $4,131,303.75.

I declare under penalty of perjury of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____ FEB 2 3 2007 _____

_____
SAM K. YEE




# FINANCE ENTERPRISES, LTD.
*Serving the Finance Factors Family*

<u>CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u>

February 21, 2007

Jay. T. Suemori, Esq.  
Suite 801, Davies Pacific Center  
841 Bishop Street  
Honolulu, Hawaii 96813

7005 0390 0002 6381 5049

    Re:    Kahala CCM Factors, LLC v. Hiram L. Fong, et al.,  
           <u>Civil No. CV 02-00383 SOM/BMK</u> (Contract)

Dear Mr. Suemori:

    In response to your letter dated February 7, 2007, please be informed that Finance Enterprises, Ltd. has elected to and does hereby exercise its right, pursuant to Article IV, Section 4 of its Articles of Incorporation, to purchase the following shares of Finance Enterprises, Ltd. stock referenced in your letter:

| <u>Lot</u> | <u>Number of Shares</u> | <u>Price Per Share</u> | <u>Total Purchase Price</u> |
|---|---|---|---|
| #1 | 1,092 | $1,055.25 | $1,152,333.00 |

    Pursuant to the Court's ruling at the February 6, 2007 hearing, Finance Enterprises, Ltd. shall close by paying the full purchase price of ONE MILLION ONE HUNDRED FIFTY-TWO THOUSAND THREE HUNDRED THIRTY-THREE AND NO/100 DOLLARS ($1,152,333.00) in cash on or before March 23, 2007, which is 30 days after the date hereof.

    Please be informed that Finance Enterprises, Ltd. is still considering whether or not it will exercise its right of first refusal to purchase any or all of the shares comprising Lots 2 or 3. We will inform you as soon as a decision on Lot 2 and Lot 3 is made.

                                         Sincerely,  
                                         Finance Enterprises, Ltd.

                                         By: _____  
                                         Sam K. Yee  
                                         Senior VP and General Counsel

cc:    All Shareholders

**EXHIBIT "A"**







# FINANCE ENTERPRISES, LTD.
*Serving the Finance Factors Family*

CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED</u>                    7005 0390 0002 6381 5056

February 21, 2007

Ronald K. Kotoshirodo, Trustee
c/o Jerrold K. Guben, Esq.
Reinwald O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, 24th floor
Honolulu, Hawaii 96813

    Re:    Finance Enterprises, Ltd. – Hiram Leong Fong, Sr., and
             <u>Ellyn Lo Fong, Case No. 03-00674 (RJF)</u>

Dear Mr. Guben:

    In response to your letter dated February 7, 2007 on behalf of Mr. Kotoshirodo, please be informed that Finance Enterprises, Ltd. has elected to and does hereby exercise its right, pursuant to Article IV, Section 4 of its Articles of Incorporation, to purchase all 2,548 shares of Finance Enterprises, Ltd. stock referenced in your letter at the offered price of $1,055.25 per share. Pursuant to the Court's ruling at the February 6, 2007 hearing, Finance Enterprises, Ltd. shall close by paying the full purchase price of TWO MILLION SIX HUNDRED EIGHTY-EIGHT THOUSAND SEVEN HUNDRED SEVENTY-SEVEN AND NO/100 DOLLARS ($2,688,777.00) in cash on or before March 23, 2007, which is 30 days after the date hereof.

                               Sincerely,

                               Finance Enterprises, Ltd.

                               By: /s/ Sam K. Yee
                               Sam K. Yee
                               Senior VP and General Counsel

cc.    All Shareholders

**EXHIBIT "B"**







# FINANCE ENTERPRISES, LTD.

*Serving the Finance Factors Family*

CERTIFIED MAIL
RETURN RECEIPT REQUESTED                    7005 0390 0002 6381 5063

February 21, 2007

Sandra J. Loomis, Trustee
c/o Susan Tius, Esq.
Rush Moore LLP
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813

Re: Finance Enterprises, Ltd. – Rodney Leong Fong and Patsy Nakano Fong – Bk No. 05-01404

Dear Ms. Tius:

In response to your letter dated February 7, 2007 on behalf of Ms. Loomis, please be informed that Finance Enterprises, Ltd. has elected to and does hereby exercise its right, pursuant to Article IV, Section 4 of its Articles of Incorporation, to purchase all 275 shares of Finance Enterprises, Ltd. stock referenced in your letter at the offered price of $1,055.25 per share. Pursuant to the Court's ruling at the February 6, 2007 hearing, Finance Enterprises, Ltd. shall close by paying the full purchase price of TWO HUNDRED NINETY THOUSAND ONE HUNDRED NINETY-THREE AND 75/100 DOLLARS ($290,193.75) in cash on or before March 23, 2007, which is 30 days after the date hereof.

Sincerely,

Finance Enterprises, Ltd.

By: *Sam K. Yee*
Sam K. Yee
Senior VP and General Counsel

cc:   All Shareholders

**EXHIBIT "C"**

