IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM BMK (Contract) |
| Plaintiff, | |
| vs. | DECLARATION OF REUBEN S.F. WONG |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., ET AL., | |
| Defendants. | |

## DECLARATION OF REUBEN S.F. WONG

REUBEN S.F. WONG, hereby declares:

1. That I am an attorney duly licensed to practice law in all courts in Hawaii and represent Respondent Finance Enterprises, Ltd. ("Finance Enterprises") in the above-captioned case.

2. That attached to Finance Enterprises' Memorandum in Opposition (the "Memorandum") as Exhibit "A" is a true and correct copy of Judge Mollway's Inclinations.

3. That attached to Finance Enterprises' Memorandum as Exhibit "B" is a true and correct copy of the Applicant's Motion For Temporary Restraining Order filed in the State Court case of NVC Limited Partnership vs. Finance

Enterprises, Ltd. in Civil No. S.P. No. 07-1-0047 on February 22, 2007.

3.   That attached to Finance Enterprises' Memorandum as Exhibit "C" is a true and correct copy of a letter dated February 23, 2007 from Rueben S.F. Wong to Judith Pavey.

4.   That attached to Finance Enterprises' Memorandum as Exhibit "D" is a filed-marked copy of the Order Granting Plaintiff Finance Enterprises, Ltd.'s Motion For Temporary Restraining Order that was filed on February 21, 2007, in the Circuit Court of the First Circuit, State of Hawaii, as Civil No. 07-1-0201-02 (VSM).

I declare under penalty of perjury of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____FEB 2 3 2007_____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
   Finance Enterprises, Ltd.

2