IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

GEORGE W. BRANDT, ESQ.     gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.     bhiramatsu@lbchlaw.com
    Attorneys for Former Plaintiff
    N. Harwood Street Partners I, L.P.
KE-CHING NING, ESQ.     ning@nljlaw.com
STEPHEN A. JONES, ESQ.     stevejones@nljlaw.com
MICHAEL A. LILLY, ESQ.     michael@nljlaw.com
    Attorneys for Defendant
    1570 Alewa Limited Partnership

STEVEN L. CHING, ESQ.     slching@lawcsilc.com
DAVID M. K. LUM, ESQ.     dmklum@lawcsilc.com
    Attorneys for Defendant
    SAI Investment Company

HARRISON P. CHUNG, ESQ.                                  hpchawaii@msn.com
   Attorney for Defendants Hiram Leong
   Fong, aka Hiram L. Fong and Hiram L.
   Fong, Sr., Individually and as Trustee
   of the Hiram Leong Fong Revocable
   Trust dated 3/17/93, Ellyn Lo Fong,
   aka Ellyn L. Fong, Individually and as
   Trustee of the Ellyn Lo Fong
   Revocable Trust Dated 3/24/93,
   Rodney Leong Fong, aka Rodney L.
   Fong and Rodney Fong, Individually
   and as Trustee for Chelsea Tree Fong,
   Forest Wind Fong, Shama Rain Fong
   and Ski Hiram Fong, and Patsy
   Nakano Fong, aka Patsy N. Fong

JERROLD K. GUBEN, ESQ.                                   jkg@roplaw.com
   Attorney for Defendant
   Ronald Kotoshirodo

TERENCE J. O'TOOLE, ESQ.                                 totoole@starnlaw.com
STEPHANIE E.W. THOMPSON, ESQ.                            sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94

SUSAN TIUS, ESQ.                                         stius@rmhawaii.com
   Attorney for Trustee
   Sandra L. Loomis

LEX R. SMITH, ESQ.                                       lrs@ksglaw.com
   Attorney for TFC Holdings

ROBERT G. KLEIN, ESQ.                klein@m4law.com
CHRISTOPHER J. COLE, ESQ.            cole@m4law.com
   Attorneys for Substitute Plaintiff    auyoung@m4law.com
   Kahala CCM Factors, LLC

JAMES A. WAGNER, ESQ.                jwagner@wcelaw.com
NEIL J. VERBRUGGE, ESQ.              nverbrugge@wcelaw.com
   Attorneys for Substitute
   Plaintiff Kahala CCM Factors, LLC

JUDITH ANN PAVEY, ESQ.               paveyaallc@aol.com
   Attorney for Defendant
   NVC Limited Partnership

JAY T. SUEMORI, ESQ.                 hawaiilawyers@suemorilaw.com
   Commissioner JAY T. SUEMORI, ESQ.

OFFICE OF THE U.S.
   BANKRUPTCY TRUSTEE             ustp.region15@usdoj.gov


DATED: Honolulu, Hawaii,    FEB 23 2007            .


_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
   Attorneys for Defendant
   Finance Enterprises, Ltd.

3