Of Counsel:
NING LILLY & JONES

STEPHEN A. JONES      2957
MICHAEL A. LILLY      1681
JILL D. RAZNOV        8011
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100; Fax: (808) 531-2415
E-mail: Stevejones@nljlaw.com
Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>HIRAM LEONG FONG, ALSO<br>KNOWN AS HIRAM L. FONG, SR.,<br>et al.,<br><br>            Defendants. | ) CIVIL NO. CV-02-00383 HG-BMK<br>) (Contract)<br>)<br>) DEFENDANT 1570 ALEWA<br>) LIMITED PARTNERSHIP'S<br>) NOTICE OF WITHDRAWAL OF: 1)<br>) NOTICE OF TAKING DEPOSITION<br>) UPON ORAL EXAMINATION,<br>) DATED JANUARY 29, 2007; and 2)<br>) SUBPOENA ISSUED TO JAMES H.<br>) WRIGHT, ESQ. DATED JANUARY<br>) 29, 2007; CERTIFICATE OF<br>) SERVICE<br>) |

DEFENDANT 1570 ALEWA LIMITED PARTNERSHIP'S NOTICE OF
WITHDRAWAL OF: 1) NOTICE OF TAKING DEPOSITION UPON ORAL
EXAMINATION, DATED JANUARY 29, 2007; AND 2) SUBPOENA ISSUED
TO JAMES H. WRIGHT, ESQ. DATED JANUARY 29, 2007

PLEASE TAKE NOTICE that Defendant 1570 ALEWA LIMITED

PARTNERSHIP hereby withdraws its  1) Notice Of Taking Deposition Upon Oral

Examination, Dated January 29, 2007 [James H. Wright]; and 2) Subpoena Issued

to James H. Wright, Esq. Dated January 29, 2007.

DATED: Honolulu, Hawai`i, March 7, 2007.

_____

STEPHEN A. JONES
MICHAEL A. LILLY
JILL D. RAZNOV

Attorneys for Defendants
1570 Alewa Limited Partnership

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 HG-BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM LEONG FONG, ALSO | ) |
| KNOWN AS HIRAM L. FONG, SR., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was duly served

upon the following at their last known addresses, as indicated below on

March 7, 2007:

**THE FOLLOWING WERE SERVED VIA E-EMAIL:**

GEORGE W. BRANDT, ESQ.        gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.       bhiramatsu@lbchlaw.com
841 Bishop Street, Suite 1800
Honolulu, Hawaii 96813
        Attorneys for Plaintiff
        N. Harwood Street Partners I, L.P.

ROBERT G. KLEIN, ESQ.        klein@m4law.com
CHRISTOPHER J. COLE, ESQ.    cole@m4law.com
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
    Attorneys for Plaintiff
    Kahala CCM Factors, LLC


STEVEN L. CHING, ESQ.       dmklum@lawcsilc.com
DAVID M. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
Davies Pacific Center
841 Bishop Street, Suite 850
Honolulu, Hawaii 96813
    Attorney for Defendant
    SAI INVESTMENT COMPANY


HARRISON P. CHUNG, ESQ.    hpchawaii@msn.com
Law Office of Harrison P. Chung
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813
    Attorney for Defendants
    HIRAM LEONG FONG and ELLYN LO FONG


JUDITH ANN PAVEY, ESQ.     paveyaallc@aol.com
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
Attorney for Defendant
NVC Limited Partnership

2

TERRENCE J. O'TOOLE
STEPHANIE E.W. THOMPSON        sthompson@starnlaw.com
Starn O'Toole Marcus & Fisher
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

    Attorney for Defendants
    Marvin Allan Fong, as Trustee for the Marvin Allan Fong
    Revocable Trust Agreement Dated 5/9/94 and as Receiver for
    Nathan Allan Fong, Sandra Y.Y. Au Fong, as trustee of
    the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94

JERROLD K. GUBEN, ESQ.        jkg@roplaw.com
    Attorney for Defendant
    Ronald Kotoshirodo

3

**THE FOLLOWING WERE SERVED VIA HAND DELIVERY:**

       JAY T. SUEMORI, ESQ.
       Dandar Suemori
       801 Davies Pacific Center
       841 Bishop Street
       Honolulu, Hawaii 96813
            Commissioner

       REUBEN S.F. WONG, ESQ.
       DELWYN H.W. WONG, ESQ.
       1164 Bishop Street, Suite 1005
       Honolulu, Hawaii 96813

       Appearing Attorneys for Defendant
       FINANCE ENTERPRISES, LTD.

4

**THE FOLLOWING WERE SERVED VIA U.S. MAIL, POSTAGE PREPAID:**

SHERMAN S. HEE, ESQ.
Attorney at Law
1001 Bishop Street, Suite 850
Honolulu, Hawaii 96813
    Defendant

MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii 96793
    Defendant

EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii 96793

LEONARD K. K. FONG, as Trustee of the
Leonard K. K. Fong Revocable Living Trust
Under Trust dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

ELLEN LEE FONG, as Trustee for the
Ellen Lee Fong Revocable Living Trust
Under Trust Dated 2/19/98
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

LINDA L. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI 96813
    Defendant

DALE N. FONG, Individually and as Custodian for
Adrienne M. L. Fong and Brandon N.C. K. Fong
Under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
  Defendant


GLEN S. W. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
  Defendant

JEFFREY S. C. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
  Defendant

KEITH S. K. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
  Defendant

RODNEY S. O. FONG
725 Kapiolani Blvd., Suite C-204
Honolulu, HI  96813
  Defendant


PEARL L. FONG, as Trustee of the Pearl L.
Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, HI  96819
  Defendant

DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, HI  96819
  Defendant

JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, HI  96819
    Defendant

SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, HI  96819
    Defendant

VALERIE B. L. FONG ASARI, Individually and as
Custodian for David Y. H. Asari under the
Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, CA  94583
    Defendant

CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, CA  94549
    Defendant

JONATHAN WARREN TONG
19215 – 58TH Avenue NE
Kenmore, WA 98028
    Defendant

MARK LEX TONG
1778 Zia Road
Placerville, CA  95667
    Defendant

JASON ROBERTO TONG
9 Dianne Court
Lafayette, CA  94549
    Defendant

KELLY ROBERTO TONG
9 Dianne Court
Lafayette, CA  94549
     Defendant

WINTON TONG, as Trustee for the 1994
Winton Tong and Gladys F. Tong
Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, CA  94608
     Defendant

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Street Center, #1088
Honolulu, HI  96813
     Defendant

GEORGE W. VAN BUREN, ESQ.  (Served via facsimile & U.S. Mail)
745 Fort Street, Ste. 1950
Honolulu, Hawaii  96813
     Attorney for James Wright

DATED:    Honolulu, Hawaii, ___March 7, 2007._____.

_____
STEPHEN A. JONES
MICHAEL A. LILLY
JILL D. RAZNOV

Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

8