528
LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG        #638-0
DELWYN H.W. WONG        #7170-0
COLETTE L. HONDA        #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 531-3526
Facsimile:   (808) 531-3522

Attorneys for Defendant
 FINANCE ENTERPRISES, LTD.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2007

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM BMK |
| | (Contract) |
| Plaintiff, | |
| | DEFENDANT FINANCE |
| vs. | ENTERPRISES, LTD.'S |
| | WITHDRAWAL OF ITS MOTION TO |
| HIRAM L. FONG, ALSO KNOWN | QUASH SUBPOENA ISSUED TO |
| AS HIRAM L. FONG, SR., ET AL., | JAMES H. WRIGHT, ESQ. DATED |
| | JANUARY 29, 2007 AND FOR A |
| Defendants. | PROTECTIVE ORDER FILED ON |
| | FEBRUARY 1, 2007; CERTIFICATE |
| | OF SERVICE |
| | |
| | Hearing: |
| | Date: March 9, 2007 |
| | Time: 3:00 p.m. |
| | Judge: Hon. Barry M. Kurren |

**ORIGINAL**

225

DEFENDANT FINANCE ENTERPRISES, LTD.'S
WITHDRAWAL OF ITS MOTION TO QUASH SUBPOENA
ISSUED TO JAMES H. WRIGHT, ESQ. DATED JANUARY 29, 2007
AND FOR A PROTECTIVE ORDER FILED ON FEBRUARY 1, 2007

COMES NOW Defendant Finance Enterprises, Ltd. and based on Defendant 1570 Alewa Limited Partnership's Notice of Withdrawal of: 1) Notice of Taking Deposition Upon Oral Examination, dated January 29, 2007; and 2) Subpoena Issued to James H. Wright, Esq. dated January 29, 2007, hereby withdraws its Motion To Quash Subpoena Issued To James H. Wright, Esq. Dated January 29, 2007 And For A Protective Order filed on February 1, 2007, which is scheduled for hearing on March 9, 2007 at 3:00 p.m. before the Honorable Barry M. Kurren

DATED: Honolulu, Hawaii, _____ MAR 0 8 2007 _____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  Finance Enterprises, Ltd.

N THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC., ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the following parties by electronic transmission:

GEORGE W. BRANDT, ESQ.            gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.           bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

ROBERT G. KLEIN, ESQ.              klein@m4law.com
CHRISTOPHER J. COLE, ESQ.          cole@m4law.com
   Attorneys for Substitute Plaintiff
   Kahala CCM Factors, LLC

KE-CHING NING, ESQ.                ning@nljlaw.com
STEPHEN A. JONES, ESQ.             stevejones@nljlaw.com
MICHAEL A. LILLY, ESQ.             michael@nljlaw.com
   Attorneys for Defendant
   1570 Alewa Limited Partnership

| | |
|---|---|
| STEVEN L. CHING, ESQ. | slching@lawcsilc.com |
| DAVID M. K. LUM, ESQ. | dmklum@lawcsilc.com |
|    Attorneys for Defendant<br>   SAI Investment Company | |

HARRISON P. CHUNG, ESQ.      hpchawaii@msn.com
   Attorney for Defendants Hiram Leong
   Fong, aka Hiram L. Fong and Hiram L.
   Fong, Sr., Individually and as Trustee
   of the Hiram Leong Fong Revocable
   Trust dated 3/17/93, Ellyn Lo Fong,
   aka Ellyn L. Fong, Individually and as
   Trustee of the Ellyn Lo Fong
   Revocable Trust Dated 3/24/93,
   Rodney Leong Fong, aka Rodney L.
   Fong and Rodney Fong, Individually
   and as Trustee for Chelsea Tree Fong,
   Forest Wind Fong, Shama Rain Fong
   and Ski Hiram Fong, and Patsy
   Nakano Fong, aka Patsy N. Fong

TERENCE J. O'TOOLE, ESQ.      totoole@starnlaw.com
STEPHANIE E.W. THOMPSON, ESQ.  sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94

JAY T. SUEMORI, ESQ.      hawaiilawyers@suemorilaw.com
   Commissioner

DATED: Honolulu, Hawaii, _____MAR 0 8 2007_____

                                                       /s/ Reuben Wong
                                         REUBEN S.F. WONG
                                         DELWYN H.W. WONG
                                         COLETTE L. HONDA
                                         Attorneys for Defendant
                                           Finance Enterprises, Ltd.