IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | MEMORANDUM IN SUPPORT OF |
| vs. ) | MOTION |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

## MEMORANDUM IN SUPPORT OF MOTION

Finance Enterprises, Ltd. ("Finance Enterprises") requests that this Court compel Kahala CCM Factors LLC to comply with this Court's Order filed herein on February 22, 2007 ("the Order").

I.   BACKGROUND.

Pursuant to said Order, this Court ordered Commissioner Jay Suemori to conduct an auction as to 1,963 shares of stock in Finance Enterprises, Ltd., which shares are subject to a right of first refusal in favor of Finance Enterprises. The subject shares of stock consist of 3 lots as follows:

    (1)    Lot 1, consisting of 1,092 shares represented by Stock Certificates Nos. 65, 107, and 205;

    (2)    Lot 2, consisting of 630 shares represented by Stock Certificate Nos. 109 and 139; and

3

 (3) Lot 3, consisting of 241 shares represented by Stock Certificate No. 238.

The Court further ordered that the Commissioner give written notice to Finance Enterprises to allow it to exercise its rights of first refusal to purchase said Lots. On February 7, 2007, Commissioner Jay Suemori duly sent notice to Finance Enterprises to exercise its right of first refusal. By letter to the Commissioner dated February 21, 2007, Finance Enterprises exercised its right of first refusal as to the 1,092 shares comprising Lot 1.

However, as stated in the Declaration of Sam K. Yee, Finance Enterprises is presently unable to close the transaction because the Commissioner is unwilling and/or unable to deliver the 1,092 shares in Lot 1, consisting of Certificate Nos. 65, 107, and 205 (the "Stock Certificates").

The reason given by the Commissioner is that he is unable to obtain the Stock Certificates from Kahala CCM Factors, LLC ("Kahala"), which is the creditor who now possesses said stock certificates as to each of the 3 Lots.

II.  RELIEF SOUGHT.

Therefore, Finance Enterprises respectfully requests the following:

(1) That Kahala be directed to immediately deliver to the Commissioner the Stock Certificates (Nos. 65, 107, and 205), representing the 1,092 shares comprising Lot 1, by no later than March 19, 2007 at 10:00 a.m. at the offices of Finance Enterprises.

4

(2) That the Commissioner be directed to immediately turn over the Stock Certificates (Nos. 65, 107, and 205), representing the 1,092 shares comprising Lot 1, by no later than March 19, 2007 at 10:00 a.m. at the offices of Finance Enterprises upon receipt thereof from Kahala, as aforesaid, and upon receipt of payment by Finance Enterprises of the $1055.25 per share price set forth in the Court's Order, representing an aggregate sum of $1,152,333.00.

(3) That to evidence the aforesaid purchase, the Commissioner be directed to execute and deliver to Finance Enterprises the Assignment of Stock Certificate in the form attached to the Declaration of Sam K. Yee as Exhibit "D".

(4) That the Court makes clear that Kahala has no right, title, or interest in said Stock Certificates, including no right to vote said shares of stock at any shareholders' meeting, including without the limitations, the shareholders' meeting now scheduled for March 24, 2007.

(5) That by reason of Kahala delaying and/or refusing to deliver the said Stock Certificates to the Commissioner, this Court hold Kahala in contempt of court and impose sanctions upon Kahala, including monetary sanctions for attorneys' fees, and such other sanctions that this Court deems appropriate, for the following reasons:

    (a) Obstructing the execution of the Court's Order;

(b) Interfering with the Commissioner in carrying out his duties as heretofore ordered by this Court;

(c) Attempting to frustrate the conveyance of the stock certificates and thereby obstructing Finance Enterprises from exercising its right of first refusal in a transaction that involves over a million dollars; and

(d) Attempting to usurp Finance Enterprises' voting rights under the shares being acquired under its right of first refusal, in order to vote more than its percentage ownership at a shareholder meeting scheduled for March 24, 2007.

DATED: Honolulu, Hawaii, _____MAR 1 5 2007_____

Respectfully submitted,

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Plaintiff
  Finance Enterprises, Ltd.