IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KAHALA CCM FACTORS, LLC,     )    CIVIL NO. CV-02-00383 SOM BMK
                                  )    (Contract)
        Plaintiff,             )
                                    )    DECLARATION OF SAM K. YEE;
    vs.                        )    EXHIBITS "A"-"E"
                                    )
HIRAM L. FONG, ALSO KNOWN    )
AS HIRAM L. FONG, SR., ET AL.,    )
                                    )
        Defendants.          )
                                    )
_____ )

## DECLARATION OF SAM K. YEE

SAM K. YEE ("Declarant") hereby declares:

1.     That I am the Senior Vice President and General Counsel of Finance Enterprises, Ltd. ("Finance Enterprises") and have personal knowledge of the matters set forth in this declaration.

2.     Pursuant to the Order of this Court filed herein on February 22, 2007, Finance Enterprises received from Jay Suemori, the Court-appointed Commissioner, a letter dated February 7, 2007, giving notice to Finance Enterprises of its right of first refusal to purchase 3 Lots of shares comprising 1,963 shares in Finance Enterprises; that Finance Enterprises had 15 days to inform the Declarant if Finance Enterprises elected to purchase the stock; and that Finance

Enterprises had 30 days after such notice to close the transaction and to pay for such stock. A true and correct copy of said letter is attached hereto as Exhibit "A".

3.    That by letter to Commissioner Jay T. Suemori dated February 21, 2007, Finance Enterprises exercised its right of first refusal to purchase all of the Lot 1 shares, consisting of 1,092 shares of stock in Finance Enterprises at a price of $1,055.25 per share, or a total of $1,152,333.00. A true and correct copy of said letter is attached hereto as Exhibit "B".

4.    That by letter to Commissioner Jay T. Suemori dated February 26, 2007, Finance Enterprises stated that it declined to purchase the shares of stock in Lots 2 and 3. A true and correct copy of said letter is attached hereto as Exhibit "C".

5.    That thereafter Declarant has been attempting to conclude the purchase of said shares, and Declarant has been informed that the Commissioner does not possess the stock certificates for delivery to Finance Enterprises, because the Commissioner could not get the stock certificates from Kahala CCM Factors, LLC ("Kahala"), which now has possession of the stock certificates representing the shares in Lot 1 (Certificate Nos. 65, 107, and 205).

6.    That, on March 5, 2007, Declarant proposed a form of assignment to the Commissioner and Susan Tius, Esq., attorney for the Trustee in the Rodney and Patsy Fong bankruptcy case and Jerrold Guben, Esq., attorney for the Trustee in

the Hiram and Ellyn Fong bankruptcy case. A true copy of the e-mail transmittal and proposed form of assignment is attached hereto as Exhibit "D".

7.      That, on March 6, 2007 and March 9, 2007, Finance Enterprises consummated the acquisition of shares from the Trustees of the Rodney and Patsy Fong and Hiram and Ellyn Fong bankruptcy estates, respectively. The assignment documents in these transactions were substantially similar to the form set forth in Exhibit "D" and each contained irrevocable proxies from each Trustee in favor of Finance Enterprises.

8.      That, based on discussions with the Commissioner, Declarant understands that the Commissioner has no objection to use of an assignment document in substantially the form of Exhibit "D".

9.      That the Commissioner has informed Declarant that Kahala CCM Factors, LLC ("Kahala") has indicated to the Commissioner that Kahala is asserting the right to vote the shares comprising Lot 1 at an upcoming Finance Enterprises shareholder meeting to be held on March 24, 2007 and has not turned over the certificates evidencing such shares to the Commissioner thus preventing the Commissioner from consummating the transaction with Finance Enterprises. The record date for shareholders entitled to vote at the shareholder meeting on March 24, 2007 is February 23, 2007.

10.    That attached hereto as Exhibit "E" is Declarant's communication with the Commissioner regarding Kalaha's claim of attorneys' fees and interested referred to as "disputed amounts."

11.    That Finance Enterprises is and has been ready, willing, and able to close the transaction and to immediately pay the sum of $1,152,333.00 to the Commissioner for said shares of stock.

12.    That, pursuant to order of this Court, the 30 day deadline for Finance Enterprises to close on the purchase of the shares in Lot 1 is March 23, 2007.

[The    remainder    of    this    page    is    intentionally    left    blank]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, _____ MAR 1 5 2007,

_____
SAM K. YEE