

# FINANCE ENTERPRISES, LTD.
*Serving the Finance Factors Family*

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

February 21, 2007

Jay. T. Suemori, Esq.  
Suite 801, Davies Pacific Center  
841 Bishop Street  
Honolulu, Hawaii 96813

7005 0390 0002 6381 5049

      Re: Kahala CCM Factors, LLC v. Hiram L. Fong, et al.,  
           Civil No. CV 02-00383 SOM/BMK (Contract)

Dear Mr. Suemori:

In response to your letter dated February 7, 2007, please be informed that Finance Enterprises, Ltd. has elected to and does hereby exercise its right, pursuant to Article IV, Section 4 of its Articles of Incorporation, to purchase the following shares of Finance Enterprises, Ltd. stock referenced in your letter:

| Lot | Number of Shares | Price Per Share | Total Purchase Price |
|---|---|---|---|
| #1 | 1,092 | $1,055.25 | $1,152,333.00 |

Pursuant to the Court's ruling at the February 6, 2007 hearing, Finance Enterprises, Ltd. shall close by paying the full purchase price of ONE MILLION ONE HUNDRED FIFTY-TWO THOUSAND THREE HUNDRED THIRTY-THREE AND NO/100 DOLLARS ($1,152,333.00) in cash on or before March 23, 2007, which is 30 days after the date hereof.

Please be informed that Finance Enterprises, Ltd. is still considering whether or not it will exercise its right of first refusal to purchase any or all of the shares comprising Lots 2 or 3. We will inform you as soon as a decision on Lot 2 and Lot 3 is made.

                                  Sincerely,  
                                  Finance Enterprises, Ltd.

                                  By: _____  
                                  Sam K. Yee  
                                  Senior VP and General Counsel

cc:    All Shareholders

**EXHIBIT "B"**