**From:** Sam Yee
**Sent:** Wednesday, March 14, 2007 3:03 PM
**To:** 'Suemori & Associates, LLLC'
**Cc:** reubenwong@yahoo.com
**Subject:** RE: Kahala CCM

Jay:

Thanks for clarifying the issues that you referenced in the e-mail below. As I understand from our conversation:

1. Kahala has expressed a concern about you giving Finance Enterprises (FE) a proxy on the 1,092 shares that FE has agreed to acquire from you. Your impression is that Kahala might be asserting that it has the right to vote these shares. As I explained to you, I think that Kahala's position is unsupportable for at least the following reasons: (a) The foreclosure decree that was entered by Judge Mollway on 2/3/04, which was in fact drafted by the attorneys for North Harwood, Kahala's predecessor in interest, expressly provides on Page 9, Paragraph No. 4 that "Commissioner shall henceforth hold all equitable and legal title to the Shares, i.e. the 1,092 shares of FE stock, and (b) Kahala was not the successful bidder on February 6 since it was outbid by TFC. Therefore, if anyone arguably has the right to vote the stock, it is you, as the Commissioner. That is precisely the reason that FE has requested a proxy in the assignment document. FE would have no problem with your giving a similar proxy to Kahala or any other purchaser of the stock that FE elected not to acquire.

2. You also mentioned that Kahala might be asserting that it is entitled to additional interest accrued from the party that ultimately acquires the stock from you. This is totally contrary to the Court Order entered by Judge Mollway on 2/22/07 and customary foreclosure practice. Judge Mollway's order states an explicit sum of $1,152,333 that must be paid by FE if it elects to acquire Lot 1 consisting of 1,092 shares. There is no mention of any obligation to pay continuing interest. You also agreed that it is not customary practice and you have never seen a situation where a bidder at a foreclosure auction is required to pay accrued interest in excess of the bid amount.

It is FE's position that Kahala is taking unreasonable and unsupportable positions and is holding up the consummation of the transactions ordered by the Court. If this situation is not resolved by the end of business tomorrow, Mr. Wong will seek assistance from the Court in enforcing the order.

-----Original Message-----
**From:** Suemori & Associates, LLLC [mailto:hawaiilawyers@suemorilaw.com]
**Sent:** Tuesday, March 13, 2007 4:09 PM
**To:** Sam Yee
**Cc:** reubenwong@yahoo.com
**Subject:** RE: Kahala CCM

********************SECURITY ADVISORY********************
*Please be advised. This is an e-mail from the Internet*
********************SECURITY ADVISORY********************

Sam:
Thanks for your e-mail. I left a voice-mail for you on your telephone regarding this matter. Kahala's attorneys have confirmed that they have the certificates for all the shares auctioned by

EXHIBIT "E"

http://us.f526.mail.yahoo.com/ym/ShowLetter?box=I...

me.

It appears, however, that they are raising certain issues which they want to discuss as part of the closing: One of the issues involves the proxy language in the assignment. They are also raising some questions as to the attorneys' fees and interest which they refer to as the "disputed amount" as distinguished from the original principle and interest which they refer to as the "undisputed amount."

Please call me to discuss these items further. I would also like to try to close this transaction as to the 1,092 shares by Friday.

Thanks,
Jay Suemori

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you think you have received this communication in error, please notify us immediately by reply e-mail or by telephone (808) 532-1711, and delete the original message. Thank you.

-----Original Message-----
**From:** Sam Yee [mailto:SamY@financefactors.com]
**Sent:** Tuesday, March 13, 2007 2:05 PM
**To:** hawaiilawyers@suemorilaw.com
**Cc:** reubenwong@yahoo.com
**Subject:** Kahala CCM


Jay:

Have you been able to get the stock certificates from Kahala? It seems to be taking an unreasonably long time for Kahala to provide the certificates to you. It's been 3 weeks since Finance Enterprises has provided notice to you of its decision to acquire the 1,092 shares. As I've informed you, Finance Enterprises is and has been prepared to close the transaction expeditiously. If this transaction is not concluded by this Friday, Finance Enterprises would consider seeking a conference with Judge Mollway. Also, please let me know if the form of assignment that was used by Sandra Loomis is acceptable to you. Thank you.

Sam K. Yee
Senior VP & General Counsel
Finance Factors, Ltd./Finance Enterprises, Ltd.
1164 Bishop Street, Suite 1088
Honolulu, Hawaii 96813
Telephone: (808) 548-4901
Facsimile: (808) 522-2001

Confidentiality Statement
This message and/or attachments may be a confidential communication or may be privileged, confidential, or otherwise protected. If you are not the intended recipient, you are notified that (i) you have received this message and/or attachments in error, and (ii) any review, dissemination, distribution, or copying of this message and/or attachments is strictly prohibited. If you have received this message and/or attachments in error, please (i) notify sender by e-mail or to report the error by telephone call at (808) 548-4907, and (ii) immediately delete this message and all its attachments. Thank you.

Confidentiality Statement