9604

LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG #638-0
DELWYN H.W. WONG #7170-0
COLETTE L. HONDA #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
  FINANCE ENTERPRISES, INC.

LODGED

MAR 1 5 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM BMK |
|  Plaintiff, | ) (Contract) |
| vs. | ) DEFENDANT FINANCE |
| | ) ENTERPRISES, LTD.'S EX PARTE |
| | ) MOTION TO SHORTEN TIME TO |
| HIRAM L. FONG, ALSO KNOWN | ) HEAR DEFENDANT'S MOTION TO |
| AS HIRAM L. FONG, SR., ET AL., | ) COMPEL ENFORCEMENT OF THE |
| | ) COURT'S FEBRUARY 22, 2007 |
|  Defendants. | ) "ORDER GRANTING IN PART AND |
| | ) DENYING IN PART PLAINTIFF |
| | ) KAHALA CCM FACTORS, LLC'S |
| | ) MOTION FOR AN ORDER |
| | ) APPROVING REPORT OF |
| | ) COMMISSION AND CONFIRMING |
| | ) THE SALE OF COLLATERAL (1,963 |
| | ) SHARES OF STOCK IN FINANCE |
| | ) ENTERPRISES, LTD.) AT PUBLIC |
| | ) AUCTION, FILED DECEMBER 13, |
| | ) 2006"; CERTIFICATE OF SERVICE |
| | ) |



DEFENDANT FINANCE ENTERPRISES, LTD.'S
EX PARTE MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S
MOTION TO COMPEL ENFORCEMENT OF THE COURT'S FEBRUARY 22,
2007 "ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF
KAHALA CCM FACTORS, LLC'S MOTION FOR AN ORDER APPROVING
REPORT OF COMMISSIONER AND CONFIRMING THE SALE OF
COLLATERAL (1,963 SHARES OF STOCK IN FINANCE ENTERPRISES, LTD.)
AT PUBLIC AUCTION, FILED DECEMBER 13, 2006"

Defendant Finance Enterprises, Ltd, (hereinafter "Defendant" or "FEL") by

and through its attorneys, The Law Offices Of Reuben S.F. Wong, hereby moves for

an order shortening time to hear Defendant's Motion to Compel Enforcement of the

Court's February 22, 2007 Order Granting in Part and Denying in Part Plaintiff

Kahala CCM Factors, LLC's Motion for An Order Approving Report of

Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in

Finance Enterprises, Ltd.) at Public Auction, Filed December 13, 2006.

I.    Background.

Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report

of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in

Finance Enterprises, Ltd.) at Public Auction, filed on December 13, 2006 ("Motion

to Approve") came on for hearing before the Honorable Susan Oki Mollway on

February 6, 2007, at 10;30 a.m., which was held together with the Honorable

Robert J. Faris of the United States Bankruptcy Court for the District of Hawaii in

Bankruptcy Case Nos. 03-00674 and 05-04104 (Bankr.D. Hawaii) on certain

motions filed by the bankruptcy trustees in those cases. The Court having reviewed and considered the Motion to Approve, the briefs, declarations, exhibits, and arguments of the parties in their written submissions and during the hearing, issued forth on February 22, 2007 an Order Granting in Part and Denying in Part Plaintiff Kahala CCM Factors, LLC's Motion for An Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, filed December 13, 2006 ("Order").

The Court's Order confirmed the sale of Lot 1, consisting of 1,092 shares of stock in Finance Enterprises, Ltd., represented by Stock Certificates Nos. 65, 107, and 205, at the overbidding auction held during a recess of the February 6, 2007 hearing on the Motion to Confirm as stated by Commissioner Jay T. Suemori in open Court at said continued hearing, to Tomato Bank, at a price per share of $1,055.25, or $1,152,333 (One Million, One Hundred Fifty-Two Thousand, Three Hundred and Thirty-Three and No/100 Dollars).

Kahala CCM, as the successor creditor of Hiram Leong Fong, Sr., and Ellyn Lo Fong, presently holds physical possession of Stock Certificate Nos. 65, 107, and 205.

The Court's Order specifically provides that FEL may exercise a right of first refusal as to purchase of stock in Lot 1 as set forth in the Articles of Incorporation of FEL.

FEL received notice from Commissioner Suemori by letter dated February 7, 2007 that FEL's right of first refusal was triggered and that the fifteen-day "clock" was running. By certified mail, return receipt, dated February 21, 2007, FEL notified Commissioner Suemori that it was exercising its right of first refusal as to Lot 1 as set forth in its Articles of Incorporation.

Under paragraph 10 of the Order, if FEL exercises its right of first refusal, all sales shall close through a cash payment of the purchase price in full by no later than the earlier of 30 days following notice to Commissioner Suemori of the acceptance of the terms of such sale, or by April 16, 2007.

II.    Time Is Of The Essence.

Since FEL notified Commissioner Suemori on February 21, 2007 by certified mail, return receipt that it intended to exercise its right of first refusal as to Lot 1, the sale must close by March 24, 2007, and it is clear that time is of the essence.

FEL stands ready and willing to fulfill its commitment under the Order. It timely and properly notified the Commissioner of its intent to exercise its right of first refusal with respect to Lot 1. FEL is ready to close the sale through a cash payment of the purchase price in full, a price per share of $1,055.25, or $1,152,333 (One Million, One Hundred Fifty-Two Thousand, Three Hundred and Thirty-Three and No/100 Dollars). However, under information and belief, Kahala CCM wrongfully

refuses to relinquish Stock Certificate Nos. 65, 107, and 205 to Commissioner Suemori, despite the Court's February 22, 2007 Order.

The emergency nature of this Motion is abundantly clear. FEL is attempting to timely exercise its rights uner the Court's February 22, 2007 Order and must exercise its rights within the next few days. However, Kahala's willful refusal to comply with the terms of this Court's order wrongfully inhibits FEL from exercising its right of first refusal.

Moreover, in paragraph 11 of the February 22, 2007 Order, this Court noted that it was reserving decision on all questions not specifically addressed in the Order and that any matter presented for clarification would be heard on an expedited basis in an attempt to prevent any delay in the closing dates set forth. As such, FEL points out that Kahala's refusal to relinquish the subject stock certificates was not a matter addressed in the February 22, 2007 Order and a matter which, if not heard on an expedited basis by this Court, could jeopardize FEL's timely exercise of its rights of first refusal and the imminently approaching closing deadline.

This Motion is based on Rule 7 of the Federal Rules of Civil Procedure, Local Rule 6.2 of the Local Rules of the U.S. District Court for the District of Hawaii, the Memorandum in Support of Motion, the Declaration and exhibits attached hereto, the

records and files in this case, and such other and further argument as may be adduced

at the hearing on this Motion.

DATED:  Honolulu, Hawaii, _____MAR 1 5 2007_____

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
    FINANCE ENTERPRISES, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC., | )  CIVIL NO. CV-02-00383 SOM BMK |
| | )  (Contract) |
| Plaintiff, | ) |
| | )  CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| HIRAM L. FONG, ALSO KNOWN | ) |
| AS HIRAM L. FONG, SR., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be

served on the date of filing on the following parties by electronic transmission:

GEORGE W. BRANDT, ESQ.                 gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.                bhiramatsu@lbchlaw.com
    Attorneys for Former Plaintiff
    N. Harwood Street Partners I, L.P.

KE-CHING NING, ESQ.                    ning@nljlaw.com
STEPHEN A. JONES, ESQ.                 stevejones@nljlaw.com
MICHAEL A. LILLY, ESQ.                 michael@nljlaw.com
    Attorneys for Defendant
    1570 Alewa Limited Partnership

STEVEN L. CHING, ESQ.          slching@lawcsilc.com
DAVID M. K. LUM, ESQ.         dmklum@lawcsilc.com
    Attorneys for Defendant
    SAI Investment Company

HARRISON P. CHUNG, ESQ.      hpchawaii@msn.com
    Attorney for Defendants Hiram Leong
    Fong, aka Hiram L. Fong and Hiram L.
    Fong, Sr., Individually and as Trustee of
    the Hiram Leong Fong Revocable Trust
    dated 3/17/93, Ellyn Lo Fong, aka Ellyn
    L. Fong, Individually and as Trustee of
    the Ellyn Lo Fong Revocable Trust
    Dated 3/24/93, Rodney Leong Fong,
    aka Rodney L. Fong and Rodney Fong,
    Individually and as Trustee for Chelsea
    Tree Fong, Forest Wind Fong, Shama
    Rain Fong and Ski Hiram Fong, and
    Patsy Nakano Fong, aka Patsy N. Fong

JERROLD K. GUBEN, ESQ.      jkg@roplaw.com
    Attorney for Defendant
    Ronald Kotoshirodo

TERENCE J. O'TOOLE, ESQ.     totoole@starnlaw.com
STEPHANIE E.W. THOMPSON, ESQ.   sthompson@starnlaw.com
    Attorneys for Defendants
    Marvin Allan Fong, as Trustee for the
    Marvin Allan Fong Revocable Trust
    Agreement Dated 5/9/94 and as
    Receiver for Nathan Allan Fong, Sandra
    Y.Y. Au Fong, as Trustee of the Sandra
    Y.Y. Au Fong Revocable Trust
    Agreement Dated 5/9/94

SUSAN TIUS, ESQ.          stius@rmhawaii.com
    Attorney for Trustee
    Sandra L. Loomis

2

LEX R. SMITH, ESQ.                     lrs@ksglaw.com
   Attorney for TFC Holdings

ROBERT G. KLEIN, ESQ.                  klein@m4law.com
CHRISTOPHER J. COLE, ESQ.              cole@m4law.com
   Attorneys for Substitute Plaintiff    auyoung@m4law.com
   Kahala CCM Factors, LLC

JAMES A. WAGNER, ESQ.                  jwagner@wcelaw.com
NEIL J. VERBRUGGE, ESQ.                nverbrugge@wcelaw.com
   Attorneys for Substitute
   Plaintiff Kahala CCM Factors, LLC

JUDITH ANN PAVEY, ESQ.                 paveyaallc@aol.com
   Attorney for Defendant
   NVC Limited Partnership

JAY T. SUEMORI, ESQ.                   hawaiilawyers@suemorilaw.com
   Commissioner

OFFICE OF THE U.S.
   BANKRUPTCY TRUSTEE             ustp.region15@usdoj.gov


DATED:  Honolulu, Hawaii, _____ MAR 1 5 2007 _____.


_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
  Attorneys for Defendant
  Finance Enterprises, Ltd.

3