```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAII

KAHALA CCM FACTORS, LLC,        ) CIVIL NO. 02-00383 SOM/BMK
                                ) (CONTRACT)
               Plaintiff,       )
                                ) ORDER GRANTING FINANCE
         vs.                    ) ENTERPRISES, LTD.'S MOTION TO
                                ) SHORTEN TIME TO HEAR ITS
HIRAM L. FONG, ALSO KNOWN AS    ) MOTION TO COMPEL ENFORCEMENT
HIRAM L. FONG, SR., et al.      ) OF FEBRUARY 22, 2007, ORDER
                                )
               Defendants.      )
                                )
                                ) HEARING: March 19, 2007
                                ) TIME:    9:00 a.m.
                                ) JUDGE:   Susan Oki Mollway
                                )
                                )
                                )
                                )
                                )
                                )
_____ )
```

ORDER GRANTING FINANCE ENTERPRISES, LTD.'S
MOTION TO SHORTEN TIME TO HEAR ITS
<u>MOTION TO COMPEL ENFORCEMENT OF FEBRUARY 22, 2007, ORDER</u>

On March 15, 2007, Finance Enterprises, Inc. ("FE"), filed a motion to compel compliance with this court's February 22, 2007, order. At the same time, FE filed an <u>ex parte</u> motion to shorten time to hear that motion. Because FE has shown good cause for shortening the time to hear the motion, the court grants the <u>ex parte</u> motion and sets the hearing on the motion for

Monday, March 19, 2007, at 9:00 a.m.  Any interested party and the commissioner may file a response to the motion no later than noon, tomorrow, March 16, 2007.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawaii, March 15, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.; Civil No. 02-00383 SOM/BMK; ORDER GRANTING FINANCE ENTERPRISES, LTD.'S MOTION TO SHORTEN TIME TO HEAR ITS MOTION TO COMPEL ENFORCEMENT OF FEBRUARY 22, 2007, ORDER