IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. 02-00383 SOM/BMK |
| | ) | (CONTRACT) |
| Plaintiff, | ) | |
| | ) | AMENDED ORDER GRANTING |
| vs. | ) | FINANCE ENTERPRISES, LTD.'S |
| | ) | MOTION TO SHORTEN TIME TO |
| HIRAM L. FONG, ALSO KNOWN AS | ) | HEAR ITS MOTION TO COMPEL |
| HIRAM L. FONG, SR., et al. | ) | ENFORCEMENT OF FEBRUARY 22, |
| | ) | 2007, ORDER |
| Defendants. | ) | |
| | ) | |
| | ) | HEARING: March 16, 2007 |
| | ) | TIME:    2:15 p.m. |
| | ) | JUDGE:   Susan Oki Mollway |

AMENDED ORDER GRANTING FINANCE ENTERPRISES, LTD.'S
MOTION TO SHORTEN TIME TO HEAR ITS
MOTION TO COMPEL ENFORCEMENT OF FEBRUARY 22, 2007, ORDER

On March 15, 2007, Finance Enterprises, Inc. ("FE"), filed a motion to compel compliance with this court's February 22, 2007, order. At the same time, FE filed an ex parte motion to shorten time to hear that motion. Because FE has shown good cause for shortening the time to hear the motion, the court grants the ex parte motion and sets the hearing on the motion for

tomorrow, March 16, 2007, at 2:15 p.m.  Any interested party and the commissioner may file a response to the motion no later than noon, tomorrow, March 16, 2007.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 15, 2007.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Kahala CCM Factors, LLC v. Hiram L. Fong, also known as Hiram L. Fong, Sr., et al.; Civil No. 02-00383 SOM/BMK; AMENDED ORDER GRANTING FINANCE ENTERPRISES, LTD.'S MOTION TO SHORTEN TIME TO HEAR ITS MOTION TO COMPEL ENFORCEMENT OF FEBRUARY 22, 2007, ORDER