LAW OFFICE OF HARRISON P. CHUNG
HARRISON P. CHUNG 2685
Union Plaza
1136 Union Mall, Suite 206
Honolulu, Hawaii 96813-2711
Tel. (808) 523-3311/Fax (808) 531-1339
Email:  hpchawaii@hotmail.com
Attorney for Defendants RODNEY FONG
and PATSY FONG.

RUSH MOORE LLP
A Limited Liability Law Partnership
SUSAN TIUS       2873-0
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813-3862
Tel. (808) 521-0406/Fax (808) 521-0497
Email: Stius@rmhawaii.com
Attorney for SANDRA J. LOOMIS, TRUSTEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | ) | CIVIL No. 02-00383 SOM/BMK (Contract) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANTS RODNEY FONG'S AND PATSY FONG'S STATEMENT IN SUPPORT OF DEFENDANT FINANCE ENTERPRISES' MOTION TO COMPEL COMPLIANCE WITH THIS COURT'S ORDER DATED FEBRUARY 22, 2007 |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | ) | |
| Defendants. | ) | |
| | ) | Hearing Date: Mar. 16, 2007 |
| | ) | Time: 02:15 p.m. |
| _____ | ) | Judge: Hon. Susan Oki Mollway |

DEFENDANTS RODNEY FONG'S AND PATSY FONG'S
STATEMENT IN SUPPORT OF DEFENDANT FINANCE ENTERPRISES'
MOTION TO COMPEL COMPLIANCE WITH THIS
<u>COURT'S ORDER DATED FEBRUARY 22, 2007</u>

Defendants RODNEY FONG and PATSY FONG, the debtors in Bankruptcy Case No. 05-04104 in the United States Bankruptcy Court, District of Hawaii, and SANDRA J. LOOMIS, Bankruptcy Trustee in said Bankruptcy Case No. 05-04104 with Rodney Fong and Patsy Fong as the debtors, by and through their undersigned attorneys, submit their statement in support of "Defendant Finance Enterprises, Ltd.'s  Motion To Compel Compliance With This Court's Order Dated February 22, 2007" to the extent said motion seeks to complete the Commissioner's sale of the underlying 1,092 shares of stock in Finance Enterprises represented by Stock Certificate Nos. 65, 107 and 205 that comprise Lot 1.

NOTICE IS HEREBY PROVIDED that counsel for Defendants Rodney Fong and Patsy Fong, and counsel for Bankruptcy Trustee Sandra Loomis, will not attend the hearing on said motion due to a scheduling conflict on /////

-3-

March 16, 2007 at 02:00 p.m. arising in Adversary Proceeding No. 07-90001 in the U.S. Bankruptcy Court, District of Hawaii, involving Trustee Loomis, Defendants Rodney and Patsy Fong, and certain other defendants.

DATED:    HONOLULU, HAWAII; March 16, 2007.

 /S/   HARRISON P. CHUNG
HARRISON P. CHUNG

Attorney for Defendants RODNEY FONG
and PATSY FONG

And

SUSAN TIUS
Attorney for SANDRA J. LOOMIS, Trustee