# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 02-00383SOM-BMK |
| CASE NAME: | Kahala CCM Factors LLC vs. Hiram Fong, etc., et al. |
| ATTYS FOR PLA: | Robert Klein/Christopher Cole |
| ATTYS FOR DEFT: | Delwyn Wong/Colette Honda<br>David Lum<br>Jay Suemori (Commissioner) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Stephen Platt |
| DATE: | 3/16/2007 | TIME: | 2:25 - 2:50 |

COURT ACTION:  EP: Defendant Finance Enterprises, Ltd.'s Motion to Compel Compliance with this Court's Order Dated 2/22/07 -

Discussion held.

Mr. Klein to turn over the stock certificate to Commissioner, Mr. Suemori.

Finance Enterprises to turn over a check to Mr. Suemori.

Mr. Suemori to disburse principle, interest and late fees to plaintiff.

Mr. Suemori to file a declaration of his fees and costs through today, and to state who will be his nominee.

Mr. Klein to file a declaration of fees and costs today.

Mr. Klein to file his motion for fees by 4/9/07.

This motion to be considered by Magistrate Kurren.

Defendant Finance Enterprises, Ltd.'s Motion to Compel Compliance with this Court's Order Dated 2/22/07 - Granted in part and Denied in part.

No written order will be prepared

Submitted by: Toni Fujinaga, Courtroom Manager.