McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN            #1192-0
CHRISTOPHER J. COLE        #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>   Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>DECLARATION OF<br>CHRISTOPHER J. COLE IN<br>SUPPORT OF UNDISPUTED<br>SECURED DEBT AMOUNT FOR<br>LOT 1 SHARES; CERTIFICATE<br>OF SERVICE |

DECLARATION OF CHRISTOPHER J. COLE IN SUPPORT OF
UNDISPUTED SECURED DEBT AMOUNT FOR LOT 1 SHARES

CHRISTOPHER J. COLE hereby declares that:

1.   I am an attorney licensed to practice law in the United States District Court for the State of Hawaii, and am a partner of the law firm of McCorriston

Miller Mukai MacKinnon LLP, attorneys for Plaintiff Kahala CCM Factors, LLC ("Plaintiff").

2.  I make this declaration upon my own personal knowledge and am competent to testify to all matters set forth herein, and submit the same pursuant to the direction of the Court given in open court at the hearing of Defendant Finance Enterprises, Ltd. (FE)'s "Motion to Compel Compliance [Etc.]" filed on March 14, 2007, at 2:15 p.m. on March 16, 2007.

3.  The undersigned has calculated and hereby submits the following as the true and correct undisputed amount of debt secured by the Lot 1 shares (1,092 shares of FE stock represented by certificate nos. 65, 107 and 205) due to Plaintiff under the foreclosure decree filed herein on February 3, 2004 and subsequent orders of this court effecting same:

| | |
|---|---:|
| Judgment Amount (per 2/3/04 decree; 11/3/06 court order): | $536,752.83 |
| Per Diem Interest through 11/1/06 (per 11/3/06 court order): | 357,794.25 |
| Per Diem Interest, 11/2/06-3/19/07 (138 days x $349.75): | 48,265.50 |
| Down Payment at the auction held on 11/1/06: | 12,115.72 |
| Late charge (5% x judgment amount): | 26,837.64 |
| Total Undisputed Secured Debt as of 3/19/07: | **$981,765.94.** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, Hawaii this 16th day of MARCH, 2007

CHRISTOPHER J. COLE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>　　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on March 16, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.　　　　　　gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.　　　　　bhiramatsu@lbchlaw.com
　Attorneys for Former Plaintiff
　N. Harwood Street Partners I, L.P.


JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.　　　　　　　　kleong@ollon.com
　Attorneys for Certain Defendants

56564/157908.1

| | |
|---|---|
| KE-CHING NING, ESQ.<br>STEPHEN A. JONES, ESQ. | ning@nljlaw.com |
| MICHAEL A. LILLY, ESQ.<br>    Attorneys for Defendant<br>    1570 Alewa Limited Partnership | michael@nljlaw.com |
| STEVEN L. CHING, ESQ.<br>DAVID M. K. LUM, ESQ.<br>    Attorneys for Defendant<br>    SAI Investment Company | dmklum@lawcsilc.com |
| HARRISON P. CHUNG, ESQ.<br>    Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | hpchawaii@msn.com |
| JERROLD K. GUBEN, ESQ.<br>    Attorney for Defendant<br>    Ronald Kotoshirodo | jkg@roplaw.com |

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.          sthompson@starnlaw.com
    Attorneys for Defendants
    Marvin Allan Fong, as Trustee for the
    Marvin Allan Fong Revocable Trust
    Agreement Dated 5/9/94 and as
    Receiver for Nathan Allan Fong,
    Sandra Y.Y. Au Fong, as Trustee of
    the Sandra Y.Y. Au Fong Revocable
    Trust Agreement Dated 5/9/94

**Served via E-Mail and Mail:**

REUBEN S.F. WONG, ESQ.                 reubenwong@yahoo.com
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
    Attorneys for Defendant
    Finance Enterprises, Ltd.

JUDITH ANN PAVEY, ESQ.                 paveyaallc@aol.com
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
    Attorney for Defendant
    NVC Limited Partnership

JAY T. SUEMORI, ESQ.                   hawaiilawyers@suemorilaw.com
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
    Commissioner

DATED: Honolulu, Hawaii, _____MAR 1 6 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC