ORIGINAL

DANDAR ◆ SUEMORI,
A Limited Liability Law Company

JAY T. SUEMORI #3340-0
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone No. (808) 532-1711

Commissioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 6 2007

at 9 o'clock and 11 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM S. FONG, SR., et al.,<br><br>　　　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(Contract)<br><br>DECLARATION OF JAY T. SUEMORI<br>REGARDING ADDITIONAL<br>FEES AND COSTS; EXHIBIT "A";<br>CERTIFICATE OF SERVICE |

DECLARATION OF JAY T SUEMORI

JAY T. SUEMORI hereby declares that:

　　1.　　He was appointed the Commissioner in this foreclosure action by the Honorable Susan Oki Mollway.

　　2.　　That he has expended additional time and incurred additional fees in carrying out his duties as Commissioner since the filing of his Commissioner's Report on November 16, 2006.

　　3.　　That for the period beginning November 16, 2006 through March 16,

2007, a total of 52.30 hours have been expended by the Commissioner in relation to this case.

4. The additional time expended by the Commissioner in the performance of his duties are set forth in Exhibit "A", attached hereto and incorporated herein.

5. He is requesting an additional fee in the amount of NINE THOUSAND ONE HUNDRED SIXTEEN AND 22/100 DOLLARS ($9,116.22).

6. The following costs have been incurred:

| Costs: | |
|---|---|
| Photocopies: | $ 200.50 |
| Facsimile: | $  10.50 |
| Courier: | $ 185.00 |
| Postage: | $ 261.52 |
| G.E.T. | $  16.51 |
| Total Costs: | $ 674.03 |

7. That the closing of the sale of 1,092 shares of stock of Finance Enterprises, Ltd., has been scheduled for Monday, March 19, 2007 at 10:00 o'clock, a.m.

8. That he will be unavailable for said closing due to a previously scheduled trip out of the country and, therefore, nominates and appoints James P. Dandar, Esq., to act in his stead to perform necessary administrative acts to consummate the closing of said 1,092 shares of stock of Finance Enterprises, Ltd., on Monday, March 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Honolulu, this 16th day of March, 2007.

_____
JAY T. SUEMORI
Commissioner