9611

LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG     #638-0
DELWYN H.W. WONG     #7170-0
COLETTE L. HONDA     #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
 FINANCE ENTERPRISES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN<br>AS HIRAM L. FONG, SR., ET AL.,<br><br>    Defendants. | CIVIL NO. CV-02-00383 SOM BMK<br>(Contract)<br><br>DEFENDANT FINANCE<br>ENTERPRISES, LTD.'S MOTION FOR<br>SANCTIONS; TABLE OF CONTENTS;<br>TABLE OF AUTHORITIES;<br>MEMORANDUM IN SUPPORT OF<br>MOTION; EXHIBITS "A" – "D";<br>DECLARATION OF DELWYN H.W.<br>WONG; CERTIFICATE OF SERVICE |

**ORIGINAL**

## DEFENDANT FINANCE ENTERPRISES, LTD'S MOTION FOR SANCTIONS

COMES NOW, Defendant FINANCE ENTERPRISES, LTD., by and through its attorneys, the Law Offices of Reuben S.F. Wong, and respectfully moves this court to sanction Defendant NVC Limited Partnership ("NVC") and/or its counsel for repeated willful and flagrant violations of the Rules of Civil Procedure and to hold NVC and/or its counsel liable for abuse of process in misusing the judicial process in order to harass management into buying NVC's stake in Finance Enterprises, Ltd.

This Motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, the records and files in this action, the memorandum and affidavit attached hereto, and such other and further argument as may be adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, MAR 2 3 2007

REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
  Finance Enterprises, Ltd.