*Reuben Wong*
*1164 Bishop*
*#1006*

JUDITH ANN PAVEY  2173
Suite 907, Century Square
1188 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808)528-5200
Fax:            (808)531-5315
Email:         paveyaallc@al.com

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 FEB 23  PM 1:56

F. OTAKE
CLERK

Attorney for Applicant
NVC LIMITED PARTNERSHIP,
A Hawaii limited partnership

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| NVC LIMITED PARTNERSHIP, a Hawaii limited partnership,<br><br>　　　　Applicant,<br><br>　vs.<br><br>FINANCE ENTERPRISES, LTD.,<br>A Hawaii corporation,<br><br>　　　　Respondent. | S.P. NO. 07-1-0047 (EEH)<br>(Other Civil Action)<br><br>NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION; CERTIFICATE OF SERVICE<br><br>[JAMES H. WRIGHT, ESQ.] |

NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION

TO:    FINANCE ENTERPRISES, LTD.
       1164 Bishop Street
       Suite 1088
       Honolulu, Hawaii  96813

       Respondent

       REUBEN S.F. WONG, ESQ.
       Law Offices of Reuben S.F. Wong,
       1164 Bishop Street
       Suite 1006
       Honolulu, Hawaii  96813

       Attorney for FINANCE ENTERPRISES, LTD.

EXHIBIT "C"

PLEASE TAKE NOTICE that on the following date and time at the law office of Ning Lilly & Jones, 707 Richards Street, Suite 700, Honolulu, Hawaii 96813, Applicant NVC Limited Partnership will take the deposition of:

| NAME AND ADDRESS | DATE AND TIME |
|---|---|
| JAMES H. WRIGHT, ESQ.<br>c/o George W. Van Buren, Esq.<br>745 Fort Street<br>Suite 1950<br>Honolulu, Hawaii 96813 | Monday<br>February 26, 2007<br>2:00 p.m. |

The deposition shall be upon oral examination, pursuant to Rule 30 of the Hawaii Rules of Civil Procedure, before an officer (Powers & Associates Court Reporters, 2650 Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813, phone: (808)536-2001) duly authorized by law to administer oaths. The depositions will continue from day to day until completed. You are invited to attend and participate in the deposition.

DATED: Honolulu, Hawaii, FEB 2 3 2007

JUDITH ANN PAVEY
Attorney for Applicant
NVC LIMITED PARTNERSHIP,
A Hawaii limited partnership

2

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| NVC LIMITED PARTNERSHIP, a Hawaii limited partnership,<br><br>　　　　Applicant,<br><br>　vs.<br><br>FINANCE ENTERPRISES, LTD., A Hawaii corporation,<br><br>　　　　Respondent. | S.P. NO. 07-1-0047 (EEH)<br>(Other Civil Action)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that one (1) copy of the foregoing document will be duly served upon the following by means of hand-delivery on the date of filing.

FINANCE ENTERPRISES, LTD.
1164 Bishop Street
Suite 1088
Honolulu, Hawaii 96813

Respondent

REUBEN S.F. WONG, ESQ.
Law Offices of Reuben S.F. Wong
1006 Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii

Attorney for FINANCE ENTERPRISES, LTD.

DATED: Honolulu, Hawaii, FEB 2 3 2007

　　　　　　　　　　　　　　　　　　JUDITH ANN PAVEY
　　　　　　　　　　　　　　　　　　Attorney for Applicant
　　　　　　　　　　　　　　　　　　NVC LIMITED PARTNERSHIP
　　　　　　　　　　　　　　　　　　A Hawaii limited partnership