JUDITH ANN PAVEY 2173
Suite 907, Century Square
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808)528-5200
Fax: (808)531-5315
Email: paveyaallc@al.com

Attorney for Applicant
NVC LIMITED PARTNERSHIP,
A Hawaii limited partnership

1ST CIRCUIT COURT
STATE OF HAWAII
ISSUED

2007 FEB 23 PM 2: 01

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| NVC LIMITED PARTNERSHIP, a Hawaii limited partnership,<br><br>　　　　Applicant,<br><br>　vs.<br><br>FINANCE ENTERPRISES, LTD.,<br>A Hawaii corporation,<br><br>　　　　Respondent. | S.P. NO. 07-1-0047 (EEH)<br>(Other Civil Action)<br><br>SUBPOENA DUCES TECUM;<br>EXHIBIT "A"<br><br>[PATSY CHUN] |

## SUBPOENA DUCES TECUM

**THE STATE OF HAWAII:**

**TO THE CIVIL SHERIFF** of the State of Hawaii or his Deputy, or a process server or any Police Officer in the State of Hawaii:

**YOU ARE COMMANDED** to subpoena **PATSY CHUN**, 311 22nd Avenue, Honolulu, Hawaii 96816 to bring: True and correct copies of the following: originals or complete and legible copies of any and/or all communications with or regarding, referring or pertaining to the shareholder meeting set for January 26, 2007 (See Exhibit "A" attached).



I do hereby certify that this is a full, true, and correct copy of the original on file in this office.

Clerk, Circuit Court, First Circuit

EXHIBIT "D"

She is to personally appear for deposition before a notary public duly authorized by law to administer oaths [Powers & Associates Court Reporters, 2650 Pauahi Tower, 1001 Bishop Street, Honolulu, Hawaii 96813 [telephone: (808)536-2001], on Thursday, March 1, 2007, 9:30 a.m., at the office of Judith Ann Pavey, Attorney at Law, A Law Corporation, 1188 Bishop Street, Suite 907, Honolulu, Hawaii 96813, to testify on behalf of Applicant in the above-captioned matter.

DATED: Honolulu, Hawaii, _____

FEB 23 2007

F. OTAKE   (SEAL)

_____
Clerk of the First Circuit Court

January 10, 2007

**HAND DELIVER**
Mr. Daniel B.T. Lau
Secretary
Finance Enterprises, Ltd.
1164 Bishop Street, Suite 1089
Honolulu, Hawaii 96813

Re: Call for Special Shareholders' Meeting

Dear Mr. Lau:

Pursuant to Article III, Section 3 of the Bylaws of Finance Enterprises, Ltd. we request a special meeting of the shareholders of Finance Enterprises, Ltd. to be held at 2:00 p.m. on January 26, 2007.

The purposes of the special meeting shall be:

1. Review and discussion only of the Tomato Bank letter of October 23, 2006 (attached).

2. Review and discussion only of the Company's and the shareholders' rights of first refusal with respect to shares proposed to be sold.

3. Election of the Board of Directors.

We request that the meeting be held at the offices of Finance Enterprises, Ltd. at the above date and time.

Very truly yours,

1570 Alewa Limited Partnership,
a Hawaii limited partnership
by its general partner:
LOTUS SRH LLC, a Hawaii limited
liability company

By _____
Deane P. Leong
Manager

The NVC Limited Partnership, a Hawaii
limited partnership
By its general partner:
CNV CORP., a Hawaii corporation

By _____
Valerie Yee
President

EXHIBIT A

Part A

Civil Administrative Orders—All Circuits

## NOTICE TO A PERSON OR ENTITY SERVED WITH A SUBPOENA DUCES TECUM WHO IS NOT A PARTY TO THIS CASE

The Subpoena attached hereto should specifically set forth the materials sought to be subpoenaed.

Any person and/or entity or their attorney objecting to the Subpoena or to disclosure of any materials subpoenaed shall appear on the date and at the time and place for return indicated on the Subpoena and state their objections. Failure to object on the return date may be considered a waiver of any objections.

The person or entity subpoenaed or their counsel may submit a written statement of objections to the court. If a person or entity objects to disclosure of only part of the material, the pages or sections of material considered confidential and/or nondisclosable shall be tabbed or marked for the court.

Matters presented at the return may be continued from time to time without further notice except as announced at the time of return.

## RETURN OF SERVICE

The undersigned hereby declares under penalty of perjury and says that he served the attached Subpoena Duces Tecum to

_____, on _____,

at _____

and tendering to that person the fee for one day's attendance and the mileage allowed by law.

I declare under penalty of the law of the State of Hawaii that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____.

_____
Server

_____
Printed Name

Acknowledgment of Service:

The undersigned acknowledged receipt by personal service of the attached Subpoena Duces Tecum.

_____
Signature

_____
Printed Name

_____
Date and Time