IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM BMK |
| | ) (Contract) |
| Plaintiff, | ) |
| | ) DECLARATION OF DELWYN H.W. |
| vs. | ) WONG |
| | ) |
| HIRAM L. FONG, ALSO KNOWN | ) |
| AS HIRAM L. FONG, SR., ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### DECLARATION OF DELWYN H.W. WONG

DELWYN H.W. WONG hereby declares:

1. That I am an attorney duly licensed to practice law in all court in Hawaii and represents Defendant Finance Enterprises, Ltd. in the above-captioned case.

2. That I make the following representations upon personal knowledge and/or a review of the files and records in the underlying case and am competent to testify thereto if called upon.

3. That attached hereto as Exhibit "A" is a true and correct copy of correspondence from Reuben S.F. Wong, Esq. to Judith Ann Pavey, Esq., dated February 23, 2007.

4. That attached hereto as Exhibit "B" is a true and correct copy of the *Order Denying Defendant NVC Limited Partnership's Motion for Temporary Restraining Order*, filed February 23, 2007 in Kahala CCM Factors, LLC v. Hiram L. Fong, et.al., Civ. No. CV-02-00383 SOM/BMK.

5. That attached hereto as Exhibit "C" is a true and correct copy of a Notice of Taking Deposition Upon Oral Examination issued to James H. Wright, Esq., filed February 23, 2007, in NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-0047 (EEH).

6. That attached hereto as Exhibit "D" is a true and correct copy of a Subpoena Duces Tecum issued to Patsy Chun, and filed February 23, 2007 in NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-0047 (EEH).

I declare under penalty of perjury of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, _____MAR 2 3 2007_____

_____
DELWYN H.W. WONG