9561

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN<br>AS HIRAM L. FONG, SR., ET AL.,<br><br>    Defendants. | CIVIL NO. CV-02-00383 SOM BMK<br>(Contract)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by electronic transmission:

| | |
|---|---|
| GEORGE W. BRANDT, ESQ.<br>BEVERLY HIRAMATSU, ESQ.<br>  Attorneys for Former Plaintiff<br>  N. Harwood Street Partners I, L.P. | gbrandt@lbchlaw.com<br>bhiramatsu@lbchlaw.com |
| KE-CHING NING, ESQ.<br>STEPHEN A. JONES, ESQ.<br>MICHAEL A. LILLY, ESQ.<br>  Attorneys for Defendant<br>  1570 Alewa Limited Partnership | ning@nljlaw.com<br>stevejones@nljlaw.com<br>michael@nljlaw.com |
| STEVEN L. CHING, ESQ.<br>DAVID M. K. LUM, ESQ.<br>  Attorneys for Defendant<br>  SAI Investment Company | slching@lawcsilc.com<br>dmklum@lawcsilc.com |

| | |
|---|---|
| HARRISON P. CHUNG, ESQ.<br>    Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | hpchawaii@msn.com |
| JERROLD K. GUBEN, ESQ.<br>    Attorney for Defendant<br>    Ronald Kotoshirodo | jkg@roplaw.com |
| TERENCE J. O'TOOLE, ESQ.<br>STEPHANIE E.W. THOMPSON, ESQ.<br>    Attorneys for Defendants Marvin Allan Fong, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and as Receiver for Nathan Allan Fong, Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | totoole@starnlaw.com<br>sthompson@starnlaw.com |
| SUSAN TIUS, ESQ.<br>    Attorney for Trustee<br>    Sandra L. Loomis | stius@rmhawaii.com |
| LEX R. SMITH, ESQ.<br>    Attorney for TFC Holdings | lrs@ksglaw.com |

2

| | |
|---|---|
| ROBERT G. KLEIN, ESQ. | klein@m4law.com |
| CHRISTOPHER J. COLE, ESQ. | cole@m4law.com |
|    Attorneys for Substitute Plaintiff | auyoung@m4law.com |
|    Kahala CCM Factors, LLC | |
| | |
| JAMES A. WAGNER, ESQ. | jwagner@wcelaw.com |
| NEIL J. VERBRUGGE, ESQ. | nverbrugge@wcelaw.com |
|    Attorneys for Substitute | |
|    Plaintiff Kahala CCM Factors, LLC | |
| | |
| JUDITH ANN PAVEY, ESQ. | paveyaallc@aol.com |
|    Attorney for Defendant | |
|    NVC Limited Partnership | |
| | |
| JAY T. SUEMORI, ESQ. | hawaiilawyers@suemorilaw.com |
|    Commissioner | |
| | |
| OFFICE OF THE U.S. | |
|    BANKRUPTCY TRUSTEE | ustp.region15@usdoj.gov |

DATED: Honolulu, Hawaii, MAR 2 3 2007 .

_____
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
   Attorneys for Defendant
   Finance Enterprises, Ltd.

3