MᴄCORRISTON MILLER MUKAI MᴀᴄKINNON ʟʟᴘ

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>            Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>PLAINTIFF'S MOTION TO<br>APPROVE STIPULATION RE:<br>AWARD OF ATTORNEYS' FEES<br>AND COSTS; MEMORANDUM<br>IN SUPPORT OF MOTION;<br>CERTIFICATE OF SERVICE<br><br>[Non-Hearing Motion] |

## PLAINTIFF'S MOTION TO APPROVE STIPULATION
## RE: AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff Kahala CCM Factors, LLC, by and through its undersigned counsel

and pursuant to Rules 7 and 54 of the Federal Rules of Civil Procedure, moves the

Court to approve the "Stipulation re: Award of Attorneys' Fees and Costs"

(hereinafter, "Stipulation") of even date submitted separately herewith.  The

56564/159354.1

Stipulation has been signed by all of the parties likely to be interested in the resolution of this issue in view of this Court's prior Order Granting in Part, and Denying in Part, Plaintiff Kahala CCM Factors LLC's Motion for an Order Approving the Report of the Commissioner [Etc.] filed on February 22, 2007 ("Order Confirming Sales") and subsequent developments concerning the lack of exercise of rights of refusal as to the Lot 2 Shares or Lot 3 Shares.  The Stipulation has been approved and executed by the attorneys for Rodney Leong Fong and Patsy Nakano Fong and the bankruptcy trustee of their estate, Sandra Loomis. This motion is supported by the pleadings, records and admissions on file in this action and the attached memorandum in support.

DATED:  Honolulu, Hawaii, _____ APR – 9 2007 _____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC