IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | |
| vs. | MEMORANDUM IN SUPPORT OF MOTION |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

## MEMORANDUM IN SUPPORT OF MOTION

The court (Susan Oki Mollway) set a deadline for today for Plaintiff to move for its fees and costs. A copy of the unfiled draft motion, with voluminous copies of invoices and other supporting documentation, was ready to be filed in court, and its supporting papers shall be made available for review and copying, on reasonable terms and notice should any party other than the stipulating parties determine that such party actually has an interest in the resolution of this matter. A summary of the voluminous records supporting the fees and costs request that would have been filed is appended hereto as Appendix 1.[1] That motion would have sought fees and costs in the total amount of $274,717.43. The Stipulation, by contrast, approves fees and costs in the compromise amount of $212,408.58.

---

[1] With dozens of parties on the service list, it would have required copying of thousands of pages at a cost of hundreds of dollars to file and serve the fees motion on all parties herein. The Stipulation avoided that and other expenses.

While Plaintiff was prepared to move for an award of fees and to submit a bill of taxable costs under Rule 54 and local rules, the interested parties decided that it would be more economical to resolve this matter via negotiation and compromise. Accordingly, Plaintiff Kahala CCM Factors, LLC respectfully submits that the Stipulation should be approved.

DATED: Honolulu, Hawaii, _____APR - 9 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

## APPENDIX 1 – SUMMARY OF LEGAL FEES/COSTS DOCUMENTATION

| | |
|---|---:|
| Plaintiff's fees, McCorriston thru 1/31/07 (Klein decl. + exhibits): | $124,964.85 |
| Plaintiff's fees, McCorriston, 2/1/07 to date estimated (id.): | 20,000.00 |
| Plaintiff's fees, Wagner Choi (Verbrugge decl. + exhibits): | 23,745.23 |
| N. Harwood fees (Hiramatsu decl. + exhibits): | 93,866.91 |
| Bill of Costs (Cole, Verbrugge, and Hiramatsu decls. + exhs.): | 12,140.44 |
| TOTAL FEES AND COSTS: | $274,717.43 |