McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN             #1192-0
CHRISTOPHER J. COLE         #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>　　　　Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>CERTIFICATE OF SERVICE RE:<br>STIPULATION RE: AWARD OF<br>ATTORNEYS' FEES AND COSTS<br>AND ORDER, FILED APRIL 10,<br>2007 |

CERTIFICATE OF SERVICE RE: STIPULATION RE: AWARD OF
ATTORNEYS' FEES AND COSTS AND ORDER, FILED APRIL 10, 2007

The undersigned hereby certifies that, on April 10, 2007 and by the methods of service noted below, a true and correct copy of the Stipulation Re: Award of Attorneys' Fees and Costs and Order, filed on April 10, 2007 was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

| | |
|---|---|
| GEORGE W. BRANDT, ESQ. | gbrandt@lbchlaw.com |
| BEVERLY HIRAMATSU, ESQ. | bhiramatsu@lbchlaw.com |
|    Attorneys for Former Plaintiff | |
|    N. Harwood Street Partners I, L.P. | |
| | |
| JEFFREY DANIEL LAU, ESQ. | |
| KURT K. LEONG, ESQ. | kleong@ollon.com |
|    Attorneys for Certain Defendants | |
| | |
| KE-CHING NING, ESQ. | ning@nljlaw.com |
| STEPHEN A. JONES, ESQ. | |
| MICHAEL A. LILLY, ESQ. | michael@nljlaw.com |
|    Attorneys for Defendant | |
|    1570 Alewa Limited Partnership | |
| | |
| STEVEN L. CHING, ESQ. | |
| DAVID M. K. LUM, ESQ. | dmklum@lawcsilc.com |
|    Attorneys for Defendant | |
|    SAI Investment Company | |

| | |
|---|---|
| HARRISON P. CHUNG, ESQ.<br>   Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | hpchawaii@msn.com |
| JERROLD K. GUBEN, ESQ.<br>   Attorney for Defendant Ronald Kotoshirodo | jkg@roplaw.com |
| TERENCE J. O'TOOLE, ESQ.<br>STEPHANIE E.W. THOMPSON, ESQ.<br>   Attorneys for Defendants Marvin Allan Fong, as Trustee for the Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 and as Receiver for Nathan Allan Fong, Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | sthompson@starnlaw.com |

**Served via Hand Delivery:**

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
    Attorneys for Defendant
    Finance Enterprises, Ltd.


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
    Attorney for Defendant
    NVC Limited Partnership


JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
    Commissioner


SUSAN TIUS, ESQ.
Rush Moore LLP
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
    Attorney for Trustee
    Sandra L. Loomis

The undersigned further hereby certifies that, on April 11, 2007 and by the methods of service noted below, a true and correct copy of the above-mentioned document will be duly served upon the following persons at their last known addresses:

**Served via Mail:**
(postage prepaid, first class in a United States post office)

MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii 96793
    Defendant


EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii 96793
    Defendant


LEONARD K. K. FONG, as Trustee of the
  Leonard K. K. Fong Revocable Living
  Trust Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant


ELLEN LEE FONG, as Trustee for the
  Ellen Lee Fong Revocable Living Trust
  Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
    Defendant

LINDA L. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


DALE S. N. FONG, Individually and as Custodian
  for Adrienne M. L. Fong and Brandon N.C.K. Fong
  under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


GLEN S. W. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


JEFFREY S. C. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


KEITH S. K. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


RODNEY S. O. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant

PEARL L. FONG, as Trustee of the Pearl L.
  Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
    Defendant


DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
    Defendant


JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
    Defendant


SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, Hawaii 96819
    Defendant


VALERIE B. L. FONG ASARI, Individually and as
  Custodian for David Y. H. Asari under the
  Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, California 94583
    Defendant


CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, California 94549
    Defendant

JONATHAN WARREN TONG
19215 - 58th Avenue NE
Kenmore, Washington 98028
    Defendant


MARK LEX TONG
1778 Zia Road
Placerville, California 95667
    Defendant


JASON ROBERTO TONG
9 Dianne Court
Lafayette, California 94549
    Defendant


KELLY TONG
9 Dianne Court
Lafayette, California 94549
    Defendant


WINTON TONG, as Trustee for the 1994
 Winton Tong and Gladys F. Tong
 Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, California 94608
    Defendant

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Center, #1088
Honolulu, Hawaii  96813
    Defendant

DATED:  Honolulu, Hawaii, _____APR 1 1 2007_____.

_/s/ Christopher J. Cole_

ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC