January 10, 2007

**HAND DELIVER**
Mr. Daniel B.T. Lau
Secretary
Finance Enterprises, Ltd.
1164 Bishop Street, Suite 1089
Honolulu, Hawaii 96813

Re: Call for Special Shareholders' Meeting

Dear Mr. Lau:

Pursuant to Article III, Section 3 of the Bylaws of Finance Enterprises, Ltd. we request a special meeting of the shareholders of Finance Enterprises, Ltd. to be held at 2:00 p.m. on January 26, 2007.

The purposes of the special meeting shall be:

1. Review and discussion only of the Tomato Bank letter of October 23, 2006 (attached).

2. Review and discussion only of the Company's and the shareholders' rights of first refusal with respect to shares proposed to be sold.

3. Election of the Board of Directors.

We request that the meeting be held at the offices of Finance Enterprises, Ltd. at the above date and time.

Very truly yours,

| | |
|---|---|
| 1570 Alewa Limited Partnership, a Hawaii limited partnership by its general partner: LOTUS SRH LLC, a Hawaii limited liability company | The NVC Limited Partnership, a Hawaii limited partnership By its general partner: CNV CORP., a Hawaii corporation |
| By _____<br>Deane P. Leong<br>Manager | By _____<br>Valerie Yee<br>President |

EXHIBIT "D"