## Declaration of Merie-Ellen Fong Gushi

1. I make this Declaration on my personal knowledge and am competent to testify regarding these matters.

2. I am a stockholder in Finance Enterprises Ltd. ("FEL").

3. On or about Saturday January 13, 2006, I received a notice of a shareholders' meeting for FEL shareholders, to elect directors (among other things), scheduled for January 26, 2006.

4. On January 16, 2006, I received a telephone call from Patrick Chun. He said that if nobody showed up for the meeting and they didn't have a quorum, they could not elect a new board.

5. Later in the day on January 16, 2006, Patrick Chun called me back and left a message, and I called him back. He asked me whether I had spoken to anyone after I had spoken to him, and I told him that I had spoken to Didi Leong (she had called me).

_____
Merie-Ellen Fong Gushi

EXHIBIT "E"