IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII



| | |
|---|---|
| NVC LIMITED PARTNERSHIP, a Hawaii limited partnership,  Applicant,  vs.  FINANCE ENTERPRISES, LTD., a Hawaii corporation,  Respondent. | S.P. NO. 07-1-0047 (EEH) (Other Civil Action) |

DEPOSITION OF PEARL FONG

Taken on behalf of the Applicant, pursuant to Notice, on Friday, March 2, 2007, commencing at 1:28 p.m., at the Century Square Conference Room, Suite 911, 1188 Bishop Street, Honolulu, Hawaii 96813.

EXHIBIT "F"

POWERS & ASSOCIATES
(808) 536-2001

1   that Muffy would lie about Pat Chun calling her?

2        A    No, I don't know.

3        Q    But it is your testimony as you sit here
4   today that nobody from management called you about
5   this meeting?

6        A    Nobody.

7        Q    So when we get the phone records from
8   Finance Enterprise, they will not show a telephone
9   call to you?

10       A    Right.

11       Q    Can you think of any reason why Mr. Chun
12  would have called Muffy --

13       A    No.

14       Q    -- or any of the shareholders?

15       A    No.

16       Q    What about Russell, can you think of any
17  reason why he would have called any of the
18  shareholders about the meeting?

19       A    No.

20       Q    Have you ever attended a shareholders'
21  meeting where any of the Finance Enterprise
22  companies or Finance Enterprises where there was
23  not a quorum?

24       A    You're talking about a shareholders'
25  meeting?

```
 1        Q    Yes.
 2        A    I don't remember of any.
 3        Q    You've always been able to conduct
 4   business at every --
 5        A    Oh, except for this last one.
 6        Q    Well, yes.
 7        A    Yeah.
 8        Q    Of course.  But other than the special
 9   shareholders' meeting that Valerie wanted, has
10   there ever been a shareholders' meeting that has
11   not had a quorum?
12        A    I don't think so.
13        Q    Did you --
14             You're a director?
15        A    Yes.
16        Q    Okay.  And what is your understanding of
17   your fiduciary duty towards my clients, Valerie and
18   Nola?
19        A    Well, I think everybody should be
20   considered important, and my fiduciary duty is, you
21   know, not just to serve only as a director, but to
22   also look at the shareholders' point of view too
23   because my children are shareholders.  So I try to
24   do the right thing.
25        Q    And you knew that this was a matter that
```