

Print | Help | New Se

## Court Minutes Text

**Case Title:** NVC LIMITED PARTNERSHIP VS FINANCE ENTERPRISES LTD          1SP07-

**Div.:** 1C05    ST    **DATE:** 02-27-2007                    **Time:** 0200P          **Priority:** 0   **Judge I.D.:**
**Video No.:**                                                                          **Audio No.:**

**Minutes:** ***STATUS CONFERENCE (OFF-THE-RECORD)***
2:06 - 4:10 PM
PRESENT: JUDITH PAVEY AND RUBEN WONG & DELWYN
WONG. DISCUSSIONS HELD REGARDING THE FOLLOWING:

- THE 11 DEPOSITIONS NOTICED BY MS. PAVEY;
- STANDSTILL AGREEMENT AND MEDIATION;
- MR. WONG WILL HAVE WITNESSES RUSSELL LAU, SAM
YEE, PAT CHUN AND JIM WRIGHT AT THE EVIDENTIARY
HEARING ON 03/06/2007. MS. PAVEY WILL HAVE
WITNESS VAL YEE PRESENT AND MAY OR MAY NOT HAVE
MARY ELLEN GUSHI AND HER DAUGHTER AT SAID
EVIDENTIARY HEARING.

[ More Minutes Text ]    [ Next Court Date ]    [ Court Minutes List ]    [ Case Info. ]

EXHIBIT "H"



Print | Help | New Se

Court Minutes Text

**Case Title:** NVC LIMITED PARTNERSHIP VS FINANCE ENTERPRISES LTD                    1SP07-

**Div.:** 1C05    ST    **DATE:** 02-27-2007                    **Time:** 0200P          **Priority:** 0  **Judge I.D.:**
**Video No.:**                                                                                                    **Audio No.:**
**Minutes:**- GEORGE VAN BUREN, ATTORNEY FOR JIM WRIGHT
            CONTACTED VIA TELEPHONE. MR. VAN BUREN AGREED TO
            HAVE MR. WRIGHT PRESENT WITH DOCUMENTS RELEVANT T
            THE SABOTAGE THEORY OF NO QUORUM, AT THE
            EVIDENTIARY HEARING ON 03/06/2007 . MR. WRIGHT
            WILL BE THE FIRST WITNESS.
            - MR. WONG WILL PRODUCE WITNESSES PATSY CHUN AN
            DAN LAU FOR 30-MINUTE DEPOSITIONS ON FRIDAY,
            03/02/2006, 10:30 AND 11:00 A.M., AT MS. PAVEY
            OFFICE. MR. WONG WILL ATTEMPT TO CONTACT
            WITNESSES DALE FONG AND PEARL FONG TO HAVE THEM B
            AVAILABLE FOR A 30-MINUTE DEPOSITION AT 11:30 A.M

|  More Minutes Text  |  Next Court Date  |  Court Minutes List  |  Case Info.  |



Court Minutes Text

**Case Title:** NVC LIMITED PARTNERSHIP VS FINANCE ENTERPRISES LTD                    1SP07-

**Div.:** 1C05    ST    **DATE:** 02-27-2007                 **Time:** 0200P        **Priority:** 0  **Judge I.D.:**
**Video No.:**                                                                      **Audio No.:**

**Minutes:** AND 12:00 NOON ON 03/02/2006.
- MR. WONG REPRESENTED THAT THE CORPORATION HAS
REFUSED TO PURCHASE THE 2 LOTS OF CORPORATE STOCK
A LETTER WILL BE SENT TO THE SHAREHOLDERS
INFORMING THEM OF THE SAME, ALONG WITH THE
FAIRNESS OPINION OBTAINED BY THE CORPORATION
REGARDING VALUE OF SHARES. THE COMMISSIONER OF
THE BANKRUPTCY MATTER WILL INFORM THE SHAREHOLDER
OF THEIR OPTION TO PURCHASE WITHIN 15 DAYS.
- MR. WONG ALSO REPRESENTED THAT A NOTICE OF
GENERAL SHAREHOLDERS' MEETING WILL BE MAILED OUT
TODAY NOTING A MEETING SET FOR 04/14/2007, AT 9:0

|  More Minutes Text  |  Next Court Date  |  Court Minutes List  |  Case Info.  |

Hawai'i State Judiciary: Ho'ohiki



Print | Help | New Se

Court Minutes Text

**Case Title:** NVC LIMITED PARTNERSHIP VS FINANCE ENTERPRISES LTD                    1SP07-

**Div.:** 1C05    ST    **DATE:** 02-27-2007                **Time:** 0200P        **Priority:** 0  **Judge I.D.:**
**Video No.:**                                                                          **Audio No.:**
**Minutes:** A.M. WHICH INCLUDES ELECTION OF DIRECTORS ON THE
AGENDA.
- MR. WONG NOTED THAT HE WILL BE FILING A MOTIO
TO COMPEL MEDIATION PURSUANT TO THE STANDSTILL
AGREEMENT. SAID MOTION TO BE GIVEN A HEARING DAT
OF 03/28/2007, AT 9:15 A.M. IN LIEU OF A MOTION,
MR. WONG WILL BE ALLOWED TO FILE A BENCH MEMO BY

03/05/2007 COVERING SAID ISSUE OF MEDIATION WHICH
THE COURT WILL ADDRESS ON 03/06/2007 AT OUTSET OF
EVIDENTIARY HEARING. THE COURT NOTED THAT IT IS
STRONGLY INCLINED TO DENY SAID REQUEST FOR ANY
(***SEE CONTINUATION OF MINUTES - PHASE A***)

| More Minutes Text | Next Court Date | Court Minutes List | Case Info. |

Hawai'i State Judiciary: Ho'ohiki



Print | Help | New Se

Court Minutes Text

**Case Title:** NVC LIMITED PARTNERSHIP VS FINANCE ENTERPRISES LTD                 1SP07-

**Div.:** 1C05   ST   **DATE:** 02-27-2007A                 **Time:** 0200P        **Priority:** 0  **Judge I.D.:**
**Video No.:**                                                                    **Audio No.:**
**Minutes:** ***CONTINUATION OF MINUTES - PHASE A***
       STAY PENDING MEDIATION.
       - MR. WONG MADE AN ORAL OFFER THAT HE WILL
       STRONGLY RECOMMEND TO HIS CLIENTS, TO HAVE THE
       GENERAL SHAREHOLDERS' MEETING ADVANCED FROM
       04/14/2007 TO 03/31/2007, 9:00 A.M. HE IS WILLIN
       TO SEND OUT AN AMENDED NOTICE EXPRESSLY STATING

       THAT A CORPORATION REACHED A SETTLEMENT IN THIS
       MATTER NOTING THE NEW MEETING DATE OF 03/31/2007,
       AT 9:00 A.M., AND ALSO THAT WHOMEVER IS PRESENT A
       SAID MEETING WILL CONSTITUTE QUORUM. MR. WONG
       WILL ENSURE THAT THE AUDITORS COMPLETE THE

| More Minutes Text | Next Court Date | Court Minutes List | Case Info. |