IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | DECLARATION OF JUDITH ANN |
| vs. ) | PAVEY |
| ) | |
| HIRAM LEONG FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

DECLARATION OF JUDITH ANN PAVEY

I, JUDITH ANN PAVEY, declare as follows:

1.  I am an attorney licensed to practice law in the State of Hawaii and am representing Defendant NVC LIMITED PARTNERSHIP in connection with the above-entitled matter. Unless otherwise stated, I make this declaration on the basis of personal knowledge.

2.  Exhibit "A" is a true and correct copy of selected pages to the February 6, 2007 Transcript of Proceedings, Plaintiff's Motion for an Order of the Court Approving Report of Commissioner and Confirming Sale of the Collateral at Public Auction.

3.  Exhibit "B" is a true and correct copy of FE's Memorandum in Opposition to Applicant's Motion for Temporary Restraining Order filed on February 22, 2007 (exhibits omitted) in State court, NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-0047 (EEH), Circuit Court of the First Circuit, State of Hawaii.

4.  Exhibit "C is a true and correct copy of the February 21, 2007 letter from Finance Enterprises, Ltd. to Jay T. Suemori, Esq., exercising its right of first refusal.

5.  Exhibit "D" is a true and correct copy of the Special Meeting of the Shareholders of Finance Enterprises, Ltd. held on January 26, 2007 at 2:00 p.m.

6.  Exhibit "E" is a true and correct copy of the Declaration of Merie-Ellen Fong Gushi.

7.  Exhibit "F" is a true and correct copy of selected pages to the March 2, 2007 Deposition of Pearl Fong.

8.  Exhibit "G" is a true and correct copy of selected pages to the March 2, 2007 Deposition of Dale Fong.

9.  Exhibit "H" is a true and correct copy of the Court Minutes to the February 27, 2007 status conference before the Honorable Eden Elizabeth Hifo in State court, NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-0047 (EEH), Circuit Court of the First Circuit, State of Hawaii.

10. Exhibit "I" is a true and correct copy of the March 6, 2007 Stipulated Order Regarding Shareholder Meeting to Elect Directors of Finance Enterprises, Ltd; Exhibits A-C in State court, NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-0047 (EEH), Circuit Court of the First Circuit, State of Hawaii.

11. I, JUDITH ANN PAVEY, do declare under penalty of law that the above statements are true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, _____APR 1 3 2007_____.

_____
JUDITH ANN PAVEY