IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM BMK |
| | ) | (Contract) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties at their respective addresses by means of hand-delivery:

    REUBEN S.F. WONG, ESQ.
    DELWYN H.W. WONG, ESQ.
    COLETTE L. HONDA, ESQ.
    Law Offices of Reuben S.F. Wong
    1006 Finance Factors Center
    1164 Bishop Street
    Honolulu, Hawaii 96813

    Attorneys for Defendant
     FINANCE ENTERPRISES, LTD.

GEORGE W. BRANDT, ESQ.
BEVERLY LYNNE K. HIRAMATSU, ESQ.
Lyons Brandt Cook & Hiramatsu
1800 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for former Plaintiff
  N. HARWOOD STREET PARTNERS I, L.P.

ROBERT G. KLEIN, ESQ.
CHRISTOPHER J. COLE, ESQ.
McCorriston Miller Mukai MacKinnon LLP
4th Floor, Five Waterfront Plaza
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Substitute Plaintiff
  KAHALA CCM FACTORS, LLC

JAMES A. WAGNER, ESQ.
NEIL J. VERBRUGGE, ESQ.
Wagner Choi & Evers
1900 Topa Financial Center
745 Fort Street
Honolulu, Hawaii 96813

Attorneys for Substitute Plaintiff
  KAHALA CCM FACTORS, LLC


STEPHEN A. JONES, ESQ.
KE-CHING NING, ESQ.
MICHAEL A. LILLY, ESQ.
Ning Lilly & Jones
707 Richards Street
Suite 700
Honolulu, Hawaii 96813

Attorneys for Defendant
  1570 ALEWA LIMITED PARTNERSHIP

STEVEN L. CHING, ESQ.
DAVID M.K. LUM, ESQ.
Char Sakamoto Ishii Lum & Ching
850 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Defendant
 SAI INVESTMENT COMPANY

HARRISON P. CHUNG, ESQ.
Law Office of Harrison P. Chung
1136 Union Mall
Suite 206
Honolulu, Hawaii 96813

Attorney for Defendants
 HIRAM LEONG FONG aka HIRAM L. FONG and
 HIRAM L. FONG, SR., Individually and as Trustee of
 the Hiram Leong Fong Revocable Trust dated 03/17/93,
 ELLYN LO FONG aka ELLYN L. FONG, Individually and
 as Trustee of Ellyn Lo Fong Revocable Trust dated 03/24/93,
 RODNEY LEONG FONG, aka RODNEY L. FONG and
 RODNEY FONG, Individually and as Trustee for Chelsea Tree
 Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong,
 and PATSY NAKANO FONG, aka PATSY N. FONG

TERRENCE J. O'TOOLE, ESQ.
Starn O'Toole Marcus & Fisher
1900 Makai Tower
Pacific Guardian Center
733 Bishop Street
Honolulu, Hawaii 96813

Attorney for Defendant
 MARVIN ALLAN FONG, as Trustee for the
 Marvin Allan Fong Revocable Trust Agreement
 dated 05/09/94 and as Receiver for Nathan Allan Fong,
 Sandra Y.Y. Au Fong, as Trustee of the Sandra Y.Y. Au
 Fong Revocable Trust Agreement dated 05/09/94

JERROLD K. GUBEN, ESQ.
Reinwald O'Connor & Playdon
24th Floor, Makai Tower
733 Bishop Street
Honolulu, Hawaii  96813

Attorney for Defendant
  RONALD KOTOSHIRODO

JAY T. SUEMORI, ESQ.
Dandar Suemori
801 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813

Commissioner

SHERMAN S. HEE, ESQ.
850 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii  96813

Defendant

LEX R. SMITH, ESQ.
Kobayashi Sugita & Goda
2500 First Hawaiian Center
999 Bishop Street
Honolulu, Hawaii  96813

Attorney for TFC Holdings

SUSAN TIUS, ESQ.
Rush Moore LLP
2400 Mauka Tower
737 Bishop Street
Honolulu, Hawaii  96813

Attorney for Defendant
  SANDRA LOOMIS

OFFICE OF THE U.S. BANKRUPTCY TRUSTEE
1132 Bishop Street
Suite 602
Honolulu, Hawaii  96813

DATED: Honolulu, Hawaii,    APR 1 3 2007

                                      JUDITH ANN PAVEY
                                      Attorney for Defendant
                                      NVC LIMITED PARTNERSHIP,
                                      A Hawaii limited partnership