ORIGINAL

DANDAR ◆ SUEMORI,
A Limited Liability Law Company

JAY T. SUEMORI #3340-0
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii    96813
Telephone No. (808) 532-1711

Commissioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | |
| | ) | STATEMENT OF NO POSITION |
| vs. | ) | AND NOTICE OF INTENTION NOT |
| | ) | TO APPEAR AT HEARING ON |
| | ) | DEFENDANT FINANCE ENTERPRISES, |
| | ) | LTD.'S MOTION FOR SANCTIONS |
| HIRAM L. FONG, ALSO KNOWN AS | ) | FILED ON MARCH 23, 2007; |
| HIRAM S. FONG, SR., et al., | ) | CERTIFICATE OF SERVICE. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | Hearing: |
| | ) | Date:    May 3, 2007 |
| | ) | Time:    2:00 p.m. |
| | ) | Judge:   Hon. Barry M. Kurren |

STATEMENT OF NO POSITION AND NOTICE OF INTENTION NOT TO APPEAR AT
HEARING ON DEFENDANT FINANCE ENTERPRISES, LTD.'S MOTION FOR
SANCTIONS FILED ON MARCH 23, 2007

Comes now JAY T. SUEMORI, the duly appointed Commissioner in the above-

entitled action, and hereby states that he has no position on Defendant Finance Enterprises, Ltd.'s

Motion for Sanctions filed on March 23, 2007. Jay T. Suemori also states that no appearance will be made on his behalf at the hearing on said Motion, unless otherwise instructed by the Court.

Dated: Honolulu, Hawaii, APRIL 16, 2007

JAY T. SUEMORI
Commissioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM S. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served upon the following at their last known addresses upon filing as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| GEORGE W. BRANDT, ESQ.<br>BEVERLY HIRAMATSU, ESQ.<br>841 Bishop Street, Ste 1800<br>Honolulu, Hawaii 96813<br><br>Attorneys for Former Plaintiff<br>N. Harwood Street Partners I, L.P. | ( X ) | ( ) |
| JEFFREY D. LAU, ESQ.<br>KURT K. LEONG, ESQ.<br>Ocean View Center<br>707 Richards Street, Ste. 600<br>Honolulu, Hawaii 96813<br><br>Attorneys for Certain Defendants | ( X ) | ( ) |

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| STEPHEN A. JONES, ESQ.<br>MICHAEL A. LILLY, ESQ.<br>JILL D. RAZNOV, ESQ.<br>707 Richards Street, Suite 700<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>1570 ALEWA LIMITED PARTNERSHIP | ( X ) | ( ) |
| HARRISON P. CHUNG, ESQ.<br>Law Office of Harrison P. Chung<br>1136 Union Mall, Suite 206<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>HIRAM LEONG FONG and ELLYN LO FONG | ( X ) | ( ) |
| ROBERT G. KLEIN, ESQ.<br>CHRISTOPHER J. COLE, ESQ.<br>STEWART PRESSMAN, ESQ.<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>KAHALA CCM FACTORS, LLC | ( X ) | ( ) |
| TERRANCE J. O'TOOLE, ESQ.<br>STEPHANIE E.W. THOMPSON, ESQ.<br>Starn O'Toole Marcus & Fisher<br>Pacific Guardina Center, Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Marvin Allan Fong, As Trustee<br>for the Marvin Allan Fong<br>Revocable Trust Agreement Dated<br>5/9/94 and As Receiver for Nathan Allan Fong,<br>Sandra Y.Y. Au Fong, As Trustee of the Sandra<br>Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | ( X ) | ( ) |

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| STEVEN L. CHING, ESQ.<br>DAVID M. LUM, ESQ.<br>Char Sakamoto Ishii Lum & Ching<br>Davies Pacific Center<br>841 Bishop Street, Suite 850<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>SAI INVESTMENT COMPANY | ( X ) | ( ) |
| JERROLD K. GUBEN, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>RONALD KOTOSHIRODO | ( X ) | ( ) |
| REUBEN S.F. WONG, Esq.<br>DELWYN H.W. WONG, Esq.<br>COLLETTE L. HONDA, Esq.<br>1164 Bishop Street, Suite 1005<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>FINANCE ENTERPRISES, LTD. | ( X ) | ( ) |
| JUDITH ANN PAVEY, Esq.<br>Century Square<br>1188 Bishop Street, Suite 907<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>NVC Limited Partnership | ( X ) | ( ) |

DATED: Honolulu, Hawaii APRIL 16, 2007

JAY T. SUEMORI
Commissioner

3