McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN           #1192-0
CHRISTOPHER J. COLE       #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>HIRAM L. FONG, ALSO KNOWN AS<br>HIRAM L. FONG, SR., et al.<br><br>            Defendants. | CIVIL NO. CV-02-00383 SOM/BMK<br>(CONTRACT)<br><br>PLAINTIFF KAHALA CCM<br>FACTORS, LLC'S STATEMENT<br>OF NO POSITION AND<br>NON-APPEARANCE AT<br>HEARING RE: DEFENDANT<br>FINANCE ENTERPRISES, LTD.'S<br>MOTION FOR SANCTIONS<br>FILED ON MARCH 23, 2007;<br>CERTIFICATE OF SERVICE<br><br>DATE:  May 3, 2007<br>TIME:  2:00 p.m.<br>JUDGE:  Barry M. Kurren |

PLAINTIFF KAHALA CCM FACTORS, LLC'S STATEMENT
OF NO POSITION AND NON-APPEARANCE AT
HEARING RE: DEFENDANT FINANCE ENTERPRISES,
LTD.'S MOTION FOR SANCTIONS FILED ON MARCH 23, 2007

Plaintiff Kahala CCM Factors, LLC, by and through its attorneys, McCorriston Miller Mukai MacKinnon LLP, pursuant to Local Rule 7.4 of the United States District Court for the District of Hawaii, states that it takes no position on Defendant Finance Enterprises, Ltd.'s Motion for Sanctions filed on March 23, 2007.

Plaintiff Kahala CCM Factors, LLC does not intend to attend the hearing on said Motion, unless otherwise instructed by the Court.

DATED: Honolulu, Hawaii, _____APR 1 8 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM/BMK (CONTRACT) |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| HIRAM L. FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.  gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.  bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.  kleong@ollon.com
   Attorneys for Certain Defendants

56564/159980.1

KE-CHING NING, ESQ.  
STEPHEN A. JONES, ESQ.      ning@nljlaw.com  
MICHAEL A. LILLY, ESQ.      michael@nljlaw.com  
    Attorneys for Defendant  
    1570 Alewa Limited Partnership  


STEVEN L. CHING, ESQ.  
DAVID M. K. LUM, ESQ.      dmklum@lawcsilc.com  
    Attorneys for Defendant  
    SAI Investment Company  


HARRISON P. CHUNG, ESQ.      hpchawaii@msn.com  
    Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong  


JERROLD K. GUBEN, ESQ.      jkg@roplaw.com  
    Attorney for Defendant  
    Ronald Kotoshirodo

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.          sthompson@starnlaw.com
   Attorneys for Defendants
   Marvin Allan Fong, as Trustee for the
   Marvin Allan Fong Revocable Trust
   Agreement Dated 5/9/94 and as
   Receiver for Nathan Allan Fong,
   Sandra Y.Y. Au Fong, as Trustee of
   the Sandra Y.Y. Au Fong Revocable
   Trust Agreement Dated 5/9/94


**Served via Hand Delivery:**

REUBEN S.F. WONG, ESQ.
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii 96813
   Attorneys for Defendant
   Finance Enterprises, Ltd.


JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii 96813
   Attorney for Defendant
   NVC Limited Partnership


JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii 96813
   Commissioner

**Served via Mail:**
(postage prepaid, first class in a United States post office)

MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii 96793
   Defendant


EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii 96793
   Defendant


LEONARD K. K. FONG, as Trustee of the
  Leonard K. K. Fong Revocable Living
  Trust Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


ELLEN LEE FONG, as Trustee for the
  Ellen Lee Fong Revocable Living Trust
  Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant


LINDA L. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii 96813
   Defendant

DALE S. N. FONG, Individually and as Custodian
  for Adrienne M. L. Fong and Brandon N.C.K. Fong
  under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
   Defendant


GLEN S. W. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
   Defendant


JEFFREY S. C. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
   Defendant


KEITH S. K. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
   Defendant


RODNEY S. O. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
   Defendant


PEARL L. FONG, as Trustee of the Pearl L.
  Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
   Defendant

DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


VALERIE B. L. FONG ASARI, Individually and as
  Custodian for David Y. H. Asari under the
  Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, California  94583
    Defendant


CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, California  94549
    Defendant


JONATHAN WARREN TONG
19215 - 58th Avenue NE
Kenmore, Washington  98028
    Defendant

56564/159980.1      6

MARK LEX TONG
1778 Zia Road
Placerville, California 95667
    Defendant


JASON ROBERTO TONG
9 Dianne Court
Lafayette, California 94549
    Defendant


KELLY TONG
9 Dianne Court
Lafayette, California 94549
    Defendant


WINTON TONG, as Trustee for the 1994
 Winton Tong and Gladys F. Tong
 Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, California 94608
    Defendant

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Center, #1088
Honolulu, Hawaii 96813
    Defendant

DATED: Honolulu, Hawaii, _____APR 1 8 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC