IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HIRAM L. FONG, ALSO KNOWN ) <br> AS HIRAM L. FONG, SR., ET AL., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | CIVIL NO. CV-02-00383 SOM BMK <br> (Contract) <br><br> DECLARATION OF REUBEN S.F. <br> WONG |

DECLARATION OF REUBEN S.F. WONG

REUBEN S.F. WONG hereby declares:

    1.    That I am an attorney duly licensed to practice law in all court in Hawaii and represents Defendant Finance Enterprises, Ltd. in the above-captioned case.

    2.    That I make the following representations upon personal knowledge and/or a review of the files and records in the underlying case and is competent to testify thereto if called upon.

    3.    That attached hereto as Exhibit "A" is a true and correct copy of excerpts from a February 6, 2007 hearing on the following: (1) Plaintiff Kahala CCM Factors, LLC's Motion for an Order of the Court Approving

Report of Commissioner and Confirming the Sale of Collateral at Public Auction in <u>Kahala CCM Factors, LLC v. Hiram Fong, et. al</u>, Civ. No. 02-00383 SOM-BMK; (2) Trustee Ronald Kotoshirodo's Motion to Authorize Sale of Assets and Proposed Bidding Instructions in <u>In re: Hiram Leong and Ellyn Lo Fong</u>, Case No. 03-00674; and (3) Trustee Sandra Loomis' Motion to Approve Sale Pursuant to Stock Purchase Agreement in <u>In re: Rodney Leong and Patsy Nakano Fong</u>, Case No. 05-04104.

    I declare under penalty of perjury of law that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, April 20, 2007.

/s/ Reuben S.F. Wong
REUBEN S.F. WONG