STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE          1209-0
STEPHANIE E.W. THOMPSON     8399-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100

Attorneys for Defendants
MARVIN ALLAN FONG, as Trustee
for the Marvin Allan Fong Revocable
Trust Agreement Dated 5/9/94 and for
Nathan Allan Fong, and SANDRA
Y.Y. AU FONG, as Trustee of the
Sandra Y.Y. Au Fong Revocable
Trust Agreement Dated 5/9/94

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 HG-BMK (Contract) |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S MEMORANDUM IN SUPPORT OF NVC LIMITED PARTNERSHIP'S OPPOSITION TO DEFENDANT FINANCE ENTERPRISES, LTD'S MOTION FOR SANCTIONS FILED ON |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | |
| Defendants. | |

MARCH 23, 2007; DECLARATION OF STEPHANIE E.W. THOMPSON; CERTIFICATE OF SERVICE.

**Hearing:**
Date:   May 3, 2007
Time:   2:00 p.m.
Judge:  Hon. Barry M. Kurren

DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S MEMORANDUM IN SUPPORT OF NVC LIMITED PARTNERSHIP'S OPPOSITION TO DEFENDANT FINANCE ENTERPRISES, LTD'S MOTION FOR SANCTIONS FILED ON MARCH 23, 2007

Pursuant to Local Rules of the United States District Court for the District of Hawai`i, LR 7.4, Defendants MARVIN ALLAN FONG, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, and SANDRA Y.Y. AU FONG, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 (collectively the "Fongs") hereby submit their Memorandum in Support of NVC Limited Partnership's ("NVC") Opposition to Defendant Finance Enterprises, Ltd.'s ("FE") Motion for Sanctions, filed on March 23.

**I.     INTRODUCTION**

FE has filed a Motion for Sanctions against NVC for, among other things, filing a TRO in the above entitled matter in the Circuit Court for the First Circuit on or about February 23, 2007 ("Motion"). This Court should deny FE's Motion for Sanctions. There is no evidence of bad faith or improper conduct. Rather, this has been a complex matter involving short deadlines and complicated issues relating to FE's shares. The Fongs respectfully urge this Court to dismiss this Motion as no evidence of bad faith, frivolousness or abuse of process exists to warrant such sanctions.

**II.    DISCUSSION**

As this Court is well aware, this case has been complex and difficult not only as to the multiplicity of issues involved in the litigation but also as to the relationship among and between the parties and corporate entities. Some of various minority shareholders in this action have pursued valid claims for relief in State Court. Moreover, it was less than clear whether the relief sought by NVC was appropriately brought in this action or in State Court, given the state law claims and remedies at issue.

**III.   CONCLUSION**

Accordingly, the Fongs adopt and incorporate by reference the arguments and factual assertions set forth by NVC in it Opposition to FE's

3

Motion for Sanctions and urge this Court to deny FE's Motion for Sanctions.

DATED: Honolulu, Hawaii, April 25, 2007.

/s/ Stephanie E.W. Thompson
TERENCE J. O'TOOLE
STEPHANIE E.W. THOMPSON
Attorneys for Defendants
MARVIN ALLAN FONG, as
Trustee for the Marvin Allan Fong
Revocable Trust Agreement Dated
5/9/94 and for Nathan Allan Fong,
and SANDRA Y.Y. AU FONG, as
Trustee of the Sandra Y.Y. Au
Fong Revocable Trust Agreement
Dated 5/9/94

*Kahala CCM Factors, LLM v. Hiram Leong Fong, et. al.,* Civil No. CV-02-00383 HG-BMK; DEFENDANTS MARVIN ALLAN FONG, AS TRUSTEE FOR THE MARVIN ALLAN FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94 AND FOR NATHAN ALLAN FONG, AND SANDRA Y.Y. AU FONG, AS TRUSTEE OF THE SANDRA Y.Y. AU FONG REVOCABLE TRUST AGREEMENT DATED 5/9/94'S MEMORANDUM IN SUPPORT OF NVC LIMITED PARTNERSHIP'S OPPOSITION TO DEFENDANT FINANCE ENTERPRISES, LTD'S MOTION FOR SANCTIONS FILED ON MARCH 23, 2007.