IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>　　　　　Defendants. | CIVIL NO. CV-02-00383 HG-BMK (Contract)<br><br>DECLARATION OF STEPHANIE E.W. THOMPSON |

### **DECLARATION OF STEPHANIE E. W. THOMPSON**

I, STEPHANIE E. W. THOMPSON, declare as follows:

1. I am an attorney with the law firm of Starn O'Toole Marcus & Fisher, and am one of the attorneys for Defendants MARVIN ALLAN FONG, As Trustee For The Marvin Allan Fong Revocable Trust Agreement Dated 5/9/94 And For Nathan Allan Fong, and SANDRA Y.Y. AU FONG, As Trustee Of The Sandra Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 (collectively the "Fongs") in connection with the above-entitled matter. I am licensed to practice law in the State of Hawai`i. I make this declaration on the basis of personal

2. Due to a scheduling oversight, we did not timely file our Memorandum in Support of the NVC's Opposition to Finance Enterprises, Ltd.'s Motion for Sanctions, filed on March 23, 2007.

63962

2

3. Our firm represents the Fongs in the State Court action *NVC Limited Partnership, et al. v. Russell Lau, et al.*, Civil No. 07-1-0528-03 (VSM).

I, STEPHANIE E. W. THOMPSON, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 25, 2007.

/s/ Stephanie E.W. Thompson
STEPHANIE E.W. THOMPSON