ORIGINAL

JUDITH ANN PAVEY  2173
Suite 907, Century Square
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808)528-5200
Fax: (808)531-5316
Email: paveyaallc@aol.com

Attorney for Defendant
NVC LIMITED PARTNERSHIP,
A Hawaii limited partnership

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 30 2007

at 1 o'clock and 40 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al.,<br><br>Defendants. | CIVIL NO. CV-02-00383 SOM BMK<br>(Contract)<br><br>DEFENDANT NVC LIMITED PARTNERSHIP'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT TO DEFENDANT NVC LIMITED PARTNERSHIP'S MEMORANDUM IN OPPOSITION TO DEFENDANT FINANCE ENTERPRISES, LTD.'S MOTION FOR SANCTIONS FILED ON MARCH 23, 2007, FILED ON APRIL 13, 2007; AFFIDAVIT OF JUDITH ANN PAVEY; EXHIBIT "J"; CERTIFICATE OF SERVICE |

DEFENDANT NVC LIMITED PARTNERSHIP'S MOTION FOR
LEAVE TO FILE SUPPLEMENTAL EXHIBIT TO
DEFENDANT NVC LIMITED PARTNERSHIP'S MEMORANDUM IN
OPPOSITION TO DEFENDANT FINANCE ENTERPRISES, LTD.'S
MOTION FOR SANCTIONS FILED ON MARCH 23, 2007, FILED ON APRIL 13, 2007

Defendant NVC LIMITED PARTNERSHIP, through its undersigned counsel, hereby moves this Honorable Court for leave to file the attached Exhibit "J" as a supplemental exhibit to its Memorandum in Opposition to Defendant Finance Enterprises, Ltd.'s Motion for Sanctions filed on March 23, 2007, filed on April 13, 2007, because it addresses and is further

illustrative of attempts by Defendant Finance Enterprises, Ltd. and its counsel to undermine the judicial process by failing to follow the rules and by concealing material facts from the Court.

This Motion is made pursuant to Rule 7 of the Federal Rules of Civil Procedure and LR 7.4 of the Rules of the United States District Court for the District of Hawaii, the affidavit and exhibit attached hereto and incorporated herein by reference and the records and files herein.

DATED: Honolulu, Hawaii, APR 3 0 2007

                                       JUDITH ANN PAVEY
                                       Attorney for Defendant
                                       NVC LIMITED PARTNERSHIP,
                                       A Hawaii limited partnership