IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | AFFIDAVIT OF JUDITH ANN PAVEY |
| vs. ) | |
| ) | |
| HIRAM LEONG FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., et al., ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF JUDITH ANN PAVEY

| | |
|---|---|
| STATE OF HAWAII ) | |
| ) SS. | |
| CITY AND COUNTY OF HONOLULU ) | |

JUDITH ANN PAVEY, being first duly sworn, on oath, deposes and says:

1. I am a member in good standing of the Bar in the Supreme Court of the State of Hawaii and am the appearing attorney for Defendant NVC Limited Partnership in the above-referenced matter.

2. I have knowledge of the matters contained herein and am competent to testify to the same.

3. The statements made herein are true to the best of my knowledge, information and belief.

4. Exhibit "J" is a true and correct copy of what it purports to be.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JUDITH ANN PAVEY

Subscribed and sworn to before me

this 30th day of April , 2007.

LS _____
Florence F. Pajardo
Notary Public, State of Hawaii

My commission expires: 6/12/2010

FLORENCE F. PAJARDO
NOTARY PUBLIC
STATE OF HAWAII

2