C

# JUDITH ANN PAVEY

Attorney At Law

JUDITH ANN PAVEY
FLORENCE F. PAJARDO
*Paralegal*

March 16, 2007

Reuben S.F. Wong, Esq.
1006 Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813

<u>VIA FACSIMILE</u>
531-3522

Re: <u>NVC Limited Partnership v. Finance Enterprise, Ltd.</u>

Dear Mr. Wong:

The materials provided to my client are incomplete and therefore your client is violating Judge Hifo's order. NVC received no committee meeting minutes and no minutes after January 17. Please read the order again and make sure your client complies. If management refuses, we will take it up with the Judge and ask for attorney's fees.

In addition, the redacting is so pervasive that it cannot possibly all be attorney-client privileged material. Please have your client reveal the material or prepare a privilege log and submit the unredacted materials to the Judge for her ruling.

This production is typical of management. It does whatever it can to delay production of documents until the last possible moment so that shareholders don't have sufficient information and sufficient time to study what they do have in order to make informed decisions. While that tactic might work with a rubber-stamp board of directors, it will not work with us.

Please let me know whether we need to speak to Judge Hifo about this.

Sincerely,

Judith Pavey

cc: Stephen A. Jones, Esq.
    Terence J. O'Toole, Esq.
    Wesley Chang, Esq.
    Valerie Yee

(*see correction*
*to Jan 17*)

Exhibit "C"

D

# JUDITH ANN PAVEY

### Attorney At Law

JUDITH ANN PAVEY

FLORENCE F. PAJARDO
*Paralegal*

March 16, 2007

Reuben S.F. Wong, Esq.                                    VIA FACSIMILE
1006 Finance Factors Center                              531-3522
1164 Bishop Street
Honolulu, Hawaii 96813

Re: Board Meeting today, March 16, 2007

Dear Mr. Wong:

I arrived at the FE offices in time for the meeting. Russell and Sam came out and said they had been advised by their counsel that if I, as representative of NVC, or any shareholder attended, that the Board might be waiving its attorney-client privilege. They told me they would have the Board vote on it. Surprise, surprise. They called me back to say that the Board voted to not allow us (myself and Marvin Fong) attend.

Are you the person who advised them? And what was the basis of that advice? Was there only attorney-client privileged material being discussed at the meeting? Can you please respond by telling me the categories of the points of discussion and how the attorney client privilege relates thereto?

Also, I have still not heard from you with regard to the missing documents your client was ordered by Judge Hifo to produce, but failed to produce and those overly redacted documents. When can my client expect to receive that to which J. Hifo said NVC was entitled to receive LAST WEEK.

I will be out of the state next week so please leave any documents for NVC with Terry O'Toole.

Sincerely,

Judith Ann Pavey

cc: Terence O'Toole, Esq.
    Stephen Jones, Esq.
    Wesley Chang, Esq.
    Valerie Yee

1188 Bishop Street • Suite 907 • Honolulu, Hawaii 96813 • ☎ (808) 528-5200 • FAX (808) 531-5315
Email: paveyaallc@aol.com

E

# STARN · O'TOOLE · MARCUS & FISHER

### A LAW CORPORATION

March 16, 2007

**VIA FACSIMILE & E-MAIL**

Reuben S.F. Wong, Esq.
Law Offices of Reuben S.F. Wong
1006 Finance Factors Center
1164 Bishop Street
Honolulu, HI 96813

Re:  NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-000047
      Compliance With March 6, 2007 Stipulated Order

Dear Mr. Wong:

We write on behalf of our clients, Marvin and Sandy Fong, to request that your client, Finance Enterprises, Limited ("FEL") fully comply with the Stipulated Order Regarding Shareholder Meeting to Elect Directors of Finance Enterprises, Limited entered on March 6, 2007 in S.P. No. 07-1-000047 (the "**Order**").

Although FEL provided our clients with copies of minutes from FEL Board of Directors' meetings, these copies are excessively redacted and only cover the time period ending January 17, 2007, even though we understand that Board of Directors' meetings have been held on a weekly basis throughout 2007. Moreover, no copies of minutes of any Board Committee meetings were provided.

The Order requires that FEL provide our clients will all minutes of Board of Directors' meetings **and Board Committee meetings** for the period 1/1/06 to the **present**, and further states that:

> *Approved minutes* will be provided for those meetings with approved minutes. *Draft minutes* will be provided for those meetings for which approved minutes are not yet available. *Meeting agendas* will be provided for any meetings for which neither approved minutes nor draft minutes are available.

10 days have passed since the Order was entered. We accordingly demand that FEL provide all the material required by the Order to our clients immediately, and without excessive redactions. If the material is not made available by 4:00 p.m. Friday, March 16, 2007, we will advise our clients to take any necessary steps to enforce compliance with the Order.

Exhibit "E"

Pacific Guardian Center, Makai Tower · 733 Bishop Street, Suite 1900 · Honolulu, HI 96813
Telephone: (808)537-6100 · Fax: (808)537-5434 · Website: www.starnlaw.com

62880

Reuben S.F. Wong, Esq.
March 16, 2007
Page 2

Very truly yours,

Stanton K. Oishi

cc:    Terence J. O'Toole, Esq.
       Trevor A. Brown, Esq.
       Judith A. Pavey, Esq.
       Stephen A. Jones, Esq.
       Wesley Y.S. Chang, Esq.

# STARN · TOOLE · MARCUS & FISHER

### A LAW CORPORATION

March 29, 2007

**VIA FACSIMILE & E-MAIL**

Reuben S.F. Wong, Esq.
Law Offices of Reuben S.F. Wong
1006 Finance Factors Center
1164 Bishop Street
Honolulu, HI 96813

Re:    NVC Limited Partnership v. Finance Enterprises, Ltd., S.P. No. 07-1-000047
       Compliance With March 6, 2007 Stipulated Order

Dear Mr. Wong:

We write on behalf of our clients, Marvin and Sandy Fong, individually and in their trustee capacities, to request again that your client, Finance Enterprises, Ltd. ("**FEL**") fully comply with the Stipulated Order Regarding Shareholder Meeting to Elect Directors of Finance Enterprises, Limited entered on March 6, 2007 in S.P. No. 07-1-000047 (the "**Order**") and provide our clients with copies of all documents and information ordered (the "**Information**"). We note specifically that FEL still has not provided a complete copy of the report from Dulph and Phelps regarding their appraisal of the company (the "**Dulph and Phelps Report**")

Additionally, our clients have not received any response to their long standing requests to receive a complete copy of the report of the projections and analysis of the Bank Conversion (the "**Conversion Report**"), which is a record which they are entitled to review under applicable law.

Accordingly, please provide the Conversion Report and the Information, including the Dulph and Phelps Report, to us immediately. If the material has not been provided by the close of business Monday, April 2, 2007, we will take appropriate steps with the Court to enforce the Order.

Very truly yours,

Stanton K. Oishi

cc:    Judith A. Pavey, Esq.
       Terence J. O'Toole, Esq.; Trevor A. Brown, Esq.

632 Pacific Guardian Center, Makai Tower · 733 Bishop Street, Suite 1900 · Honolulu, HI 96813
Telephone: (808)537-6100 · Fax: (808)537-5434 · Website: www.starnlaw.com

Exhibit "F"

Reuben S.F. Wong, Esq.
Law Offices of Reuben S.F. Wong
March 29, 2007
Page 2


Stephen A. Jones, Esq.
Wesley Y.S. Chang, Esq.; Kelly A.E. Ikeda, Esq.
Mr. Marvin Fong; Ms. Sandra Fong
The NVC Limited Partnership

G



Business Name Search and
**Dept. of Commerce and Consumer Aff**

---

Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

---

NOTE

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

Electronic COGS    $7.50
Print unlimited copies using your computer.

Printed COGS    $7.50 each
Mailed to you or available for pickup.

## General Information

| | |
|---|---|
| Master Name | FINANCE FACTORS, LIMITED |
| Business Type | Domestic Profit Corporation |
| File Number | 4735 D1 |
| Status | Active |
| Purpose | INDUSTRIAL LOANS |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Apr 18, 1952 |
| Mailing Address | 1164 BISHOP ST STE 300 HONOLULU Hawaii 96813 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP ST. SUITE 1088 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
|---|---|
| 2007 | Not Filed |
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Trade Names, Trademarks and Service Marks

View Trade Names, Trademarks and Service Marks for FINANCE FACTORS, LIMITED

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1996 | COMMON | 100,000 | 89,103 | 10. | |

## Officers

| Name | Office | Date |
|---|---|---|
| LAU,DANIEL B T | C/S/D | Apr 1, 2006 |

Exhibit "G"

| | | |
|---|---|---|
| LAU,RUSSELL | VC/CEO/D | Apr 1, 2006 |
| TERUYA,STEVEN | P/COO/D | Apr 1, 2006 |
| KAWANO,RANDALL | EV/CFO/T/CIO | Apr 1, 2006 |
| YEE,SAM | SRV | Apr 1, 2006 |
| IGE,ALVIN | SRV | Apr 1, 2006 |
| MA,DAVID | V | Apr 1, 2006 |
| CATALANI,IRIS | V | Apr 1, 2006 |
| NAGAJI,STEPHEN | V | Apr 1, 2006 |
| HORIKAMI,MELANIE | V | Apr 1, 2006 |
| SAKAI,MICHAEL | V | Apr 1, 2006 |
| UECHI,THOMAS T | V | Apr 1, 2006 |
| NIP,GEORGE JR | V/CO | Apr 1, 2006 |
| YOUNG,PHILLIP | V | Apr 1, 2006 |
| YASUDA,MARK | V | Apr 1, 2006 |
| NAGATA,GLENN | V | Apr 1, 2006 |
| MATSUMOTO,RORY | V | Apr 1, 2006 |
| LITCHER,MAUREEN | V | Apr 1, 2006 |
| CAMELLO,CRAIG S | V | Apr 1, 2006 |
| CHUN,THOMAS J H | V | Apr 1, 2006 |
| ETO,KEENAN T | V | Apr 1, 2006 |
| HIGUCHI,WESLEY K | V | Apr 1, 2006 |
| KIDO,KEI C | V | Apr 1, 2006 |
| MANAGO,JAIMEE T | V | Apr 1, 2006 |
| MATSUURA,BRIAN N | V | Apr 1, 2006 |
| SOMEDA,CORY J | V | Apr 1, 2006 |
| WATANABE,STEPHEN | V | Apr 1, 2006 |
| ALMEIDA,CLYDE A | V | Apr 1, 2006 |
| WAKATSUKI,MARK A | V | Apr 1, 2006 |
| APAO,DIRK | V | Apr 1, 2006 |
| TOM,STEPHANIE | V | Apr 1, 2006 |
| CHOO,BENSON | V | Apr 1, 2006 |
| HODNEFIELD,ERIC | V | Apr 1, 2006 |
| HIRAO,MICHAEL | V | Apr 1, 2006 |
| DELOS SANTOS,ELISA I | AVP | Apr 1, 2006 |
| SUMIMOTO,MORGAN S | AVP | Apr 1, 2006 |
| SOUZA,ROBERT | AVP | Apr 1, 2006 |
| YOKOMIZO-SIM,KAREN | AVP | Apr 1, 2006 |
| LAU,JEFFREY D | AS/D | Apr 1, 2006 |
| TONG,CLIFFORD | D | Apr 1, 2006 |
| CHUN,PATSY | D | Apr 1, 2006 |
| GUSHI,MERIE-ELLEN FONG | D | Apr 1, 2006 |
| FONG,DALE SIN | D | Apr 1, 2006 |
| CHUN,PATRICK | D | Apr 1, 2006 |
| ANDREWS,JOHN | D | Apr 1, 2006 |
| MCFADDEN,PATRICK | D | Apr 1, 2006 |
| SCHUETTE,MICHAEL | D | Apr 1, 2006 |
| CHAPMAN,JENNIFER K.F. | D | Apr 1, 2006 |
| MAMIMURA,DAVID | EV/CLO | Apr 1, 2006 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Sep 4, 2002 | Designation of Agent | Designation of Agent |
| Nov 6, 2001 | Amendment | ARTICLES OF AMENDMENT - IMAGED |

| Dec 29, 1998 | Amendment | ARTICLES OF AMENDMENT |
| Nov 15, 1996 | Amendment | ARTICLES OF AMENDMENT |
| Nov 15, 1996 | Articles of Correction | ARTICLES OF CORRECTION |
| Aug 9, 1995 | Amendment | ARTICLES OF AMENDMENT |
| Nov 7, 1952 | Amendment | |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawaii Information Consortium, LLC. All rights reserved.

Powered by  ehawaii.gov

H



**Dept. of Commerce and Consumer Aff**

Business Name Search and

Certificate of Good Standing

· Login
· Search
· Shopping Cart
· Authenticate a COGS

NOTE

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

Electronic COGS    $7.50
Print unlimited copies using your computer.

Printed COGS    $7.50 each
Mailed to you or available for pickup

## General Information

| | |
|---|---|
| Master Name | FINANCE REALTY, LTD.* |
| Business Type | Domestic Profit Corporation |
| File Number | 4980 D1 |
| Status | Active |
| Purpose | REAL ESTATE DEVELOPER |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Jul 15, 1953 |
| Mailing Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813-2810 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP ST. SUITE 1088 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
|---|---|
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Trade Names, Trademarks and Service Marks

View Trade Names, Trademarks and Service Marks for FINANCE REALTY, LTD.*

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 60,000 | 40,500 | | |
| Dec 31, 1988 | PREFERRED | 100,000 | 100,000 | | |

## Officers

| Name | Office | Date |
|---|---|---|
| LAU,DANIEL B T | C/S/D | Dec 31, 2001 |

Exhibit "H"

| CHUN,PATRICK E | CEO/VC/D | Dec 31, 2001 |
| MURAI,HOWARD | P/COO | Jul 1, 2003 |
| SUEOKA,JED | V/T | Dec 31, 2001 |
| YIP,JUNE | V/CO | Jul 1, 2003 |
| LAU,JEFFREY D. | AS/D | Jul 1, 2003 |
| CHAPMAN,JENNIFER | D | Jul 1, 2005 |
| FONG,DALE | D | Jul 1, 2004 |
| LAU,RUSSELL J. | D | Jul 1, 2003 |
| GUSHI,MERIE-ELLEN FONG | D | Jul 1, 2003 |
| CHUN,PATSY | D | Jul 1, 2004 |
| TONG,CLIFFORD | D | Jul 1, 2003 |
| SCHUETTE,MICHAEL | D | Jul 1, 2003 |
| FONG,PEARL | D | Jul 1, 2003 |

## Transactions

| Date | Code | Remarks |
| --- | --- | --- |
| Sep 4, 2002 | Designation of Agent | Designation of Agent |
| Dec 29, 1998 | Amendment | ARTICLES OF AMENDMENT |
| Mar 1, 1993 | Articles of Amendment / Name Change | FROM: FINANCE REALTY COMPANY, LIMITED |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawaii Information Consortium, LLC. All rights reserved

Powered by  ehawaii.gov



Business Name Search and
**Dept. of Commerce and Consumer Aff**

Certificate of Good Standing

• Login
• Search
• Shopping Cart
• Authenticate a COGS

NOTE

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

| Electronic COGS | $7.50 |
|---|---|
| Print unlimited copies using your computer. | |
| Printed COGS | $7.50 each |
| Mailed to you or available for pickup | |

## General Information

| | |
|---|---|
| Master Name | FINANCE INSURANCE, LTD. |
| Business Type | Domestic Profit Corporation |
| File Number | 56959 D1 |
| Status | Active |
| Purpose | INSURANCE AGENCY |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Apr 26, 1984 |
| Mailing Address | 1164 BISHOP ST STE 400 HONOLULU Hawaii 96813 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP ST, SUITE 1088 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
|---|---|
| 2007 | Processed |
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Trade Names, Trademarks and Service Marks

View Trade Names, Trademarks and Service Marks for FINANCE INSURANCE, LTD.

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 60,000 | 60,000 | | |

## Officers

| Name | Office | Date |
|---|---|---|
| LAU,RUSSELL J | CEO/VC/D | Dec 31, 2000 |

Exhibit "I"

| GALDEIRA,CAROLYN | P/COO | Apr 1, 2005 |
| SOUZA,DAVELYN M | SRV | Dec 31, 2000 |
| LAU,DANIEL B T | CH/S/D | Dec 31, 2001 |
| KENISON,FRED JR | T | Apr 1, 2005 |
| CHUN,PATRICK | D | Apr 1, 2005 |

### Transactions

| Date | Code | Remarks |
| --- | --- | --- |
| Sep 4, 2002 | Designation of Agent | Designation of Agent |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawai'i Information Consortium, LLC. All rights reserved.

Powered by  ehawaii.gov

J



**Dept. of Commerce and Consumer Aff**

Business Name Search and

Certificate of Good Standing

• Login
• Search
• Shopping Cart
• Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

Electronic COGS    $7.50
Print unlimited copies using your computer.

Printed COGS    $7.50 each
Mailed to you or available for pickup

## General Information

| | |
|---|---|
| Master Name | FINANCE SECURITIES, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 10464 D1 |
| Status | Active |
| Purpose | SECURITIES AND REAL ESTATE INVESTMENTS |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Aug 24, 1962 |
| Mailing Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP ST. SUITE 1088 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
|---|---|
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1988 | COMMON | 30,000 | 30,000 | | |

## Officers

| Name | Office | Date |
|---|---|---|
| LAU,DANIEL | C/S/D | Jul 1, 2004 |
| CHUN,PATRICK | VC/CEO/D | Jul 1, 2004 |
| MURAI,HOWARD | P/COO | Jul 1, 2004 |
| YIP,JUNE | V/CO | Jul 1, 2003 |
| SUEOKA,JED | V/T | Jul 1, 2004 |

Exhibit "J"

| LAU, RUSSELL | D | Jul 1, 2004 |

## Transactions

| Date | Code | Remarks |
|------|------|---------|
| Sep 4, 2002 | Designation of Agent | Designation of Agent |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2008 Hawaii Information Consortium, LLC. All rights reserved.

Powered by *ehawaii.gov*

K



Business Name Search and
**Dept. of Commerce and Consumer Aff**

Certificate of Good Standing

• Login
• Search
• Shopping Cart
• Authenticate a COGS

NOTE

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

Electronic COGS    $7.50
Print unlimited copies using your computer

Printed COGS    $7.50 each
Mailed to you or available for pickup.

## General Information

| | |
|---|---|
| Master Name | HAWAIIAN FACTORS, LIMITED |
| Business Type | Domestic Profit Corporation |
| File Number | 73156 D1 |
| Status | Active |
| Purpose | MORTGAGE AND COLLECTION SERVICING AGENT |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Oct 28, 1988 |
| Mailing Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813 United States of America |
| Term | PER |
| Agent Name | DANIEL B. T. LAIU |
| Agent Address | 1164 BISHOP STREET SUITE 1089 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
|---|---|
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1989 | COMMON | 1,000,000 | 1,000 | | |

## Officers

| Name | Office | Date |
|---|---|---|
| LAU,DANIEL B T | C/S/D | Oct 1, 2006 |
| LAU,RUSSELL | VC/CEO/D | Oct 1, 2006 |
| TERUYA,STEVEN | P/COO | Oct 1, 2006 |
| SUEOKA,JED | V/T | Oct 1, 2006 |

Exhibit "K"

| LAU, JEFFREY D | AS | Oct 1, 2006 |

### Transactions

| Date | Code | Remarks |
| --- | --- | --- |
| Nov 5, 2002 | Designation of Agent | Designation of Agent |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawaii Information Consortium, LLC. All rights reserved.

Powered by *ehawaii.gov*

L



**Dept. of Commerce and Consumer Aff** Business Name Search and

---

Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

| Electronic COGS | $7.50 |
Print unlimited copies using your computer.

| Printed COGS | $7.50 each |
Mailed to you or available for pickup.

## General Information

| | |
|---|---|
| Master Name | KALANI HOLDINGS, LTD.* |
| Business Type | Domestic Profit Corporation |
| File Number | 102462 D1 |
| Status | Active |
| Purpose | REAL ESTATE INVESTMENT |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Dec 19, 1995 |
| Mailing Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
|---|---|
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
|---|---|---|---|---|---|
| Dec 31, 1995 | COMMON | 100,000,000 | 12,675,000 | | |

## Officers

| Name | Office | Date |
|---|---|---|
| CHUN,PATRICK | CEO/VC/D | Oct 1, 2003 |
| MURAI,HOWARD | P/COO | Oct 1, 2004 |
| LAU,DANIEL B T | C/S/D | Oct 1, 2005 |
| YIP,JUNE | V/CO | Oct 1, 2004 |
| SUEOKA,JED | V/T | Oct 1, 2004 |
| LAU,RUSSELL J | D | Oct 1, 2004 |

Exhibit "L"

## Transactions

| Date | Code | Remarks |
|------|------|---------|
| Sep 4, 2002 | Designation of Agent | Designation of Agent |
| Sep 18, 1996 | Amendment | ARTICLES OF AMENDMENT |
| Apr 10, 1996 | Amendment | ARTICLES OF AMENDMENT |
| Dec 19, 1995 | Articles of Incorporation | ARTICLES OF INCORPORATION |

M

**ehawaii.gov**

Business Name Search and

**Dept. of Commerce and Consumer Aff**

Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

| NOTE |
| --- |
| If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page. |



Click Live Help icon to begin chat

# Business Information

| Purchase a Certificate of Good Standing for this business: | |
| --- | --- |
| Electronic COGS | $7.50 |
| Print unlimited copies using your computer. | |
| Printed COGS | $7.50 each |
| Mailed to you or available for pickup. | |

## General Information

| | |
| --- | --- |
| Master Name | MAUNAHALE DEVELOPMENT CORPORATION |
| Business Type | Domestic Profit Corporation |
| File Number | 10678 D1 |
| Status | Active |
| Purpose | REAL ESTATE DEVELOPER |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Dec 20, 1962 |
| Mailing Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813 United States of America |
| Term | PER |
| Agent Name | DANIEL B. T. LAU |
| Agent Address | 1164 BISHOP ST STE 1089 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
| --- | --- |
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
| --- | --- | --- | --- | --- | --- |
| Dec 31, 1988 | COMMON | 110,000 | 110,000 | | |

## Officers

| Name | Office | Date |
| --- | --- | --- |
| CHUN,PATRICK E | CEO-VC/D | Oct 1, 2003 |
| LAU,DANIEL B T | C/S/D | Oct 1, 2003 |
| MURAI,HOWARD | P/COO | Oct 1, 2003 |
| SUEOKA,JED | V/T | Oct 1, 2003 |
| YIP,JUNE | V/CO | Oct 1, 2003 |
| LAU,RUSSELL J. | D | Oct 1, 2004 |

Exhibit "M"

**Transactions**

| Date | Code | Remarks |
|------|------|---------|
| Sep 4, 2002 | Designation of Agent | Designation of Agent |
| Oct 25, 1965 | ??? | |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawai'i Information Consortium, LLC. All rights reserved.

Powered by *ehawaii.gov*

**ehawaii.gov**    Business Name Search and
## Dept. of Commerce and Consumer Aff

Certificate of Good Standing

- Login
- Search
- Shopping Cart
- Authenticate a COGS

| NOTE |
| --- |
| If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page. |



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

Electronic COGS    $7.50
Print unlimited copies using your computer.

Printed COGS    $7.50 each
Mailed to you or available for pickup

## General Information

| | |
| --- | --- |
| Master Name | WAIPIO TERRACE, LTD. |
| Business Type | Domestic Profit Corporation |
| File Number | 8386 D1 |
| Status | Active |
| Purpose | APARTMENT HOTEL |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | Apr 6, 1960 |
| Mailing Address | P O BOX 3979 HONOLULU Hawaii 96812 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP ST. SUITE 1088 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
| --- | --- |
| 2007 | Not Filed |
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
| --- | --- | --- | --- | --- | --- |
| Dec 31, 1988 | COMMON | 15,000 | 13,300 | | |

## Officers

| Name | Office | Date |
| --- | --- | --- |
| MURAI,HOWARD Y | P/COO | Apr 1, 2003 |
| LAU,DANIEL B T | C/S/D | Dec 31, 2000 |
| SUEOKA,JED | V/T | Dec 31, 2000 |
| YIP,JUNE | V/CO | Apr 1, 2003 |
| CHUN,PATRICK | CEO/VC/D | Dec 31, 2000 |

Exhibit "N"

| LAU,RUSSELL J | D | Apr 1, 2005 |

**Transactions**

| Date | Code | Remarks |
|------|------|---------|
| Aug 30, 2002 | Designation of Agent | Designation of Agent |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawaii Information Consortium, LLC. All rights reserved.

Powered by *ehawaii.gov*

O


**Dept. of Commerce and Consumer Aff**
Business Name Search and

Certificate of Good Standing
• Login
• Search
• Shopping Cart
• Authenticate a COGS

**NOTE**

If you want to purchase a Certificate of Good Standing, search for the company using the search page. Once you locate the company, view the company details. If the company/entity is in good standing, you will be able to purchase the COGS on that page.



Click Live Help icon to begin chat

# Business Information

Purchase a Certificate of Good Standing for this business:

| Electronic COGS | $7.50 |
| --- | --- |
Print unlimited copies using your computer.

| Printed COGS | $7.50 each |
Mailed to your or available for pickup.

## General Information

| | |
| --- | --- |
| Master Name | WAIPONO, INC. |
| Business Type | Domestic Profit Corporation |
| File Number | 112105 D1 |
| Status | Active |
| Purpose | PURCHASE AND DEVELOPMENT OF REAL ESTATE |
| Place Incorporated | Hawaii UNITED STATES |
| Incorporation Date | May 15, 1998 |
| Mailing Address | P O BOX 3979 HONOLULU Hawaii 96812 United States of America |
| Term | PER |
| Agent Name | DANIEL B.T. LAU |
| Agent Address | 1164 BISHOP STREET SUITE 1088 HONOLULU Hawaii 96813 United States of America |

## Annual Filings

| Filing Year | Status |
| --- | --- |
| 2007 | Not Filed |
| 2006 | Processed |
| 2005 | Processed |
| 2004 | Processed |
| 2003 | Processed |
| 2002 | Not Required |
| 2001 | Processed |
| 2000 | Processed |
| 1999 | Processed |

## Stocks

| Date | Class | Shares | Paid Shares | Par Value | Stock Amount |
| --- | --- | --- | --- | --- | --- |
| Dec 31, 1998 | COMMON | 1,000,000 | 10 | | |

## Officers

| Name | Office | Date |
| --- | --- | --- |
| LAU,DANIEL B T | C/S/D | Apr 1, 2005 |
| MURAI,HOWARD | P/COO | Apr 1, 2003 |
| LAU,RUSSELL | VC/CEO/D | Apr 1, 2003 |

Exhibit "O"

| | | |
|---|---|---|
| CHUN, PATRICK T | VC/D | Apr 1, 2003 |
| SUEOKA, JED | V/T | Apr 1, 2003 |
| YIP, JUNE | V/CO | Apr 1, 2004 |

### Transactions

| Date | Code | Remarks |
|---|---|---|
| Aug 30, 2002 | Designation of Agent | Designation of Agent |
| May 15, 1998 | Articles of Incorporation | ARTICLES OF INCORPORATION |

Contact Us | Subscription Services | Terms of Use | Privacy Policy | ADA Compliance | Comments | eHawaii.gov Home
Copyright © 2000 - 2006 Hawaii Information Consortium, LLC. All rights reserved.

Powered by *eHawaii.gov*

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| THE NVC LIMITED PARTNERSHIP, a Hawai`i limited partnership; MARVIN ALLAN FONG, Individually and as Trustee of the Marvin Fong Trust dated May 9, 1994 and for Nathan Allan Fong; and SANDRA Y.Y. AU FONG, Individually and as Trustee of the Sandra Fong Trust dated May 9, 1994, | CIVIL NO. 07-1-0528-03 (VSM) (Other Civil Complaint) **NOTICE OF HEARING MOTION AND CERTIFICATE OF SERVICE** |

Plaintiffs,

vs.

RUSSELL LAU; DANIEL LAU; JEFFREY LAU; PATRICK CHUN; PATSY CHUN; SAM YEE; DEL ASSOCIATES, a Hawai`i limited partnership; SAI INVESTMENT COMPANY, a Hawai`i limited partnership; FINANCE ENTERPRISES, LTD., a Hawai`i corporation; JOHN DOES 1-20, DOE PARTNERSHIPS 1-20, and DOE CORPORATIONS 1-20,

Defendants.

## **NOTICE OF HEARING MOTION**

TO:    JUDITH ANN PAVEY, ESQ.
Pavey Hoke & Watson, LLC
Suite 907, Century Square
1188 Bishop Street
Honolulu, Hawaii  96813

Attorney for Plaintiffs

SIDNEY K AYABE, ESQ.
Pauahi Tower, Suite 2500
1001 Bishop Street
Honolulu, Hawaii  96813

63841

REUBEN S. F. WONG, ESQ.
DELWYN H. W. WONG, ESQ.
Law Offices of Reuben S. F. Wong
Finance Factors Center
1164 Bishop Street, Suite 1005
Honolulu, Hawaii  96813

Russell Lau
1503 Ualakaa Place
Honolulu, HI  96822

Daniel Lau
704 Onaha Street
Honolulu, HI  96816

Jeffrey Lau
2039 Lanihuli Drive
Honolulu, HI  96822

Patrick Chun
48 Wailupe Circle
Honolulu, HI  96821

Patsy Chun
311 22nd Avenue
Honolulu, HI  96816

Sam Yee
1164 Bishop St., Suite 1088
Honolulu, HI  96813

DEL Associates
Agent: Daniel Lau
1164 Bishop St., Suite 1088
Honolulu, HI  96813

SAI Investment Company
Agent: Patrick Chun
48 Wailupe Circle
Honolulu, HI  96821

Finance Enterprises, Ltd.
Agent: Daniel Lau
1164 Bishop St., Suite 1088
Honolulu, HI  96813

Notice is hereby given that Plaintiffs' Motion for an Order: (1) Setting Aside Defendants' Election of Finance Enterprises, Ltd.'s ("FE") Subsidiaries' Directors on 3/7/07; and (2) Directing Defendants To Reconvene a Special Meeting To Elect Directors to Subsidiaries shall come on for hearing before the Honorable Victoria S. Marks, Judge, Circuit Court of the First Circuit, State of Hawaii, in her courtroom located at 777 Punchbowl Street, Honolulu, Hawaii, 96813, on _____ at _____ __.m., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii, April 27, 2007.

TERENCE J. O'TOOLE
TREVOR A. BROWN
JUDITH A. PAVEY

Attorneys for Plaintiffs
NVC LIMITED PARTNERSHIP, MARVIN ALLAN FONG, Individually and as Trustee of the Marvin Fong Trust dated May 9, 1994 and for Nathan Allan Fong, and SANDRA Y.Y. AU FONG, Individually and as Trustee of the Sandra Fong Trust dated May 9, 1994

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served by depositing the same in the U.S. Mail, postage paid, upon the aforementioned party at his last known address.

DATED:  Honolulu, Hawaii, April 27, 2007.

TERENCE J. O'TOOLE
TREVOR A. BROWN
JUDITH A. PAVEY

Attorneys for Plaintiffs
NVC LIMITED PARTNERSHIP, MARVIN
ALLAN FONG, Individually and as Trustee of the
Marvin Fong Trust dated May 9, 1994 and for
Nathan Allan Fong, and SANDRA Y.Y. AU
FONG, Individually and as Trustee of the Sandra
Fong Trust dated May 9, 1994