9651
LAW OFFICES OF REUBEN S.F. WONG

REUBEN S.F. WONG           #638-0
DELWYN H.W. WONG          #7170-0
COLETTE L. HONDA          #7597-0
Suite 1006, Finance Factors Center
1164 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 531-3526
Facsimile: (808) 531-3522

Attorneys for Defendant
 FINANCE ENTERPRISES, LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 SOM BMK |
| | (Contract) |
| Plaintiff, | |
| | DEFENDANT FINANCE |
| vs. | ENTERPRISES, LTD.'S |
| | MEMORANDUM IN OPPOSITION TO |
| HIRAM L. FONG, ALSO KNOWN | (1) DEFENDANT NVC LIMITED |
| AS HIRAM L. FONG, SR., ET AL., | PARTNERSHIP'S MOTION FOR |
| | LEAVE TO FILE SUPPLEMENTAL |
| Defendants. | EXHIBIT TO DEFENDANT NVC |
| | LIMITED PARTNERSHIP'S |
| | MEMORANDUM IN OPPOSITION TO |
| | DEFENDANT FINANCE |
| | ENTERPRISES, LTD.'S MOTION FOR |
| | SANCTIONS FILED ON MARCH 23, |
| | 2007, FILED ON APRIL 13, 2007; AND |
| | (2) EX PARTE MOTION TO |
| | SHORTEN TIME ON DEFENDANT |
| | NVC LIMITED PARTNERSHIP'S |
| | MEMORANDUM IN OPPOSITION TO |

|  |  |
|---|---|
| ) | DEFENDANT FINANCE |
| ) | ENTERPRISES, LTD.'S MOTION FOR |
| ) | SANCTIONS FILED ON MARCH 23, |
| ) | 2007, FILED ON APRIL 13, 2007; |
| ) | CERTIFICATE OF SERVICE |
| ) | |
| ) | DATE: |
| ) | TIME: |
| ) | JUDGE: |
| ) | |

DEFENDANT FINANCE ENTEPRISES, LTD.'S MEMORANDUM IN OPPOSITION TO DEFENDANT NVC LIMITED PARTNERSHIP'S
<u>EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT</u>

Defendant Finance Enterprises, Ltd. (hereinafter "Finance") requests that this honorable Court deny Defendant NVC Limited Partnership's (hereinafter "NVC") two motions: (1) *Motion for Leave to File Supplemental Exhibit to Defendant NVC Limited Partnership's Memorandum in Opposition to Defendant Finance Enterprises, Ltd.'s Motion for Sanctions filed on March 23, 2007, filed on April 13, 2007* (hereinafter "Motion for Leave"); and (2) NVC's *Ex Parte Motion to Shorten Time on Defendant NVC Limited Partnership's Motion for Leave to File Supplemental Exhibit to Defendant NVC Limited Partnership's Memorandum in Opposition to Defendant Finance Enterprises, Ltd.'s Motion for Sanctions, filed on March 23, 2007, filed on April 13, 2007* (hereinafter "Ex Parte Motion").

Both motions should properly be denied since NVC seeks to circumvent the judicial process by improperly introducing evidence at the "eleventh hour", mere days before the hearing set for May 3, 2007. Furthermore,

proposed Exhibit "J", proffered by NVC, is irrelevant to the instant Motion for Sanctions against NVC and/or its counsel, filed herein on March 23, 2007. NVC's Motion for Leave purports to introduce evidence which is allegedly illustrative of Finance's attempts to "undermine the judicial process."

However, as NVC's counsel should be well aware, the instant Motion for Sanctions is against NVC and/or its counsel. NVC's recent filings are transparently designed to confuse the issues and to distract attention from its own sanctionable conduct which is presently at issue.

NVC's recent filings are nothing more than mere puffery and illustrative of the type of behavior which typifies NVC's sanctionable behavior complained of in Finance's Motion for Sanctions. In sum, NVC made "bald assertions" against Finance in previous filings, and Judge Mollway noted that any such evidence could have been submitted earlier. Nevertheless, Judge Mollway said that she was not inclined to allow the submission of any such evidence. Despite Judge Mollway's ruling, NVC <u>again</u> submits "bald assertions" against Finance and undersigned counsel.

NVC asserted in *Defendant NVC Limited Partnership's Response and Joinder in Defendant 1570 Alewa Limited Partnership's Memorandum in Response to Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral(1,963 Shares of*

3

*Stock in Finance Enterprises, Ltd.) at Public Auction, filed December 12, 2006* that Finance should be barred from exercising rights of first refusal under the doctrine of "unclean hands."  See *Defendant NVC Limited Partnership's Response and Joinder in Defendant 1570 Alewa Limited Partnership's Memorandum in Response to Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral(1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, filed December 12, 2006*, filed herein on January 24, 2007 (hereinafter "NVC's Joinder").  However, the arguments in NVC's Joinder were noted by Judge Mollway to be nothing more than "bald assertions" and that any such evidence could have been submitted earlier, if at all.  See Judge Mollway's Inclinations in Kahala CCM Factors, LLC v. Hiram Fong, et.al., Civil No. 02-00383 SOM BMK, filed herein on February 1, 2007, at page 6.  The foregoing is not being submitted as precedent, but that Judge Mollway had heretofore considered the matter and stated in substance that the court was "not inclined at this point to consider the submission of such evidence as it would merely serve to further delay this extremely old case."  Id.  If Judge Mollway was not inclined to admit NVC's allegations at that time, then Finance submits that this honorable court should not consider them at this time.

        Based on the foregoing, Finance respectfully requests that the court deny NVC's two motions: (1) *Motion for Leave to File Supplemental Exhibit to*

*Defendant NVC Limited Partnership's Memorandum in Opposition to Defendant Finance Enterprises, Ltd.'s Motion for Sanctions filed on March 23, 2007, filed on April 13, 2007*; and (2) NVC's *Ex Parte Motion to Shorten Time on Defendant NVC Limited Partnership's Motion for Leave to File Supplemental Exhibit to Defendant NVC Limited Partnership's Memorandum in Opposition to Defendant Finance Enterprises, Ltd.'s Motion for Sanctions, filed on March 23, 2007, filed on April 13, 2007*.

DATED: Honolulu, Hawaii, May 1, 2007.

/s/Reuben S.F. Wong
REUBEN S.F. WONG
DELWYN H.W. WONG
COLETTE L. HONDA
Attorneys for Defendant
 Finance Enterprises, Ltd.