IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, ) | CIVIL NO. CV-02-00383 SOM BMK |
| ) | (Contract) |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| HIRAM L. FONG, ALSO KNOWN ) | |
| AS HIRAM L. FONG, SR., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document will be served on the date of filing on the following parties by the methods of service noted below:

Served Electronically through CM/ECF:

GEORGE W. BRANDT, ESQ.          gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.         bhiramatsu@lbchlaw.com
   Attorneys for Former Plaintiff
   N. Harwood Street Partners I, L.P.

KE-CHING NING, ESQ.             ning@nljlaw.com
STEPHEN A. JONES, ESQ.          stevejones@nljlaw.com
MICHAEL A. LILLY, ESQ.          michael@nljlaw.com
   Attorneys for Defendant
   1570 Alewa Limited Partnership

| | |
|---|---|
| STEVEN L. CHING, ESQ. | slching@lawcsilc.com |
| DAVID M. K. LUM, ESQ. | dmklum@lawcsilc.com |
|    Attorneys for Defendant | |
|    SAI Investment Company | |
| | |
| HARRISON P. CHUNG, ESQ. | hpchawaii@msn.com |
|    Attorney for Defendants Hiram Leong Fong, aka Hiram L. Fong and Hiram L. Fong, Sr., Individually and as Trustee of the Hiram Leong Fong Revocable Trust dated 3/17/93, Ellyn Lo Fong, aka Ellyn L. Fong, Individually and as Trustee of the Ellyn Lo Fong Revocable Trust Dated 3/24/93, Rodney Leong Fong, aka Rodney L. Fong and Rodney Fong, Individually and as Trustee for Chelsea Tree Fong, Forest Wind Fong, Shama Rain Fong and Ski Hiram Fong, and Patsy Nakano Fong, aka Patsy N. Fong | |
| | |
| JERROLD K. GUBEN, ESQ. | jkg@roplaw.com |
|    Attorney for Defendant | |
|    Ronald Kotoshirodo | |
| | |
| ROBERT G. KLEIN, ESQ. | klein@m4law.com |
| CHRISTOPHER J. COLE, ESQ. | cole@m4law.com |
|    Attorneys for Substitute Plaintiff | auyoung@m4law.com |
|    Kahala CCM Factors, LLC | |

Served by electronic transmission:

    TERENCE J. O'TOOLE, ESQ.      totoole@starnlaw.com
    STEPHANIE E.W. THOMPSON, ESQ.      sthompson@starnlaw.com
        Attorneys for Defendants
        Marvin Allan Fong, as Trustee for the
        Marvin Allan Fong Revocable Trust
        Agreement Dated 5/9/94 and as
        Receiver for Nathan Allan Fong,
        Sandra Y.Y. Au Fong, as Trustee of
        the Sandra Y.Y. Au Fong Revocable
        Trust Agreement Dated 5/9/94

    SUSAN TIUS, ESQ.      stius@rmhawaii.com
        Attorney for Trustee
        Sandra L. Loomis

    LEX R. SMITH, ESQ.      lrs@ksglaw.com
        Attorney for TFC Holdings

    JAMES A. WAGNER, ESQ.      jwagner@wcelaw.com
    NEIL J. VERBRUGGE, ESQ.      nverbrugge@wcelaw.com
        Attorneys for Substitute
        Plaintiff Kahala CCM Factors, LLC

    JUDITH ANN PAVEY, ESQ.      paveyaallc@aol.com
        Attorney for Defendant
        NVC Limited Partnership

    JAY T. SUEMORI, ESQ.      hawaiilawyers@suemorilaw.com
        Commissioner

    DATED:  Honolulu, Hawaii, May 1, 2007.

                                /s/ Reuben S.F. Wong
                                REUBEN S.F. WONG
                                DELWYN H.W. WONG
                                COLETTE L. HONDA
                                 Attorneys for Defendant
                                 Finance Enterprises, Ltd.