# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

05/03/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 02-00383SOM-BMK

CASE NAME: Kahala CCM Factors, LLC v. Hiram Fong, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT: Stephen A. Jones, Judith Ann Pavey, Reuben S.F. Wong

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 05/03/2007 | TIME: | 1:58 - 2:21 |

COURT ACTION:  EP:  [237] Defendant Finance Enterprises, Ltd.'s Motion for Sanctions - DENIED.  Court to prepare the order.

Submitted by Richlyn W. Young, courtroom manager