ORIGINAL

SUEMORI & ASSOCIATES,
A Limited Liability Law Company

JAY T. SUEMORI #3340-0
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 532-1711

Commissioner

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 01 2007

at ___ o'clock and ___min.___
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> HIRAM L. FONG, ALSO KNOWN AS HIRAM S. FONG, SR., et al., <br><br> Defendants. | CIVIL NO. CV-02-00383 SOM/BMK (Contract) <br><br> COMMISSIONER'S SUPPLEMENTAL REPORT; EXHIBITS "A" - "M"; CERTIFICATE OF SERVICE |

COMMISSIONER'S SUPPLEMENTAL REPORT

Comes now JAY T. SUEMORI, the duly appointed Commissioner in the above-entitled action, and hereby further reports as follows:

1. That the Commissioner's Report filed November 16, 2006 is incorporated herein by reference.

2. That Plaintiff Kahala CCM Factors, LLC's Motion for An Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock In Finance Enterprises, Ltd.) at Public Auction ("Motion to Approve Report") came on for

hearing on February 6, 2007 at 10:30 o'clock, a.m.

    3.    That at the hearing on the Motion to Approve Report, your Commissioner reopened the auction for the subject 1,963 shares of Finance Enterprises, Ltd. stock in three (3) separate lots as follows:

Lot #1: 1,092 shares;

Lot #2: 630 shares; and

Lot #3: 241 shares.

    4.    That your Commissioner received the high bids for each of the Lots as follows:

| LOT | WINNING BIDDER | AMOUNT OF BID |
| --- | --- | --- |
| Lot #1: 1,092 shares | TFC Holdings | $1,152,333.00 |
| Lot #2: 630 shares | No bids were received, thus Kahala CCM Factors, LLC's original bid at the November 2, 2006 auction of $1,148,137.60 remained the winning bid for Lot #2. | |
| Lot #3: 241 shares | Kahala CCM Factors, LLC | $346,558.00 |

    5.    On or about February 7, 2007, pursuant to Article IV, paragraph 4 of the Articles of Incorporation of Finance Enterprises, Ltd., written notice of its first right to purchase the subject shares of stock was mailed to Finance Enterprises, Ltd., by certified mail, return receipt requested. A copy of the written notice is attached as Exhibit "A". Finance Enterprises, Ltd. received the written notice on February 12, 2007.

    6.    On February 21, 2007, Finance Enterprises, Ltd. delivered written notice that it had elected to exercise its right to purchase Lot #1, consisting of 1,092 shares, for the

purchase price of $1,152,333.00. A copy of the written notice, dated February 21, 2007, and signed by Sam K. Yee, Senior VP and General Counsel for Finance Enterprises, Ltd., is attached as Exhibit "B".

9. On February 26, 2007, Finance Enterprises, Ltd. delivered written notice that it was <u>not</u> exercising its right to purchase Lot #2, consisting of 630 shares, and Lot #3, consisting of 241 shares.

10. On March 1, 2007, pursuant to Article IV, paragraph 4 of the Articles of Incorporation of Finance Enterprises, Ltd., written notice of their first right to purchase the shares of stock in Lots #2 and #3 were mailed to all shareholders of Finance Enterprises, Ltd., by certified mail, return receipt requested. A copy of the written notice is attached as Exhibit "D".

11. On March 16, 2007, your Commissioner received written notice from shareholder Sherman S. Hee ("Mr. Hee"), indicating that he was exercising his right to purchase the subject shares of stock. A copy of Mr. Hee's written notice, dated March 16, 2007 is attached as Exhibit "E". On April 6, 2007, Mr. Hee left a voicemail message that he was <u>withdrawing</u> his prior notice that he was exercising his right to purchase the subject shares of stock. A copy of the letter dated April 6, 2007 from the Commissioner to Mr. Hee confirming his withdrawal is attached as Exhibit "F".

12. No other shareholder responded to the Commissioner's written notice of March 1, 2007 (Exhibit "D"). The final fifteen (15) day deadline to respond to the written notice expired on March 31, 2007.

13. That on March 19, 2007, your Commissioner, through his nominee, received from Finance Enterprises, Ltd., an Official Bank Check #0963614 7, payable to the

Commissioner in the amount of $1,152,333.00, in payment for the 1,092 shares of Finance Enterprises, Ltd. stock contained in Lot #1. A copy of the Official Bank Check is attached as Exhibit "G". The payment was immediately deposited into the Commissioner's First Hawaiian Bank trust account.

14. Simultaneously with the receipt of payment from Finance Enterprises, Ltd., stock certificates #65 for 660 shares, #107 for 210 shares and #205 for 222 shares, reflecting a total of 1,092 shares of stock of Finance Enterprises, Ltd., were endorsed to transfer the shares to Finance Enterprises, Ltd. Said endorsed certificates were also surrendered to Finance Enterprises, Ltd. on March 19, 2007. Copies of said endorsed stock certificates (front and back) are attached as Exhibit "H".

15. That on March 19, 2007, pursuant to the Order of the Court and the Declaration of Christopher J. Cole in Support of Undisputed Secured Debt Amount for Lot 1 Shares, filed March 16, 2007, payment in the amount of $981,765.94 was made via Official Bank Check #0963618 3 to "McCorriston Miller Mukai Mackinnon LLP Client Trust Account". Copies of the Acknowledgement and Receipt, dated March 19, 2007, and the Official Bank Check are attached as Exhibit "I".

16. That on April 25, 2007, stock certificates #238 for 241 shares, #109 for 486 shares and #139 for 144 shares, reflecting a total of 871 shares of stock of Finance Enterprises, Ltd., were endorsed to transfer the shares to Kahala CCM Factors, LLC. Said endorsed certificates were transmitted to Kahala CCM Factors, LLC on the same date. Copies of the Transmittal Memorandum and said endorsed stock certificates (front and back) are attached as Exhibit "J".

17. That on May 3, 2007, pursuant to the Stipulation Re: Award of Attorneys' Fees and Costs filed on April 10, 2007, a distribution of $50,000.00 was made to Sandra Loomis, Bankruptcy Trustee. A copy of the Acknowledgement and Receipt of payment by Trustee Loomis is attached as Exhibit "K".

18. That on May 16, 2007, pursuant to the Stipulation Re: Award of Attorneys' Fees and Costs filed on April 10, 2007, a distribution of $106,204.29 was transferred via wire to Kahala CCM Factors, LLC. A copy of the e-mail from First Hawaiian Bank confirming the wire transfer is attached as Exhibit "L" (account numbers have been redacted.)

19. That from March 16, 2007 through June 1, 2007, your Commissioner has incurred expenses of Three Hundred Thirty Three and 21/100 ($333.21) and is seeking a Commissioner's fee of Four Thousand Nine Hundred Seventy Six and 72/100 ($4,976.76), which includes G.E.T. tax. A statement in support of the Commissioner's reimbursement for fees and expenses is attached as Exhibit "M".

Dated: Honolulu, Hawaii, JUNE 1, 2007

JAY T. SUEMORI
Commissioner