# DANDAR ♦ SUEMORI
## ATTORNEYS AT LAW
*A Limited Liability Law Company*

JAMES P. DANDAR
JAY T. SUEMORI

SUITE 801, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-1711
FACSIMILE: (808) 532-1705

Of Counsel:
MYRON H. TAKEMOTO
KENNETH J. SHIMOZONO

E-MAIL: HAWAIILAWYERS@SUEMORILAW.COM
WEBSITE: www.suemorilaw.com

February 7, 2007

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Finance Enterprises, Ltd.
　Attention: Russell Lau, President
1164 Bishop Street, Suite 1088
Honolulu, Hawaii 96813

　　　　RE:　Kahala CCM Factors, LLC vs. Hiram L. Fong, et al.;
　　　　　　　Civil No. CV-02-00383 SOM/BMK

　　　　　　　*Right of First Refusal Pursuant to Article IV of the Articles of*
　　　　　　　*Incorporation of Finance Enterprises, Ltd. ("Articles")*

Dear Mr. Lau:

　　　　As you are aware, I am the Commissioner appointed in the above-referenced case, pursuant to Plaintiff's Findings Of Fact, Conclusions Of Law, Order Granting Plaintiff's Motion For Summary Judgment As To Counts I and III Of The Amended Complaint Filed Herein On February 3, 2003 Filed September 20, 2004, filed on December 1, 2004, and Plaintiff's Findings Of Fact, Conclusions of Law, Order Granting Plaintiff's Motion For Summary Judgment Against Defendants Rodney Leong Fong, Also Known As Rodney L. Fong And Patsy Nakano Fong, Also Known As Patsy N. Fong Filed On October 1, 2003, filed on February 3, 2004.

　　　　Pursuant to said Judgments, I conducted two (2) auctions on November 16, 2006 and February 6, 2007, respectively, for shares of stock in Finance Enterprises, Ltd. (hereinafter "FE"). The subject FE stock was divided into three (3) lots for the auctions and the winning bids and bidders are as follows:

EXHIBIT A

Finance Enterprises, Ltd.
   Attention: Russell Lau, President
February 7, 2007
Page 2

| Lot | Number of FE Shares | Winnning Bid | Winning Bidder |
|-----|---------------------|--------------|----------------|
| #1  | 1,092 Shares        | $1,055.25 per share (Total $1,152,333.00) | TFC Holding |
| #2  | 630 Shares          | $1,822.44 per share (Total: $1,148,137.60) | Kahala CCM Factors, LLC |
| #3  | 241 Shares          | $1,438.00 per share (Total: $346,558.00) | Kahala CCM Factors, LLC |

Article IV, paragraph 4, states in relevant part, as follows:

> No stock or subscription right to stock in the corporation shall be transferred to any person without first offering the stock for sale by written notice to the corporation at the same price and on the same terms as would govern upon a transfer to such other person. If the offer for sale is refused in whole or in part by the corporation, or if the corporation shall fail for a period of fifteen (15) days after receipt of the written offer to accept same by compliance with the terms set forth therein, the stock remaining unsold shall then be offered for sale by written notice to each of the other stockholders of the corporation....

Pursuant to Article IV, paragraph 4 of the Articles please consider this letter to be written notice and offer to FE to purchase the above-described shares of FE stock at the same price and terms as would govern upon transfer to the winning bidders, named above. It is my understanding that payment must be made in cash and closing of the sale must occur within thirty (30) days of FE's written notice to me that it is electing to exercise its right to purchase any of the subject shares of stock.

Any notice to me of FE's election to exercise, or refusal to exercise, its right to purchase any of the subject shares of stock should be in writing and mailed to me via certified mail, return receipt requested, or in the alternative, hand-delivered between 8:00 a.m. and 5:00 p.m., Monday through Friday.

Very truly yours,

JAY T. SUEMORI,
Commissioner

Finance Enterprises, Ltd.
   Attention: Russell Lau, President
February 7, 2007
Page 3


JTS:bh
cc:   Robert G. Klein, Esq.
      Christopher J. Cole, Esq.
      Ke-Ching Ning, Esq.
      Michael A. Lilly, Esq.
      Steven L. Ching, Esq.
      David M. Lum, Esq.
      Jerrold K. Guben, Esq.
      Harrison P. Chung, Esq.
      Stephanie E.W. Thompson, Esq.
      Jeffrey Daniel Lau, Esq.
      Kurt K. Leong, Esq.
      Stephen A. Jones, Esq.
      Reuben S.F. Wong, Esq.
      Delwyn H.W. Wong, Esq.
      Colette L. Honda, Esq.
      Terrence J. O'Toole, Esq.
      Judith Ann Pavey, Esq.
      Susan Tius, Esq.