

# FINANCE ENTERPRISES, LTD.
*Serving the Finance Factors Family*

*Received*
*2/26/07*
*5:00 p.m.*
*Jay Suemori,*
*Commissioner*

<u>CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u>

February 26, 2007

Jay. T. Suemori, Esq.
Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Re: <u>Kahala CCM Factors, LLC v. Hiram L. Fong, et al.,
Civil No. CV 02-00383 SOM/BMK (Contract)</u>

Dear Mr. Suemori:

In response to your letter dated February 7, 2007, please be informed that Finance Enterprises, Ltd. has declined to exercise its right, pursuant to Article IV, Section 4 of its Articles of Incorporation, to purchase the following shares of Finance Enterprises, Ltd. stock referenced in your letter:

| Lot | Number of Shares | Price Per Share | Total Purchase Price |
|---|---|---|---|
| #2 | 630 | $1,822.44 | $1,148,137.20 |
| #3 | 241 | $1,438.00 | $346,558.00 |

Since Finance Enterprises, Ltd. has declined to exercise its right, the shareholders of Finance Enterprises, Ltd. now have the right under its Articles to acquire the offered stock. We therefore request that pursuant to the Court's Order dated February 22, 2007, you provide written notice to the shareholders of Finance Enterprises, Ltd. of their rights to acquire the offered stock.

Sincerely,
Finance Enterprises, Ltd.

By: _____
Sam K. Yee
Senior VP and General Counsel

cc: All Shareholders

**EXHIBIT C**