# DANDAR ♦ SUEMORI
## ATTORNEYS AT LAW
*A Limited Liability Law Company*

JAMES P. DANDAR
JAY T. SUEMORI

Counsel:
HON. ALLENE RICHARDSON SUEMORI (RET.)

Of Counsel:
MYRON H. TAKEMOTO
KENNETH J. SHIMOZONO

SUITE 801, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-1711
FACSIMILE: (808) 532-1705
E-MAIL: hawaiilawyers@suemorilaw.com

March 1, 2007

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

To:  **Shareholder of**
     **Finance Enterprises, Ltd.**

RE:  Kahala CCM Factors, LLC vs. Hiram L. Fong, et al.;
     <u>Civil No. CV-02-00383 SOM/BMK</u>

     ***Right of First Refusal Pursuant to Article IV of the Articles of***
     ***<u>Incorporation of Finance Enterprises, Ltd. ("Articles")</u>***

Dear Shareholder:

I.  **Introduction.**

I am the Commissioner appointed in the above-referenced case, pursuant to <u>Plaintiff's Findings Of Fact, Conclusions Of Law, Order Granting Plaintiff's Motion For Summary Judgment As To Counts I and III Of The Amended Complaint Filed Herein On February 3, 2003 Filed September 20, 2004</u>, filed on December 1, 2004, and <u>Plaintiff's Findings Of Fact, Conclusions of Law, Order Granting Plaintiff's Motion For Summary Judgment Against Defendants Rodney Leong Fong, Also Known As Rodney L. Fong And Patsy Nakano Fong, Also Known As Patsy N. Fong Filed On October 1, 2003</u>, filed on February 3, 2004.

II.  **Background.**

Pursuant to said Judgments, I conducted two (2) auctions on November 16, 2006 and February 6, 2007, respectively, for shares of stock in Finance Enterprises, Ltd. (hereinafter "FE"). The subject FE stock was divided into three (3) lots for the auctions and the winning bids and bidders were as follows:

**EXHIBIT D**

Shareholder
March 1, 2007
Page 2

| Lot | Number of FE Shares | Winnning Bid | Winning Bidder |
|---|---|---|---|
| #1 | 1,092 Shares | $1,055.25 per share (Total $1,152,333.00) | TFC Holding |
| #2 | 630 Shares | $1,822.44 per share (Total: $1,148,137.60) | Kahala CCM Factors, LLC |
| #3 | 241 Shares | $1,438.00 per share (Total: $346,558.00) | Kahala CCM Factors, LLC |

### III. Finance Enterprises, Ltd.'s and Stockholders' Rights of First Refusal To Purchase Stock.

Article IV, paragraph 4, of the Articles of Incorporation of Finance Enterprises, Ltd., states in relevant part, as follows:

> No stock or subscription right to stock in the corporation shall be transferred to any person without first offering the stock for sale by written notice to the corporation at the same price and on the same terms as would govern upon a transfer to such other person. **If the offer for sale is refused in whole or in part by the corporation, or if the corporation shall fail for a period of fifteen (15) days after receipt of the written offer to accept same by compliance with the terms set forth therein, the stock remaining unsold shall then be offered for sale by written notice to each of the other stockholders of the corporation in proportion to the number of shares of common stock held by each of them respectively at the same price and on the same terms as would govern upon a transfer to the other person. The right to transfer stock or subscription rights to stock to such other person shall not exist until all existing stockholders refuse the offer made as provided above or until they fail for a period of fifteen (15) days after receipt of the written offer to accept same by compliance with the terms set forth therein....** (emphasis added)

On February 21, 2007, I received written notice from FE that it was exercising its right to purchase the FE shares of stock in Lot #1, described above, consisting of 1,092 shares, at the same price of the winning bid of $1,055.25 per share.

On February 26, 2007, FE informed me by written notice that it was **not**

Shareholder
March 1, 2007
Page 3

exercising its right to purchase any of the shares of stock, referenced above, in either Lots #2 or #3.

IV.  **Written Notice and Offer to Stockholders To Purchase FE Shares.**

**Pursuant to Article IV, paragraph 4 of the Articles of Incorporation please consider this letter to be written notice and offer to you,** as a stockholder of the corporation, to purchase the above-described shares of FE stock described in Lots #2 and #3, in proportion to the number of shares of common stock you presently hold at the same price and terms as would govern upon transfer to the winning bidders, named above. If you wish to exercise your right to purchase any of the shares of FE stock in Lots #2 or #3, referenced above, you must notify me in writing that you are exercising your right to purchase within fifteen (15) days after you receive this letter. Payment must be made in cash and closing of the sale must occur within thirty (30) days of your written notice to me that you are electing to exercise your right to purchase any of the subject shares of stock.

Any notice to me of your election to exercise, or refusal to exercise, your right to purchase any of the subject shares of stock in Lots #2 or #3, must be in writing and mailed to me via certified mail, return receipt requested, or in the alternative, hand-delivered between 8:00 a.m. and 5:00 p.m., Monday through Friday. If you mail your notice, I must receive it no later than fifteen (15) days after you have received this letter.

Very truly yours,

JAY T. SUEMORI,
Commissioner

JTS:bh
cc:   Robert G. Klein, Esq.
      Christopher J. Cole, Esq.
      Ke-Ching Ning, Esq.
      Michael A. Lilly, Esq.
      Steven L. Ching, Esq.
      David M. Lum, Esq.
      Jerrold K. Guben, Esq.
      Harrison P. Chung, Esq.
      Stephanie E.W. Thompson, Esq.
      Jeffrey Daniel Lau, Esq.
      Kurt K. Leong, Esq.
      Stephen A. Jones, Esq.

Shareholder
March 1, 2007
Page 4

    Reuben S.F. Wong, Esq.
    Delwyn H.W. Wong, Esq.
    Colette L. Honda, Esq.
    Terrence J. O'Toole, Esq.
    Judith Ann Pavey, Esq.
    Susan Tius, Esq.