**Sherman S. Hee**
4000 Old Pali Road
Honolulu, Hawaii 96817

---

March 16, 2007

HAND DELIVER

Jay T. Suemori, Esq.
Davies Pacific Center
841 Bishop St., Suite 801
Honolulu, Hawaii 96813

Re: Kahala CCM Factors, LLC v. Hiram L. Fong, et al.
    Civil No. CV-02-00383 SOM/BMK
    Right of First Refusal

Dear Mr. Suemori:

I exercise my Right of First Refusal to purchase the amount of
stock I am entitled to pursuant to Article IV, paragraph 4, of
the Articles of Incorporation of Finance Enterprises, Limited.

Please advise me of the sum due.

Thank you very much.

Sincerely,

Sherman S. Hee

Received 3/16/07    9:40 a.m.

Jay T. S. Suemori,
Commissioner

**EXHIBIT E**