# DANDAR ♦ SUEMORI
## ATTORNEYS AT LAW
*A Limited Liability Law Company*

JAMES P. DANDAR
JAY T. SUEMORI

SUITE 801, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-1711
FACSIMILE: (808) 532-1705

Of Counsel:
MYRON H. TAKEMOTO
KENNETH J. SHIMOZONO

E-MAIL: HAWAIILAWYERS@SUEMORILAW.COM
WEBSITE: www.suemorilaw.com

April 6, 2007

Sherman S. Hee
4000 Old Pali Road
Honolulu, Hawaii 96817

RE: Kahala CCM Factors, LLC vs. Hiram L. Fong, et al.;
Civil No. CV-02-00383 SOM/BMK

Dear Mr. Hee:

This will confirm your voicemail message of April 4, 2007 advising me that you were <u>withdrawing</u> your prior letter of March 16, 2007 notifying me of your intention to exercise your right to purchase a prorata share of Finance Enterprises, Ltd.'s stock pursuant to Article IV, paragraph 4 of the Articles of Incorporation. As such, you will <u>not</u> be exercising your right to purchase any Finance Enterprises, Ltd. stock pursuant to the proceedings in the above-referenced matter.

Thank you for your attention to this matter. Please call me if you have any questions.

Very truly yours,

JAY T. SUEMORI,
Commissioner

JTS:bh
cc: All Counsel

# EXHIBIT F