**OFFICIAL BANK CHECK**
First Hawaiian Bank
PO Box 3200 Honolulu, HI 96847-8916
Main Banking Center

DATE: 03/19/2007

0963614 7   90-78/1211

PAY TO THE ORDER OF: JAY T. SUEMORI, COMMISSIONER
CV 02-00383, USDC

ONE MILLION ONE HUNDRED FIFTY TWO THOUSAND THREE HUNDRED THIRTY THREE DOLLARS AN

AMOUNT $1,152,333.00

**CUSTOMER RECEIPT**
NOT NEGOTIABLE

NOTICE TO CUSTOMER
In the event this Official Bank Check is lost, misplaced, or stolen, please call the branch where it was purchased for instructions on submitting a claim.

---

**OFFICIAL BANK CHECK**
Main Banking Center

DATE: 03/19/2007

0963614 7   90-78/1211

PAY TO THE ORDER OF: JAY T. SUEMORI, COMMISSIONER
CV 02-00383, USDC

***ONE MILLION ONE HUNDRED FIFTY TWO THOUSAND THREE HUNDRED THIRTY THREE DOLLARS AN

$1,152,333.00

Two Signatures Required for $100,000 and Over
Authorized Signature
Authorized Signature

First Hawaiian Bank 1213
PO Box 3200 Honolulu, HI 96847-8916
Payable through Bank of the West, Walnut Creek, CA
THE BACK OF THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD AT ANGLE TO VIEW.

⑈0963614⑈ ⑆121100782⑆ ⑈400791⑈ 9450

**EXHIBIT G**