

RESTRICTED CERTIFICATE (SEE REVERSE)

NO. 65 — SHARES 660

INCORPORATED UNDER THE LAWS OF STATE OF HAWAII

FINANCE ENTERPRISES, LTD.

Authorized Capital: $700,000.00

This Certifies that *RODNEY L. FONG* is the owner of *Six hundred sixty* Shares of the Capital Stock of FINANCE ENTERPRISES, LTD. transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of the Corporation have hereunto subscribed their names and caused the corporate Seal to be hereto affixed at Honolulu, Hawaii this 8th day of August A.D. 1985.

_____ President/Vice-President
_____ Secretary/Treasurer

$10.00 EACH

EXHIBIT H

These securities have not been registered under the Securities Act of 1933 or under Chapter 485, Hawaii Revised Statutes. They may not be sold or offered for sale in the absence of effective registration statements, as to these securities, under that Act and Chapter, or an opinion of counsel satisfactory to the Corporation that such registration is not required.

The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation.

**CERTIFICATE FOR 660 SHARES of the Capital Stock of FINANCE ENTERPRISES, LTD.**

ISSUED TO RODNEY L. FONG

August 8, 1985

For Value Received, I hereby sell, assign and transfer unto Finance Enterprises 660 ———— of the Capital Stock represented by the within certificate, and do hereby irrevocably constitute and appoint Finance Enterprise to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.

Dated March 19, 2007

In presence of

Nominee of Jay T Sasaki
Commissioner



These securities have not been registered under the Securities Act of 1933 or under Chapter 485, Hawaii Revised Statutes. They may not be sold or offered for sale in the absence of effective registration statements, as to these securities, under that Act and Chapter, or an opinion of counsel satisfactory to the Corporation that such registration is not required.

The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation.

**CERTIFICATE FOR 210 SHARES OF THE Capital Stock**

FINANCE ENTERPRISES, LTD.

ISSUED

RODNEY L. FONG

DATED August 12, 1987

For Value Received I hereby sell assign and transfer unto Finance Enterprises 210 Shares of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint Finance Enterprise to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.

Dated March 19, 2007

In presence of

Nominee for Joy T.
Sakimori, Companion



RESTRICTED CERTIFICATE (See Reverse)

No. 205

INCORPORATED UNDER THE LAWS OF STATE OF HAWAII

FINANCE ENTERPRISES, LTD.

Authorized Capital: $700,000.00

SHARES *222*

This Certifies that RODNEY L. FONG

---TWO HUNDRED TWENTY-TWO--- (222)

is the owner of Shares of the Capital Stock of Finance Enterprises, Ltd. transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of this Corporation have hereunto subscribed their names and caused the corporate seal to be hereto affixed at Honolulu, Hawaii this 18th day of February A.D. 19 92

President/Vice-President
Chairman of the Board

Secretary/Treasurer

222 Shares $10.00 Each



These securities have not been registered under the Securities Act of 1933 or under Chapter 485, Hawaii Revised Statutes. They may not be sold or offered for sale in the absence of effective registration statements, as to these securities, under that Act and Chapter, or an opinion of counsel satisfactory to the Corporation that such registration is not required.

The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation.

CERTIFICATE FOR *222* SHARES OF THE CAPITAL STOCK

Finance Enterprises, Ltd.

ISSUED

RODNEY L. FONG

DATED 2/18/92

For Value Received I hereby sell assign and transfer unto Finance Enterprises 222 Shares of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint Finance Enterprises to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.

Dated March 19 — 2007

In presence of

Nominee of Joy T. Shimam
Commissioner
[signature] Dale