# DANDAR ♦ SUEMORI

A Limited Liability Law Company

JAMES P. DANDAR
JAY T. SUEMORI

ATTORNEYS AT LAW
SUITE 801, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-1711
FACSIMILE: (808) 532-1705

E-MAIL: HAWAIILAWYERS@SUEMORILAW.COM
WEBSITE: www.suemorilaw.com

## ACKNOWLEDGEMENT AND RECEIPT

March 19, 2007

I herby acknowledge receipt of First Hawaiian Bank "Official Bank Check" no. 0963618-3 in the sum of NINE HUNDRED EIGHTY ONE THOUSAND SEVEN HUNDRED SIXTY FIVE AND 94/100 DOLLARS ($981,765.94) made payable to McCorriston Miller Mukai MacKinnon LLP Client Trust Account pursuant to the e-mail transmitted by Stewart Pressman, Esq. on March 19, 2007 and attached hereto as Exhibit "A".

_____
Authorized and Approved Representative of
McCorriston Miller Mukai MacKinnon LLP

Acknowledgement and Receipt for FHB Official Bank Check no. 0963618-3

# EXHIBIT I

---

Reminder: AOL will never ask you to send us your password or credit card number in an email.   This message has been scanned for known viruses.

| | |
|---|---|
| From: | SPres sman@m4law.com |
| To: | JPDa ndar@aol.com |
| Subject: | Kahala CCM Factors, LLC Payment |
| Date: | Mon, 19 Mar 2007 1:11 PM |

Jim,

In order to facilitate our ability to make a wire transfer to our client of the $981,765.94 cashier's check we are expecting to receive today from Commissioner Suemori, please have that cashier's check made out to McCorriston Miller Mukai MacKinnon LLP Client Trust Account. McCorriston, as attorneys on behalf of Kahala CCM Factors, LLC, is making this request in order that we can wire the funds to our client on the East Coast and thereby avoid losing another day or two of interest income for the client that would be occasioned by an overnight delivery of the cashier's check (which I am told can take at least two days).

Thank you very much for your cooperation in this matter. Please feel free to contact me with any comments or questions you may have.

Regards,
Stewart

Stewart Pressman
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Tel. No. (808) 529-7300
Fax No.: (808) 524-8293
E-mail: Pressman@m4law.com

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail or telephone, and return the original message. THANK YOU.

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code or for promoting, marketing or recommending any tax-related matters addressed herein.



**OFFICIAL BANK CHECK**
First Hawaiian Bank
P.O. Box 3200  Honolulu, HI 96847-8916
Main Banking Center

DATE: 03/19/2007

0963618 3   90-78/1211

PAY TO THE ORDER OF: NINE HUNDRED EIGHTY ONE THOUSAND SEVEN HUNDRED SIXTY FIVE DOLLARS AND 94 CENTS

MCCORRISTON MILLER MUKAI MACKINNON LLP
CLIENT TRUST ACCOUNT

AMOUNT: $981,765.94

**CUSTOMER RECEIPT**
NOT NEGOTIABLE

NOTICE TO CUSTOMER

In the event this Official Bank Check is lost, misplaced, or stolen, please call the branch where it was purchased for instructions on submitting a claim.

---

**OFFICIAL BANK CHECK**

Main Banking Center

DATE: 03/19/2007

0963618 3   90-78/1211

$981,765.94

PAY TO THE ORDER OF: ***NINE HUNDRED EIGHTY ONE THOUSAND SEVEN HUNDRED SIXTY FIVE DOLLARS AND 94 CENTS

MCCORRISTON MILLER MUKAI MACKINNON LLP
CLIENT TRUST ACCOUNT

Two Signatures Required for $100,000 and Over

Authorized Signature
Authorized Signature

First Hawaiian Bank 1213
P.O. Box 3200  Honolulu, HI 96847-8916
Payable through Bank of the West, Walnut Creek, CA

THE BACK OF THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD AT ANGLE TO VIEW.

⑆0963618⑆ ⑈121100782⑈ 184007912⑈ 9450