# DANDAR ♦ SUEMORI
## ATTORNEYS AT LAW
*A Limited Liability Law Company*

JAMES P. DANDAR
JAY T. SUEMORI

SUITE 501, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-1711
FACSIMILE: (808) 532-1705

E-MAIL: HAWAIILAWYERS@SUEMORILAW.COM
WEBSITE: www.suemorilaw.com

Of Counsel:
MYRON H. TAKEMOTO
KENNETH J. SHIMOZONO

## TRANSMITTAL MEMORANDUM

April 25, 2007

TO:   Stewart Pressman, Esq.
      Five Waterfront Plaza, 4th Floor
      500 Ala Moana Boulevard
      Honolulu, Hawaii  96813

RE:   Kahala CCM Factors, LLC vs. Hiram L. Fong, et al.;
      Civil No. CV-02-00383 SOM/BMK

We are sending you the following:

| ORIG | COPIES | DATE | DESCRIPTION |
|---|---|---|---|
| 1 | | 08/13/93 | Stock Certificate No. 238 (241 shares) of Finance Enterprises, Ltd. |
| 1 | | 12/01/87 | Stock Certificate No. 109 (486 shares) of Finance Enterprises, Ltd. |
| 1 | | 09/22/89 | Stock Certificate No. 139 (144 shares) of Finance Enterprises, Ltd. |

( ) FOR YOUR INFORMATION
( ) per your request
( ) for signature & return
( ) for signature & forwarding
    as noted below
( ) for review & comment
( xx ) for necessary action

( ) per your request
( ) per our conversation
( ) for your files
( xx ) see remarks below

REMARKS:  Stewart,
          Enclosed pursuant to our discussion are the three (3) Finance Enterprises, Ltd.

# EXHIBIT J

stock certificates which I have indorsed in favor of Kahala CCM Factors, LLC. Please call me if you require any further information. Thank you.

By: _____
JAY T. SUEMORI, Commissioner



RESTRICTED CERTIFICATE (See Reverse)

INCORPORATED UNDER THE LAWS OF
STATE OF HAWAII

NO. 139
SHARES *144*

FINANCE ENTERPRISES, LTD.

Authorized Capital: $700,000.00

This Certifies that

*HIRAM L. FONG, JR.*

*One hundred forty-four*

is the owner of

fully paid and non-assessable shares of the Capital Stock of

FINANCE ENTERPRISES, LTD.

transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of said corporation have hereunto subscribed their names and caused the corporate seal to be hereto affixed at Honolulu, Hawaii this 22nd day of September A.D. 1989

President/Vice-President
Secretary/Treasurer

Shares $10.00 Each

# CERTIFICATE

## FOR *144* SHARES

### of the Capital Stock of

**FINANCE ENTERPRISES, LTD.**

ISSUED TO

HIRAM L. FONG, JR.

CERTIFIED / DENIED

September 22, 1989

These securities have not been registered under the Securities Act of 1933 or under Chapter 485, Hawaii Revised Statutes. They may not be sold or offered for sale in the absence of effective registration statements, as to these securities, under that Act and Chapter, or an opinion of counsel satisfactory to the Corporation that such registration is not required.

The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation.

---

For Value Received, I hereby sell, assign and transfer unto

KAHALA CCM FACTORS, LLC

One Hundred Forty Four (144) _____ Shares

of the Capital Stock represented by the within Certificate, and do hereby irrevocably constitute and appoint ANY OFFICER OF FINANCE ENTERPRISES, LTD. to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.

Dated APRIL 25, 2007

In presence of

_____ [signature] Hiram L. Fong, Jr., Commissioner

NOTICE THE SIGNATURE OF THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PARTICULAR WITHOUT ALTERATION OR ENLARGEMENT OR ANY CHANGE WHATEVER



# CERTIFICATE

## FOR 486 SHARES

### of the Capital Stock

### of

**FINANCE ENTERPRISES, LTD.**

**ISSUED TO**

HIRAM L. FONG, JR.

DATED December 1, 1987

---

The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation.

These securities have not been registered under the Securities Act of 1933 or under Chapter 485, Hawaii Revised Statutes. They may not be sold or offered for sale in the absence of effective registration statements, as to these securities, under that Act and Chapter, or an opinion of counsel satisfactory to the Corporation that such registration is not required.

---

*For Value Received, I hereby sell, assign and transfer unto* KAHALA CCM FACTORS, LLC *Four Hundred Eighty Six (486)* *Shares of the Capital Stock represented by the within Certificate and do hereby irrevocably appoint and authorize* ANY OFFICER OF FINANCE ENTERPRISES, LTD. *to transfer the said Stock on the books of the within named Corporation with full power of substitution in the premises.*

Dated April 25, 2007

[signature] *In presence of*

NOTICE: THE SIGNATURE TO THIS ASSIGNMENT MUST CORRESPOND WITH THE NAME AS WRITTEN UPON THE FACE OF THE CERTIFICATE IN EVERY PART, IT BEING WITNESSED, ALTERATIONS, ENLARGEMENT OR ANY CHANGE WHATEVER.

Case 1:03-cv-00385-SOM-BMK   Document 251-11   Filed 06/01/2007   Page 7 of 8

RESTRICTED CERTIFICATE (See Reverse)

INCORPORATED UNDER THE LAWS OF
STATE OF HAWAII

No. 238

Shares *241*

FINANCE ENTERPRISES, LTD.

Authorized Capital: $700,000.00

This Certifies that ELLYN LO FONG, TRUSTEE OF THE ELLYN LO FONG REVOCABLE TRUST DATED 3/24/93

---TWO HUNDRED FORTY ONE---(241)

is the owner of transferable only on the Books of the Corporation by the holder hereof in person or by duly authorized Attorney, on surrender of this Certificate properly endorsed.

In Witness Whereof the duly authorized officers of this Corporation have hereunto subscribed their names and caused the corporate Seal to be hereunto affixed at HONOLULU, HAWAII this 12th day of August A.D. 19 93

President/Vice-President
Secretary/Treasurer

Shares Each



(Certificate of shares, displayed upside-down in scan)

CERTIFICATE FOR *241* SHARES

United States of the Finance Enterprises, Ltd.

ISSUED TO
ELLYN LO FONG, TRUSTEE
OF THE ELLYN LO FONG
REVOCABLE TRUST DATED
3/24/93
DATED 8/12/93

These securities have not been registered under the Securities Act of 1933 or under Chapter 485, Hawaii Revised Statutes. They may not be sold or offered for sale in the absence of effective registration statements, as to these securities, under that Act and Chapter, or an opinion of counsel satisfactory to the Corporation that such registration is not required.

The transfer of these securities is subject to the restrictions set forth in Article IV of the Articles of Incorporation of the Corporation.

I _____ KAHALA CCM FACTORS, LLC
Two Hundred Forty One (241) _____
_____ Any Officer of Finance Enterprises, Ltd.
_____ April 25, 2007
_____ Tyler Roukema, Commissioner