# SUEMORI & ASSOCIATES
## ATTORNEYS AT LAW
*A Limited Liability Law Company*

SUITE 801, DAVIES PACIFIC CENTER
841 BISHOP STREET
HONOLULU, HAWAII 96813

TELEPHONE: (808) 532-1711
FACSIMILE: (808) 532-1705

E-MAIL: HAWAIILAWYERS@SUEMORILAW.COM
WEBSITE: www.suemorilaw.com

## ACKNOWLEDGEMENT AND RECEIPT

I hereby acknowledge receipt of check no. 2036 in the sum of Fifty Thousand and No/100 Dollars ($50,000.00) made payable to Sandra Loomis, Trustee, pursuant to Stipulation Re: Award of Attorneys' Fees and Costs and Order, filed April 10, 2007 and attached hereto as Exhibit "A".

_____
Authorized and Approved Representative and
Agent for Sandra Loomis, Trustee

Date: May 7, 2007

# EXHIBIT K

McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN         #1192-0
CHRISTOPHER J. COLE     #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) STIPULATION RE: AWARD OF |
| vs. | ) ATTORNEYS' FEES AND COSTS |
| | ) AND ORDER |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION RE: AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff Kahala CCM Factors, LLC ("Plaintiff" or "Kahala"), Defendants Rodney Leong Fong and Patsy Nakano Fong (the "Fongs"), and Sandra Loomis, the bankruptcy trustee for the Fongs' bankruptcy pending in In re Rodney Leong Fong and Patsy Nakano Fong, Case No. 05-04104 (U.S. Bankr. Hawaii), being all

56564/159237.1

of the interested parties in the matter of the attorneys' fees and costs to be awarded to Plaintiff in this matter, hereby stipulate through their undersigned counsel that:

1. Plaintiff be and hereby is awarded the sum of $212,408.58 for its fees and costs incurred in this matter (the "Award");

2. The Award be and hereby is allocated among the Lot 1 Shares (pledged by the Fongs to secure debt of Rodney Leong Fong), Lot 2 Shares (pledged by Hiram Fong, Jr. to secure debt of Hiram Fong, Sr.) and Lot 3 Shares (pledged by Ellen Lo Fong, trustee, to secure debt of Hiram Fong, Sr.), as described with more particularity in the "Order Granting in Part, and Denying in Part, Plaintiff Kahala CCM Factors, LLC's Motion for an Order Approving Report of Commissioner and Confirming the Sale of Collateral (1,963 Shares of Stock in Finance Enterprises, Ltd.) at Public Auction, Filed December 13, 2006", filed herein on February 22, 2007 (the "Order Confirming Sales"), as follows:

   a. $106,204.29 (50% of the Award) to Lot 1 Shares;
   b. $53,102.15 (25% of the Award) to Lot 2 Shares; and
   c. $53,102.14 (25% of the Award) to Lot 3 Shares.

3. Whereas, out of the $1,152,333.00 of cash proceeds from the sale of Lot 1 Shares (1,092 shares x $1,055.25 per share) confirmed in the Order Confirming Sales, $14,362.77 was paid to Commissioner Jay Suemori (the "Commissioner") for his fee, leaving a balance of $1,137,970.23, and whereas

from said balance an additional $981,765.94 was paid to Plaintiff as the undisputed secured amount of the debt owed by the Fongs to Plaintiff, leaving a present balance of $156,204.29 now being held by the Commissioner for distribution, said proceeds shall be distributed forthwith, as follows:

    a. $50,000 (Fifty Thousand Dollars and No Cents) to Bankruptcy Trustee Sandra Loomis; and

    b. $106,204.29 (One Hundred and Six Thousand Two Hundred and Four Dollars and 33 Cents) to Plaintiff in full and final satisfaction of the Award as allocated to the Lot 1 Shares securing the Rodney Leong Fong's debt, as set forth above, and all debt owed by Rodney Leong Fong or his bankruptcy estate to Plaintiff.

4. The portion of the Award allocated to Lot 2 Shares and Lot 3 Shares may be used by Plaintiff as credits to be applied to Plaintiff's bid on said collateral as approved in the Order Confirming Sales, but no deficiency judgment shall issue thereon.

DATED: Honolulu, Hawaii, _____ April 9, 2007 _____.

/s/ Christopher J. Cole
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for Plaintiff
Kahala CCM Factors, LLC

    /s/ Harrison P. Chung
    HARRISON P. CHUNG

Attorney for Defendants
Rodney Leong Fong and Patsy Nakano
Fong, et al.

    /s/ Susan Tius
    SUSAN TIUS

Attorney for Trustee
Sandra L. Loomis

APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 10, 2007

---

Kahala CCM Factors, LLC v. Hiram L. Fong, et al.
Civil No. CV-02-00383 SOM/BMK
STIPULATION RE: AWARD OF ATTORNEYS' FEES AND COSTS