**Jay Suemori**

**From:** Laura Mattiucci [lmattiucci@fhb.com]
**Sent:** Friday, May 18, 2007 3:05 PM
**To:** jay@suemorilaw.com
**Cc:** Alan Tamanaha
**Subject:** Outgoing Wire

Jay

This is to confirm per your request that the wire for $106,204.29 was sent out on 05/16/07.

The Beneficiary was Bear Stearns Securities acct#0███████
For further credit to Condrarian Real Estate Fund, LP #███████

To Citibank, New York, NY.

Thank you
Laura


Laura Mattiucci
First Hawaiian Bank
Business Banking Service Representative
Phone: 808-525-8974
Fax: 808-525-8921

------------------------------------------------------------

This email is intended only for the person or entity to which it is addressed and may contain confidential information. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you receive this e-mail in error, please contact the sender by replying to this e-mail and delete this e-mail and any attachments from all computers without reading or saving the same in any matter whatsoever.

EXHIBIT L