## SUEMORI & ASSOCIATES
A Limited Liability Law Company

Suite 801, Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Ph: (808) 532-1711     Fax:(808) 532-1705
**Fed Tax ID #42-1535151**

The Honorable Barry Kurren, U.S. Magistrate
U.S. Court House
Honolulu, HI 96813

Jun 01, 2007

File #:  060020
Inv #:   49676

Attention:

RE:  N. Harwood Street Partners I., L.P v. Hiram Fong et. al. U.S. D. C. CV 02 00383

| FEES | EXPLANATION | HRS | AMOUNT | LWYR |
|---|---|---|---|---|
| Mar-16-07 | Review Declaration of Mr. Chris Cole re: undisputed amount. | 0.20 | 35.00 | JD |
|  | Briefing as to events of 3-19-07 re: 1091 shares | 0.40 | 70.00 | JD |
| Mar-19-07 | Meet, execute and exchange stock certificates and receive check from Mr. Wong | 0.50 | 87.50 | JD |
|  | Various conferences with Mr. Pressman re: check for undisputed amount. | 0.50 | 87.50 | JD |
|  | Various conferences with officers of First Hawaiian to deposit Finance Enterprises check and have a check cut made payable to McCorriston Miller; prepare receipt and acknowledgements. | 2.10 | 367.50 | JD |
| Mar-27-07 | Review and Analysis of FE's Motion for Sanctions. | 1.00 | 175.00 | JS |
|  | Matter re: FE/Kahala CCM closing; confirm documents; etc. | 0.50 | 87.50 | JS |
|  | Review amended Order from Judge Faris re: Motion to Sell w/ original order. | 0.40 | 70.00 | JS |
|  | Review Judge Mollway's Order re: shorten time re: compel enforcement. | 0.20 | 35.00 | JS |



EXHIBIT M

| | | | | |
|---|---|---|---|---|
| **Page #2** | T... Honorable Barry Kurren, U.S. Magistr... | | | 49676 |
| Mar-28-07 | TC w/ Plaintiff's Atty. re; Right of First Refusal by Shareholders; etc. | 0.30 | 52.50 | JS |
| Mar-29-07 | Review FE Shareholders Statement; etc. | 0.30 | 52.50 | JS |
| Apr-04-07 | TC w/ FE (S. Yee) re: Shareholder election to purchase; procedure to consummate. | 0.30 | 52.50 | JS |
| Apr-06-07 | Shareholder Report to purchase matter; Notification to Counsel re: same; finalization of Commissioner's duties. | 1.00 | 175.00 | JS |
| Apr-09-07 | Review corresp. re: FE Hearing. | 0.20 | 35.00 | JS |
| | TC w/ S. Yee re: status of Shareholders' Report of 1st refusal. | 0.20 | 35.00 | JS |
| | Matter re: finalization of shareholders to Kahala; termination of Commissionership; etc. | 0.80 | 140.00 | JS |
| Apr-10-07 | Review stipulation re: Plaintiff's Attys' fees and costs; Motion re: same; confirm sums re: funds; etc.; balance re: same. | 0.80 | 140.00 | JS |
| Apr-11-07 | Matter re: issuance of new stock certificates for Kahala LLM. | 0.30 | 52.50 | JS |
| | TC w/ Stewart Pressman re: Stock Certificate endorsements and funds to Plaintiffs. | 0.20 | 35.00 | JS |
| Apr-16-07 | Review NVC Opposition Memo to FE Motion for Sanctions. | 0.50 | 87.50 | JS |
| | Prepare and finalize Statement re: No position and Non-Appearance; etc. | 0.50 | 87.50 | JS |
| Apr-18-07 | Review documents for Final Supplement Commissioner's Report. | 0.70 | 122.50 | JS |
| | Review Kahala pleadings re: FE Motion for Sanctions. | 0.20 | 35.00 | JS |
| | TC w/ C. Cole re: funds remaining for disbursement. | 0.30 | 52.50 | JS |
| | TC w/ S. Pressman re: Stock certificates. | 0.20 | 35.00 | JS |
| Apr-19-07 | Review corresp. and FE Corp. documents; Prepare Letter to FE Atty. re: Stock Certificates; Initial draft of Supp. and final Commissioner's Report. | 2.00 | 350.00 | JS |
| | TC w/ S. Pressman re: Stock certificates. | 0.20 | 35.00 | JS |
| | Continue prep. Draft Supplement Commissioner's Report; Exhibits. | 1.00 | 175.00 | JS |
| Apr-24-07 | Review FE's Reply Memo; Exhibits; etc. | 0.50 | 87.50 | JS |
| | TC w/ S. Pressman re: endorsement of Stock Certificates. | 0.20 | 35.00 | JS |
| Apr-25-07 | TC w/ FE Atty. re: Stock Certificates. | 0.20 | 35.00 | JS |
| | Review Documents; indorse Stock Certificates; TC w/ Plaintiff's Atty. re: same. | 0.50 | 87.50 | JS |
| Apr-26-07 | Review Defendant M. Fong's Memorandum re: NVC and FE Motion. | 0.30 | 52.50 | JS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | TC from Plaintiff's Atty. re: Final disbursement. | 0.30 | 52.50 | JS |
| Apr-30-07 | Review Defendant NVC's Motion to File Supp. Exhibits; etc. | 0.40 | 70.00 | JS |
| | TC from Plaintiff's Atty. re: Remaining balance and payment. | 0.20 | 35.00 | JS |
| May-01-07 | Analysis of Trust balance and stipulation. | 0.30 | 52.50 | JS |
| | TC w/ Plaintiff's Atty. re: Final disbursement. | 0.20 | 35.00 | JS |
| | TC w/ Plaintiff's Atty. re: disbursement of undisputed amounts. | 0.20 | 35.00 | JS |
| May-02-07 | Matter re: Final distribution. | 0.70 | 122.50 | JS |
| | TC w/ Plaintiff's Atty. re: final distribution. | 0.20 | 35.00 | JS |
| May-03-07 | TC w/ Trustee re: Distribution of funds. | 0.30 | 52.50 | JS |
| | Corresp. to Trustee re: Distribution. | 0.40 | 70.00 | JS |
| May-04-07 | TC from Plaintiff's Atty. re: wiring distribution funds rather than check payment. | 0.30 | 52.50 | JS |
| May-07-07 | TC w/ Trustee's Atty. re: Distribution; Supp. Final Report. | 0.20 | 35.00 | JS |
| | Review Order Denying Motion. | 0.20 | 35.00 | JS |
| May-08-07 | Matter re: wiring funds to Plaintiff per distribution. | 0.60 | 105.00 | JS |
| | Email from S. Pressman re: wife transfer | 0.30 | 52.50 | JS |
| May-14-07 | TC w/ FHB re: wiring info and account set up. | 0.30 | 52.50 | JS |
| May-15-07 | TC from FHB re: wire information to Plaintiff. | 0.30 | 52.50 | JS |
| | TC from S. Pressman re: wiring information; TC w/ FHB re: same. | 0.30 | 52.50 | JS |
| May-18-07 | TC w/ FAO re: wire to Plaintiff. | 0.30 | 52.50 | JS |
| | TC w/ Plaintiff's Atty. re: payment via wire; etc. | 0.30 | 52.50 | JS |
| May-31-07 | Amend, supplement, revise and finalize Commissioners' Supplemental Report with Exhibits. | 3.50 | 612.50 | JS |
| | Sub-Total | 27.30 | $4,777.50 | |
| | Hawaii State GET | | $199.22 | |
| | Total Fees & Tax | | $4,976.72 | |

**DISBURSEMENTS**                                  Disbursements         Receipts

| | | |
|---|---|---|
| Photocopies | 97.00 | |
| Fax | 7.50 | |

Page #4  The Honorable Barry Kurren, U.S. Magistrate    49676

| | | |
|---|---:|---:|
| Courier Fee. | 215.00 | |
| Postage * | 0.39 | |
| Totals | $319.89 | $0.00 |

\* = Non-Taxable Disbursement

| | |
|---|---:|
| **Total Disbursements** | **$319.89** |
| **Total tax on Disbursements** | **$13.32** |
| **Total Fees & Disbursements** | **$5,309.93** |
| Previous Balance | $14,362.77 |
| Previous Payments | $14,362.77 |
| **Balance Due Now** | **$5,309.93** |