IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (Contract) |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| HIRAM L. FONG, ALSO KNOWN AS | ) | |
| HIRAM S. FONG, SR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document will be duly served upon the following at their last known addresses upon filing as follows:

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| GEORGE W. BRANDT, ESQ.<br>BEVERLY HIRAMATSU, ESQ.<br>841 Bishop Street, Ste 1800<br>Honolulu, Hawaii 96813<br><br>Attorneys for Former Plaintiff<br>N. Harwood Street Partners I, L.P. | ( X ) | ( ) |
| JEFFREY D. LAU, ESQ.<br>KURT K. LEONG, ESQ.<br>Ocean View Center<br>707 Richards Street, Ste. 600<br>Honolulu, Hawaii 96813<br><br>Attorneys for Certain Defendants | ( X ) | ( ) |

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| STEPHEN A. JONES, ESQ.<br>MICHAEL A. LILLY, ESQ.<br>JILL D. RAZNOV, ESQ.<br>707 Richards Street, Suite 700<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>1570 ALEWA LIMITED PARTNERSHIP | ( X ) | ( ) |
| HARRISON P. CHUNG, ESQ.<br>Law Office of Harrison P. Chung<br>1136 Union Mall, Suite 206<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendants<br>HIRAM LEONG FONG and ELLYN LO FONG | ( X ) | ( ) |
| ROBERT G. KLEIN, ESQ.<br>CHRISTOPHER J. COLE, ESQ.<br>STEWART PRESSMAN, ESQ.<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaii 96813<br><br>Attorneys for Plaintiff<br>KAHALA CCM FACTORS, LLC | ( X ) | ( ) |
| TERRANCE J. O'TOOLE, ESQ.<br>STEPHANIE E.W. THOMPSON, ESQ.<br>Starn O'Toole Marcus & Fisher<br>Pacific Guardina Center, Makai Tower<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>Marvin Allan Fong, As Trustee<br>for the Marvin Allan Fong<br>Revocable Trust Agreement Dated<br>5/9/94 and As Receiver for Nathan Allan Fong,<br>Sandra Y.Y. Au Fong, As Trustee of the Sandra<br>Y.Y. Au Fong Revocable Trust Agreement Dated 5/9/94 | ( X ) | ( ) |

|  | Hand Delivery | U.S. Mail |
|---|---|---|
| STEVEN L. CHING, ESQ.<br>DAVID M. LUM, ESQ.<br>Char Sakamoto Ishii Lum & Ching<br>Davies Pacific Center<br>841 Bishop Street, Suite 850<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>SAI INVESTMENT COMPANY | ( X ) | ( ) |
| JERROLD K. GUBEN, ESQ.<br>Reinwald O'Connor & Playdon<br>Pacific Guardian Center, Makai Tower<br>733 Bishop Street, 24th Floor<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>RONALD KOTOSHIRODO | ( X ) | ( ) |
| REUBEN S.F. WONG, Esq.<br>DELWYN H.W. WONG, Esq.<br>COLLETTE L. HONDA, Esq.<br>1164 Bishop Street, Suite 1005<br>Honolulu, Hawaii 96813<br><br>Attorneys for Defendant<br>FINANCE ENTERPRISES, LTD. | ( X ) | ( ) |
| JUDITH ANN PAVEY, Esq.<br>Century Square<br>1188 Bishop Street, Suite 907<br>Honolulu, Hawaii 96813<br><br>Attorney for Defendant<br>NVC Limited Partnership | ( X ) | ( ) |

DATED: Honolulu, Hawaii, June 1, 2007.

JAY T. SUEMORI
Commissioner