McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.: 524-8293
E-mail: klein@m4law.com/cole@m4law.com

Attorneys for
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| KAHALA CCM FACTORS, LLC, | ) | CIVIL NO. CV-02-00383 SOM/BMK |
| | ) | (CONTRACT) |
| Plaintiff, | ) | |
| | ) | NOTICE OF SUBMISSION OF |
| vs. | ) | PROPOSED FINAL ORDER |
| | ) | REGARDING DISBURSEMENT |
| HIRAM L. FONG, ALSO KNOWN AS | ) | OF FORECLOSURE PROCEEDS; |
| HIRAM L. FONG, SR., et al. | ) | EXHIBITS "A"-"B"; |
| | ) | CERTIFICATE OF SERVICE |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

56564/162384.1

NOTICE OF SUBMISSION OF PROPOSED FINAL ORDER
REGARDING DISBURSEMENT OF FORECLOSURE PROCEEDS

TO:     All parties and counsel as indicated on attached service list.

Pursuant to the provisions of Rule 58.2 of the Local Rules of Practice for the United States District Court, District of Hawaii,

YOU ARE NOTIFIED that the undersigned has prepared and submitted to the Court a Final Order Regarding Disbursement of Foreclosure ("Order"), a copy of which is attached as Exhibit "A". The language of the proposed Order has been approved by Susan Tius, Esq., counsel for Sandra Loomis, U.S. Bankruptcy Trustee for the Bankruptcy Estate of Rodney L. Fong and Patsy Nakano Fong, as indicated by the email dated June 15, 2007, copy of which is attached hereto as Exhibit "B".

Pursuant to the provisions of Local Rule 58.2, you have five (5) business days from your receipt of this notice to serve upon all parties and to mail or deliver to the Court a statement of your objections to the attached Order; and the reasons for your objections, or a draft of the order which you propose to substitute for the

attached. For the Court's convenience, the original of the Order will also be transmitted via electronically to the Judge for her further necessary action.

DATED: Honolulu, Hawaii, _____JUN 1 5 2007_____.

_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC