## Joni S. AuYoung

**From:** Susan Tius [STius@rmhawaii.com]
**Sent:** Friday, June 15, 2007 2:47 PM
**To:** Christopher J. Cole; Stewart Pressman
**Cc:** Harrison P. Chung; Sandy Loomis
**Subject:** RE: Kahala CCM Factors, LLC. v. Hiram L. Fong, et al.

Yes I approve the form of Order. Thank you for your clarification.

---

**From:** Christopher J. Cole [mailto:Cole@m4law.com]
**Sent:** Friday, June 15, 2007 12:25 PM
**To:** Susan Tius; Stewart Pressman
**Cc:** Harrison P. Chung; Sandy Loomis
**Subject:** RE: Kahala CCM Factors, LLC. v. Hiram L. Fong, et al.

Susan,

My declaration re undisputed amounts was filed in the foreclosure action on March 16th. I attached it to show you how the various amounts were calculated as far as principal versus interest and other items.

The judgment amount was actually $531,918 principal and $4,834.83 interest, for a total judgment amount of $536,752.83. I've attached a copy of the foreclosure judgment/decree for your review (see page 6). It was not all principal. I should have attached the foreclosure decree with my earlier email, but I thought you already had a copy of that.

It is my understanding that the reason the interest portion was so small as of the date of the judgment was due to application of the proceeds of the sale of the Market City stock just before the judgment was finalized, as reflected in the preamble to the judgment, at p. 2 (declaration of Bill Douning filed on 1/16/04 verified the sale of the stock to the court).

With this clarification, do you still approve the proposed form of the order?

Thanks, Chris.

---

**From:** Susan Tius [mailto:STius@rmhawaii.com]
**Sent:** Friday, June 15, 2007 12:04 PM
**To:** Christopher J. Cole; Stewart Pressman
**Cc:** Harrison P. Chung; Sandy Loomis
**Subject:** RE: Kahala CCM Factors, LLC. v. Hiram L. Fong, et al.

The form of proposed Order is approved by the Trustee. However, in your Declaration is it possible for you to confirm that all of the Judgment amount is principal (unusual for a Judgment.) Feel free to contact me to discuss.

---

**From:** Christopher J. Cole [mailto:Cole@m4law.com]
**Sent:** Friday, June 15, 2007 11:17 AM
**To:** Susan Tius; Stewart Pressman
**Cc:** Harrison P. Chung; Sandy Loomis
**Subject:** RE: Kahala CCM Factors, LLC. v. Hiram L. Fong, et al.

Susan,

Attached, please find (1) the declaration we submitted on the "undisputed amounts" which breaks down what was

EXHIBIT "B"

principal and what was interest out of the Rodney and Patsy Fong loan, and (2) a form of proposed order I plan to submit in the foreclosure litigation. The remaining proceeds to be distributed to us under the proposed order ($12,070.72 - $5,309.93 = $6,760.79) will be allocated to fees and costs. I hope this answers your question on what was interest and what was allocated to other items, such as fees and costs, late charge, etc. Please let me know if you need more information.

The judge is expecting me to submit my form of the order today. I had to get the existing balance ($12,070.72) orally from Jay Suemori as he did not include it in his supplemental report. Jay explained the balance is comprised of our down-payment $12,115, minus wire transfer fees.

It would be helpful if you could reply by return email that you agree with the disposition of the excess funds Suemori is holding and the form of the order, so that we can print it out and the attach it with our notice of submission to the judge and other parties. Thank you in advance for your courtesy and cooperation.

Chris.

---

**From:** Susan Tius [mailto:STius@rmhawaii.com]
**Sent:** Friday, June 15, 2007 8:28 AM
**To:** Stewart Pressman; Christopher J. Cole
**Cc:** Harrison P. Chung; Sandy Loomis
**Subject:** FW: Kahala CCM Factors, LLC. v. Hiram L. Fong, et al.

We'd appreciate your assistance in providing the information needed by the Trustee. Your client may be intending to issue a form 1099 to the Trustee. Feel free to contact me if there are questions.

---

**From:** Susan Tius
**Sent:** Tuesday, June 05, 2007 3:17 PM
**To:** Christopher J. Cole; pressman@m4law.com
**Cc:** Sandy Loomis; Harrison P. Chung
**Subject:** Kahala CCM Factors, LLC. v. Hiram L. Fong, et al.

The attached Commissioner's Supplemental Report does not provide a breakdown of the application to the foreclosed loan of the sales proceeds paid to your client attributeable to the 1092 shares which were owned by the Bankruptcy Estate of Rodney Fong and Patsy Fong. Can you please assist in providing this information which is needed by the Trustee, among other reasons, for calculation of tax liabilities.

We know that your client received payment of the loan principal balance of $536,752.83 and reimbursement of some of its attorneys' fees and costs of $106,204.29. How much was paid to interest and what amounts of the Commissioner's fees and costs may we allocate to our Estate's loan?

Your help is appreciated. Feel free to call me to discuss.

Susan Tius, Esq.
Rush Moore LLP A Limited Liability Law Partnership
Attorneys at Law
737 Bishop Street, Ste. 2400
Honolulu, Hawaii
Tel. (808) 521-0406, Fax (808) 521-0497

Kailua-Kona, Hawaii
Tel. (808) 329-4466, Fax (808) 329-4468

CONFIDENTIALITY: The information contained in this email message is confidential and is intended only for the intended recipient(s). This email message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this email message is not the intended recipient (or the person responsible for the delivery of this email message to an intended recipient), you are hereby notified that you have received this document in error, and that any reuse, review, printing, dissemination, distribution or copying of this message is strictly prohibited. If you have received this email message in error, please reply to the sender that you have received the message in error and delete it without printing it or making any copies of it. Thank you.

6/15/2007