IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

KAHALA CCM FACTORS, LLC,           )   CIVIL NO. CV-02-00383 SOM/BMK
                                   )   (CONTRACT)
            Plaintiff,             )
                                   )   CERTIFICATE OF SERVICE
      vs.                          )
                                   )
HIRAM L. FONG, ALSO KNOWN AS       )
HIRAM L. FONG, SR., et al.         )
                                   )
            Defendants.            )
_____    )

CERTIFICATE OF SERVICE

I hereby certify that, on June 15, 2007 and by the methods of service noted

below, a true and correct copy of the foregoing document was duly served upon the

following persons at their last known addresses:

**Served Electronically through CM/ECF:**

GEORGE W. BRANDT, ESQ.                gbrandt@lbchlaw.com
BEVERLY HIRAMATSU, ESQ.               bhiramatsu@lbchlaw.com
    Attorneys for Former Plaintiff
    N. Harwood Street Partners I, L.P.


JEFFREY DANIEL LAU, ESQ.
KURT K. LEONG, ESQ.                   kleong@ollon.com
    Attorneys for Certain Defendants

KE-CHING NING, ESQ.                    ning@nljlaw.com
STEPHEN A. JONES, ESQ.
MICHAEL A. LILLY, ESQ.                 michael@nljlaw.com
   Attorneys for Defendant
   1570 Alewa Limited Partnership


STEVEN L. CHING, ESQ.
DAVID M. K. LUM, ESQ.                  dmklum@lawcsilc.com
   Attorneys for Defendant
   SAI Investment Company


HARRISON P. CHUNG, ESQ.               hpchawaii@msn.com
   Attorney for Defendants Hiram Leong
   Fong, aka Hiram L. Fong and Hiram L.
   Fong, Sr., Individually and as Trustee
   of the Hiram Leong Fong Revocable
   Trust dated 3/17/93, Ellyn Lo Fong,
   aka Ellyn L. Fong, Individually and as
   Trustee of the Ellyn Lo Fong
   Revocable Trust Dated 3/24/93,
   Rodney Leong Fong, aka Rodney L.
   Fong and Rodney Fong, Individually
   and as Trustee for Chelsea Tree Fong,
   Forest Wind Fong, Shama Rain Fong
   and Ski Hiram Fong, and Patsy
   Nakano Fong, aka Patsy N. Fong


JERROLD K. GUBEN, ESQ.                jkg@roplaw.com
   Attorney for Defendant
   Ronald Kotoshirodo

TERENCE J. O'TOOLE, ESQ.
STEPHANIE E.W. THOMPSON, ESQ.          sthompson@starnlaw.com
    Attorneys for Defendants
    Marvin Allan Fong, as Trustee for the
    Marvin Allan Fong Revocable Trust
    Agreement Dated 5/9/94 and as
    Receiver for Nathan Allan Fong,
    Sandra Y.Y. Au Fong, as Trustee of
    the Sandra Y.Y. Au Fong Revocable
    Trust Agreement Dated 5/9/94


REUBEN S.F. WONG, ESQ.               reubenwong@yahoo.com
DELWYN H.W. WONG, ESQ.
COLETTE L. HONDA, ESQ.               hondacolette@yahoo.com
    Attorneys for Defendant
    Finance Enterprises, Ltd.


**Served via Hand Delivery:**

JUDITH ANN PAVEY, ESQ.
Century Square
1188 Bishop Street, Suite 907
Honolulu, Hawaii  96813
    Attorney for Defendant
    NVC Limited Partnership


JAY T. SUEMORI, ESQ.
Dandar Suemori
Davies Pacific Center
841 Bishop Street, Suite 801
Honolulu, Hawaii  96813
    Commissioner

SUSAN TIUS, ESQ.
Rush Moore LLP
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
    Attorney for Trustee
    Sandra L. Loomis
    U.S. Bankruptcy Trustee for
    The Estate of Rodney L. Fong
    and Patsy Nakano Fong

I further hereby certify that, on June 18, 2007 and by the method of service

noted below, a true and correct copy of the foregoing document will be duly served

upon the following persons at their last known addresses:

**Served via Mail:**
(postage prepaid, first class in a United States post office)

MERIE ELLEN FONG GUSHI
185 Waiko Road
Wailuku, Maui, Hawaii  96793
    Defendant


EMILY MITCHELL
c/o 185 Waiko Road
Wailuku, Maui, Hawaii  96793
    Defendant


LEONARD K. K. FONG, as Trustee of the
  Leonard K. K. Fong Revocable Living
  Trust Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant

ELLEN LEE FONG, as Trustee for the
  Ellen Lee Fong Revocable Living Trust
  Under Trust dated 2/19/98
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


LINDA L. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


DALE S. N. FONG, Individually and as Custodian
  for Adrienne M. L. Fong and Brandon N.C.K. Fong
  under the Hawaii Uniform Gift to Minors Act
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


GLEN S. W. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


JEFFREY S. C. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


KEITH S. K. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant

RODNEY S. O. FONG
725 Kapiolani Boulevard, Suite C-204
Honolulu, Hawaii  96813
    Defendant


PEARL L. FONG, as Trustee of the Pearl L.
  Fong Revocable Trust dated 2/21/00
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


DEBORAH B. J. FONG YEE
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


JONATHAN Y. C. FONG
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


SUSAN B. L. FONG TAKASHIMA
1565 Ala Amoamo Street
Honolulu, Hawaii  96819
    Defendant


VALERIE B. L. FONG ASARI, Individually and as
  Custodian for David Y. H. Asari under the
  Hawaii Uniform Gift to Minors Act
2540 Shadow Mt. Court
San Ramon, California  94583
    Defendant

CLIFFORD MARSHALL TONG
9 Dianne Court
Lafayette, California  94549
   Defendant


JONATHAN WARREN TONG
19215 - 58th Avenue NE
Kenmore, Washington  98028
   Defendant


MARK LEX TONG
1778 Zia Road
Placerville, California  95667
   Defendant


JASON ROBERTO TONG
9 Dianne Court
Lafayette, California  94549
   Defendant


KELLY TONG
9 Dianne Court
Lafayette, California  94549
   Defendant


WINTON TONG, as Trustee for the 1994
  Winton Tong and Gladys F. Tong
  Revocable Trust
6363 Christie Avenue, Suite 2426
Emeryville, California  94608
   Defendant

DEL Associates
c/o Daniel B. T. Lau
1164 Bishop Center, #1088
Honolulu, Hawaii  96813
    Defendant


DATED:  Honolulu, Hawaii, _____ JUN 1 5 2007 _____.


_____
ROBERT G. KLEIN
CHRISTOPHER J. COLE

Attorneys for
Kahala CCM Factors, LLC