McCORRISTON MILLER MUKAI MacKINNON LLP

ROBERT G. KLEIN          #1192-0
CHRISTOPHER J. COLE      #5781-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
Telephone No.: 529-7300
Facsimile No.:  524-8293
E-mail:  klein@m4law.com/cole@m4law.com

Attorneys for Plaintiff
Kahala CCM Factors, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | ) CIVIL NO. CV-02-00383 SOM/BMK |
| | ) (CONTRACT) |
| Plaintiff, | ) |
| | ) FINAL ORDER REGARDING |
| vs. | ) DISBURSEMENT OF |
| | ) FORECLOSURE PROCEEDS |
| HIRAM L. FONG, ALSO KNOWN AS | ) |
| HIRAM L. FONG, SR., et al. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

FINAL ORDER REGARDING
DISBURSEMENT OF FORECLOSURE PROCEEDS

The court, having received the Commissioner's Supplemental Report and

attached exhibits filed herein on June 1, 2007 ("Commissioner's Supplemental

Report") and having reviewed the pleadings, files and records of this action, and

being fully advised in the premises, hereby ORDERS, ADJUDGES and

DECREES, as follows:

1.      The Commissioner's Supplemental Report is approved;

2.      The Commissioner Jay T. Suemori, Esq. ("Commissioner")'s requested fees of $4,976.72 and requested expenses of $333.21 set forth in Exhibit M to the Commissioner's Supplemental Report are approved;

3.      Whereas,

(a)     The Commissioner is holding a balance of $12,070.72 of surplus funds in his client trust account derived from the $12,115.00 down-payment made by Plaintiff Kahala CCM Factors, LLC ("Plaintiff") at the November 1, 2006 auction toward purchase of the Lot #1 Shares that were ultimately sold to Finance Enterprises, Ltd. as described in the Commissioner's Supplemental Report, less wire transfer expenses of $44.28 ("Excess Funds");

(b)     Although the obligation to return the $12,115 down payment to Plaintiff was included in the "undisputed sum" of $981,765.94 paid to Plaintiff on March 19, 2007 (Exhibit I to Commissioner's Report), the interested parties did not account for the Excess Funds in arriving at the stipulated attorneys' fees award (Exhibit K to the Commissioner's Report), but rather used the purchase price of $1,152,333 in calculating said stipulated attorneys' fees award;

(c)     The intent of the stipulated attorneys' fees award (Exhibit K) was that Sandra Loomis, U.S. Bankruptcy Trustee of the Estate of Rodney and Patsy Fong

("Trustee Loomis"), would receive $50,000 out of the surplus proceeds of the Lot #1 sale with the balance to be awarded to Plaintiff as attorneys' fees and costs; and

(e)    Trustee Loomis has indicated that she does not object to the use of the Excess Funds to pay the Commissioner's fees and costs and to release of the remaining Excess Funds to Plaintiff as additional attorneys' fees and costs award attributed solely to the Lot #1 Shares,

Now, therefore, the Court orders the Commissioner to disburse the net Excess Funds to Plaintiff after applying $5,309.93 of the Excess Funds toward full and final payment of the Commissioner's fees and costs approved herein; and

4.    Upon disbursement of the Excess Funds pursuant to this Order, the Commissioner is hereby released and discharged from any further duties or obligations in this matter.

5.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED

DATED:  Honolulu, Hawaii, June 27, 2007.



Susan Oki Mollway
United States District Judge

KAHALA CCM FACTORS, LLC. v. FONG, ET AL., Civ. No. 02-00383 SOM/BMK; Final Order Regarding Disbursement of Foreclosure Proceeds.