AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

KAHALA CCM FACTORS, LLC

Plaintiff(s),

V.

HIRAM L. FONG, aka HIRAM L.
FONG, ET AL.

Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 02-00383 SOM-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

June 28, 2007

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[  ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been
heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the various
orders entered in this case.  It is further ordered  that, pursuant to the "Final Order
Regarding Disbursement of Foreclosure Proceeds", filed on June 27, 2007, that the Clerk
of Court shall close this case.

| June 28, 2007 | | SUE BEITIA |
| --- | --- | --- |
| Date | | Clerk |
| | | (By) Deputy Clerk |