ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 28 2007
at \_\_ o'clock and \_\_ \_\_.M.
SUE BEITIA, CLERK

Of Counsel:
NING LILLY & JONES

STEPHEN A. JONES    2957
MICHAEL A. LILLY    1681
JILL D. RAZNOV      8011
707 Richards Street, Suite 700
Honolulu, Hawaii 96813
Telephone: (808) 528-1100
Fax: (808) 531-2415
E-mail: jraznov@nljlaw.com

Attorneys for Defendant
1570 ALEWA LIMITED PARTNERSHIP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KAHALA CCM FACTORS, LLC, | CIVIL NO. CV-02-00383 HG-BMK |
| | (Contract) |
| Plaintiff, | |
| | REQUEST FOR REMOVAL FROM |
| vs. | SERVICE LIST |
| | |
| HIRAM LEONG FONG, ALSO KNOWN AS HIRAM L. FONG, SR., et al., | |
| | |
| Defendants. | |

REQUEST FOR REMOVAL FROM SERVICE LIST

NOTICE IS HEREBY GIVEN that the undersigned attorney is withdrawing

from participation in this case and requests that the Clerk remove the undersigned

from the notice list as representative of the party identified below. The

ORIGINAL

undersigned understands that filing this request will result in the termination of both paper and electronic noticing to the undersigned.

    Attorney:           Jill D. Raznov

    Party Represented:    Defendant 1570 Alewa Limited Partnership

Date: September 28, 2007

_____
JILL D. RAZNOV